# EXHIBIT C

**Elon Musk/Twitter, Inc. (NYSE: TWTR)**
**Class Period: 5/13/22 - 10/4/22**

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Mohammed Samara** | Pre-class period holdings: 39,000 shares | | | | | | | | |
| | 10/21/2022 | 100 | $47.9911 | $4,799.1100 | 7/11/2022 | 5,588 | $33.3209 | $186,196.9800 | |
| | | | | | 7/11/2022 | 879 | $32.9129 | $28,930.4480 | |
| | | | | | 7/11/2022 | 92 | $32.8500 | $3,022.2000 | |
| | | | | | 7/11/2022 | 161 | $32.7700 | $5,275.9700 | |
| | | | | | 7/11/2022 | 160 | $32.7131 | $5,234.1000 | |
| | | | | | 7/11/2022 | 155 | $32.6420 | $5,059.5100 | |
| **Total** | | 100 | | $4,799.1100 | | 7,035 | | $233,719.2080 | ($146,956.9020) |
| **Post Class Period Transactions:** | | | | | | | | | |
| | Date | Shares Acquired | Price | | Date | Shares Disposed | Price | | |
| | 10/21/2022 | 100 | $47.9911 | | 10/20/2022 | 100 | $52.6000 | | |
| | 10/21/2022 | 500 | $45.2000 | | 10/20/2022 | 500 | $52.4000 | | |

*Buys during the Class Period and during the Lookback period are matched to sells during the Class Period. Losses are calculated by multiplying the number of sold shares by the difference between (a) the Class Period purchase price and the sales price, or (b) if purchased before the Class Period, $54.20 (the Twitter Buyout price) and the sales price.