IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al., <br>     Plaintiffs, <br>     v. <br> ELON MUSK, <br>     Defendant. | Case No. 22-cv-05937-CRB <br><br> **SCHEDULING ORDER** |

The Court has reviewed the parties' Joint Case Management Conference Statement (dkt. 55) and hereby adopts the following deadlines:

| | |
|---|---|
| **Fact Discovery Cut Off:** | **September 27, 2024** |
| **Class Certification Motion Due:** | **May 24, 2024** |
|     **Opposition:** | **June 14, 2024** |
|     **Reply:** | **June 28, 2024** |
| **Deadline to Amend Pleadings:** | **August 16, 2024** |
| **Expert Disclosures:** | **November 1, 2024** |
| **Rebuttal Expert Disclosures:** | **November 15, 2024** |
| **Expert Discovery Cut Off:** | **December 2, 2024** |
| **Last Day to File Dispositive and Daubert Motions:** | **December 20, 2024** |
|     **Opposition:** | **January 17, 2025** |
|     **Reply:** | **February 7, 2025** |

**IT IS SO ORDERED.**

Dated: February 27, 2024


_____
CHARLES R. BREYER
United States District Judge