QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
Jesse Bernstein (*admitted pro hac vice*)
jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice* forthcoming)
jonathanfeder@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**<br><br>Judge:     Hon. Charles R. Breyer<br><br>Hearing Date:   May 10, 2024<br>Time:                  10:00 a.m.<br>Courtroom:  6, 17th Floor |

1    Before the Court is Defendant Elon Musk's Motion for Judgment on the Pleadings Under

2 Fed. R. Civ. P. 12(c). Having considered the papers and arguments of counsel, the Court finds that

3 _____. The Court hereby **GRANTS** Defendant's Motion for

4 Judgment on the Pleadings Under Fed. R. Civ. P. 12(c).

5    IT IS SO ORDERED.

6

7 DATED: _____

8

9                                                    _____
                                                     Hon. Charles R. Breyer
10                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 26th day of March, 2024.

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ Alex Bergjans
Alex Spiro
Jesse Bernstein
Michael T. Lifrak
Joseph C. Sarles
Jonathan E. Feder
Alex Bergjans

*Attorneys for Defendant Elon Musk*