QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
Jesse Bernstein (*admitted pro hac vice*)
jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice* forthcoming)
jonathanfeder@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**<br><br>Judge:     Hon. Charles R. Breyer<br><br>Hearing Date:  May 10, 2024<br>Time:              10:00 a.m.<br>Courtroom: 6, 17th Floor |

1  Before the Court is Defendant Elon Musk's Request for Judicial Notice in Support of his
2  Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c).  Having considered the papers
3  and arguments of counsel, the Court finds that the Video referenced therein and **Exhibits 1-16** to
4  the Declaration of Alex Bergjans are properly subject to the doctrine of incorporation by reference
5  and/or judicial notice.  The Court hereby **GRANTS** Defendant's Request for Judicial Notice and
6  incorporates by reference and/or takes judicial notice of the Video referenced therein and **Exhibits**
7  **1-16** to the Declaration of Alex Bergjans.

      IT IS SO ORDERED.

DATED: _____

_____
Hon. Charles R. Breyer
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 26th day of March, 2024.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Alex Bergjans*
Alex Spiro
Jesse Bernstein
Michael T. Lifrak
Joseph C. Sarles
Jonathan E. Feder
Alex Bergjans

*Attorneys for Defendant Elon Musk*