**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **GIUSEPPE PAMPENA, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELON MUSK,**<br><br>Defendant. | Case No.: 3:22-CV-05937-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY THE CLASS AND APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date:         August 2, 2024<br>Time:        10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge:       Honorable Charles R. Breyer |

Having considered Plaintiffs' Motion to Certify the Class and Appoint Class Representatives and Class Counsel, and good cause appearing, the Court grants the motion and orders as follows:

1. Plaintiffs' Motion is GRANTED;

2. The Court hereby certifies the following class of investors: All persons and entities who sold the publicly traded stock or call options, or purchased the put options, of Twitter, Inc. during the period from May 13, 2022 through October 4, 2022, both dates inclusive (the "Class Period"), and who suffered damages by Defendant's alleged violations of §10(b) of the Exchange Act. Excluded from the Class are Defendant Musk, the officers and directors of the Twitter, Inc. at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendant has or had a controlling interest.

3. The Court finds the Class satisfies the requirements of Rule 23(a) and (b)(3) in that: (i) the Class is so numerous that the joinder of all members is impracticable; (ii) there are questions of law or fact common to the Class; (iii) Plaintiffs' claims are typical of the claims of the members of the Class; (iv) Plaintiffs will fairly and adequately protect the interests of the members of the Class; (v) questions of law or fact common to the members of the Class predominate over any questions affecting only individual members of the Class; and (vi) a class action is superior to other available methods for a fair and efficient adjudication of this controversy.

4. The Court appoints Plaintiffs Steve Garrett, Nancy Price, John Garrett, and Brian Belgrave as Class Representatives; and

5. The Court appoints Cotchett Pitre & McCarthy LLP and Bottini & Bottini, Inc. as Class Counsel.

IT IS SO ORDERED.

Dated: _____

The Honorable Charles R. Breyer
United States District Judge

[Proposed] Order Granting Plaintiffs' Motion to Certify the Class And Appoint Class       1
Representatives And Class Counsel; Case No. 3:22-cv-05937-CRB