QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*admitted pro hac vice*)
alexspiro@quinnemanuel.com
Jesse Bernstein (*admitted pro hac vice*)
jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice* forthcoming)
jonathanfeder@quinnemanuel.com
51 Madison Ave 22nd floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Nathan Archibald (*admitted pro hac vice*)
nathanarchibald@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
Telephone:     (801) 515-7300
Facsimile:     (801) 515-7400

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:        Hon. Charles R. Breyer<br><br>Hearing Date:     September 27, 2024<br>Time:                10:00 a.m.<br>Courtroom:  6, 17th Floor |

Case No. 3:22-CV-05937-CRB

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**<u>DECLARATION OF ALEX BERGJANS</u>**

I, Alex Bergjans, declare as follows:

I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon R. Musk in this action. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Mr. Musk's Opposition to Plaintiffs' Motion for Class Certification.

1. Attached hereto as **Exhibit 1** is a placeholder for excerpts from the deposition of John Garrett, dated July 9, 2024. Pursuant to Civil Local Rule 79-5(f), Exhibit 1 has been filed under seal pending Defendant's Administrative Motion to Consider Whether Plaintiffs' Materials Should be Sealed.

2. Attached hereto as **Exhibit 2** is a placeholder for excerpts from the deposition of Nancy Price, dated July 10, 2024. Pursuant to Civil Local Rule 79-5(f), Exhibit 2 has been filed under seal pending Defendant's Administrative Motion to Consider Whether Plaintiffs' Materials Should be Sealed.

3. Attached hereto as **Exhibit 3** is a placeholder for excerpts from the deposition of Brian Belgrave, dated July 16, 2024. Pursuant to Civil Local Rule 79-5(f), Exhibit 3 has been filed under seal pending Defendant's Administrative Motion to Consider Whether Plaintiffs' Materials Should be Sealed.

4. Attached hereto as **Exhibit 4** is a placeholder for excerpts from the deposition of Steve Garrett, dated August 22, 2024. Pursuant to Civil Local Rule 79-5(f), Exhibit 4 has been filed under seal pending Defendant's Administrative Motion to Consider Whether Plaintiffs' Materials Should be Sealed.

5. Attached hereto as **Exhibit 5** is the Redacted Expert Report of Atanu Saha, Ph.D., dated August 26, 2024 ("Saha Report"). Pursuant to Civil Local Rule 79-5(f), the unredacted version of the Saha Report has been filed under seal pending Defendant's Administrative Motion to Consider Whether Plaintiffs' Materials Should be Sealed.

6. Attached hereto as **Exhibit 6** are excerpts from the deposition of David Tabak, Ph.D., dated August 9, 2024.

7.    Attached hereto as **Exhibit 7** is a copy of the Complaint (Dkt. 1) in *Heresniak v. Musk*, No. 22-cv-03074-CRB, (N.D. Cal. May 25, 2022).

8.    Attached hereto as **Exhibit 8** is a true and correct copy of a May 13, 2022, article which appeared in Bloomberg News titled "Elon Musk Trolls Twitter" which is available online at:

https://web.archive.org/web/20220513171030/https:/www.bloomberg.com/opinion/articles/2022-05-13/elon-musk-trolls-twitter.

9.    Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of a May 16, 2022, YouTube video of an All-In Podcast which is available online at:

https://steno.ai/conference/allin-summit-2022/e69-elon-musk-ontwitters-bot-problem-spacexs-grand-plan-tesla-stories-giga-texas-more.  The Summit is also available online at (https://www.youtube.com/watch?v=CnxzrX9tNoc), see relevant parts at 1:09–2:40, 3:28-46

10.    Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of the June 21, 2024, Remote Hearing in this Matter.

11.    Attached hereto as **Exhibit 11** is a true and correct copy of an Excel Spreadsheet produced by Dr. Tabak as supporting material to his report and Bates Numbered TABAK-00001068.

12.    Attached hereto as **Exhibit 12** is a true and correct copy of a February 12, 2021, journal article titled "Down the bot hole: Actionable insights from a one-year analysis of bot activity on Twitter," which is available online at https://firstmonday.org/ojs/index.php/fm/article/download/11441/10079 and referred to in the Saha Report at ¶¶ 38-39.

13.    Attached hereto as **Exhibit 13** is a true and correct copy of an article, Connor Smith, "Corporate Law Expert Says Musk Can't Just Walk Away from Twitter Deal," Barron's, May 13, 2022, which is available online at https://www.barrons.com/articles/expert-musk-walk-twitter-deal-51652470871 and referred to in the Saha Report at ¶ 43.

14.    Attached hereto as **Exhibit 14** is a true and correct copy of Bloomberg Intelligence Report, Mandeep Singh, "Twitter Subscriptions Maybe, But Not 1 Billion DAUs React," May 16, 2022, referred to in the Saha Report at ¶ 44.

15.    Attached hereto as **Exhibit 15** is a true and correct copy of Bloomberg Intelligence Report, Matthew Schettenhelm, "If Musk Tries Walk Away on M&A, Twitter Has Strong Hand to Play," May 18, 2022, referred to in the Saha Report at ¶ 45.

16.    Attached hereto as **Exhibit 16** is a true and correct copy of a June 21, 2022, analyst report from Rosenblatt Securities regarding Twitter, Inc. (TWTR).

17.    Attached hereto as **Exhibit 17** is a true and correct copy of a July 18, 2022, Company Update from Wells Fargo regarding Twitter, Inc. (TWTR).

18.    Attached hereto as **Exhibit 18** is a placeholder for Plaintiffs' trading records produced in this matter.  Pursuant to Civil Local Rule 79-5(f), Exhibit 18 has been filed under seal pending Defendant's Administrative Motion to Consider Whether Plaintiffs' Materials Should be Sealed.

19.    Attached hereto as **Exhibit 19** is a true and correct copy of a Tweet regarding the All-In Summit, May 16, 2022, 2:17 PM.

Executed this 2nd day of September, 2024, in Los Angeles, California.

By _/s/ Alex Bergjans_
Alex Bergjans

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 2nd day of September, 2024.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Alex Bergjans
Alex Spiro
Jesse Bernstein
Michael T. Lifrak
Joseph C. Sarles
Jonathan E. Feder
Alex Bergjans

*Attorneys for Defendant Elon Musk*

-4-    Case No. 3:22-CV-05937-CRB
DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION