**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Lead Counsel for Lead Plaintiffs Steve Garrett, Nancy Price,*
*John Garrett, Brian Belgrave, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELON R. MUSK,**<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL**<br><br>Judge: Hon. Charles R. Breyer |

Declaration Of Mark C. Molumphy In Support Of Plaintiffs' Reply In Support Of Motion To Certify Class, Appoint Class Representatives, and Appoint Class Counsel; Case No.: 3:22-cv-05937-CRB

## **DECLARATION OF MARK C. MOLUMPHY**

I, Mark C. Molumphy, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am a member of the bar of the state of California and the United States District Court for the Northern District of California and a partner with Cotchett, Pitre & McCarthy, LLP, attorneys for the Plaintiffs.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to those matters.

2.      This declaration is made in support of Plaintiffs' Reply in support of Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Reply Report of David Tabak, Ph.D.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Plaintiff Brian Belgrave, dated July 16, 2024.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Plaintiff John Garrett, dated July 9, 2024 and July 12, 2024.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Plaintiff Nancy Price, dated July 10, 2024.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Plaintiff Steve Garrett, dated August 12, 2024.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct.

Executed this 16th day of September 2024 in Burlingame, California.

By: */s/ Mark C. Molumphy*
Mark C. Molumphy

Declaration Of Mark C. Molumphy In Support Of Plaintiffs' Reply In Support Of Motion    1
To Certify Class, Appoint Class Representatives, and Appoint Class Counsel;
Case No.: 3:22-cv-05937-CRB