1  COTCHETT, PITRE & MCCARTHY, LLP
   Joseph W. Cotchett (SBN 36324)
2  jcotchett@cpmlegal.com
   Mark C. Molumphy (SBN 168009)
3  mmolumphy@cpmlegal.com
   Tyson C. Redenbarger (SBN 294424)
4  tredenbarger@cpmlegal.com
   Gia Jung (SBN 340160)
5  gjung@cpmlegal.com
   San Francisco Airport Office Center
6  840 Malcolm Road, Suite 200
   Burlingame, California 94010
7  Telephone: (650) 697-6000
8
9  BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (SBN: 175783)
10 fbottini@bottinilaw.com
   Albert Y. Chang (SBN 296065)
11 achang@bottinilaw.com
   Aaron Arnzen (SBN 218272)
12 aarnzen@bottinilaw.com
   7817 Ivanhoe Avenue, Suite 102
13 La Jolla, California 92037
   Telephone: (858) 914-2001
14
15 *Attorneys for Plaintiffs*
16 LIST OF COUNSEL CONTINUED ON SECOND PAGE
17
18                UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
20 GIUSEPPE PAMPENA, on behalf of          CASE NO. 3:22-CV-05937-CRB
   himself and all others similarly situated,
21                                          **STIPULATION AND [PROPOSED]**
                                            **ORDER MODIFYING CASE SCHEDULE**
22          Plaintiff,
                                            Judge: Hon. Charles R. Breyer
23      vs.
24 ELON R. MUSK,
25          Defendant.
26
27
28
                                            Case No. 3:22-CV-05937-CRB

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice*)
2  alexspiro@quinnemanuel.com
   Jesse A. Bernstein (*pro hac vice*)
3  jessebernstein@quinnemanuel.com
   Jonathan E. Feder (*pro hac vice*)
4  jonathanfeder@quinnemanuel.com
5  51 Madison Ave 22nd floor
   New York, NY 10010
6  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100
7
8  Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
9  Joseph C. Sarles (Bar No. 254750)
   josephsarles@quinnemanuel.com
10 Alex Bergjans (Bar No. 302830)
   alexbergjans@quinnemanuel.com
11 865 S. Figueroa Street, 10th Floor
12 Los Angeles, California 90017
   Telephone:     (213) 443-3000
13 Facsimile:     (213) 443-3100
14
   Nathan Archibald (*pro hac vice*)
15 nathanarchibald@quinnemanuel.com
   2755 E. Cottonwood Parkway, Suite 430
16 Salt Lake City, Utah 84121
   Telephone: (801) 515-7300
17 Facsimile: (801) 515-7400
18
   *Attorneys for Defendant Elon Musk*
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

**STIPULATION AND [~~PROPOSED~~] ORDER**

WHEREAS, on March 26, 2024, Defendant filed a Motion for Judgment on the Pleadings, which re-triggered an automatic discovery stay under the PSLRA (ECF 59);

WHEREAS, On August 5, 2024, the Court denied Defendant's Motion for Judgment on the Pleadings, which allowed discovery to re-open;

WHEREAS, the Parties were engaged in a discovery dispute surrounding discovery materials exchanged in *Twitter, Inc. v. Musk, et al*. C.A. No. 2022-0613-KSJM (Del. Ch.) (the "Delaware Action"), and on August 14, 2024, Plaintiffs filed with the Court a Notice of Discovery Dispute and Request for Referral to Magistrate Judge (ECF 91);

WHEREAS, on August 22, 2024, the Court enter an order setting a case schedule, (ECF 96), with the following deadlines:

| Event | Current Deadline |
|---|---|
| Fact Discovery Cutoff: | January 31, 2025 |
| Expert Disclosures: | March 3, 2025 |
| Rebuttal Expert Disclosures: | March 17, 2025 |
| Expert Discovery Cut Off: | April 7, 2025 |
| Last Day to File Dispositive and Daubert Motions: | April 25, 2025 |
| Opposition: | May 23, 2025 |
| Reply: | June 6, 2025 |

