UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GIUSEPPE PAMPENA, individually and on behalf of all others similarly situated; et al., <br><br>         Plaintiffs - Respondents, <br><br>  v. <br><br> ELON MUSK, <br><br>         Defendant - Petitioner, <br><br>  v. <br><br> MOHAMMED SAMARA, <br><br>         Movant. | No. 24-6249 <br><br> D.C. No. <br> 3:22-cv-05937-CRB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  BYBEE and MILLER, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 5) is granted.

The petition for permission to appeal is denied.  *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).