COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Attorneys for Plaintiffs*

LIST OF COUNSEL CONTINUED ON SECOND PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>ELON R. MUSK,<br><br>        Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br><br>Magistrate Judge: Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Alex Spiro (*pro hac vice*) |
| 2 | alexspiro@quinnemanuel.com |
| 3 | Jesse A. Bernstein (*pro hac vice*) |
| | jessebernstein@quinnemanuel.com |
| 4 | Jonathan E. Feder (*pro hac vice*) |
| | jonathanfeder@quinnemanuel.com |
| 5 | Madison Ave 22nd floor |
| | New York, NY 10010 |
| 6 | Telephone:     (212) 849-7000 |
| 7 | Facsimile:      (212) 849-7100 |
| 8 | Michael T. Lifrak (Bar No. 210846) |
| | michaellifrak@quinnemanuel.com |
| 9 | Joseph C. Sarles (Bar No. 254750) |
| | josephsarles@quinnemanuel.com |
| 10 | Alex Bergjans (Bar No. 302830) |
| 11 | alexbergjans@quinnemanuel.com |
| | 865 S. Figueroa Street, 10th Floor |
| 12 | Los Angeles, California 90017 |
| | Telephone:     (213) 443-3000 |
| 13 | Facsimile:      (213) 443-3100 |
| 14 | Nathan Archibald (pro hac vice) |
| | nathanarchibald@quinnemanuel.com |
| 15 | 2755 E. Cottonwood Parkway, Suite 430 |
| | Salt Lake City, UT 84121 |
| 16 | Telephone:     (801) 515-7300 |
| | Facsimile:      (801) 515-7400 |
| 17 | |
| 18 | *Attorneys for Defendant Elon Musk* |

STIPULATION AND [PROPOSED] ORDER

1

Case No. 3:22-CV-05937-CRB

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 7-12, the Parties, upon reaching agreement to the terms set forth below, jointly stipulate to resolve their discovery dispute surrounding depositions.

WHEREAS, the parties have met and conferred and, for good cause and based on the complexity and needs of the case, subject to the conditions below, agreed that each side should have leave to take twenty (20) non-expert depositions;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, the parties stipulate to the following:

(1) The Parties are allowed to take up to twenty (20) non-expert depositions;

(2) The Parties agree to use best efforts to coordinate deposition scheduling so that the parties have two weeks' notice of the date the deposition is scheduled; and

(3) Defendant may have at least one hour on the record for any witness deposed by Plaintiffs, excluding the Defendant; if Defendant requests more than an hour of deposition time with a particular witness, the parties shall use best efforts to meet and confer in advance of any deposition to reach an agreement on the allotment of time so that Defendant can seek Court intervention if necessary.  Nothing in this Stipulation shall be interpreted to limit the amount of time the Parties may have by right or under the applicable Federal Rules of Civil Procedure to depose on the record any witness subpoenaed or noticed for deposition or to preclude any Party from cross-noticing the deposition of any person subpoenaed for deposition by the other Party.

///

IT IS HEREBY STIPULATED AND AGREED.

DATED: February 11, 2025

| /s/ Alex Bergjans | /s/ Tyson C. Redenbarger |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COTCHETT, PITRE & MCCARTHY, LLP |
| Alex Spiro (*pro hac vice*) | Joseph W. Cotchett (SBN 36324) |
| alexspiro@quinnemanuel.com | jcotchett@cpmlegal.com |
| Jesse A. Bernstein (*pro hac vice*) | Mark C. Molumphy (SBN 168009) |
| jessebernstein@quinnemanuel.com | mmolumphy@cpmlegal.com |
| Jonathan E. Feder (*pro hac vice*) | Tyson C. Redenbarger (SBN 294424) |
| jonathanfeder@quinnemanuel.com | tredenbarger@cpmlegal.com |
| 51 Madison Ave 22nd floor | Gia Jung (SBN 340160) |
| New York, NY 10010 | gjung@cpmlegal.com |
| Telephone:   (212) 849-7000 | San Francisco Airport Office Center |
| Facsimile:   (212) 849-7100 | 840 Malcolm Road, Suite 200 |
| | Burlingame, California 94010 |
| Michael T. Lifrak (Bar No. 210846) | Telephone: (650) 697-6000 |
| michaellifrak@quinnemanuel.com | |
| Joseph C. Sarles (Bar No. 254750) | */s/ Francis A. Bottini* |
| josephsarles@quinnemanuel.com | BOTTINI & BOTTINI, INC. |
| Alex Bergjans (Bar No. 302830) | Francis A. Bottini, Jr. (SBN: 175783) |
| alexbergjans@quinnemanuel.com | fbottini@bottinilaw.com |
| 865 S. Figueroa Street, 10th Floor | Albert Y. Chang (SBN 296065) |
| Los Angeles, California 90017 | achang@bottinilaw.com |
| Telephone:   (213) 443-3000 | Aaron Arnzen (SBN 218272) |
| Facsimile:   (213) 443-3100 | aarnzen@bottinilaw.com |
| | 7817 Ivanhoe Avenue, Suite 102 |
| Nathan Archibald (pro hac vice) | La Jolla, California 92037 |
| nathanarchibald@quinnemanuel.com | Telephone: (858) 914-2001 |
| 2755 E. Cottonwood Parkway, Suite 430 | |
| Salt Lake City, UT 84121 | *Attorneys for Plaintiff* |
| Telephone:   (801) 515-7300 | |
| Facsimile:   (801) 515-7400 | |
| *Attorneys for Defendant Elon Musk* | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2025 at Burlingame, California.

By _/s/ Tyson C. Redenbarger_
Tyson C. Redenbarger

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 11, 2025

By: _____
HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE