1  COTCHETT, PITRE & MCCARTHY, LLP
   Joseph W. Cotchett (SBN 36324)
2  jcotchett@cpmlegal.com
   Mark C. Molumphy (SBN 168009)
3  mmolumphy@cpmlegal.com
   Tyson C. Redenbarger (SBN 294424)
4  tredenbarger@cpmlegal.com
   Elle D. Lewis (SBN 238329)
5  elewis@cpmlegal.com
   Gia Jung (SBN 340160)
6  gjung@cpmlegal.com
7  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
8  Burlingame, California 94010
9  Telephone: (650) 697-6000

10 BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (SBN: 175783)
11 fbottini@bottinilaw.com
   Albert Y. Chang (SBN 296065)
12 achang@bottinilaw.com
   Aaron Arnzen (SBN 218272)
13 aarnzen@bottinilaw.com
14 7817 Ivanhoe Avenue, Suite 102
   La Jolla, California 92037
15 Telephone: (858) 914-2001

16 *Attorneys for Plaintiffs*

17 LIST OF COUNSEL CONTINUED ON SECOND PAGE

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated, | CASE NO. 3:22-CV-05937-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE TO DEPOSE DEFENDANT** |
| vs. | Judge: Hon. Charles R. Breyer |
| ELON R. MUSK, | Magistrate Judge: Hon. Donna M. Ryu |
| Defendant. | |

Case No. 3:22-CV-05937-CRB
STIPULATION AND [PROPOSED] ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Nathan Archibald (pro hac vice)
nathanarchibald@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, UT 84121
Telephone:     (801) 515-7300
Facsimile:     (801) 515-7400

*Attorneys for Defendant Elon Musk*

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 37-3, the parties, upon reaching agreement to the terms set forth below, jointly stipulate regarding the deposition of Defendant Elon Musk.

WHEREAS, the fact discovery cut-off in this case is March 31, 2025 (ECF 121);

WHEREAS, Defendant informed Plaintiffs that he is unavailable to appear for deposition prior to the March 31, 2025 discovery cut-off, but is available to appear for deposition on April 3, 2025 in Washington, D.C.;

WHEREAS, the parties have met and conferred, and for good cause, subject to the Court's approval below, agreed that (1) Defendant's deposition may be taken on April 3, 2025, after the March 31, 2025 discovery cut-off, and (2) Plaintiffs may file any motion concerning Defendant's deposition after the March 31, 2025 discovery cut-off, while the remaining deadlines in this case would be unaffected.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court:

1) The fact discovery cut-off shall be extended for the limited purpose of taking Defendant's deposition, and for any motion that Plaintiffs may file relating to Defendant's deposition.
2) Defendant's Deposition shall be taken on April 3, 2025, tentatively starting at 9:00 a.m., at a location to be determined in Washington, D.C.

IT IS HEREBY STIPULATED AND AGREED.

1
2   DATED: March 6, 2025

3   /s/ Alex Bergjans                                     /s/ Tyson C. Redenbarger
    QUINN EMANUEL URQUHART &                              COTCHETT, PITRE & MCCARTHY, LLP
4   SULLIVAN, LLP                                         Joseph W. Cotchett (SBN 36324)
    Alex Spiro (*pro hac vice*)                           jcotchett@cpmlegal.com
5   alexspiro@quinnemanuel.com                            Mark C. Molumphy (SBN 168009)
    Jesse A. Bernstein (*pro hac vice*)                   mmolumphy@cpmlegal.com
6   jessebernstein@quinnemanuel.com                       Tyson C. Redenbarger (SBN 294424)
7   Jonathan E. Feder (*pro hac vice*)                    tredenbarger@cpmlegal.com
    jonathanfeder@quinnemanuel.com                        Elle D. Lewis (SBN 238329)
8   295 5th Avenue, 9th Floor                             elewis@cpmlegal.com
    New York, NY 10016                                    Gia Jung (SBN 340160)
9   Telephone:      (212) 849-7000                        gjung@cpmlegal.com
    Facsimile:      (212) 849-7100                        San Francisco Airport Office Center
10                                                        840 Malcolm Road, Suite 200
11  Michael T. Lifrak (Bar No. 210846)                    Burlingame, California 94010
    michaellifrak@quinnemanuel.com                        Telephone: (650) 697-6000
12  Joseph C. Sarles (Bar No. 254750)
    josephsarles@quinnemanuel.com                         /s/ Francis A. Bottini
13  Stephen A. Broome (Bar No. 314605)                    BOTTINI & BOTTINI, INC.
    stephenbroome@quinnemanuel.com                        Francis A. Bottini, Jr. (SBN: 175783)
14  Alex Bergjans (Bar No. 302830)                        fbottini@bottinilaw.com
    alexbergjans@quinnemanuel.com                         Albert Y. Chang (SBN 296065)
15  865 S. Figueroa Street, 10th Floor                    achang@bottinilaw.com
16  Los Angeles, California 90017                         Aaron Arnzen (SBN 218272)
    Telephone:      (213) 443-3000                        aarnzen@bottinilaw.com
17  Facsimile:      (213) 443-3100                        7817 Ivanhoe Avenue, Suite 102
                                                          La Jolla, California 92037
18  Nathan Archibald (pro hac vice)                       Telephone: (858) 914-2001
    nathanarchibald@quinnemanuel.com
19  2755 E. Cottonwood Parkway, Suite 430
    Salt Lake City, UT 84121                              *Attorneys for Plaintiff*
20  Telephone:      (801) 515-7300
    Facsimile:      (801) 515-7400
21  *Attorneys for Defendant Elon Musk*

22
23
24
25
26
27
28

                                                                        3                    Case No. 3:22-CV-05937-CRB
    STIPULATION AND [PROPOSED] ORDER

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2025 at Burlingame, California.

By  */s/ Tyson C. Redenbarger*
Tyson C. Redenbarger

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          By: _____
                                      HONORABLE DONNA M. RYU
                                      UNITED STATES MAGISTRATE JUDGE