1  COTCHETT, PITRE & MCCARTHY, LLP
   Joseph W. Cotchett (SBN 36324)
2  jcotchett@cpmlegal.com
   Mark C. Molumphy (SBN 168009)
3  mmolumphy@cpmlegal.com
   Tyson C. Redenbarger (SBN 294424)
4  tredenbarger@cpmlegal.com
   Elle D. Lewis (SBN 238329)
5  elewis@cpmlegal.com
   Gia Jung (SBN 340160)
6  gjung@cpmlegal.com
7  Caroline A. Yuen (SBN 354388)
   cyuen@cpmlegal.com
8  San Francisco Airport Office Center
9  840 Malcolm Road, Suite 200
   Burlingame, California 94010
10 Telephone: (650) 697-6000

11
   BOTTINI & BOTTINI, INC.
12 Francis A. Bottini, Jr. (SBN: 175783)
   fbottini@bottinilaw.com
13 Albert Y. Chang (SBN 296065)
   achang@bottinilaw.com
14 Aaron Arnzen (SBN 218272)
15 aarnzen@bottinilaw.com
   7817 Ivanhoe Avenue, Suite 102
16 La Jolla, California 92037
   Telephone: (858) 914-2001
17
   *Lead Counsel for Plaintiffs and the Class*
18
   LIST OF COUNSEL CONTINUED ON SECOND PAGE
19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE TO DEPOSE DEFENDANT**<br><br>Judge: Hon. Charles R. Breyer<br><br>Magistrate Judge: Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Alex Spiro (*pro hac vice*) |
| 2 | alexspiro@quinnemanuel.com |
| 3 | Jesse A. Bernstein (*pro hac vice*) |
| | jessebernstein@quinnemanuel.com |
| 4 | Jonathan E. Feder (*pro hac vice*) |
| | jonathanfeder@quinnemanuel.com |
| 5 | Madison Ave 22nd floor |
| | New York, NY 10010 |
| 6 | Telephone:    (212) 849-7000 |
| 7 | Facsimile:    (212) 849-7100 |
| 8 | Michael T. Lifrak (Bar No. 210846) |
| | michaellifrak@quinnemanuel.com |
| 9 | Joseph C. Sarles (Bar No. 254750) |
| | josephsarles@quinnemanuel.com |
| 10 | Stephen A. Broome (Bar No. 314605) |
| | stephenbroome@quinnemanuel.com |
| 11 | Alex Bergjans (Bar No. 302830) |
| 12 | alexbergjans@quinnemanuel.com |
| | 865 S. Figueroa Street, 10th Floor |
| 13 | Los Angeles, California 90017 |
| | Telephone:    (213) 443-3000 |
| 14 | Facsimile:    (213) 443-3100 |
| 15 | Nathan Archibald (pro hac vice) |
| | nathanarchibald@quinnemanuel.com |
| 16 | 2755 E. Cottonwood Parkway, Suite 430 |
| | Salt Lake City, UT 84121 |
| 17 | Telephone:    (801) 515-7300 |
| | Facsimile:    (801) 515-7400 |
| 18 | |
| 19 | *Attorneys for Defendant Elon Musk* |

STIPULATION AND [PROPOSED] ORDER

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 37-3, the parties, upon reaching agreement to the terms set forth below, jointly stipulate to resolve their discovery dispute surrounding the deposition of Defendant Elon Musk.

WHEREAS, the fact discovery cut-off in this case was March 31, 2025 (ECF 121);

WHEREAS, the Parties entered into a stipulation on March 6, 2025, which was entered as an Order by this Court on March 11, 2025 ("Stipulation and Order"), whereby it was agreed that: "1) The fact discovery cut-off shall be extended for the limited purpose of taking Defendant's deposition, and for any motion that Plaintiffs may file relating to Defendant's deposition; 2) Defendant's Deposition shall be taken on April 3, 2025, tentatively starting at 9:00 a.m., at a location to be determined in Washington, D.C." (ECF 135);

WHEREAS, pursuant to the Stipulation and Order, Plaintiffs' counsel travelled to Washington, D.C. and appeared on the agreed-upon day, time, and location of the deposition on April 3, 2025;

WHEREAS, Defendant's counsel stated that Defendant was ill and unable to appear for his deposition set by Stipulation and Order on April 3, 2025;

WHEREAS, Defendant has agreed to reimburse Plaintiffs' counsel for reasonable costs and expenses incurred in connection with their trip to Washington D.C. to take Defendant's deposition, which shall be paid within twenty-one (21) days of the parties reaching an agreement as to the amount owed or Court order;

