```
COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
```

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **GIUSEPPE PAMPENA**, on behalf of himself and all others similarly situated, | CASE NO. 3:22-CV-05937-CRB |
| Plaintiff, | **PLAINTIFFS' STATUS CONFERENCE STATEMENT** |
| vs. | Date: April 18, 2025<br>Time: 10:00 a.m. |
| **ELON R. MUSK**, | |
| Defendant. | Judge: Hon. Charles R. Breyer |

1                                    Case No: 3:22-CV-05937-CRB
PLAINTIFFS' STATUS CONFERENCE STATEMENT

Lead Plaintiffs Brian Belgrave, John Garrett, and Nancy Price ("Plaintiffs") requested a status conference to address (1) a **trial date** and related pre-trial deadlines and (2) **class notice**. After reviewing the parties' positions, the Court set a status conference on April 18, 2025 and directed the parties to resolve class notice issues prior to the conference. ECF 150. The parties conferred and jointly submitted a proposed class notice plan, which was approved by the Court. ECF 186. Accordingly, Plaintiffs provide this brief statement focusing on a trial date and pre-trial deadlines.

**Current Schedule**

The current deadlines for fact and expert discovery and dispositive motions are as follows:

| Event | Deadline |
| --- | --- |
| Fact Discovery Cut-off | March 31, 2025 |
| Expert Disclosures Due | May 5, 2025 |
| Rebuttal Expert Disclosures Due | June 2, 2025 |
| Expert Discovery Cut-off | June 30, 2025 |
| Last day to file Dispositive and Daubert Motions | July 11, 2025 |
| Oppositions: | August 8, 2025 |
| Replies: | August 22, 2025 |

ECF. 121.

The Parties recently submitted a stipulation and proposed order to move these dates by approximately one week to account for the unexpected delay in taking Defendant Elon Musk's deposition. ECF 187. Plaintiffs originally noticed Musk's deposition on March 11, 2025, and later agreed to reschedule the deposition at Musk's request to April 3, 2025, in Washington DC, to accommodate his schedule. Plaintiffs also obtained a court order extending the discovery deadline to take the deposition. ECF 135. After Plaintiffs' Counsel travelled to Washington DC and appeared at the agreed-upon date and location, Musk did not appear and his counsel said that

Musk was ill.  The Court subsequently entered an order requiring Musk to reimburse Plaintiffs' Counsel for their expenses and to appear for deposition in San Francisco on May 7, 2025.  ECF 184.

**Proposed Trial Schedule**

This action, filed almost three years ago in 2022, is ready to be set for trial.  Following resolution of motion to dismiss in 2023, and class certification in 2024, discovery has moved forward expeditiously (with the benefit of an agreement to use depositions taken in the 2022 Delaware action between Twitter and Defendant).  With the exception of a few depositions set after the fact discovery cutoff, fact discovery is largely complete and expert discovery will close in July 2025.  Similarly, dispositive and expert motions will be fully briefed no later than August 2025.

The Parties will benefit from setting a firm trial date and related pre-trial deadlines.  In their prior Joint Status Report, both Parties proposed trial dates to the Court; Plaintiffs proposed a trial date of October 6, 2025 and Defendant proposed March 2026.  ECF 125.

Plaintiffs propose an October 27, 2025 trial date, with pretrial deadlines set in accordance with this Court's Guidelines for Civil Jury Trials.  Similarly, dispositive and Daubert motions could be heard following a pretrial conference.  The case should not languish due to delays in Musk's appearance at deposition.

Dated: April 16, 2025                    /s/ *Mark C. Molumphy*
                                                    Mark C. Molumphy

                                                    COTCHETT, PITRE & MCCARTHY, LLP
                                                    Joseph W. Cotchett (SBN 36324)
                                                    jcotchett@cpmlegal.com
                                                    Mark C. Molumphy (SBN 168009)
                                                    mmolumphy@cpmlegal.com
                                                    Tyson C. Redenbarger (SBN 294424)
                                                    tredenbarger@cpmlegal.com
                                                    Elle D. Lewis (SBN 238329)
                                                    elewis@cpmlegal.com
                                                    Gia Jung (SBN 340160)
                                                    gjung@cpmlegal.com

Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*