QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Nathan Archibald (*pro hac vice*)
nathanarchibald@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
Telephone:   (801) 515-7300
Facsimile:   (801) 515-7400

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>ELON R. MUSK,<br><br>          Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL PORTION OF JOINT LETTER TO COURT**<br><br>Judge: Hon. Charles R. Breyer<br><br>Magistrate Judge: Hon. Donna M. Ryu |

Under Civil Local Rule 7-11 and 79-5(c) Defendant Elon Musk ("Defendant") hereby moves the Court to seal portions of the documents listed below and filed herein.

**Material to Be Filed Under Seal Under 79-5(c)**

| Document | Description | Designating Party |
|---|---|---|
| **Excerpts from the deposition of Defendant, dated May 7, 2025** | Highlighted portions of the transcript discuss Defendant's personal information that is also referenced in Paragraph 3 of the joint letter | Defendant |
| **Parties' Joint Letter Brief re: Spiro Motion to Quash** | Paragraph 3 of Defendant's portion of the joint letter | Defendant |

Defendant seeks to seal Exhibit 1 and Paragraph 3 of the his portion of the parties' joint letter filed contemporaneously herewith. On its face this Exhibit and Paragraph contain "personal information," the confidentiality of which "outweighs the presumption in favor of public access to court records." *See California Spine & Neurosurgery Inst. v. United Healthcare Ins. Co.*, 2021 WL 1146216, at *3 (N.D. Cal. Feb. 12, 2021). "The public has a minimal interest in [such] typically private and confidential [information]." *Hendricks v. Aetna Life Ins. Co.,* 2019 WL 9054346, at *4 (C.D. Cal. Nov. 7, 2019.

Defendant's personal information will be made publicly available if sealing is denied. Only the specific paragraph discussing this confidential material is redacted from Defendant's portion of the joint letter as the least restrictive means to preventing the public disclosure of this information.

This motion complies with Civil Local Rules 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Stephen Broome in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: May 12, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Stephen A. Broome
Alex Spiro
Michael T. Lifrak
Joseph C. Sarles
Stephen A. Broome
Jesse A. Bernstein
Alex Bergjans
Jonathan E. Feder
Nathan Archibald

*Attorneys for Defendant Elon Musk*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 12th day of May, 2025.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Emily Couture
Alex Spiro
Michael T. Lifrak
Joseph C. Sarles
Stephen A. Broome
Jesse A. Bernstein
Alex Bergjans
Jonathan E. Feder
Nathan Archibald
Stephanie Keleman
Emily Couture

*Attorneys for Defendant Elon Musk*

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories herein.

By  /s/ Emily Couture
Alex Spiro
Michael T. Lifrak
Joseph C. Sarles
Stephen A. Broome
Jesse A. Bernstein
Alex Bergjans
Jonathan E. Feder
Nathan Archibald
Stephanie Keleman
Emily Couture

*Attorneys for Defendant Elon Musk*