1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice*)
2  alexspiro@quinnemanuel.com
   Jesse A. Bernstein (*pro hac vice*)
3  Jessebernstein@quinnemanuel.com
   Jonathan E. Feder (*pro hac vice*)
4  jonathanfeder@quinnemanuel.com
   295 5th Avenue, 9th Floor
5  New York, NY 10016
   Telephone:     (212) 849-7000
6  Facsimile:     (212) 849-7100

7  Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
8  Joseph C. Sarles (Bar No. 254750)
   josephsarles@quinnemanuel.com
9  Stephen A. Broome (Bar No. 314605)
   stephenbroome@quinnemanuel.com
10 Alex Bergjans (Bar No. 302830)
   alexbergjans@quinnemanuel.com
11 865 S. Figueroa Street, 10th Floor
   Los Angeles, California 90017
12 Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
13
   Nathan Archibald (*pro hac vice*)
14 nathanarchibald@quinnemanuel.com
   2755 E. Cottonwood Parkway, Suite 430
15 Salt Lake City, Utah 84121
   Telephone:     (801) 515-7300
16 Facsimile:     (801) 515-7400

17 *Attorneys for Defendant Elon Musk*

18                      UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20

| 21 | GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated, | CASE NO. 3:22-CV-05937-CRB |
|---|---|---|
| 22 | | **[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL PORTION OF JOINT LETTER TO COURT** |
| 23 | Plaintiff, | |
| 24 | vs. | |
| 25 | ELON R. MUSK, | Judge: Hon. Charles R. Breyer |
| 26 | Defendant. | Magistrate Judge: Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

Having considered Defendant's Administrative Motion To seal Portion of Joint Letter to Court, the Court hereby GRANTS (IN PART) / DENIES (IN PART) the Motion and ORDERS that the following materials shall be sealed:

**Material to Be Filed Under Seal Under 79-5(c)**

| Document | Description | Designating Party |
|---|---|---|
| **Excerpts from the deposition of Defendant, dated May 7, 2025** | Highlighted portions of the transcript discuss Defendant's personal information that is also referenced in Paragraph 3 of the joint letter | Defendant |
| **Parties' Joint Letter Brief re: Spiro Motion to Quash** | Paragraph 3 of Defendant's portion of the joint letter | Defendant |

**IT IS SO ORDERED**

Date: _____

Hon. Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE