Damian J. Martinez (SBN # 200159)
Michael (Akiva) Newborn (SBN # 305929)
**LEECH TISHMAN NELSON HARDIMAN, INC.**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (424) 738-4000; Facsimile: (424) 738-5080
E-mail: *dmartinez@leechtishman.com*

Attorneys for Non-Parties John C. Coates and Cornerstone Research Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No.: 3:22-cv-05937-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Magistrate Judge: Hon. Donna M. Ryu<br><br>**STIPULATION ON FILING DEADLINE FOR JOINT DISCOVERY LETTER AND [PROPOSED] ORDER**<br><br>Complaint Filed: October 10, 2022<br>Trial Date: Not Set |

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiff Giuseppe Pampena and others similarly situated ("Plaintiffs"), non-party and movant John Coates ("Coates"), and Cornerstone Research Inc. ("Cornerstone Research") (Plaintiffs, Coates, and Cornerstone Research Inc. shall collectively be referred to hereafter as the "Stipulating Parties") jointly stipulate as follows:

WHEREAS, on February 28, 2025, Plaintiffs served Coates a subpoena calling for his deposition testimony and production of the following documents: (1) all final expert reports that Coates authored and that any party submitted to the Court or the opposing party in *Twitter, Inc. v. Elon R. Musk, et al.* C.A. No. 2022-0613-KSJM (the "Delaware Action"), (2) all documents on which Coates relied for

Case 3:22-cv-05937-CRB   Document 213   Filed 05/28/25   Page 2 of 9

purposes of, or which support, the opinion(s) stated in any final expert report that Coates authored and that any party submitted to the Court or the opposing party in the Delaware Action, and (3) any final expert reports authored by others in the Delaware Action that any party submitted to the Court or the opposing party in the Delaware Action.

WHEREAS, on February 27, 2025, Plaintiffs served Cornerstone Research a subpoena calling for its production of the following documents: (1) all final expert reports that any party submitted to the Court or the opposing party in the Delaware Action, and (2) all documents on which any expert relied for purposes of, or which support, the opinion(s) stated in any final expert report that any party submitted to the Court or the opposing party in the Delaware Action.

WHEREAS, on March 19, 2025, Coates filed with this Court a motion to quash the subpoena (ECF # 141). On March 25, 2025, this Court denied that motion without prejudice (ECF # 152). In that order, the Court directed Coates and Plaintiffs to further meet and confer and if the parties were unable to reach an agreement to file a joint letter with the Court on April 8, 2025.

WHEREAS, on March 31, 2025, the Stipulating Parties' respective counsel met and conferred regarding the subpoenas and after doing so, both sides determined they had reached an impasse on the issues presented. Further, the Stipulating Parties determined that a Joint Letter to be submitted should address both: 1) Plaintiffs' subpoena to Coates, the subject of the prior Motion and Ruling and 2) Plaintiffs' subpoena to Cornerstone Research. (Counsel for Coates also represents Cornerstone Research in this matter.)

WHEREAS, on March 31, 2025, Plaintiffs and Defendant Elon Musk ("Musk") filed with this Court a Joint Letter (ECF # 160) regarding Plaintiffs' demand that Musk produce the expert reports that Twitter had produced to him in the Delaware Action. (ECF # 160).

WHEREAS, on April 7, 2025, the Court entered an order that the Stipulating Parties submit a Joint Letter regarding Plaintiffs' subpoena to Coates three days after the Court issues a ruling on the Joint Letter (ECF # 160) submitted by Plaintiffs and Musk.

WHEREAS, on May 13, 2025, the Court entered an order (ECF # 205) that Musk produce the expert reports from the Delaware Action, including a report authored by Coates, by May 16, 2025.

2
STIPULATION ON FILING DEADLINE FOR JOINT DISCOVERY LETTER
AND [PROPOSED] ORDER
3:22-cv-05937-CRB

WHEREAS, the Stipulating Parties believe they will be in a better position to assess their need to depose Coates, and to address and/or resolve their dispute over Plaintiffs' subpoenas to Coates and Cornerstone Research, after Plaintiffs have received and had sufficient time to review the expert reports as produced by Musk.

WHEREAS, on May 15, 2025, the Stipulating Parties filed with this Court a stipulation and proposed order to continue the deadline to file the Joint Letter with respect to Plaintiffs' subpoena to Coates to May 28, 2025. (ECF # 209). This Court granted the stipulation and ordered the deadline to file a Joint Motion be extended to May 28. (ECF # 211). Since then, counsel for the Stipulating Parties met and conferred on May 21, May 23 and May 27 and have substantially narrowed the scope of their dispute. More specifically, in the afternoon of May 23, Plaintiffs' counsel made a proposal to Coates' counsel that potentially avoids motion practice before this Court regarding the Coates' subpoena. Undersigned counsel for non-party Coates was unable to provide a response to that proposal by close of business May 23 and Monday, May 26, was a holiday. On May 27, Coates' counsel was in client meetings and he needed to prepare for a hearing in Los Angeles County Superior Court scheduled for May 28, so he was unable to provide a response to Plaintiffs' proposal and requires additional time to do so. The Stipulating Parties have conferred and agreed based on the foregoing and in the interest of conserving judicial resources that good cause exists for the filing date of their Joint Letter to be further postponed to June 2, 2025. The Stipulating Parties fully anticipate that no further extensions will be requested and they will either resolve their dispute between themselves by the new deadline or submit a Joint Letter on that date.

