COTCHETT PITRE & McCARTHY LLP                              BOTTINI & BOTTINI, Inc.

June 2, 2025                              <u>Via ECF</u>

Hon. Donna M. Ryu
U.S. District Court, Northern District of California
Ronald V. Dellums Fed. Bldg. & U.S. Courthouse
1301 Clay Street
Oakland, California 94612

RE: *Pampena v. Musk*, No. 3:22-cv-05937-CRB (N.D. Cal.)

Dear Judge Ryu:

In light of the Court's guidance and in an effort to reduce burden and improve efficiencies, Plaintiffs and non-party John C. Coates have resolved their dispute surrounding Plaintiffs' subpoena issued to Mr. Coates and accordingly withdraw their discovery dispute concerning such subpoena. *See* ECF 141 (Coates' Motion to Quash), 152 (Order re Motion to Quash).

| */s/ Gia Jung* | */s/ Damian J. Martinez* |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP | LEECH TISHMAN NELSON HARDIMAN, INC. |
| Joseph W. Cotchett (SBN 36324) | Damian J. Martinez (SBN # 200159) |
| jcotchett@cpmlegal.com | dmartinez@leechtishman.com |
| Mark C. Molumphy (SBN 168009) | Michael (Akiva) Newborn (SBN # 305929) |
| mmolumphy@cpmlegal.com | mnewborn@leechtishman.com |
| Tyson C. Redenbarger (SBN 294424) | 1100 Glendon Avenue, 14th Floor |
| tredenbarger@cpmlegal.com | Los Angeles, California 90024 |
| Gia Jung (SBN 340160) | Telephone: (424) 738-4000 |
| gjung@cpmlegal.com | Facsimile: (424) 738-5080 |
| Caroline Yuen (SBN 354388) | |
| CYuen@cpmlegal.com | *Counsel for Non-Party John C. Coates* |
| San Francisco Airport Office Center | |
| 840 Malcolm Road, Suite 200 | |
| Burlingame, California 94010 | |
| Telephone: (650) 697-6000 | |

*/s/ Aaron Arnzen*
BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*