COTCHETT PITRE & McCARTHY LLP                                              BOTTINI & BOTTINI, Inc.

July 3, 2025                                                                                                    Via ECF

Hon. Donna M. Ryu
U.S. District Court, Northern District of California
Ronald V. Dellums Fed. Bldg. & U.S. Courthouse
1301 Clay Street
Oakland, California 94612

RE: *Pampena v. Musk*, No. 3:22-cv-05937-CRB (N.D. Cal.)

Dear Judge Ryu:

In response to the questions raised in Your Honor's June 26, 2025 Order for Supplemental Briefing on Discovery Disputes (Dkt. 217), based on the current record, Lead Plaintiffs answer as follows:

**Whether they intend to call Spiro as a witness (1) if they obtain his deposition testimony, and (2) if they do not.**

Lead Plaintiffs intend to call Mr. Spiro as a witness at trial if they obtain his deposition testimony. Plaintiffs also intend to call Mr. Spiro as a witness at trial even if they do not obtain his deposition testimony, though their ability to do so is subject to Rule 45.

**Whether they intend to move to disqualify Spiro (1) if they obtain his deposition testimony, and (2) if they do not.**

As a necessary witness with material information, Lead Plaintiffs intend to move to disqualify Mr. Spiro both if they obtain his deposition testimony and if they do not. Lead Plaintiffs do not intend to move to disqualify the Quinn Emanuel firm nor any of its other attorneys who have been involved in this case since its inception.

Pursuant to the Court's Order, Plaintiffs will brief the applicable law regarding the advocate-witness rule and how it applies to this case for submission on July 8, 2025.

| */s/ Caroline A. Yuen* | */s/ Aaron Arnzen* |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP | BOTTINI & BOTTINI, INC. |
| Caroline Yuen (SBN 354388) | Aaron Arnzen (SBN 218272) |
| San Francisco Airport Office Center | aarnzen@bottinilaw.com |
| 840 Malcolm Road, Suite 200 | 7817 Ivanhoe Avenue, Suite 102 |
| Burlingame, California 94010 | La Jolla, California 92037 |
| Telephone: (650) 697-6000 | Telephone: (858) 914-2001 |

*Co-Lead Counsel for Lead Plaintiffs*