QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* )
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF ALEX SPIRO IN SUPPORT OF RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING THE ADVOCATE WITNESS RULE**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

Case No. 3:22-CV-05937-CRB

DECLARATION OF ALEX SPIRO IN SUPPORT OF RESPONSE TO SUPPLEMENTAL BRIEF

I, Alex Spiro, declare as follows:

1.  I am admitted *pro hac vice* to practice in this Court and am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendant Elon R. Musk in this action.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2.  I agree to appear for a deposition on the four subjects Plaintiffs seek my testimony regarding: "[my] communications with Musk and with Morgan Stanley related to two tweets made by Musk on May 13, 2022; [my purported] selection of third-party data analysts Musk retained to evaluate Twitter's percentage of spam accounts; [my purported] involvement in preparing data requests that were sent to Twitter on May 17, 2022; and [my purported] involvement in Musk's plan to terminate Twitter executives after Musk acquired Twitter." Dkt. No. 217 at 2, fn. 1.  To be clear, I do not agree to give any testimony on matters that are protected from disclosure by the attorney-client privilege or attorney work product doctrine.  I reserve all rights to object to and refuse to answer any questions that invade those privileges.

3.  In their most recent meet and confer correspondence concerning my deposition, Plaintiffs proposed a "2-3 hour time limit."  A true and correct copy of that correspondence is attached hereto as **Exhibit 1**.  I agree to be deposed for the 2 hours Plaintiffs proposed.

4.  I have received Mr. Musk's informed written consent to continue to represent him and serve as trial counsel despite Plaintiffs' indication that they will seek to call me as a witness at trial.

Executed on this 15th day of July, 2025 in Miami, Florida.


By      */s/ Alex Spiro*
           Alex Spiro

DECLARATION OF ALEX SPIRO IN SUPPORT OF RESPONSE TO SUPPLEMENTAL BRIEF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on July 15, 2025.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  /s/ Alex Bergjans
      Alex Spiro
      Jesse A. Bernstein
      Jonathan Feder
      Michael T. Lifrak
      Joseph C. Sarles
      Stephen Broome
      Alex Bergjans
      Nathan Archibald

*Attorneys for Defendant Elon Musk*

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory herein.

By */s/ Alex Bergjans*
Alex Bergjans

*Attorneys for Defendant Elon Musk*

DECLARATION OF ALEX SPIRO IN SUPPORT OF RESPONSE TO SUPPLEMENTAL BRIEF