QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* )
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELON R. MUSK,<br><br>    Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF JESSE BERNSTEIN IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF ADAM BADAWI**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

I, Jesse Bernstein, declare as follows:

1.      I am admitted *pro hac vice* to practice in this Court and am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendant Elon R. Musk in this action.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2.      I, along with my colleagues at Quinn Emanuel, represented Mr. Musk in *Twitter Inc. v. Elon R. Musk et al.*, Delaware Court of Chancery C.A. No. 2022-0613-KSJM ("Delaware Action").  Twitter served Mr. Musk with the Expert Report of John C. Coates IV on or around October 2, 2022.  Mr. Coates was not deposed in the Delaware Action, nor was he qualified by the Court of Chancery to offer his expert opinion in the Delaware Action.  Beyond serving initial reports, the parties did not engage in expert discovery and no motions were filed relating to the admissibility of Mr. Coates' opinions.

3.      Attached hereto as **Exhibit 209** is a true and correct copy of the May 28, 2025 Expert Report of Adam Badawi.

4.      Attached hereto as **Exhibit 219** is a true and correct copy the April 25, 2022 Agreement and Plan of Merger between X Holdings I, Inc. and X Holdings II, Inc. on the one hand and Twitter, Inc. on the other.

5.      Attached hereto as **Exhibit 220** is a true and correct copy of Twitter, Inc.'s Form 10-K for the fiscal year ended December 31, 2021.

6.      Attached hereto as **Exhibit A** is a true and correct copy of the transcript of Adam Badawi's July 17, 2025 deposition in this case.

7.      Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Response to Defendant's Interrogatory No. 4.

8.      Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Amended Responses to Defendant's Requests for Admissions to Plaintiffs Numbered 35-38, 45-46, 49-50.

9.    Attached hereto as **Exhibit D** is a true and correct copy of the Confidentiality Agreement between Mr. Musk and Twitter, produced at MUSK-PAMPENA-023104.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of August, 2025 in New York, New York.


By       */s/ Jesse Bernstein*
                    Jesse Bernstein

DECLARATION OF JESSE BERNSTEIN IN SUPPORT OF MOTION TO EXCLUDE BADAWI

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on August 14, 2025.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By _/s/ Alex Bergjans_
    Alex Spiro
    Jesse A. Bernstein
    Michael T. Lifrak
    Stephen A. Broome
    Alex Bergjans

    *Attorneys for Defendant Elon Musk*

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory herein.


By */s/ Alex Bergjans*
Alex Bergjans

*Attorneys for Defendant Elon Musk*

Case No. 3:22-CV-05937-CRB
DECLARATION OF JESSE BERNSTEIN IN SUPPORT OF MOTION TO EXCLUDE BADAWI