**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Elle D. Lewis (SBN 238329)
*elewis@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Caroline A. Yuen (SBN 354388)
*cyuen@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
*fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*
Aaron P. Arnzen (SBN 218272)
*aarnzen@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 22-cv-5937-CRB<br><br>**DECLARATION OF AARON P. ARNZEN IN SUPPORT OF LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE PORTIONS OF OPINION OF KENNETH M. LEHN**<br><br>Date:       October 31, 2025<br>Time:       10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge:       Hon. Charles R. Breyer |

Case No. 22-cv-5937-CRB
DECLARATION OF AARON P. ARNZEN IN SUPPORT OF LEAD PLAINTIFFS'
NOTICE OF MOTION AND MOTION TO EXCLUDE PORTIONS OF OPINION OF
KENNETH M. LEHN

## DECLARATION OF AARON P. ARNZEN

I, Aaron P. Arnzen, hereby declare as follows:

1. I am a member of the bar of the state of California and the United States District Court for the Northern District of California and an attorney with Bottini & Bottini, Inc., Co-Lead Counsel for Plaintiffs. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters. I make this declaration in support of Lead Plaintiffs' Motion to Exclude Portions of Opinion of Kenneth M. Lehn.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the July 2, 2025 Expert Rebuttal Report of Kenneth M. Lehn, as produced by Defendant in this case.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts of the July 30, 2025 deposition of Dr. Lehn.

4. Footnote 80 of Dr. Lehn's report states that he "reviewed Twitter analyst reports from April 25, 2022 to October 10, 2022 available through LSEG, Capital IQ, and FactSet." On July 24, 2025, I requested the production of such reports to allow adequate preparation for Dr. Lehn's deposition. On July 25, 2025, defense counsel provided 183 analyst reports in four compendiums, plus one standalone report. A true and accurate copy of the tables of contents included in the compendiums of reports is attached hereto as **Exhibit 3**.

5. Dr. Lehn testified that his assistants obtained these 183 reports for purposes of this case. By my count, of the 183 analyst reports that Dr. Lehn's assistants obtained, 48 of them were published from May 13 to May 21, July 8 to July 14, and October 4 to October 8.

6. According to Appendix B to Dr. Lehn's report at B, of the 30 analyst reports that Dr. Lehn reviewed, 23 of them were published from May 13 to May 21, July 8 to July 14, and October 4 to October 8.

7. Attached hereto as **Exhibit 4** is a true and accurate copy of an excerpt of the Expert Report of Kenneth M. Lehn in *In re EQT Sec. Litig.*, W.D. PA Case No. 19-cv-00754-RJC. I have reviewed the report and do not find any reference to inferences drawn from the allegedly false statements addressed in the report.

8. Attached hereto as **Exhibit 5** is a true and accurate copy of an excerpt of the Expert Rebuttal Report of Kenneth M. Lehn in *In re Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc.*, S.D. OH Case No. 19-cv-3347. I have reviewed the report and do not find any reference to inferences drawn from the allegedly false statements addressed in the report.

9. Attached hereto as **Exhibit 6** is a true and accurate copy of a July 18, 2022 Wells Fargo analyst report on which Dr. Lehn relied for purposes of forming his opinions. The analyst report contains a link to a discussion with Professor Robert Miller concerning the Twitter acquisition.

10. Attached as **Exhibit 7** is a true and accurate copy of an Order Granting Plaintiff Securities and Exchange Commission's Motion *In Limine* No. 1 to Exclude Certain Portions of the Expected Expert Testimony of Kenneth M. Lehn, as issued in *SEC v. Perry*, C.D. Cal. No. 11-cv-1309-R-JC.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a May 13, 2022 Truist analyst report.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a May 13, 2022 Wedbush analyst report.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a May 17, 2022 Wedbush analyst report.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct.

Executed this 15th day of August, 2025, in La Jolla, California.

By: */s/ Aaron P. Arnzen*
   Aaron P. Arnzen