COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Elle D. Lewis (SBN 238329)
*elewis@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Caroline A. Yuen (SBN 354388)
*cyuen@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
*fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*
Aaron P. Arnzen (SBN 218272)
*aarnzen@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINION OF EDWARD ROCK**<br><br>Date: October 31, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Honorable Charles R. Breyer |

Case No: 3:22-CV-05937-CRB

DECLARATION OF MOLUMPHY IN SUPPORT OF PLAINTIFFS' MOTION EXCLUDE
OPINION OF EDWARD ROCK

I, Mark C. Molumphy, declare and state as follows:

1.    I am a member of the Bar of the State of California, admitted to this Court, and a partner at the law firm Cotchett, Pitre & McCarthy LLP, Co-Lead Counsel for the Class in the above-captioned action.  I submit this declaration in support of Plaintiffs' Motion to Exclude Opinion of Edward Rock.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Professor Edward Rock dated July 2, 2025, and sent to my firm on that date.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Expert Report of Professor Adam Badawi dated May 28, 2025, and sent to Defendant's counsel on that date.

4.    Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the certified deposition transcript of Edward Rock taken on July 22, 2025.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed this 15th day of August, 2025.


*/s/ Mark C. Molumphy*
MARK C. MOLUMPHY

DECLARATION OF MOLUMPHY IN SUPPORT OF PLAINTIFFS' MOTION EXCLUDE OPINION OF EDWARD ROCK