# EXHIBIT D

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

TWITTER, INC.,

                        Plaintiff,

vs.                              NO:  C.A. NO. 2022-0613-K

ELON R. MUSK,  X HOLDINGS I,
INC., and X HOLDINGS II, INC.,

                        Defendants.

_____/

** TRANSCRIPT MARKED CONFIDENTIAL **

REMOTE VIDEOTAPED DEPOSITION OF ROBERT KAIDEN

Thursday, September 15, 2022

Reported By:

LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

JOB NO. 217166

Confidential

September 15, 2022

9:08 a.m.

Remote Videotaped Deposition of ROBERT KAIDEN, held REMOTELY BY ALL PARTIES, pursuant to notice, before Linda Vaccarezza, a Certified Shorthand Reporter of the State of California.

Q.    That's because PWC's audit does not cover the entirety of the 10K?

A.    Correct.

Q.    PWC's audit covers the financial statements and accompanying notes, correct?

A.    Yes.

Q.    So the same sections of -- withdrawn.

Their responsibility goes no further than the financial statements, the accompanying notes and the internal controls over financial reporting, correct?

A.    Correct.

Q.    So PWC's audit does not extend to Twitter's disclosures regarding the mDAU figures?

A.    Correct.

Q.    And PWC's audit also doesn't extend to Twitter's disclosures regarding the amount of or false or spam accounts within mDAU, right?

A.    Correct.

Q.    PWC's audit doesn't extend to any disclosures or nondisclosures of engagement metrics, correct?

A.    Correct.

Q.    That's because those are nongap figures?

A.    Correct.

Confidential

Page 246

C E R T I F I C A T E

STATE OF CALIFORNIA        )

COUNTY OF SAN FRANCISCO )

I, LINDA VACCAREZZA, a Certified Shorthand Reporter for the State of California, do hereby certify that ROBERT KAIDEN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of September 2022.

*Linda Vaccarezza*

_____

LINDA VACCAREZZA, CSR. NO. 10201