QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* )
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DAVID I. TABAK**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF DAVID I. TABAK

I, Alex Bergjans, declare as follows:

1.    Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcript of David Tabak, dated July 16, 2025.  The highlighting throughout Exhibit A has been added to help direct the Court to certain lines of testimony.

2.    Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcript of David Tabak, dated August 1, 2025. The highlighting throughout Exhibit B has been added to help direct the Court to certain lines of testimony.

3.    Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the deposition transcript of Kenneth M. Lehn, dated July 30, 2025.

4.    Attached hereto as **Exhibit D** is a true and correct copy of the Elon Musk Tweet produced as a marked exhibit in Robert Swan's September 12, 2022 Deposition from *Twitter, Inc. v. Musk, et al.*, C.A. No. 2022-0613-KSJM (Del. Ch.) (the "Delaware Action"), dated May 13, 2022.

5.    Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs Responses and Objections to Defendant's Third Set of Interrogatories (Nos. 15-25), dated March 28, 2025.

6.    Attached hereto as **Exhibit 163** is a true and correct copy of the Elon Musk Tweet produced as a marked exhibit in Elon Musk's May 19, 2025 deposition, dated May 13, 2022.

7.    Attached hereto as **Exhibit 191** is a true and correct copy of the Schedule 13D of Twitter Inc. produced as a marked exhibit in Elon Musk's May 19, 2025 deposition, dated October 3, 2022.

8.    Attached hereto as **Exhibit 201** is a true and correct copy of the Bloomberg Article produced as a marked exhibit in David Tabak's July 16, 2025 deposition, dated May 19, 2022.

9.    Attached hereto as **Exhibit 205** is a true and correct copy of the Mike Ringler Letter to the SEC produced as a marked exhibit in David Tabak's July 16, 2025 deposition, dated June 7, 2022.

10.    Attached hereto as **Exhibit 206** is a true and correct copy of the SparkToro Article produced as a marked exhibit in David Tabak's July 16, 2025 deposition, dated May 15, 2022.

Case No. 3:22-CV-05937-CRB
DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF DAVID I. TABAK

11.    Attached hereto as **Exhibit 207** is a true and correct copy of Elon Musk's Twitter Thread produced as a marked exhibit in David Tabak's July 16, 2025 deposition, dated May 14 and May 15, 2022.

12.    Attached hereto as **Exhibit 238** is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendant's First Set of Interrogatories (Nos. 1-12), produced as a marked exhibit in Kenneth M. Lehn's July 30, 2025 deposition, dated March 17, 2025.

13.    Attached hereto as **Exhibit 243** is a true and correct copy of the Supplemental Expert Report of David I. Tabak, Ph.D., produced as a marked exhibit in David Tabak's August 1, 2025 deposition, dated July 18, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of August, 2025, in Los Angeles, California.


By    _/s/ Alex Bergjans_____
     Alex Bergjans

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF DAVID I. TABAK

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 15th day of August, 2025.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  /s/ Alex Bergjans
    Alex Spiro
    Michael T. Lifrak
    Stephen A. Broome
    Jesse A. Bernstein
    Alex Bergjans

    *Attorneys for Defendant Elon Musk*

Case No. 3:22-CV-05937-CRB
DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF DAVID I. TABAK