# EXHIBIT 163

E. Musk - VOL. II
05.19.25

**Exhibit 163**

Quyen N. Do



MUSK-PAMPENA-0682813