# EXHIBIT 201

# Twitter Deal Is Proceeding, Not 'On Hold,' Executives Tell Staff

**Published: Thu May 19 13:19:17 EDT 2022**

By Kurt Wagner and Maxwell Adler

(Bloomberg) --

Twitter Inc. executives told employees on Thursday that the $44 billion deal to sell the company to billionaire Elon Musk is moving forward as planned, and that it won't renegotiate the agreed-upon price of $54.20 per share.

Vijaya Gadde, Twitter's top lawyer and head of policy, also told workers at an all-hands meeting that there is "no such thing as a deal being on hold," according to people who attended the meeting. She was pushing back on claims from Musk over the past week that he is pausing the deal while he learns more about the number of bots and spam accounts on the social-media service.

Other top Twitter executives, including Chief Executive Officer Parag Agrawal and finance chief Ned Segal, also addressed employees, said the people, who asked not to be identified discussing internal business. The companywide video call was intended for leadership to discuss the deal and provide more details following Twitter's filing of its proxy statement with the Securities and Exchange Commission, which outlined the transaction's history and terms.

Segal on Thursday told employees that Twitter executives are still engaging with Musk and his team, and working with them "regularly" throughout the process.

--With assistance from Dana Hull and Ed Ludlow.

To contact the reporters on this story:
Kurt Wagner in San Francisco at kwagner71@bloomberg.net;
Maxwell Adler in New York at madler60@bloomberg.net

To contact the editors responsible for this story:
Sarah Frier at sfrier1@bloomberg.net
Jillian Ward, Robin Ajello

**EXHIBIT**

**Tabak Ex. 201**

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service