# EXHIBIT 206

# SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam

 By Rand Fishkin   May 15, 2022

TL;DR – From May 13-15, 2022, SparkToro and Followerwonk conducted a rigorous, joint analysis of five datasets including a variety of active (i.e. tweeting) and non-active accounts. The analysis we believe to be most compelling uses 44,058 public Twitter accounts active in the last 90 days. These accounts were randomly selected, by machine, from a set of 130+ million public, active profiles. Our analysis found that 19.42%, nearly four times Twitter's Q4 2021 estimate, fit a conservative definition of fake or spam accounts (i.e. our analysis likely undercounts). Details and methodology are provided in the full report below.



For the past three years, SparkToro has operated a free tool for Twitter profiles called Fake Followers. Over the last month, numerous media outlets and other curious parties have used the tool to analyze would-be-Twitter-buyer, Elon Musk's, followers. On Friday, Mr. Musk tweeted that his acquisition of Twitter was "on hold" due to questions about what percent of Twitter's users are spam or fake accounts.

EXHIBIT

Tabak Ex. 206



Mr. Musk's tweet from Friday, May 13

SparkToro is a tiny team of just three, and Fake Followers is intended for informal, free research (our actual business is audience research software). However, in light of significant public interest, we joined forces with Twitter research tool, Followerwonk (whose owner, Marc Mims, is a longtime friend) to conduct a rigorous analysis answering:

1. What is a spam or fake Twitter account?

2. What percent of active Twitter accounts are spam or fake?

3. What percent of Mr. Musk's followers are spam, fake, or inactive?

4. Why should our methodology be trusted?

We address each of these questions below.

---

# What is a Spam or Fake Twitter Account?

Our definition (which may differ from Twitter's own) can best be described as follows:

*"Spam or Fake Twitter accounts are those that do not regularly have a human being personally composing the content of their tweets, consuming the activity on their timeline, or engaging in the Twitter ecosystem."*

Many "fake" accounts under this definition are neither nefarious nor problematic. For example, quite a few users find value in following a bot like @newsycombinator (which automatically shares frontpage posts from the Hacker News website) or @_restaurant_bot (which tweets photos and links from random restaurants discovered through Google Maps). These accounts, arguably, make Twitter a better place. They just don't have a human being behind a device, personally engaging with the Twitter ecosystem.

By contrast, most "spam" accounts are an unwanted nuisance. Their activities range from peddling propaganda and disinformation to those attempting to sell products, induce website clicks, push phishing attempts or malware, manipulate stocks or cryptocurrencies, and (perhaps worst) harass or intimidate users of the platform.

SparkToro's Fake Followers methodology (described in detail below) attempts to identify all of these types of inauthentic users.

Our systems do not, however, attempt to identify Twitter accounts that may be irregularly operated by a human but have some automated behaviors (e.g. a company account with multiple users, like our own @SparkToro, or a community account run by a single person, like Aleyda Solis' @CrawlingMondays). We cannot know how Twitter (or Mr. Musk) might choose to classify these accounts, but we bias to a relatively conservative interpretation of "Spam/Fake."

# What Percent of Active Twitter Accounts are Spam or Fake?

To get the most comprehensive possible answer, we applied a single spam/fake account analysis process (described below) across five unique datasets. These are visualized in the graph below (the same one that appears at the top of this post).



The datasets represented above are:

1. **Followerwonk Random Sample (44,058 accounts)** – Followerwonk currently has 1.047 Billion Twitter profiles indexed, updated in a continuous cycle that takes ~30 days. Any account that has been deleted (by the user or Twitter) gets removed and is not included in the count. Of those, 130 Million are "recently active" by Followerwonk's definition, i.e. they've sent tweets within the past 9 weeks, and are public, not "protected" (Twitter's terminology for private accounts).

   Marc wrote code to randomly select public accounts from Followerwonk's active database, and passed them to

SparkToro for analysis. Casey on our team further scrubbed this list and ran 44,058 public, active accounts through our Fake Followers spam analysis process, finding 8,555 to have an overlap of features highly correlated with fake/spam accounts. We believe this dataset represents the best, single answer to the question of how many active Twitter users are likely to be spam or fake.

2. **Aggregated Average of the Fake Followers Tool (~500K profiles run, 1B+ accounts analyzed)** – Over the last 3.5 years of operation, SparkToro's Fake Followers tool has been run on 501,532 unique accounts, and analyzed thousands of followers for each of those, totaling more than 1 billion profiles (though these are not necessarily unique, and we don't keep track of which profiles were analyzed as part of that process).

