# EXHIBIT 207

Case 3:22-cv-05937-CRB   Document 249-7   Filed 08/15/25   Page 2 of 5

**Search**

## Home
## Explore
## Notifications
## Messages
## Grok
## Lists
## Bookmarks
## Jobs
## Communities
## Premium
## Verified Orgs
## Profile
## More

**Post**

**Post**

← **Post**

**Elon Musk** ✓ ☐ @elonmusk · May 14, 2022
Whoever thought owning the libs would be cheap never tried to acquire a social media company!

💬 20K       ⟲ 31K       ♡ 351K       ᴷᵎᵎ                    🔖 ⬆

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Elon Musk** ✓ ☐ @elonmusk · May 15, 2022
Exactly. I have yet to see *any* analysis that has fake/spam/duplicates at <5%.

💬 312       ⟲ 375       ♡ 5.4K       ᴷᵎᵎ                    🔖 ⬆

**Zack** ✓ 👤 @BLKMDL3 · May 15, 2022
Guarantee is 25%+

💬 8       ⟲ 20       ♡ 479       ᴷᵎᵎ                    🔖 ⬆

**Elon Musk** ✓ ☐                                   Subscribe
@elonmusk

There is some chance it might be over 90% of daily active users, which is the metric that matters to advertisers.

Very odd that the most popular tweets of all time were only liked by ~2% of daily active users.

2:39 AM · May 15, 2022

💬 268          ⟲ 512          ♡ 3.6K          🔖 29                    ⬆

**Post your reply**                                              Reply

**Zack** ✓ 👤 @BLKMDL3 · May 15, 2022
Wouldn't shock me

💬       ⟲       ♡ 14       ᴷᵎᵎ                    🔖 ⬆

**Kim Dotcom** ✓ @KimDotcom · May 15, 2022
Advertisers paying for millions of bot impressions. I never understood why @twitter didn't just provide a good premium service and quadruple their income? So stupid to rely on bot accounts for valuation and ad revenue. I hope you still buy it (cheaper). I'll help you monetize it,

💬 33       ⟲ 56       ♡ 674       ᴷᵎᵎ                    🔖 ⬆

**B. Striven** ✓ @StrivenB · May 15, 2022
Twitter is like the Lotus Elise body you used for the original Tesla Roadster. It will be a painful transformation. It would be better to start a new platform from scratch, and cheaper too.

💬 44       ⟲ 44       ♡ 850       ᴷᵎᵎ                    🔖 ⬆

**stevenmarkryan** ✓ 👤 @stevenmarkryan · May 15, 2022
YouTube ~120M daily active users. Trending videos will do ~2-10M views/day. Low likes on popular tweets likely due (in large part) to twitter silos (aka "the algorithm"), same for YT.

Still bet bots make up WELL over 5% of Twitter active daily users. Unless my silo is bot-heavy.

💬 11       ⟲ 6       ♡ 207       ᴷᵎᵎ                    🔖 ⬆

**Relevant peo**

**Elon Musk** ✓
@elonmusk

**Zack** ✓
@BLKMDL3
🎗

**What's happe**

**Rang**
Starts

Trending in United Sta
**New Mexico**
18K posts

Sports · Trending
**Team Clark**
1,657 posts

Trending in United Sta
**Distraction**
19.4K posts

Trending in United Sta
**Simone Ashley**
3,525 posts

Show more

Terms of Service    Priva
Accessibility    Ads info

**Anonymous**
@Lurking4Work


EXHIBIT

Tabak Ex. 207

Case 3:22-cv-05937-CRB    Document 249-7    Filed 08/15/25    Page 3 of 5

| | |
|---|---|
| 🔍 | **X** |

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ⊘ Grok
- ▤ Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✖️ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ⋯ More

**Post**

**Anonymous**  ⋯
@Lurking4Work

---

**ALEX** ✔️ 👤 @ajtourville · May 15, 2022

I've noticed that Twitter removes past 'likes' … e.g. I've seen past replies from you to my tweets that I'm 100% sure I've given a 'like' and now all those 'likes' have vanished

💬 10    🔁 3    ♡ 57    📊    🔖 ⬆️

---

**K10**✨ ✔️ 👤 @Kristennetten · May 15, 2022

I heard that people can buy bots to like tweets, maybe this?

💬 3    🔁    ♡ 26    📊    🔖 ⬆️

---

🧾 **Stonksy** 🧾 @StonksReddit · May 15, 2022

the real stink happens when you found out twitter has taken over idle accounts and "repurposes" them for whatever.

well known that they manipulate our accounts by un-liking old tweets. why would it stop there? they were fighting a war, their words, in 2020 👀

💬 2    🔁 5    ♡ 17    📊    🔖 ⬆️

---

**Dan Hughes | Radix** ✔️ 👤 @fuserleer · May 15, 2022

so there is a 90% chance I'm a bot?  Great!

