# EXHIBIT D

 **Elon Musk** ✓
@elonmusk

Twitter deal temporarily on hold pending details supporting calculation that spam/fake accounts do indeed represent less than 5% of users



reuters.com
Twitter estimates spam, fake accounts comprise less than 5% of users -filing
Twitter Incestimated in a filing on Monday that false or spam accounts represented fewer than 5% of its monetizable daily active users during the first ...

5:44 AM · May 13, 2022 · Twitter for iPhone

**28.1K** Retweets    **11.3K** Quote Tweets    **233.7K** Likes

**Jane Rose Reporting**

**Swan Ex. 4**

09/12/22





**Elon Musk** ✔
@elonmusk

Replying to @PPathole and @Twitter

Any sensible random sampling process is fine. If many people independently get similar results for % of fake/spam/duplicate accounts, that will be telling.

I picked 100 as the sample size number, because that is what Twitter uses to calculate <5% fake/spam/duplicate.

10:39 PM · May 13, 2022 · Twitter for iPhone

**1,344** Retweets    **249** Quote Tweets    **13.9K** Likes



**Elon Musk** ✔
@elonmusk

Replying to @elonmusk @PPathole and @Twitter

Twitter legal just called to complain that I violated their NDA by revealing the bot check sample size is 100!

This actually happened.

7:15 PM · May 14, 2022 · Twitter for iPhone

**6,782** Retweets    **1,099** Quote Tweets    **40.9K** Likes