QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* )
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF A. CHRISTINE DAVIS**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

I, Alex Bergjans, declare as follows:

1.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of A. Christine Davis, which is dated May 28, 2025.

2.      Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcript of A. Christine Davis, dated July 10, 2025. The highlighting throughout Exhibit B has been added to help direct the Court to certain lines of testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of August, 2025, in Los Angeles, California.


By    _/s/ Alex Bergjans_____
        Alex Bergjans

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S MOTION TO
EXCLUDE THE OPINIONS OF A. CHRISTINE DAVIS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 15th day of August, 2025.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By */s/ Alex Bergjans*
    Alex Spiro
    Michael T. Lifrak
    Stephen A. Broome
    Jesse A. Bernstein
    Alex Bergjans

*Attorneys for Defendant Elon Musk*