WHEREAS, on October 10, 2024, the Parties resolved the discovery dispute regarding the materials exchanged in the Delaware Action (ECF 110);

WHEREAS, on November 8, 2024, the Parties submitted a stipulation and order documenting the resolution of the discovery dispute (ECF 115), which the Court entered on November 13, 2014 (ECF 116);

WHEREAS, on November 22, Defendant produced more than 1,000,000 pages of discovery from the Delaware Action;

WHEREAS, on December 2, 2024, Plaintiffs noticed the deposition of two third parties, which, due to the holidays, are being scheduled for late January 2025;

WHEREAS, given the amount of discovery produced from the Delaware Action and scheduling difficulties over the holidays, the Parties have agreed to extend the case deadlines listed above by two months;

NOW, THEREFORE, the Parties hereby agree, for good cause, and jointly request the Court grant the proposed order attached hereto, extending the case deadlines as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-off | March 31, 2025 |
| Expert Disclosures Due | May 5, 2025 |
| Rebuttal Expert Disclosures Due | June 2, 2025 |
| Expert Discovery Cut-off | June 30, 2025 |
| Last day to file Dispositive and Daubert Motions | July 11, 2025 |
|    Oppositions: | August 8, 2025 |
|    Replies: | August 22, 2025 |

1   DATED:  December 20, 2024

2   /s/ Tyson C. Redenbarger                         /s/ Alex Bergjans

3     COTCHETT, PITRE & MCCARTHY, LLP      QUINN EMANUEL URQUHART &
      Joseph W. Cotchett (SBN 36324)             SULLIVAN, LLP
4     jcotchett@cpmlegal.com                     Alex Spiro (pro hac vice forthcoming)
      Mark C. Molumphy (SBN 168009)              alexspiro@quinnemanuel.com
5     mmolumphy@cpmlegal.com                     Jesse A. Bernstein (*pro hac vice*)
       Tyson C. Redenbarger (SBN 294424)         jessebernstein@quinnemanuel.com
6     tredenbarger@cpmlegal.com                  51 Madison Ave 22nd floor
       Elle D. Lewis (SBN 238329)                New York, NY 10010
7      elewis@cpmlegal.com                       Telephone:    (212) 849-7000
       Gia Jung (SBN 340160)                     Facsimile:    (212) 849-7100
8      gjung@cpmlegal.com
     San Francisco Airport Office Center         Michael T. Lifrak (Bar No. 210846)
9    840 Malcolm Road, Suite 200                 michaellifrak@quinnemanuel.com
     Burlingame, California 94010                Joseph C. Sarles (Bar No. 254750)
10   Telephone: (650) 697-6000                   josephsarles@quinnemanuel.com
                                                 Alex Bergjans (Bar No. 302830)
11   /s/ Francis A. Bottini                      alexbergjans@quinnemanuel.com
                                                 865 S. Figueroa Street, 10th Floor
12   BOTTINI & BOTTINI, INC.                     Los Angeles, California 90017
     Francis A. Bottini, Jr. (SBN: 175783)       Telephone:    (213) 443-3000
13   fbottini@bottinilaw.com                     Facsimile:    (213) 443-3100
     Albert Y. Chang (SBN 296065)
14   achang@bottinilaw.com
     7817 Ivanhoe Avenue, Suite 102               *Attorneys for Defendant Elon Musk*
15   La Jolla, California 92037
     Telephone: (858) 914-2001
16
17   *Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2        I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been

3   obtained from the other signatories. I declare under penalty of perjury under the laws of the United

4   States of America that the foregoing is true and correct.

5        Executed this 20th day of December 2024, at Burlingame, California.

6

7                                             By  */s/ Tyson C. Redenbarger*
                                                 Tyson C. Redenbarger
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  <u>January 6, 2025</u>          By: _____

Hon. Charles R. Breyer
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CASE SCHEDULE