WHEREAS, the close of fact discovery has now passed, but pursuant to the Stipulation and Order regarding Defendant's deposition, this matter may continue to be addressed (ECF 135);

WHEREAS, Defendant has agreed to reschedule his deposition for May 7, 2025, in San Francisco, California, which is a firm date that shall not be moved again;

WHEREAS, the parties have met and conferred, and for good cause, subject to the Court's approval below, agreed that (1) Defendant shall reimburse Plaintiffs' counsel for the costs and fees incurred by travelling to Washington D.C. for the deposition at which Defendant did not appear; (2) Defendant's deposition shall be taken on May 7, 2025, at 9:00 a.m. PST in San Francisco,

California, and (3) Plaintiffs may file any motion concerning Defendant's deposition, while the remaining deadlines in this case would be unaffected.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court:

1) Defendant shall reimburse Plaintiffs' counsel for reasonable expenses incurred in connection with the April 3, 2025 deposition within twenty-one (21) days of the parties agreeing to an amount owed or Court order.

2) The fact discovery cut-off shall be further extended for the limited purpose of taking Defendant's deposition, and for any motion that Plaintiffs may file relating to Defendant's deposition.

3) Defendant's Deposition shall be taken on May 7, 2025, starting at 9:00 a.m. PST, at a location in San Francisco, California, and shall not be rescheduled or moved.

IT IS HEREBY STIPULATED AND AGREED.

DATED: April 10, 2025

| /s/ Tyson C. Redenbarger | /s/ Stephen Broome |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Joseph W. Cotchett (SBN 36324) | Alex Spiro (*pro hac vice*) |
| jcotchett@cpmlegal.com | alexspiro@quinnemanuel.com |
| Mark C. Molumphy (SBN 168009) | Jesse A. Bernstein (*pro hac vice*) |
| mmolumphy@cpmlegal.com | jessebernstein@quinnemanuel.com |
| Tyson C. Redenbarger (SBN 294424) | Jonathan E. Feder (*pro hac vice*) |
| tredenbarger@cpmlegal.com | jonathanfeder@quinnemanuel.com |
| Elle D. Lewis (SBN 238329) | 51 Madison Ave 22nd floor |
| elewis@cpmlegal.com | New York, NY 10010 |
| Gia Jung (SBN 340160) | Telephone: (212) 849-7000 |
| gjung@cpmlegal.com | Facsimile: (212) 849-7100 |
| Caroline A. Yuen (SBN 354388) | |
| cyuen@cpmlegal.com | Michael T. Lifrak (Bar No. 210846) |
| San Francisco Airport Office Center | michaellifrak@quinnemanuel.com |
| 840 Malcolm Road, Suite 200 | Joseph C. Sarles (Bar No. 254750) |
| Burlingame, California 94010 | josephsarles@quinnemanuel.com |
| Telephone: (650) 697-6000 | Stephen Broome (SBN 314605) |
| | stephenbroome@quinnemanuel.com |
| /s/ Francis A. Bottini | Alex Bergjans (Bar No. 302830) |
| BOTTINI & BOTTINI, INC. | alexbergjans@quinnemanuel.com |
| Francis A. Bottini, Jr. (SBN: 175783) | 865 S. Figueroa Street, 10th Floor |
| fbottini@bottinilaw.com | Los Angeles, California 90017 |
| Albert Y. Chang (SBN 296065) | Telephone: (213) 443-3000 |
| achang@bottinilaw.com | Facsimile: (213) 443-3100 |
| Aaron Arnzen (SBN 218272) | |
| aarnzen@bottinilaw.com | Nathan Archibald (pro hac vice) |
| 7817 Ivanhoe Avenue, Suite 102 | nathanarchibald@quinnemanuel.com |
| La Jolla, California 92037 | 2755 E. Cottonwood Parkway, Suite 430 |
| Telephone: (858) 914-2001 | Salt Lake City, UT 84121 |
| | Telephone: (801) 515-7300 |
| *Lead Counsel for Plaintiffs and the Class* | Facsimile: (801) 515-7400 |
| | |
| | *Attorneys for Defendant Elon Musk* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mark C. Molumphy, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of April, 2025 at Burlingame, California.

By  */s/ Mark C. Molumphy*
Mark C. Molumphy

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2025                    By: _____
                                         HONORABLE DONNA M. RYU
                                         CHIEF MAGISTRATE JUDGE