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the Stipulating Parties hereto, through their undersigned counsel, subject to the approval of the Court that:

1. The joint letter by Plaintiffs and Coates shall be due on June 2, 2025.

2. The fact discovery cut-off shall be extended for the limited purpose allowing Plaintiffs to obtain, or seek to obtain, the document and deposition discovery described herein from Coates and/or Cornerstone Research.

DATED: May 28, 2025

| | |
|---|---|
| */s/ Damian J. Martinez* | */s/ Aaron Arnzen* |
| LEECH TISHMAN NELSON HARDIMAN, INC. | BOTTINI & BOTTINI, INC. |
| Damian J. Martinez (SBN # 200159) | Francis A. Bottini, Jr. (SBN: 175783) |
| *dmartinez@leechtishman.com* | *fbottini@bottinilaw.com* |
| Michael (Akiva) Newborn (SBN # 305929) | Albert Y. Chang (SBN 296065) |
| *mnewborn@leechtishman.com* | *achang@bottinilaw.com* |
| 1100 Glendon Avenue, 14th Floor | Aaron Arnzen (SBN 218272) |
| Los Angeles, California 90024 | *aarnzen@bottinilaw.com* |
| Telephone: (424) 738-4000 | 7817 Ivanhoe Avenue, Suite 102 |
| Facsimile: (424) 738-5080 | La Jolla, California 92037 |
| | Telephone: (858) 914-2001 |
| *Attorneys for Non-Party John C. Coates and Cornerstone Research, Inc.* | COTCHETT, PITRE & MCCARTHY, LLP |
| | Joseph W. Cotchett (SBN 36324) |
| | *jcotchett@cpmlegal.com* |
| | Mark C. Molumphy (SBN 168009) |
| | *mmolumphy@cpmlegal.com* |
| | Tyson C. Redenbarger (SBN 294424) |
| | *tredenbarger@cpmlegal.com* |
| | Gia Jung (SBN 340160) |
| | *gjung@cpmlegal.com* |
| | Caroline Yuen (SBN 354388) |
| | *CYuen@cpmlegal.com* |
| | San Francisco Airport Office Center |
| | 840 Malcolm Road, Suite 200 |
| | Burlingame, California 94010 |
| | Telephone: (650) 697-6000 |
| | |
| | *Lead Counsel for Plaintiffs and the Class* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Damian J. Martinez, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of May 2025 at Los Angeles, California.

By  */s/ Damian J. Martinez*
    Damian J. Martinez

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____                      _____
                                          HONORABLE DONNA M. RYU
                                          UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE OF DOCUMENT
Case No. 3:22-cv-05937-CRB
Giuseppe Pampena, et al. v. Elon Musk

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to this action. My business address is Leech Tishman Nelson Hardiman, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024.

On May 28, 2025, I served the attached document described as: **STIPULATION ON FILING DEADLINE FOR JOINT DISCOVERY LETTER AND [PROPOSED] ORDER** on the interested parties in this action as follows:

☐ Via US Mail: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

☒ Via Email: Based on a written agreement of the parties to accept service by email, I caused the document(s) to be sent to the persons at the email service addresses included on the attached service list.

☒ Via CM/ECF Electronic Filing: I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b )(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing "pro se."

☒ (Federal) – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2025 | Matthew Mocciaro | /s/ Matthew Mocciaro |
|---|---|---|
| Date | Printed Name | Signature |

1
STIPULATION ON FILING DEADLINE FOR JOINT DISCOVERY LETTER
AND [PROPOSED] ORDER
3:22-cv-05937-CRB

**SERVICE LIST**

| | |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Email: jcotchett@cpmlegal.com<br>         mmolumphy@cpmlegal.com<br>         tredenbarger@cpmlegal.com<br>         gjung@cpmlegal.com<br>         NSanguinetti@cpmlegal.com<br>         jacosta@cpmlegal.com<br>         zagudelo@cpmlegal.com<br>         tredenbarger@cpmlegal.com<br>         jtoomey@cpmlegal.com<br>         jrabanal@cpmlegal.com,<br>         cyuen@cpmlegal.com | *Attorneys for Plaintiffs* |
| BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Email: fbottini@bottinilaw.com<br>         achang@bottinilaw.com<br>         aarnzen@bottinilaw.com<br>         sammirati@bottinilaw.com<br>         asmith@bottinilaw.com | *Attorneys for Plaintiffs* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Email: alexspiro@quinnemanuel.com<br>         jessebernstein@quinnemanuel.com<br>         jonathanfeder@quinnemanuel.com<br>         stephenbroome@quinnemanuel.com<br>         josephsarles@quinnemanuel.com<br>         shawnaallison@quinnemanuel.com<br>         calendar@quinnemanuel.com | *Attorneys for Defendant* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Email: michaellifrak@quinnemanuel.com<br>         josephsarles@quinnemanuel.com<br>         alexbergjans@quinnemanuel.com | *Attorneys for Defendant* |

| | | |
|---|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | | *Attorneys for Defendant* |
| 2755 E. Cottonwood Parkway, Suite 430 | | |
| Salt Lake City, Utah 84121 | | |
| Email: nathanarchibald@quinnemanuel.com | | |
| | | |
| MORGAN, LEWIS & BROCKIUS LLP | | *Attorneys for Plaintiff The Twitter Investment Group* |
| 110 North Wacker Drive, Suite 2800 | | |
| Chicago, IL 60606-1511 | | |
| Email: christopher.boran@morganlewis.com | | |