   This represents the largest set of accounts on Twitter we could acquire, but it includes analysis of many older accounts that haven't sent tweets in the last 90 days and thus, likely don't fit Twitter's definition of mDAUs (monetizable Daily Active Users). We've included it for comparison, and to show that an analysis that includes simply random Twitter accounts (vs. those that have been recently active) may not be as accurate.

3. **All Followers of @ElonMusk on Twitter (93.4M accounts)** – Given the unique interest in Mr. Musk's account, and the central role it played in triggering this report, we felt it wise to include a complete analysis of the nearly hundred million accounts that follow @ElonMusk. This dataset includes older profiles that haven't tweeted in the last 90 days (and don't fit Twitter's mDAUs definition).

4. **Active Followers of @ElonMusk on Twitter (26.8M accounts)** – A more fair assessment of Mr. Musk's Twitter following would only include accounts that have tweeted in the past 90 days. In order to match the methodology used in our Followerwonk analysis, we selected only those 26,878,729 matching this criteria and have broken them out in the chart above.

5. **Random Sample of 100 Users Following the @Twitter account (100 accounts)** – In a follow-up to his tweet on Friday, May 13th, Mr. Musk said that "my team will do a random sample of 100 followers of @twitter; I invite others to repeat the same process and see what they discover."

   While we don't believe this process to be a rigorous, statistically significant sample set, we've nevertheless included it for comparison purposes. On Saturday, May 14th, we manually took a random sample of accounts from the public page of @Twitter's followers here. In order to get the least biased sample, we included only public accounts, only those that sent tweets in the past 90 days (after Feb 12th, 2022), and only accounts created before May, 2021, i.e. they've been on Twitter 1+ years (many recent accounts, especially in light of Mr. Musk's activities, could bias the sample).

6. **Twitter's Most Recent Earnings Report Estimate (Unknown number of accounts)** – Twitter's public earnings report, quoted by Mr. Musk in his recent tweet, shares that <5% of mDAUs (monetizable Daily Active Users, defined in their 2019 report here) are fake or spam. We've included this estimate in the chart for comparison, and noted that the methodology is undisclosed.

Undoubtedly, other estimates will be made by other researchers, hopefully with equally large and rigorous datasets. **Given the limitations of publicly available data from Twitter, we believe the most accurate estimate to be: 19.42% of public accounts that sent a tweet in the past 90 days are fake or spam.**

# What Percent of Elon Musk's Twitter Followers are Spam, Fake, or Inactive?

In October of 2018, SparkToro analyzed all 54,788,369 of then US President, Donald Trump's, followers on Twitter. We replicated that process for this report, analyzing all of Elon Musk's profile's 93,452,093 followers (as of May 14, 2022).

When running a Fake Followers report through our public tool, we analyze a sample (several thousand) of a Twitter user's followers. When an account has a very large number of followers, this methodology can deviate from what a full analysis of every follower shows. Over Saturday, May 14th and Sunday, May 15th, SparkToro's Casey Henry spun up this comprehensive analysis for Mr. Musk's account, to provide the most precise number possible.

| Factor | % | Factor | % |
|---|---|---|---|
| **Inactive for 120+ days** — % of our sample accounts that have not tweeted in over 120 days. | 69% | **Inactive between 90 and 120 days** — % of sample accounts that haven't tweeted in the last 90-120 days. | 2% |
| **New Twitter User** — % of our sample accounts who have created their account in the last 90 days. | 13% | **Default Profile Image** — % of sample accounts that use Twitter's default profile image. | 26% |
| **Display Name** — % of sample accounts whose display name matches spam-correlated signals. | 41% | **URL Issues** — % of sample accounts that have no url or a non-resolving url in their profile. | 93% |
| **Location Issues** — % of sample accounts using a location that does not match any known place name. | 71% | **Number of Tweets** — % of sample accounts aged more than a year with a very low number of tweets. | 50% |
| **Over Sharing** — % of sample accounts that sent an abnormally large volume of tweets each day. | 4% | **Times Listed** — % of sample accounts that are on an unusually small number of lists. | 95% |
| **Number of Followers** — % of sample accounts that have a suspiciously small number of followers. | 83% | **Number Following** — % of sample accounts that follow an unusually small number of accounts. | 78% |
| **Profile Keywords** — % of sample accounts using spam-correlated keywords in their profile description. | 73% | | |

The breakdown of some factors used in our spam analysis system is above, and in total, 70.23% of @ElonMusk followers are unlikely to be authentic, active users who see his tweets. This is well above the median for fake followers, but is unsurprising (to us, at least) for several reasons:

- Very large accounts tend to have more fake/spam followers than others

- Accounts that receive great deals of press coverage and public interest (like ex-President Trump and Mr. Musk) tend to attract more fake/spam followers than others

- Accounts that Twitter recommends to new users (which often includes @ElonMusk) tend to get more fake/spam followers

When compared to the distributions of other Twitter accounts, @ElonMusk's fake/spam follower count may seem out of the ordinary, but we do not believe or suggest that Mr. Musk is directly responsible for acquiring these suspicious followers. The most likely explanation is a combination of the factors above, exacerbated by Mr. Musk's active use of Twitter, the media coverage of his tweets, and Twitter's own recommendation systems.