💬    🔁    ♡ 16    📊    🔖 ⬆️

---

**Morgan** ✔️ 👤 @Helloimmorgan · May 15, 2022

Woah 🤯

💬 1    🔁    ♡ 15    📊    🔖 ⬆️

---

**DogeDesigner** ✔️ 👤 @cb_doge · May 15, 2022

💬    🔁 1    ♡ 5    📊    🔖 ⬆️

---

🧾 **Stonksy** 🧾 @StonksReddit · May 15, 2022

new bid $4.2 bill lol

💬 1    🔁    ♡ 4    📊    🔖 ⬆️

---

**Futuristic Art Deco** ✔️ 👤 @DaniellaSouza42 · May 15, 2022

I checked @BarackObama followers randomly 100 and roughly 95% are 🤖

💬    🔁    ♡ 2    📊    🔖 ⬆️

---

**RockNRoll Beach ™ ©** ✔️ @THECOUNTnews · May 15, 2022

She should fire whoever wrote that, oh wait, everybody already quit..

💬    🔁    ♡    📊    🔖 ⬆️

---

**EndlessPlaid** ✔️ @EndlessPlaid · May 15, 2022

Brooooooo if it is… Enron level stuff right here.

💬 2    🔁    ♡ 17    📊    🔖 ⬆️

---

**josipa** @josipa37 · May 15, 2022

---

**Relevant peo**

**Elon Musk**
@elonmusk

**Zack** ✔️
@BLKMDL3
🎗️

**What's happe**

**Rang**
Starts

Trending in United Sta
**New Mexico**
18K posts

Sports · Trending
**Team Clark**
1,657 posts

Trending in United Sta
**Distraction**
19.4K posts

Trending in United Sta
**Simone Ashley**
3,525 posts

**Show more**

Terms of Service    Priva
Accessibility    Ads info

Case 3:22-cv-05937-CRB   Document 249-7   Filed 08/15/25   Page 4 of 5

| | |
|---|---|
| 🔍  Search | **X** |

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

Post

I find it hard to believe you didn't know this or had a very good idea it was more than 5% before you made the offer. So I'm not sure what your game is but you I would bet you had no intention of ever buying the company.

💬 7      🔁 1      ♡ 15      📊            🔖 📤

**山の翁** 🇵🇭🇯🇵 **@YukitoOnline** · May 16, 2022      ⌀  •••
It kinda makes sense why the Trending tab doesn't feel organic.

💬       🔁       ♡ 10      📊            🔖 📤

**Coffee Table Tesla** ✔ **@coffeetabletsla** · May 15, 2022      ⌀  •••

> **Coffee Table Tesla** ✔ **@coffeetabletsla** · May 14, 2022
> Replying to @elonmusk @PPathole and @twitter
> After your response to my tweet last night I now have 50% bot followers. Literally doubled overnight. Woke up to this:
>
> ▶

💬 4      🔁 1      ♡ 9      📊            🔖 📤

**Ryan** **@SavnRyansPrvate** · May 15, 2022      ⌀  •••
Don't back out of the acquisition we need to desperately to return free speech my man

💬 2      🔁 1      ♡ 6      📊            🔖 📤

**Moonlit Monkey** **@MoonlitMonkey69** · May 15, 2022      ⌀  •••
Bill Ottman of Minds, has been talking about this for years.

All big social media platforms avoid dealing with, or admitting bots, to defraud their advertisers.

💬 1      🔁       ♡ 7      📊            🔖 📤

**Unknown Author** **@hturtemwohs** · May 16, 2022      ⌀  •••
Very odd this tweets engagement seems to be extremely low lmao

💬 2      🔁       ♡ 7      📊            🔖 📤

**Anonymous**
**@Lurking4Work**                   •••

**Relevant peo**

**Elon Musk** 🔵
@elonmusk

**Zack** ✔
@BLKMDL3
🎗

**What's happe**

**Rang**
Starts

Trending in United Sta
**New Mexico**
18K posts

Sports · Trending
**Team Clark**
1,657 posts

Trending in United Sta
**Distraction**
19.4K posts

Trending in United Sta
**Simone Ashley**
3,525 posts

Show more

Terms of Service      Priva
Accessibility      Ads info



7/8/25, 7:43 PM

Elon Musk on X: "@BLKMDL3 @Pathole There is some chance it might be over 90% of daily active users, which is the metric that …

Case 3:22-cv-05937-CRB   Document 249-7   Filed 08/15/25   Page 5 of 5



Search

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Anonymous**
@Lurking4Work

**Relevant peo**

**Elon Musk**
@elonmusk

**Zack** ✅
@BLKMDL3
🎗

**What's happe**

Rang
Starts

Trending in United Sta
**New Mexico**
18K posts

Sports · Trending
**Team Clark**
1,657 posts

Trending in United Sta
**Distraction**
19.4K posts

Trending in United Sta
**Simone Ashley**
3,525 posts

Show more

Terms of Service    |    Priva

Accessibility    |    Ads info