We also conducted an analysis of only those 26.8M @ElonMusk followers who've tweeted in the last 90 days. This filter matches the one we applied to the Followerwonk dataset and the random followers of @Twitter.

| | | | |
|---|---|---|---|
| **New Twitter User** <br> % of our sample accounts who have created their account in the last 90 days. | 13% | **Default Profile Image** <br> % of sample accounts that use Twitter's default profile image. | 8% |
| **Display Name** <br> % of sample accounts whose display name matches spam-correlated signals. | 32% | **URL Issues** <br> % of sample accounts that have no url or a non-resolving url in their profile. | 86% |
| **Location Issues** <br> % of sample accounts using a location that does not match any known place name. | 54% | **Number of Tweets** <br> % of sample accounts aged more than a year with a very low number of tweets. | 28% |
| **Over Sharing** <br> % of sample accounts that sent an abnormally large volume of tweets each day. | 10% | **Times Listed** <br> % of sample accounts that are on an unusually small number of lists. | 88% |
| **Number of Followers** <br> % of sample accounts that have a suspiciously small number of followers. | 61% | **Number Following** <br> % of sample accounts that follow an unusually small number of accounts. | 56% |
| **Profile Keywords** <br> % of sample accounts using spam-correlated keywords in their profile description. | 55% | | |

This more selective analysis found 23.42% to be likely fake or spam, a number not far off the estimated, global average.

# Why Should SparkToro & Followerwonk's Methodology Be Trusted?

The datasets analyzed above (save for the random 100 followers of @Twitter, a methodology we don't endorse) are large enough in scope and rigorous enough in process that their results are reproduceable by any Twitter researcher with similar public access. We invite anyone interested to replicate the process we've used here (and describe in more detail below) on their own datasets. Twitter provides [information on their API offerings here](#).

Followerwonk selected a random sample from only those accounts that had public tweets published to their profile in the last 90 days, a clear indication of "activity." Further, Followerwonk regularly updates its profile database (every 30 days) to remove any protected or deleted accounts. We believe this sample is both large enough in size to be statistically significant, and curated to most closely resemble what Twitter might consider a monetizable Daily Active User (mDAU).

SparkToro's Fake Followers analysis consider an account fake if it triggers numerous signals SparkToro shows in our [Fake Followers tool](#):

| | | | |
|---|---|---|---|
| **Inactive for 120+ days** <br> *% of our sample accounts that have not tweeted in over 120 days.* | 29% | **Inactive between 90 and 120 days** <br> *% of sample accounts that haven't tweeted in the last 90-120 days.* | 3% |
| **New Twitter User** <br> *% of our sample accounts who have created their account in the last 90 days.* | 2% | **Default Profile Image** <br> *% of sample accounts that use Twitter's default profile image.* | 9% |
| **Display Name** <br> *% of sample accounts whose display name matches spam-correlated signals.* | 15% | **URL Issues** <br> *% of sample accounts that have no url or a non-resolving url in their profile.* | 51% |
| **Location Issues** <br> *% of sample accounts using a location that does not match any known place name.* | 28% | **Tweet Language** <br> *% of sample accounts whose language is different from @randfish's.* | 20% |
| **Number of Tweets** <br> *% of sample accounts aged more than a year with a very low number of tweets.* | 42% | **Over Sharing** <br> *% of sample accounts that sent an abnormally large volume of tweets each day.* | 10% |
| **Times Listed** <br> *% of sample accounts that are on an unusually small number of lists.* | 64% | **Number of Followers** <br> *% of sample accounts that have a suspiciously small number of followers.* | 35% |
| **Number Following** <br> *% of sample accounts that follow an unusually small number of accounts.* | 38% | **Profile Keywords** <br> *% of sample accounts using spam-correlated keywords in their profile description.* | 30% |

Above: some of the 17 signals SparkToro's system uses to identify fake or spam accounts.

Our model for identifying fake accounts comes from a machine learning process run over many tens of thousands of known spam (and real) Twitter accounts. Here's how we built that model:

In July of 2018, we bought 35,000 fake Twitter followers from 3 different vendors of spam and bot accounts. Our vendors had those accounts follow an empty Twitter account, created in 2016, that had 0 followers in July 2018. It took ~3 weeks to deliver the 35,000 followers. Every day for the next 3 weeks, we collected data on these fake/spam accounts.

In addition to those 35,000 known spam accounts, we took another random sample of 50,000 non-spam accounts from a SparkToro's large index of profiles. This gave us a total of 85,000 accounts to run through a machine learning process on Amazon Web Services.

Those 85,000 accounts were split into two groups with a mix of SPAM and non-SPAM accounts. Group A as the training set, and Group B as the testing set to analyze performance of the models.

The following data was used for the initial model generation:

- Profile image
- Profile URL
- Verified account status
- Language
- Tweet language
- Account age in days
- Length of bio
- Number of followers
- Number of account they follow

- Days since last tweet

- Number of tweets

- Number of times the account appears on lists

- Location

- Display name

After a model was found to fit the data, we analyzed the results to determine features that closely correlate to spam. Unsurprisingly, no single feature was 1:1 correlated with spam. But, a good number of features showed promise when used in combination. The following are examples of **features that correlate** to spam accounts:

- Profile image – accounts lacking these are often spam

- Account age in days – certain patterns are clearly spam-correlated (e.g. when a large number of accounts created on a single day follow particular accounts or send nearly identical tweets)

- Number of followers – spam accounts tend to have very few followers

- Days since last tweet – many spam accounts rarely send tweets and do so in coordinated fashions

- Number of times the account appears on lists – spam accounts are almost never on lists

- Display name – certain keywords and patterns correlate strongly with spam

These, however, are not alone, and other signals that have decent correlation with spam (especially when multiple signals apply to a single account) were also useful to build a functioning model. Through trial and error (and, of course, pattern-fitting) we crafted a scoring system that could correctly identify over 65% of the spam accounts. We intentionally biased to missing some fake/spam accounts rather than accidentally marking any real accounts incorrectly.

It's crucial to keep in mind that **no one factor tells us that an account is spam!** The more spam signals triggered, the more likely an account is to be spam. Our Fake Followers system requires that at least a handful and sometimes as many as 10+ of the 17 spam signals be present (depending on which signals, and how predictive they are) before grading an account as "low quality," or fake.

This methodology likely undercounts spam and fake accounts, but almost never includes false positives (i.e. claiming an account is fake when it isn't).

Applying this model to the ~44K random, recently-active accounts provided by Followerwonk produces a quality score for each account, visualized below:

SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam - SparkToro



Above: quality score distribution of the 44,058 Twitter accounts analyzed in the Followerwonk Sample Set

The more spam-correlated flags an account triggers, the lower its Quality Score in this system will be. Our conservative approach means that we only treat scores of 3, 2, and 1 as fake/spam accounts, and it's the combination of these three buckets that produces our final estimate, best-stated as: **19.42% of recently active, public Twitter profiles are extremely likely to be fake or spam**.

---

Before concluding this post, I will pre-emptively address some potential questions:

- **Are you challenging Twitter's earnings report, saying that <5% of mDAUs are fake/spam?**

  - We are not disputing Twitter's claim. There's no way to know what criteria Twitter uses to identify a "monetizable daily active user" (mDAU) nor how they classify "fake/spam" accounts. We believe our methodology (detailed above) to be the best system available to public researchers. But, internally, Twitter likely has unknowable processes that we cannot replicate with only their public data.

- **Does this data provide Mr. Musk with reason to break his acquisition agreement with Twitter?**

  - The four of us who worked on this research are not attorneys, nor are we privy to the specifics of the discussions between Twitter and Mr. Musk. We won't try to speculate on whether this data will have any impact beyond satisfying collective curiosities.

- **What are the most significant flaws, holes, or critiques of the methodology used in this report that could make it inaccurate?**

  - The most salient critique is that our methodology to calculate an active Twitter user is less accurate than Twitter's own system. We do not know if an account logged in to view their timeline, or visited Twitter's website, only if that account sent a public tweet. We undercount active users whose accounts are protected, accounts that view tweets but don't send any, and accounts that log in and engage in other ways beyond tweeting (like favoriting or adding profiles to lists).

  - The other potential critique is our spam/fake follower calculation methodology. Because we crafted it in 2018, based off sample sets of purchased spam accounts, it's likely that more sophisticated spammers and fake accounts go unidentified by our system. We also bias to a very conservative measure of spam, intentionally missing many likely spam/fake accounts in order not to accidentally mark real accounts as

fake. It's probable that our numbers are lower than more sophisticated, more recently built spam analysis models would show.

- **Would larger analyses have made a difference?**

  - Given the sample size we used (44K / 150 million), we can say with 99% confidence that the spam/fake conclusion of 19.42% is accurate to within ±0.486% on the Followerwonk dataset. Increasing the sample size to 100K only reduces the margin of error to ±0.322%. Where there are inaccuracies in the study, it's unlikely to be because of sample size.

- **Does Twitter's CEO's statement that Twitter removes 500k spam/bot accounts per day have an effect on these analyses?**

  - From Mr. Agrawal's statement, we can see that Twitter does most of its spam filtering on very new accounts. And this is replicable through the API: it's difficult to discover very new accounts (though Followerwonk does attempt to do that through various methods). So, many of the spam accounts Twitter removes would never live long enough to make it into our sample. That means the estimate of 19.42% is low. That's another point where the analysis is conservative.

  - FWIW, the average account age in the Followerwonk sample is just under 5 years, Which in turn means the average, active, public account on Twitter is just under 5 years old. The median age is 3.7 years. That implies the spam/fake accounts your model identified have survived Twitter's scrutiny for a very long time.

- **By excluding accounts that don't tweet or reply in the Followerwonk sample, are you overcounting spam in Twitter's overall ecosystem?**

  - It is possible, but for a variety of reasons, we find this unlikely.

  - First: Accounts that tweet have far more signals that can be analyzed vs. those that never do. Accounts that tweet are also much more likely to bother real users and get reported. If Twitter were to take action, it seems most salient and important to take them on accounts that cause problems (i.e. tweet or reply) vs. those that don't.

  - Second: In the two large analyses (of Elon Musk's 93M followers and of the historic 500K Fake Followers profiles), the counts of spam/fake accounts is quite a bit higher than in the analysis of only those that have actively tweeted recently. Including non-tweeting accounts in the Followerwonk sample would almost certainly have returned higher, not lower spam/fake percentages.

  - Third: The most easily purchaseable spam and fake accounts are those used to inflate follower counts. As of this writing, they are readily available in vast quantities from dozens of easy-to-find online purveyors. From our experience, these follower-count-inflating accounts last for years, and sometimes indefinitely. Most Twitter users will note that it's exceptionally rare for follower counts to go down, especially in large quantities. This discrepancy is challenging to square with the idea that Twitter is better at removing fake accounts that never tweet than those who do.

- **Can SparkToro or Followerwonk run custom analyses of specific Twitter data or accounts?**

  - SparkToro does not offer services like this beyond the free Fake Followers tool (and, after a busy few days on this project, our team needs to focus on our core business 😉).

  - Followerwonk, however, offers a robust set of Twitter analysis data in its public tool, and may be able to complete specific requests so long as they are in accordance with Twitter's terms of use. Drop a line to marc@followerwonk.com and he may be able to assist.

Case 3:22-cv-05937-CRB Document 249-6 Filed 09/15/25 Page 12 of 18

- **How should media or other interested parties get in touch?**

  - If you're seeking a quote or have other questions for the authors of this research (i.e. Casey, Amanda, Rand, & Marc), drop a line to rand@sparktoro.com

Thanks to everyone who's helped to spur and support this research, and especially to Casey Henry and Marc Mims, whose rapid and tireless weekend work made this report possible. As massive fans of Twitter's platform, and the kindness shown by so many folks there, we're honored to (hopefully) contribute to its continuing improvements.

## Subscribe to the SparkToro Blog

### Get Posts Via Email

rand@sparktoro.com

Subscribe

## Additional Reading

‹ SparkToro's Year 2 Retrospective: Can Chill Work, Alternative Funding, and an Indie Approach Scale?

SparkToro's Mission, Vision, and Values: BELUX ›

3/13/25, 2:48 PM
Case 3:22-cv-05937-CRB   Document 249-6   Filed 08/15/25   Page 13 of 18
SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam - SparkToro

## What do you think?

85 Responses

 Upvote   Funny   Love   Surprised   Angry   Sad

**33 Comments**                                                                              1 Login ▾

G

> Join the discussion…

LOG IN WITH                                OR SIGN UP WITH DISQUS  (?)

> Name

♡   Share                                                                 Best   Newest   Oldest

 **Ciaran Rogers**                                                                        —  ⚑
3 years ago

great post. But it doesn't surprise me. Look how many average monthly searches there are on Google globally for the phrase "buy twitter followers" over 27K a month! Kind of depressing. (data from the Google Ads Keyword Tool API via Keywords everywhere plugin)

1        0     Reply   Share ›

    **Rand Fishkin** Mod   ↱ Ciaran Rogers                                    —  ⚑
    3 years ago

    Good point Ciaran.

    I think the most charitable interpretation would be that while Twitter allows a lot of fake and spam accounts to exist on their platform, they don't count those in the mDAUs numbers. I'm frustrated that they let so many fake accounts (like ones we purchased years ago, many of which are still active from what I can see!) inflate follower counts, but I suppose these don't do all that much harm, especially the ones that never tweet or reply.

    1        0     Reply   Share ›

         **cwjuhl**   ↱ Rand Fishkin                                    —  ⚑
        3 years ago   edited

        The mDAU numbers though are what advertisors rely on, and why those numbers are included in the SEC filings. Correct? Twitter's most recent filings shows 229 million mDAU's. Are you working from a different number of Twitter users? Accrding to Twitter's filings, their best approximation is that less than 5% of those 229 million mDAU's are fake or "bad bots." Is your 44k dataset of randomly selected "active users in last 90 days" pulling from the same 229 mDAU dataset?

        Help me out here. If you are guessing that Twitter isn't counting them in the mDAU numbers, then why are you counting them? You seem to be comparing apples to oranges.

        Elon's gripe seems to be with the mDAU numbers and the monitization (specifcally how advertising rates are calculated).

        0        0     Reply   Share ›

     **cwjuhl**   ↱ Ciaran Rogers                                    —  ⚑
    3 years ago

    And according to Twitter they delete 500,000 a day. So it appears that trying to scam Twitter with fake followers is largely non productive.

    1        0     Reply   Share ›

         **Theodore R. Smith**   ↱ cwjuhl                                    —  ⚑
        3 years ago

        They may delete 500,000 a day, but more than 500,000 a day are created and you only need 10,000-50,000 in one shot.

        0        0     Reply   Share ›

SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam - SparkToro



**Albin**

3 years ago   edited

Noticed that the May 16 Twitter string from CEO Agrawal claimed < 5% of its sample is "spam", but with no mention of fakerbots - Musk has generally complained about both.

1          0        Reply   Share ›



**M6**  → Albin

3 years ago

Exactly..

0          0        Reply   Share ›



**cwjuhl**

3 years ago

I'm becoming more sceptical of Sparktoro's methodology. https://www.investisdigital...

0          0        Reply   Share ›



**cwjuhl**

3 years ago

https://towardsdatascience....

0          0        Reply   Share ›



**cwjuhl**

3 years ago

IMO your 44k dataset is casting way to wide of a net and is likely catching thousands, if not 10's of thousands, of those accounts that Twitter deletes daily using its fake accout/spam analysis.

I would be interested in your finding if your methodology was a little more robust. Try this: Start with your original 44,000 "random" sample of accounts active in the last 90 days. Compare those to actual accounts that still exist on the date the sample was collected. Those that still exist are likely a good approximation of monetizable Daily Active Users (mDAU's) in your original 44k data set. Run your "spam analysis" against this dataset that should approximate the mDUA's From those results take a random sampling of say 5-10% or a minimum for 200-300 for manual verification. The percentage f those that fail manual verification should be an indicator of the true spam/fake rate of mDAU's.

"Inactive" users are not spam, fake, or bots. Hell, I've had a twitter account for years and have often gone more than 90 days without actively logging in. I'm sure there are quite many registered Twitter users that have been inactive for months, if not years. Again that does not make those accounts spam, fake, or bots even though it appears that they are flagged as "poor quality" in your "analysi." Twitter would exclude those accounts from mDUA's though, would they not?

Also, are you filtering out the "bots" that Twitter does vet and allow or are these also counted in your "analysis" as bad bots? These are typically related to businesses (like many of my client medical practices). Bots are allowed on Twitter, though company policy requires such accounts to indicate that they're automated. The platform has even launched a label for "good" bots, such as @tinycarebot, an account that tweets self-care reminders.

0          0        Reply   Share ›



**Jimmy Cole**  → cwjuhl

3 years ago

What Twitter analysis are you referring to? Can you send me the link please, if they include their methods. I'd love the read what they found also as this is the only one I've seen personally. 🫱

0          0        Reply   Share ›



**cwjuhl**

3 years ago   edited

By the methology asserted in this "report" I have a fake Twitter account. I infrequently log in and only follow a few other Twitter users (mostly tech "gurus") and three personal friends who tweet a lot. I very, very seldom tweet myself (it been months) but I very frequently "like" the tweets of those I follow - primarily because their tweets show up in my email inbox and I feel like it encourages them to keep tweeting. There are serious flaws in this "analysis" that makes assumptions about Twitter user behavior without any percieved actual verification or validation

0          0        Reply   Share ›



**Rand Fishkin**  Mod  → cwjuhl

3 years ago

Hi CW - even if all of those are true, they wouldn't be enough flags to fire the "low quality" tag in our system. As noted, you'd have to fire (usually) at least 7+ of the spam flags in our system, and even then, it would need to be the most egregious ones (like posting suspicious quantities of links, or posting with spam-likely keywords) before we'd flag you. With a relatively innocuous but quiet account like yours, we'd need to see 10+ suspicious flags before the account would be marked low quality.

That's not to say other critiques (like the fact that what we consider "Active" doesn't map to Twitter's undisclosed "mDAUs" count) aren't valid, but we address those in the post. Also, I've removed some of your other comments. Please feel free to leave critical comments like this, but we don't permit unkind, insulting, or foul languaged comments here on SparkToro. Thanks!

1     0     Reply   Share ›

**cwjuhl**
3 years ago

Reading the article, it appears that you are identifying "low quality" twitter accounts and then ASSUMING they are spam with no actual follow up to verify.

# Keep up with
0     0     Reply   Share ›
# SparkToro®

**Theodore R. Smith** → cwjuhl
3 years ago

 @SparkToro

cwjuhl, joined Twitter in October 2009. 0 Following, 0 Followers. No Profile photo.

 @SparkToroHQ

0     0     Reply   Share ›

 @SparkToro

This comment was marked as spam.

 @SparkToro

**cwjuhl** → John Countz
3 years ago   edited

Umm. YES. I would trigger AT LEAST 10 of 17. And I imagine so would many, many other persons and even businesses who have Twitter accounts that are seldom used and/or linked to their web sites and/or FB profiles that are seldom actually used. I work with medical practrices that all have social media accounts linked to their websites and very seldom tweet except for automated information tweets to patients. Reviewing, they would all also be considered "fake" accounts and "bots."

API

Lost & Founder

Support          0     0     Reply   Share ›

Resources

**Rand Fishkin**  Mod  → cwjuhl
Blog             3 years ago

RSS              That's not a correct interpretation. And no, your account wouldn't trigger 10+ spam features (as noted in my comment above).

0     0     Reply   Share ›
Privacy Policy
**cwjuhl**
3 years ago
Terms of Service

Did you actually follow up on a random sampling of the "fake" accounts that you flagged to see if in fact they were "fake"?
Do Not Sell My Personal Information
0     0     Reply   Share ›
CA Privacy Rights
**Rand Fishkin**  Mod  → cwjuhl
3 years ago

As Twitter's CEO noted, a manual review can be misleading. However, we did some hand reviews, and I certainly think those accounts qualify. They're the kind that post repeatedly with a hashtag with a crypto wallet, or link to spammy websites, or post hateful (but oddly repetitive) political comments, that kind of stuff.

1     0     Reply   Share ›

**cwjuhl** → Rand Fishkin
3 years ago

Again, we shall see.

0     0     Reply   Share ›

**cwjuhl** → Rand Fishkin
3 years ago

That doesn't make them fake though. I've noticed in the last several years that many accounts on both FB and Twitter tend to post spammy and hateful comments. I can certainly provide examples. But again, your analysis relies primarily on assumptions. And your comment about doing "some" hand reviews and finding "some" that qualify is hardly a rigorous review supporting your assumptions.

0     0     Reply   Share ›

**Jimmy Cole** → cwjuhl
3 years ago

Although I appreciate your passion, I think it would be cool to see someone so obviously qualified to report some of their own analysis findings and show the techniques you used that are superior. You have valid questions and concerns, so I encourage you to dispute these findings with your own and back these up with the data and the methods you've used that are more precise than these they've shared.

0     0     Reply   Share ›

**cwjuhl** → Jimmy Cole
3 years ago

I provided my questions and concerns. Most have gone unanswered. I've also posited why this "comprehensive analysis" is likely flawed. This reminds me of that Arizona ballot "audit" conducted by an entity that has many similarities to SparkToro. They too detailed their "methods" and of course their findings were grossly flawed. If you review the SparkToro "methodology closely though, it doesn't actually validate "fake" acounts, or whether those "fake" accounts are included in the mDAU. SparkToro's analysis does little more than make an educated guess - and a guess that they themselves appear to admit lacks a good deal of relevant data.

We shall see, and I imagine sooner than later, whether Twitter's analysis is in the ballpark. MY money says its a lot closer than SparkToro's analysis when all of the relevant data is analyzed in context.

0        0      Reply   Share ›

 **cwjuhl**   ➜ Rand Fishkin
3 years ago

Other analysts disagree. We shall see. No offense, but your methodology relies on assumptions. Reminds me of the Cyber Ninja election audit in Arizona. Again, we shall see ;-)

0        0      Reply   Share ›

 **Jimmy Cole**   ➜ cwjuhl
3 years ago

Which assumptions did the cyber ninjas use to contribute to their methodology and data? Finally, someone that keeps up with all of this that I can talk to! Lol

0        0      Reply   Share ›

R   **Rick Timko**   ➜ cwjuhl
3 years ago

You sound like you need to find a way to make this information invalid. How about you just realize that this is a study that was done very rigorously and therefore has solid information. I take it you don't like trump or Elon? Lol

0        0      Reply   Share ›

 **cwjuhl**   ➜ Rick Timko
3 years ago

I question just how "rigorous" this "study" actually was, and I've pointed out my concerns. I would also point out that a number of other analysts have also called the methodology of this "study" into question. Twitter certainly appears willing to back up its methodology in Coourt it if come to that. Again, we shall see. As for Trump, no, I do not find him "likeable." Elon on the other hand is quite likeable, but he almost as often as not made assertions he's not been able to actually back up. https://towardsdatascience....

0        0      Reply   Share ›

 **Jimmy Cole**   ➜ cwjuhl
3 years ago

Elon is without a doubt one of the great minds of our time. Did Twitter release their algorithm or methods in how they determine the accounts are fake or mDAU's for us to scrutinize? If so, how did it differ from the ones used in this particular analysis, and how can we verify that they actually delete 500k a day? I will admit that while Im not sure of the validity of the posts I've seen that almost 50% of Biden's followers are fake, it wouldn't shock me.

0        0      Reply   Share ›

 **cwjuhl**   ➜ Jimmy Cole
3 years ago

Twitter in fact offered to provide Elon with a comprehensive review of their verification methods. https://abovethelaw.com/202...

0        0      Reply   Share ›

 **Jimmy Cole**   ➜ cwjuhl
3 years ago

I don't think this article is very credible. A lot of talk without a shred of evidence and only talked from a Democrats point of view. Zero evidence supporting anything they said. They even cracked on Republicans for misinformation. Their view of misinformation is biased, plain and simple. Just because you don't agree with something, doesn't mean it's misinformation. And without providing evidence, one could argue that article and website is spreading misinformation by saying the things they are. Can you name a single Democratic Politician who was banned from Twitter in the last 3 years considering all of their misinformation that turned out to be false? You had actual doctors being banned because their medical opinion and results didn't match the others, that's absolutely biased "moderation" or penalty.

0        0      Reply   Share ›

 **Jimmy Cole**   ➜ cwjuhl
3 years ago

Do they just said if you don't believe us we can go to court? I don't see how that would prove anything, a random jury

3/13/25, 2:48 PM
Case 3:22-cv-05937-CRB   Document 249-6   Filed 09/15/25   Page 17 of 18
SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam - SparkToro

deciding if their info is valid? Or a judge? I don't think they are qualified to make those calls, and as you've mentioned it seems that these analysis groups opinions differ too. So it's about being selective in who's expertise you ask for. But Twitter never actually shared any verifiable information to us? Hard to believe this company cares about truth, transparency, and combating misinformation when they respond in such a way instead of providing any verifiable proof. Just my thoughts.

0          0     Reply   Share ›



### Stephen Rogers
3 years ago   edited

What sort of percentage of these accounts do you think are real people who just haven't customised their accounts? They may just sign up, follow Elon and then post very infrequently. They wouldn't have many followers as a result. To me that matches the spam criteria that you mention.

0          0     Reply   Share ›



### Rand Fishkin  Mod    → Stephen Rogers
3 years ago

I know it can seem like that, but even if all of those are true, it won't trigger the lowest three quality numbers. They'd have to also do suspicious things like send tweets with a large number of hashtags or links, send an unusually suspicious combination of replies and tweets (e.g. 1 tweet for every 10 replies, that kinda thing), all that. You can even see in the graphics that way higher percentages of accounts have those basic kinds of features.

2          0     Reply   Share ›

---

Subscribe          Privacy          Do Not Sell My Data

Case 3:22-cv-05937-CRB   Document 249-6   Filed 08/15/25   Page 18 of 18