# EXHIBIT A
# (Filed Under Seal)

Expert Report

of

**A. Christine Davis, CPA, CFF, CGMA, CVA**

**May 28, 2025**

**GUISEPPE PAMPENA, individually
and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**ELON MUSK,**

**Defendant**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORIA
SAN FRANCISCO DIVISION**

**CASE NO. 22-cv-05937-CRB**

# CONFIDENTIAL

**TABLE OF CONTENTS**

I.    NATURE OF MY ASSIGNMENT ...................................................................................4

II.   PROFESSIONAL QUALIFICATIONS .........................................................................5

III.  DATA CONSIDERED ...................................................................................................7

IV.   RELEVANT BACKGROUND .....................................................................................8

V.    CONCLUSIONS AND BASIS FOR CONCLUSIONS ...............................................15

   A.  THE VARIOUS SOURCES OF FUNDS FOR DEFENDANT'S PURCHASE OF TWITTER AS PUBLISHED IN REGULATORY FILINGS FOR THE PERIOD APRIL 21, 2022 THROUGH MAY 17, 2022 .......................15

   B.  THE AMOUNT OF CASH REQUIRED FROM DEFENDANT AND THE CORRESPONDING NUMBER OF TSLA SHARES THAT WAS EQUIVALENT TO THAT CASH VALUE FOR THE PERIOD APRIL 21, 2022 THROUGH MAY 17, 2022 ......................................................................................................................19

   C.  DEFENDANT'S MARGIN LOAN FINANCING FOR THE TWITTER PURCHASE .....................................25

   D.  MORGAN STANLEY'S ILLUSTRATIVE SOURCES & USES PRESENTATION IN CONNECTION WITH DEFENDANT'S PURCHASE OF TWITTER .......................................................................................28

   E.  THE AMOUNT OF TSLA SHARES SOLD BY DEFENDANT AND THE RELATED PROCEEDS BEGINNING ON APRIL 26, 2022 THROUGH THE END OF 2022 .............................................................................30

**Exhibits:**

    A    Curriculum Vitae of A. Christine Davis, CPA, CFF, CGMA, CVA

    B    Documents and Information Considered and Relied Upon

**Schedules:**

    1    Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding April 9, 2022 through May 17, 2022

    2    Comparison of Morgan Stanley ("MS") Illustrative Sources [of Funds for Twitter Purchase] to C. Davis Schedule 1 - Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding

    3    TSLA Shares Sold by Defendant – April 26, 2022 through End of 2022

**Graphs:**

    1    TSLA Shares to Sell for Needed Cash and TSLA Stock Price – April 21, 2022 through May 17, 2022

    2    TSLA Shares to Sell for Needed Cash – April 21, 2022 through May 17, 2022

    3    TSLA Stock Price – April 9, 2022 through May 17, 2022

    4    TSLA Stock Price – April 9, 2022 through October 4, 2022

    5    Value of TSLA Shares on April 21, 2022 Compared to May 13, 2022 (before open); (Base = April 21 stock price)

    6    Value of TSLA Shares on April 21, 2022 Compared to May 13, 2022 (before open); (Base = April 21 stock price)

    7    TSLA Shares to Sell for Needed Cash  – April 21, 2022 through May 17, 2022

    8    TSLA Stock Price – April 9 through May 17, 2022

9       Additional TSLA Shares to Sell for Needed Cash and TSLA Stock Price –
        April 21, 2022 through May 17, 2022

10      Additional TSLA Shares to Sell for Needed Cash  – April 21, 2022 through
        May 17, 2022

11      Additional TSLA Shares to Sell for Needed Cash and TSLA Stock Price –
        April 21, 2022 through May 17, 2022

12      Additional TSLA Shares to Sell for Needed Cash and TSLA Stock Price –
        April 21, 2022 through May 17, 2022

13      Additional TSLA Shares to Sell for Needed Cash  and TSLA Stock Price –
        April 21, 2022 through May 17, 2022

14      Available Collateral ($ Value of TSLA Shares) v. Required Collateral ($
        Value of TSLA Shares) – May 12 through May 17, 2022

## I.    NATURE OF MY ASSIGNMENT

1.    In connection with the matter referenced on page 1, I have been retained, through Financial Evidence Group, by Cotchett, Pitre & McCarthy, LLP, co-lead counsel along with Bottini & Bottini, Inc. for Plaintiff Guiseppe Pampena, individually and on behalf of all others similarly situated, to:

a)   analyze, summarize and present, for the period April 21, 2022 through May 17, 2022 ("relevant period"), the various sources of funds for Defendant Elon Musk's ("Defendant") purchase of Twitter, Inc. ("Twitter"), as published in regulatory filings;

b)   calculate the amount of cash required from Defendant and the corresponding number of Tesla, Inc. ("TSLA") shares that was equivalent to that cash value to purchase Twitter;

c)   provide my observations regarding Defendant's margin loan financing component for the Twitter purchase;

d)   provide my observations with respect to Morgan Stanley's Illustrative Sources & Uses presentation in connection with Defendant's purchase of Twitter; and

e)   quantify, summarize and present the amount of TSLA shares sold by Defendant and the related proceeds from April 26, 2022 through the end of 2022.

## II.    PROFESSIONAL QUALIFICATIONS

2.    I have over 30 years of combined professional experience in public accounting, financial accounting and reporting, management accounting, forensic accounting and investigations including litigation consulting, financial statement auditing, preparing corporate and partnership income tax returns, and calculating and reporting on the fair market value of privately held businesses. I possess professional credentials in public accounting, management accounting, financial forensics, and business valuation.

3.    I am the president and founder of Financial Evidence Group, a CPA firm licensed in California focusing on litigation support and forensic accounting. In November 2020, after many years in leadership positions at CPA and consulting firms as a partner or managing director, I founded and launched Financial Evidence Group.

4.    I am a Certified Public Accountant, licensed in three jurisdictions - California, New York, and the District of Columbia. I graduated with a bachelor's in accounting degree from Golden Gate University in San Francisco, California in June 1993. I received my first CPA license in 1995, two years after graduating from college.

5.    I hold the Certified in Financial Forensics ("CFF") credential issued by the American Institute of Certified Public Accountants ("AICPA") and am one of the earliest recipients of this credential in 2008. Additionally, I hold the Chartered Global Management Accountant ("CGMA") designation issued by the Chartered Institute of Management Accountants ("CIMA"),[1] and the Certified Valuation Analyst ("CVA") credential issued by the National Association of Certified Valuators and Analysts.

---

[1] The AICPA is the national professional organization for Certified Public Accountants in the United States, with more than 428,000 members in 130 countries in business and industry, public practice, government, education, student affiliates and international associates. Founded in 1887, the AICPA sets ethical standards for the profession and U.S. auditing standards for audits of private companies, non-profit organizations, federal, state, and local governments. It also

6.    I am routinely retained as a consulting and testifying expert in the areas of forensic accounting, economic damages, financial accounting and reporting, and management accounting. I have led and participated in a wide range of matters involving public corporations, privately held companies, nonprofits, and individuals.

7.    I have been admitted as an accounting and economic damages expert at trials and other proceedings venued in California Superior courts and Federal District courts in the U.S, and at dispute resolution hearings at JAMS and FINRA. I have been a designated expert in many matters involving forensic accounting, complex accounting analyses, economic damages, such as lost business profits and lost earnings, partnership disputes, alleged accountant malpractice, and alleged financial accounting and reporting violations. I also have considerable experience in investigating allegations of asset misappropriation and financial improprieties, assisting in wage and hour disputes, explaining an entity's ability to pay punitive damages based upon its financial performance and the condition of the entity, and preparing business valuations.

---

develops and grades the Uniform CPA Examination. The Chartered Institute of Management Accountants (CIMA) was founded in 1919 and has helped shaped the profession for over a century. In 2017, AICPA & CIMA came together to form a powerful international alliance that promotes accounting and finance in every corner of the world. Today, AICPA & CIMA serve 597,000 members, candidates and registrants in 188 countries and territories.

I was appointed by the AICPA, effective in May 2022, to serve as one of only nine members of the AICPA's CFF Credential Committee. This vital committee is responsible for developing and maintaining qualification and examination requirements for CFF credential candidates and serves as the technical advisor for education offerings necessary to support both the credential pathway and active credential holders' expertise. I was also Co-chair for the AICPA's CFF Study Group Task Force which was formed to assist future CFF credential holders to effectively prepare for the CFF exam. Recently, the AICPA appointed me, effective May 2025, to serve as a commissioner (one of thirteen commissioners) on its National Accreditation Commission. This high-ranking committee leads the AICPA accreditation process and plays an instrumental role in recommending and implementing key credential programs, evaluating business plans, and ensuring rigorous oversight of existing programs impacting members of the AICPA in the U.S. and abroad.

8.    To maintain my professional credentials, I complete continuing professional education courses in accounting, financial forensics, and business valuation every year. I have taught programs that qualify for continuing professional education for CPAs and continuing legal education for attorneys. Those programs, which include learning objectives in financial and forensic accounting, auditing, and economic damages, have been provided through the Practising Law Institute, Bar Association of San Francisco, Continuing Education of the Bar of California, the AICPA, and the CalCPA Education Foundation. I am also a volunteer and technical resource for the AICPA's Forensic and Valuation Services section as a technical reviewer and co-author of continuing professional development materials for AICPA members who hold the CFF credential.

9.    I am being compensated for my work at the rate of $500 per hour. Payment for my professional services in this matter is not contingent upon the opinions herein or the outcome of this matter.

10.    My professional qualifications, including my trial, deposition and arbitration testimony and publications I have authored, are summarized in my curriculum vitae attached hereto as Exhibit A.[2]

## III.    DATA CONSIDERED

11.    I discuss herein the data and information that were provided to me in this matter. These data and information are of the type that are reasonably relied upon by experts in my field and are listed in Exhibit B attached herein. I reserve the right to update this report upon receipt of new or additional data or information.

---

[2] I have served as the consulting expert for hundreds of matters for which my oral testimony was not required; those matters are not listed in my curriculum vitae.

12.  I anticipate using my conclusions and the information herein in the form of demonstrative and/or summary exhibits at trial. In evaluating the data and information provided to me, I have applied my professional judgment and the technical knowledge and expertise I have accumulated over my 30 years of relevant professional experience.

## IV.    RELEVANT BACKGROUND

13.  Discussed below are certain relevant facts and data which have been incorporated into my analysis.

### A.  Chronology of key events

14.  The following key dates and/or events are referenced in my analysis herein:

a)  April 9, 2022 – Defendant expressed his intention to make an offer to take Twitter private via text message to Twitter CEO Parag Agrawal.[3]

b)  April 14, 2022 – Defendant delivered an offer to acquire Twitter on April 13, 2022. The offer was publicly announced on April 14, 2022.[4]

c)  April 21, 2022 – The financing composition for Defendant's purchase of Twitter was publicly announced.[5] This composition is discussed below.

d)  April 25, 2022 – Twitter announced that it had entered into a definitive agreement to be acquired by an entity owned by Defendant. The purchase was described as a cash transaction "valued at approximately $44 billion." Twitter stockholders would receive $54.20 in cash for each share of Twitter common stock. The press release also confirmed that Defendant already owned a 9% (approximately) stake in

---

[3] The source is summary of text messages provided to me by co-lead counsel for Plaintiff.

[4] See PLAINTIFFS-000080-87 (Twitter, Inc. Amendment No. 2 to Schedule 13D/A; Date of Event April 13, 2022).

[5] See PLAINTIFFS-000071-79 (Twitter, Inc. Amendment No. 3 to Schedule 13D; Date of Event April 20, 2022).

Twitter.[6] This 9% stake consisted of 73,115,038 shares out of 763,577,533 total Twitter shares of common stock outstanding as of March 30, 2022.[7]

e) April 26, 2022 – Defendant sold 4,415,000 TSLA shares for total proceeds of $3.99 billion.[8]

f) April 28, 2022 - Defendant sold 5,230,000 TSLA shares for total proceeds of $4.53 billion.[9]

g) May 5, 2022 – A change in the composition of Defendant's financing of Twitter was announced.[10] This is discussed below.

h) May 13, 2022 – Defendant posted a tweet at 2:44 AM stating, in part, that the "Twitter deal [is] temporarily on hold pending details supporting calculation that spam/fake accounts do indeed represent less than 5% of users."[11]

i) May 16, 2022 – Defendant appeared at the All In Summit and made statements about the percentage of fake and spam accounts on Twitter.

j) May 17, 2022 – Defendant posted a tweet at 12:32 AM stating in part, "This deal cannot move forward" with a reference to "20% fake/spam accounts, while 4 times what Twitter claims, could be *much* higher….My offer was based on Twitter's SEC filings being accurate."[12]

---

[6] See Twitter, Inc. Amendment No. 4 to Schedule 13D; Date of Event April 25, 2022; and Twitter, Inc. Amendment No. 5 to Schedule 13D; Date of Event April 25, 2022.

[7] See Twitter, Inc. Amendment No. 4 to Schedule 13D; Date of Event April 25, 2022). Also see Twitter, Inc. Schedule 13D, Date of Event April 4, 2022, Schedule I.

[8] See Schedule 3 attached herein; based on Form 4's filed on behalf of Defendant as the Reporting Person.

[9] See Schedule 3 attached herein; based on Form 4's filed on behalf of Defendant as the Reporting Person.

[10] See Twitter, Inc. Amendment No. 6 to Schedule 13D; Date of Event May 4, 2022.

[11] See PLAINTIFFS-000214.

[12] See PLAINTIFFS-000223.

B.  The stock price for TSLA shares between April 9, 2022 and May 17, 2022, inclusive

15.  The stock price of TSLA shares generally declined between April 9 and May 17, 2022. At the close of business on April 9, 2022, the TSLA stock price was $1,025.49 per share; by close of business on May 17, 2022, the stock price was $761.61, representing a decrease of 25.73%.

16.  The TSLA stock prices for the aforementioned period are presented in Schedule 1 herein (Row 13) and depicted in the chart below. Both the primary data line (solid line) and trend line (dotted line) depict a declining trend:



C.  The financing composition of the Twitter purchase

17.  On April 25, 2022, Twitter announced that Defendant would acquire the company, and that he had "secured $25.5 billion of fully committed debt and margin loan financing and is providing an approximately $21.0 billion equity commitment."  Defendant, in turn, disclosed in an SEC filing that he had secured equity, debt, and margin loan commitments as follows:

a)  Equity financing of approximately $21 billion;

b)  Debt financing of approximately $13 billion; and

c)  Margin loan financing of approximately $12.5 billion.[13]

18.  The amounts above total $46.5 billion. Defendant committed to funding $21 billion of equity financing.[14]

19.  On May 5, 2022, additional developments concerning the composition of Defendant's financing for the Twitter purchase were announced, as follows:

a)  The margin loan financing portion had been reduced by 50%, from $12.5 billion to $6.25 billion;

b)  Additional equity commitments were obtained by Defendant, as follows:

i.  A commitment for additional equity investment from a group of investors was obtained for $5.24 billion, and

ii.  A sole equity investor HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud (Kingdom)/("HRH Prince Alwaleed") committed to contributing

---

[13] See Twitter, Inc. Amendment No. 5 to Schedule 13D; Date of Event April 25, 2022). Also see PLAINTIFFS-000071-79 (Twitter, Inc. Amendment No. 3 to Schedule 13D; Date of Event April 20, 2022).

[14] See Twitter, Inc. Amendment No. 5 to Schedule 13D; Date of Event April 25, 2022: "Pursuant to the Amended Equity Commitment Letter entered into on April 25, 2022, and subject to the terms thereof, the Reporting Person [Defendant] committed to provide Parent [X Holdings I, Inc. wholly owned by Defendant], at the effective time of the Merger, with an equity contribution of up to approximately $21 billion."

his existing shares of common stock, totaling 34.95 million shares, "in order to retain an equity investment in Twitter following completion of the Merger." As measured at the expected closing price, this commitment was equivalent to equity in the amount of $1.89 billion (34.95 million shares x $54.20).[15]

20. Consequently, as of May 4, 2022, the equity financing portion increased to $27.25 billion, while the debt and margin loan financing decreased to $19.25 billion (publicly announced on May 5, 2022).

21. I have observed a document titled "Illustrative Sources & Uses and PF Capital Structure, Project X, April 2022"[16], which I will refer to as the "Illustrative Sources and Uses" or "MS April 14 Project X document." The MS April 14 Project X document was referenced in emails circulated among Morgan Stanley staff on April 14, 2022, with subject titled "Project X – Updated Sources and Uses" and



. As mentioned above, Defendant's offer to purchase Twitter was made on April 13, 2022, and announced on April 14, 2022.

---

[15] See Twitter, Inc. Amendment No. 6 to Schedule 13D; Date of Event May 4, 2022.

[16] See MUSK-PAMPENA-0758662 to 67 and related emails circulated on April 14, 2022 at MUSK-PAMPENA-0758710 to 12.

[17] See emails circulated on April 14, 2022 at MUSK-PAMPENA-0758710 to 12.

[18]

22. ███████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████  █████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████



████ next page.]

23.

24.

next page.]

## V.    CONCLUSIONS AND BASIS FOR CONCLUSIONS

### A.  The various sources of funds for Defendant's purchase of Twitter as published in regulatory filings for the period April 21, 2022 through May 17, 2022

25.    For the period April 21, 2022 through May 17, 2022, I have analyzed and summarized the various sources of funds for Defendant's purchase of Twitter as published in regulatory filings, and calculated the amount of cash required from Defendant on certain dates and the corresponding amount of TSLA shares that was equivalent to that cash value. I have presented the results of my analysis in Schedule 1 attached herein and in various tables, charts and graphs presented throughout this report and attached hereto.

26.    Table 1 below is an excerpt from Schedule 1 and shows a summary of the source of funds for the Twitter purchase as of certain dates between April 21, 2022 and as of May 17, 2022, inclusive.

Table 1:

| Row No. | Source of Funds | 4/21/2022 to 4/25/2022<br>A | 4/26/2022 to 4/27/2022<br>B | 4/28/2022 to 5/4/2022<br>C | 5/5/2022 to 5/17/2022<br>D |
|---|---|---|---|---|---|
| 1 | **Equity financing:** | | | | |
| 2 | Elon Musk ("EM") - Twitter shares 73,115,038 @$54.20 | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 |
| 3 | EM - Cash to raise | $ 17,037,164,940 | $ 13,047,842,941 | $ 8,519,754,162 | $ 7,630,880,331 |
| 3A | EM - Cumulative proceeds from TSLA stock sales on 4/26 and 4/28 | | $ 3,989,322,000 | 8,517,410,779 | $ 8,517,410,779 |
| 3B | EM - Cash funding | $ 17,037,164,940 | $ 17,037,164,940 | $ 17,037,164,940 | $ 16,148,291,109 |
| 4 | Investors - equity commitment letters | | | | $ 5,244,639,386 |
| 5 | HRH Prince Alwaleed-Twitter shares 34,948,975 @ $54.20 | | | | $ 1,894,234,445 |
| 5A | Investors and HRH Prince Alwaleed | | | | $ 7,138,873,831 |
| 6 | **Total equity financing** | $ 21,000,000,000 | $ 21,000,000,000 | $ 21,000,000,000 | $ 27,250,000,000 |
| 7 | **Debt and margin loan financing:** | | | | |
| 8 | Debt commitment from banks | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 |
| 9 | Margin loans from banks | $ 12,500,000,000 | $ 12,500,000,000 | $ 12,500,000,000 | $ 6,250,000,000 |
| 10 | **Total debt and margin loan financing** | $ 25,500,000,000 | $ 25,500,000,000 | $ 25,500,000,000 | $ 19,250,000,000 |
| 11 | **Total - Anticipated Funding for Twitter Purchase** | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 |

27. Table 1 above presents the following:

a) Row 11, Total – Anticipated Funding for Twitter Purchase: this shows the aggregate value of the disclosed secured equity, debt, and margin loan commitments pertaining to Defendant's purchase of Twitter shares.

b) The components of the equity financing portion (Rows 2-5A) consisted of: (1) the Twitter shares Defendant purchased between January 31, 2022 and April 1, 2022, inclusive,[19] (2) the cash needed from Defendant after all other sources are accounted for, (3) proceeds from Defendant's sale of TLSA shares from April 26 through April 28, 2022, (4) investment commitments from certain equity investors, and (5) the value of contributed Twitter shares owned by HRH Prince Alwaleed.

c) The components of the debt and margin loan financing portion (Rows 8-9) consisted of debt commitments from certain banks and margin loan commitments from certain lenders.

d) The sources of funds totaling $46.5 billion were first disclosed on April 21, 2022.[20] As the debt financing commitments totaled $25.5 billion (Row 10), the difference (Row 11 minus– Row 10), $21.0 billion, would need to come from equity financing.

e) Twitter's disclosures stated that the equity financing would be funded with cash from Defendant.[21] My analysis informed me that, when the purchase of Twitter

---

[19] See Twitter, Inc. Schedule 13D, Date of Event April 4, 2022, Schedule I.

[20] See Twitter, Inc. Amendment No. 5 to Schedule 13D; Date of Event April 25, 2022). Also see PLAINTIFFS-000071-79 (Twitter, Inc. Amendment No. 3 to Schedule 13D; Date of Event April 20, 2022).

[21] See Twitter, Inc. Amendment No. 3 to Schedule 13D, Date of Event April 20, 2022, Exhibit E (Equity commitment letter dated April 20, 2022). Exhibit E states in part: "In connection with the Offer and the

was announced, Defendant already owned 73.12 million Twitter shares. Assuming Defendant's intended purchase price of $54.20 per share, Defendant already owned $3.962 billion in Twitter shares (Row 2) to be used toward meeting his equity commitment; therefore, the remaining $17.037 billion of cash would be required from Defendant (Row 3). This was the case until May 4, 2022 when new equity investors were added as funding sources, and a related announcement was made on May 5, 2022. [22]

f) Columns ("Col.") A, B, C and D represent different time frames to capture the changes in the funding composition over time. While the anticipated funding remained constant at $46.5 billion, the relative sources from equity financing versus debt and margin loan financing changed. Specifically:

   i. As shown in Col. A, the sources of funds for the period April 21 to April 25, 2022 were as follows: $21 billion equity, comprised of $3.92 billion of Defendant's existing Twitter shares, and $17.04 billion of Defendant's cash (no other equity investors had been publicly disclosed at this time); $13 billion of bank loans; and $12.5 billion of margin loans.

   ii. As shown in Col. B, beginning on April 26 to April 27, 2022, the sources of equity funds included the proceeds from Defendant's sale of additional

---

Merger, the Equity Investor [Elon Musk] is pleased to offer this commitment to, directly or indirectly, **contribute to or otherwise provide cash to**, Parent or the Purchaser [X Holdings I] at or immediately prior to closing of the Offer (the "Closing") the Aggregate Equity Commitment (as defined below), or such lesser amount as is necessary to fully discharge, when taken together with any other funds available to Parent or the Purchaser, the amounts required to be funded by Parent or the Purchaser pursuant to the Offer and the Merger, including the payment of any and all other amounts, costs, fees and expenses required to be paid by Parent or the Purchaser in connection with the Offer and the Merger pursuant to and in accordance with the terms of the Offer and the Merger." [Emphasis added.]

[22] See Twitter, Inc. Amendment No. 6 to Schedule 13D; Date of Event May 4, 2022.

TSLA shares totaling $3.99 billion (Row 3A); therefore, the remaining equity to come from Defendant's cash funding was $13.05 billion (Row 3).

iii.    As shown in Col. C, beginning on April 28 to May 4, 2022, the equity funding composition changed due to Defendant's additional sales of TSLA shares, which resulted in cumulative proceeds of $8.52 billion (Row 3A); therefore, the remaining equity to come from Defendant's cash funding was $8.52 billion (Row 3).

iv.    As shown in Col. D, beginning on May 5 to May 17, 2022, both the equity and margin loan financing sources changed. As previously mentioned, on May 5, 2022, it was announced that the margin loan financing portion was reduced by 50%, from $12.5 billion to $6.25 billion, and additional equity commitments were obtained by Defendant, as follows:

1.   A commitment for additional equity investment from a group of investors was obtained totaling $5.24 billion (Row 4), and

2.   HRH Prince Alwaleed committed to contributing his existing shares of common stock totaling 34.95 million shares, which is equivalent to equity of $1.89 billion at $54.20/share (34.95 million shares x $54.20; Row 5).[23]

Consequently, the remaining equity to come from Defendant's cash funding was $7.63 billion (Row 3).

---

[23] See Twitter, Inc. Amendment No. 6 to Schedule 13D; Date of Event May 4, 2022.

**B. The amount of cash required from Defendant and the corresponding number of TSLA shares that was equivalent to that cash value for the period April 21, 2022 through May 17, 2022**

28.   In my methodology, the amount of cash required from Defendant pertaining to the purchase of Twitter as of a given day in the relevant period is shown in Schedule 1, Row 3B (EM – Cash funding), comprised of Rows 3 (EM – Cash to raise) and 3A (Cumulative proceeds from TSLA stock sales on 4/26 and 4/28). The corresponding number of TSLA shares that was equivalent to the cash required (in Row 3B) is shown in Schedule 1, Row 14 (TSLA shares for cash funding). For example, on April 21, given Row 3B, EM – Cash funding is $17.04 billion, TSLA shares totaling 16,888,881 (16.89 million; Row 14) would have to be sold to raise $17.04 billion given the share price on April 21 of $1,008.78 (Row 13) – $17.04 billion divided by $1,008.78 per share.

29.   The amount of cash required from Defendant is the difference between the total required equity funding for the Twitter purchase (Row 6; Total equity financing) and all other identifiable sources of equity funding. For example, as of May 12, 2022 on Schedule 1, page 10, Col. P: given total equity funding required of $27.25 billion (Row 6), and all other equity funding sources available as of this date in Rows 2 (value of EM Twitter shares), 4 (other equity investors), and 5 (HRH Prince Alwaleed's Twitter shares), the remaining equity (cash) to come from Defendant is in Row 3B, totaling $16.15 billion.

30.   The number of TSLA shares that was equivalent to the cash required from Defendant (Row 3B as explained above) is shown in Schedule 1, Row 14 (TSLA shares for cash funding); it is a function of dividing the amount of cash required by the TSLA closing share price as of the date presented in Schedule 1. Each TSLA closing share price is shown in Schedule 1, Row 13 (TSLA stock price (close)).

31.  To arrive at TSLA shares that were equivalent to the cash required from Defendant, and using May 12, 2022 as the example (Schedule 1, p. 10, Col. P), the number of TSLA shares required was 22,181,719 (Row 14), calculated as follows: $16.15 billion (Row 3B) divided by $728.00, the closing price for TSLA shares on that day (Row 13).

32.  Based on my analysis, I have arrived at the following conclusions with respect to the relevant period:

a)  <u>Conclusion No. 1</u>: The number of TSLA shares that would have fully funded Defendant's cash requirement as of April 21, 2022 was insufficient to fund the cash required before the market opened on May 13, 2022 as shown in the following chart:



i.  As of April 21, 2022, Defendant's cash requirement was $17.04 billion (Schedule 1, p. 1 Col. A, Row 3B, EM – Cash funding). Given the TSLA share price on this day was $1,008.78 (Col. A, Row 13), the number of

TSLA shares equivalent to Defendant's cash requirement was 16.89 million (Col. A, Row 14). In other words, 16.89 million shares, based on the share price on April 21, 2022, would have fully funded Defendant's cash requirement.

ii.    Before the market opened on May 13, 2022, Defendant's cash requirement was $16.15 billion (slightly lower than the cash requirement on April 21 due to the change in equity funding effective May 4 (disclosed on May 5); see Schedule 1, p. 10, Col. P, Row 3B). Given the closing TSLA share price on May 12 of $728.00 (Col. P, Row 13), the number of TSLA shares equivalent to Defendant's cash requirement was 22.18 million (Col. P, Row 14). Compared to April 21, an additional 5.29 million shares were required to fully fund the cash requirement before the market opened on May 13 (Col. P, Row 15; 22.18 million shares minus 16.89 million shares). The TSLA shares of 16.89 million that could fund all of the cash requirement on April 21 could fund only $12.30 billion prior to the market's opening on May 13 (16.89 million shares multiplied by $728.00). Since the cash funding required before the market opened on May 13 was $16.15 billion, there was a potential cash funding shortfall of $3.85 billion as depicted in the chart above ($16.15 billion minus $12.30 billion).

b)  Conclusion No. 2: Based on the cash required of Defendant before the market opened on May 13, 2022 of $16.15 billion (Schedule 1, p. 10, Col. P, Row 3B), 16,007,743 (16.01 million) TSLA shares at the April 21 share price of $1,008.78 (Initial shares, p. 10, Col. P, Row 16C) would have fully funded the cash requirement. However, at the pre-opening share price on May 13 of $728.00 (p.

10, Col. P, Row 13), the 16.01 million TSLA shares (Initial shares) would have funded only $11.65 billion of the cash required (16.01 million shares multiplied by $728.00). Because the cash funding required before the market opened on May 13 was $16.15 billion, there was a decrease in the value of the TSLA shares since April 21 in the amount of $4.49 billion (p. 10, Col P, Row 16F; $16.15 billion minus $11.65 billion). This is depicted in the chart below:



c) <u>Conclusion No. 3</u>: As previously stated, based on the cash required of Defendant before the market opened on May 13, 2022 of $16.15 billion (Schedule 1, p. 10, Col. P, Row 3B), 16,007,743 (16.01 million) TSLA shares at the April 21 share price of $1,008.78 (Initial shares, p. 10, Col. P, Row 16C) would have fully funded the cash requirement. However, at the share price before the market opened on May 13 of $728.00 (p. 10, Col. P, Row 13), the number of TSLA

shares required to fully fund the $16.15 billion cash requirement was 22,181,719 million shares (Schedule 1, p. 10, Col. P, Row 14; $16.15 billion divided by $728.00 per share). An additional 6,173,975 shares were needed to be sold to raise the cash funding required (p. 10, Col. P, Row 16H) compared to April 21, as depicted in the chart below:

d)  <u>Conclusion No. 4</u>: The additional TSLA shares needed to fund Defendant's cash requirement since April 21, 2022 generally increased until at least May 17, 2022, as shown below:



i.   As previously shown, the TSLA stock price generally declined during the relevant period. As the number of TSLA shares needed to meet Defendant's cash requirement was a function of TSLA's stock price, there was an increase in additional TSLA shares required to fund Defendant's cash requirement during this period. This is depicted in the following graph:



e) <u>Conclusion No. 5</u>: From April 21, 2022 through at least May 17, 2022, the declining TSLA stock price had created a potential cash funding shortfall for Defendant. For example, before the market opened on May 13, 2022, to fully fund the required cash from Defendant of $16.15 billion, 22.18 million TSLA shares would need to be sold ($16.15 billion cash funding required divided by $728.00 TSLA share price on May 12). As of April 21, 2022, fewer shares, 16.01 million, were sufficient to cover the required cash from Defendant (16.89 million shares multiplied by $1,008.78/share = $17.04 million; see Schedule 1, p. 1, Col. A, Rows 14, 13, and 3B). The potential cash funding shortfall as of May 13 before the market opened, therefore, is represented by the increase in TSLA shares to be sold (since April 21) in order to fully fund the cash requirement on May 13 before the market opened – that increase is 5,292,838 TSLA shares (Schedule 1, page 11,

Col. P, Row 15). This is because in order for Defendant to fully fund the required cash of $16.15 billion before the market opened on May 13, at $728.00 per share, 22.18 million TSLA shares would have to be sold; whereas, on April 21, a lower number of 16.89 million TSLA shares would have been sufficient for the required cash funding. Therefore, the potential cash funding shortfall before the market opened on May 13, 2022 was $3.85 billion, calculated as follows: 5,292,838 additional TSLA shares needed multiplied by $728.00 per share at the May 12 closing price (Schedule 1, page 11, Col. P, Row 16).

## C.  Defendant's margin loan financing for the Twitter purchase

33.  With respect to the margin loan financing component for the Twitter purchase, I have made the following observations:

a)  Defendant's use of margin loan financing for the Twitter purchase required him to maintain TSLA shares (in varying quantities, as discussed below) in a collateral account, according to a Project X Commitment Letter dated April 20, 2022.[24]

b)  There were certain factors impacting Defendant's ability to use and/or maintain the margin loans to fund the Twitter purchase, including:

i.  Whether Defendant had sufficient collateral to pledge, or the number of TSLA shares that Defendant could pledge as collateral and their related valuation based on current stock price. I have noted that, under Tesla's corporate policies, Defendant was limited to pledging no more than 25% of TSLA shares he owned (excluding options).[25]

---

[24] See Twitter, Inc. Amendment No. 3 to Schedule 13D, April 20, 2022, Exhibit D, Margin loan commitment letter dated April 20, 2022.

[25] See Tesla, Inc. Form 10-K/A for December 31, 2021, p. 21 ("Pledging of Shares").

  ii.  The required maximum initial Loan-To-Value ("LTV") ratio of 20% set forth in the lender's terms,[26] or whether the LTV ratio of 20% would have been met during the relevant period.

  c)



34. <u>Conclusion No. 6</u>:  I have concluded that, before the market opened on May 13 through May 17, 2022, Defendant had insufficient collateral in the form of TSLA shares to pledge in relation to the contemplated margin loan amounts, except for May 13, 2022 after the market closed. I have presented my analysis in Schedule 1, Rows 17-25. The graph below depicts my conclusion.[28]

  a) The bars depict the available collateral (dollar value of TSLA shares) that Defendant could pledge; the dotted line depicts the dollar value of the required collateral, which was $31.25 billion as of May 12, 2022 through May 17, 2022; the solid line depicts the concurrent TSLA stock price. As the chart below shows

---

[26] See Exhibit A of Exhibit I, Project X Commitment Letter dated April 25, 2022.

[27] See HCL Briefing Memo, Project X, April 15 2022 (MUSK-PAMPENA 0758853 to 68 at 63).

[28] My analysis disregards previously pledged TSLA shares, if any.

(and Schedule 1, Row 24), Defendant had insufficient collateral during all days presented, except for May 13, 2022 (after the market closed).

b)  For example, as of May 12, 2022 (before the market opened on May 13, 2022) (see Schedule 1, p. 12, Col. P), Defendant owned 162,963,251 TSLA shares (Row 18; also see Schedule 3), which were equivalent to $118.64 billion (Row 19; 162,963,251 shares multiplied by $728.00 share price, Row 13). After deducting the dollar value of TSLA shares to sell to raise the cash funding required of $7.63 billion (Rows 3 and 20), Defendant would be left with $111.00 billion in TSLA shares (Row 21); 25% of this is $29.66 billion, the maximum amount Defendant could pledge as collateral (Row 22). However, the collateral required was $31.25 billion based on a loan-to-value of 20% ($6.25 billion margin loan divided by 20%). In this example, the collateral was insufficient as there is a shortfall of $1.59 billion (Row 24; $31.25 billion required minus $29.66 billion available). By close of business on May 13, 2025, sufficient collateral had resurfaced but became insufficient again by end of day on May 16, 2022.

[See next page.]

Available Collateral ($ Value of TSLA Shares) v. Required Collateral ($ Value of TSLA Shares)
May 12 through May 17, 2022

## D. Morgan Stanley's Illustrative Sources & Uses Presentation In Connection with Defendant's Purchase of Twitter

35.  Conclusion No. 7: With respect to the Illustrative Sources & Uses presented on page 2 of the MS April 14 Project X document (see my discussion beginning in para. 21 above) and in conjunction with my analysis herein, I have concluded that, as of the time before the market opened on May 13, 2022, Defendant's cash requirements to acquire Twitter were at least $16.1 billion greater than Defendant's additional cash requirements reflected by Morgan Stanley in its Illustrative Sources & Uses presentation.

36.



38.

### E. The amount of TSLA shares sold by Defendant and the related proceeds beginning on April 26, 2022 through the end of 2022

39.    From April 26, 2022 through the end of 2022, Defendant sold a total of 31.4 million TSLA shares (based on pre-stock split measurement) for total proceeds of $22.93 billion. My analysis is shown in Schedule 3, TSLA Shares Sold by Defendant – April 26, 2022 through the End of 2022, attached hereto.

40. I relied on the SEC Form 4's filed for Reporting Person "Musk Elon" pertaining to Issuer "Tesla, Inc. [TSLA]" for these transaction dates: April 26, April 28, August 5, August 8, August 9, November 4, November 7, November 8, and December 12, 2022.

41. Table 3 below is an excerpt from Schedule 3:

Table 3:

| Row No. | Sale No. | Sale Date | Shares Sold | Shares Sold: Pre-Stock Split Equivalent ("PSSE") | Cumulative Shares Sold PSSE | Proceeds | Cumulative Proceeds | Average Share Price (PSSE) |
|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | E/C=G |
| 1 | 1.1 | 4/26/2022 | 2,258,486 | 2,258,486 | 2,258,486 | $ 2,007,978,676 | $ 2,007,978,676 | $889.08 |
| 2 | 1.2 | 4/26/2022 | 889,825 | 889,825 | 3,148,311 | $ 813,139,334 | $ 2,821,118,009 | $913.82 |
| 3 | 1.3 | 4/26/2022 | 316,161 | 316,161 | 3,464,472 | $ 301,779,090 | $ 3,122,897,100 | $954.51 |
| 4 | 1.4 | 4/26/2022 | 604,927 | 604,927 | 4,069,399 | $ 556,074,542 | $ 3,678,971,641 | $919.24 |
| 5 | 1.5 | 4/26/2022 | 345,601 | 345,601 | 4,415,000 | $ 310,350,358 | $ 3,989,322,000 | $898.00 |
| 6 | 2.1 | 4/28/2022 | 1,576,984 | 1,576,984 | 5,991,984 | $ 1,324,373,164 | $ 5,313,695,164 | $839.81 |
| 7 | 2.2 | 4/28/2022 | 2,611,217 | 2,611,217 | 8,603,201 | $ 2,278,695,421 | $ 7,592,390,584 | $872.66 |
| 8 | 2.3 | 4/28/2022 | 1,041,799 | 1,041,799 | 9,645,000 | $ 925,020,194 | $ 8,517,410,779 | $887.91 |
| 9 | 3.1 | 8/5/2022 | 2,277,728 | 2,277,728 | 11,922,728 | $ 1,985,394,378 | $ 10,502,805,157 | $871.66 |
| 10 | 3.2 | 8/5/2022 | 1,022,272 | 1,022,272 | 12,945,000 | $ 920,168,410 | $ 11,422,973,566 | $900.12 |
| 11 | 4.1 | 8/8/2022 | 1,524,299 | 1,524,299 | 14,469,299 | $ 1,339,672,620 | $ 12,762,646,186 | $878.88 |
| 12 | 4.2 | 8/8/2022 | 59,580 | 59,580 | 14,528,879 | $ 53,605,439 | $ 12,816,251,626 | $899.72 |
| 13 | 4.3 | 8/9/2022 | 3,020,453 | 3,020,453 | 17,549,332 | $ 2,570,600,763 | $ 15,386,852,388 | $851.06 |
| 14 | 4.4 | 8/9/2022 | 19,775 | 19,775 | 17,569,107 | $ 17,302,386 | $ 15,404,154,774 | $874.96 |
| 15 | | Subtotal | 17,569,107 | 17,569,107 | | $ 15,404,154,774 | | |
| 16 | | | | | | | | |
| 17 | | After Stock Split: | | | | | | |
| 18 | 5 | 11/4/2022 | 9,650,000 | 3,216,667 | 20,785,774 | $ 2,012,758,726 | $ 17,416,913,500 | $625.73 |
| 19 | 6 | 11/7/2022 | 5,450,000 | 1,816,667 | 22,602,440 | $ 1,093,165,509 | $ 18,510,079,008 | $601.74 |
| 20 | 7 | 11/8/2022 | 4,400,000 | 1,466,667 | 24,069,107 | $ 843,163,160 | $ 19,353,242,169 | $574.88 |
| 21 | 8 | 12/12/2022 | 21,995,000 | 7,331,667 | 31,400,774 | $ 3,581,065,589 | $ 22,934,307,757 | $488.44 |
| 22 | | Subtotal | 41,495,000 | 13,831,667 | | $ 7,530,152,983 | | |
| 23 | | | | | | | | |
| 24 | | Total | | 31,400,774 | | $ 22,934,307,757 | | |

42. I observed a total of 18 Form 4's. There were multiple Form 4's for the transaction dates through August 9, 2022. I summarized the following data from the Form 4's:

a) Sale date (Col. A)

  i. The dates are as previously stated.

b) Shares sold (Cols. B and C)

  i. These Columns show the number of shares sold according to each Form 4.

    ii.    The total shares sold before the 3 for 1 stock split on August 25, 2022[29] was

17.57 million (Cols. B and C, Row 15)

    iii.    After the stock split, 41.50 million shares were sold (Col. B, Row 22),

equivalent to 13.81 million pre-stock split shares ("PSSE") (Col C, Row

22).

    iv.    Therefore, on a PSSE basis, Defendant sold a total of 31.4 million shares

(Col. C, Row 24).

c) Cumulative shares sold (Col. D)

    i.    Column D presents a running total of shares sold as of a given Form 4. For

example, as of the 3rd Form 4 pertaining to transaction date April 28, 2022

(Row 8), 9.65 million shares had been sold since (and including) the sale

shown in row 1 (Col. D, Row 8).

d) Proceeds (Col. E)

    i.    Column E shows the proceeds disclosed on each Form 4. To obtain the

proceeds for each Form 4, I exported the Form 4's to Excel, and then

multiplied, for each line item, the number of shares sold by the price. I then

aggregated the proceeds per line item to obtain the total proceeds for each

Form 4. As shown in Col. E, total proceeds from the sale of TSLA stock on

April 26, 2022 through December 12, 2022 were $22.9 billion (Col. E, Row

24).

e) Cumulative proceeds (Col. F)

---

[29] See "Notes" in Exhibit 62 provided by counsel for Plaintiff.

i.    Column F presents a running total of proceeds disclosed in a given Form 4. For example, as of the 3rd Form 4 for 4/28/2022 (Row 8), cumulative proceeds totaling $8.5 billion had been realized (Col. F, Row 8).

f)  Average share price (PSSE) (Col. G)

i.    Column G shows the average share price which is the product of dividing the proceeds in Col. E by the number of shares sold on a PSSE basis in Col. C. It should be noted that these share prices are expected to differ from the opening or closing prices for the sale date, because the share prices on Forms 4 are weighted average prices with the shares sold in multiple transactions at prices within a range. For example, while Col. G shows an average share price of $889.08 on the first Form 4 for April 26, 2022 (Row 1), the closing share price for that day was $876.42, and the high and low prices were $1,000 and $875, respectively.

g)  PSSE Beginning and Ending Shares (Cols. H and I)

i.    Column H shows the number of shares owned by Defendant prior to the sale depicted for a given sale date, and Column I shows the number of shares owned by Defendant after the relevant shares were sold. For example, pertaining to the sale date 4/28/2022 in Row 8 (1.04 million shares sold; Col. B), Defendant owned 164 million shares prior to the sale (Col. H), and after the sale, owned 162.96 million shares (Col. I).

ii.    To facilitate consistency and comparability, I presented the PSSE for beginning and ending shares for sale dates after the stock split was effectuated (Cols. H and I, Rows 18-21). This presentation impacted the sale transactions on November 4, 7, 8 and December 12, 2022 (Col. A, Rows 18-21). Prior to the stock split, as of the last August 9, 2022 transaction, Defendant owned 155.04 million TSLA shares (Col. I, Row 14). The PSSE shares owned by Defendant as of the sale on December 12, 2022 was 141.21 million (Col. I, Row 21); the actual shares were 423.62 million (141,207,477 x 3; see Schedule 3, Col. K, Row 21).

I affirm that the statements, opinions, and conclusions set forth herein are true to the best of my knowledge and belief.

Executed this 28th day of May 2025.

A. Christine Davis, CPA, CFF, CGMA, CVA

Davis p. 35 of 79
Case 3:22-cv-05937-CRB    Document 251-2    Filed 08/15/25    Page 36 of 80
EXHIBIT A




**FINANCIAL EVIDENCE GROUP**
**A CPA Firm** ®

## CURRICULUM VITAE OF
## A. CHRISTINE DAVIS, CPA, CFF, CGMA, CVA
**davis@financialevidence.com**

### PROFESSIONAL CREDENTIALS

1. Certified Public Accountant (CPA)

   - State of California (#69217) - 1995
   - State of New York (#101228) – 2009
   - District of Columbia (#CPA40000212) - 2022

2. Certified in Financial Forensics (CFF), American Institute of Certified Public Accountants [AICPA] (#257) - 2008

3. Chartered Global Management Accountant (CGMA), AICPA - 2014

4. Certified Valuation Analyst (CVA), National Association of Certified Valuators and Analysts [NACVA] (#041850) – 2008

5. Arbitrator Certificate, Bar Association of San Francisco - 2015

### EDUCATION

Golden Gate University, San Francisco, CA, *B.A. Accounting,* 1993

### PROFESSIONAL POSITIONS

1. Financial Evidence Group, A CPA Firm, Paso Robles, CA, *Founder and President,* December 2020 - present

2. Bates Group LLC, San Francisco, CA, *Managing Director of Forensic Accounting, Economic Damages & Financial Crimes and Member of the Firm*, January 2020 – November 2020; *Affiliate Expert*, November 2020 – January 2025

3. Bates Group LLC, San Francisco, CA, *Director of Forensic Accounting, Economic Damages & Financial Crimes*, November 2018 – December 2019

4. OnPoint Analytics, Inc., Emeryville, CA, *Director of Forensic and Financial Accounting,* 2016-2018

5. DZH Phillips LLP, CPAs and Advisors, San Francisco, CA, *Director and Partner in Charge of Forensic Accounting and Litigation Consulting*, 2013-2016

6. StoneTurn, San Francisco, CA, *Managing Director,* 2012

7. Hemming Morse, LLP, San Francisco, CA, *Director, Forensic Accounting and Litigation Consulting*, 1997-2011

 





8.  Banner Aerospace, San Francisco Bay Area, CA, *Subsidiary Controller*, 1996

9.  Bank of America, N.A., San Francisco, CA, *Financial Consultant, Financial Management Reporting and Analysis,* 1995

10. Coopers & Lybrand LLP, San Francisco, CA, *Auditor and Tax Accountant*, 1994-1995

11. Burr, Pilger & Mayer, San Francisco, CA, *Auditor and Tax Accountant*, 1993-1994

12. Arthur Andersen LLP, San Francisco, CA, *Tax Paraprofessional (while in college),* 1988-1992

## PROFESSIONAL MEMBERSHIPS & AFFILIATIONS

1.  American Institute of Certified Public Accountants (AICPA)
    - Member – Certified in Financial Forensics Credential Committee (1 of 9 members), 2022-2025
        - Chair for the CFF Study Group Task Force
    - Incoming Member – National Accreditation Commission (1 of 13 members)
    - Member - Forensic and Valuation Services Section
    - Co-author - Continuing Professional Development pertaining to the following professional standards
        - Statement on Standards for Forensic Services (SSFS) No. 1
        - Statement on Standards for Consulting Services (SSCS) No. 1
    - Technical reviewer for various professional guidance and reference materials used in the CFF credential process
2.  National Association of Certified Valuators and Analysts (NACVA)
3.  NERA Economic Consulting
    - Affiliated Industry Expert
4.  Practising Law Institute (PLI)
    - Co-Chair and faculty member, Pocket MBA: Finance for Lawyers and Other Professionals – 2018-2023
5.  Continuing Education of the Bar of California (CEB)
    - CLE Speaker

## SPEECHES & PROGRAMS

1.  *Fraud and Forensic Accounting Conference 2024, Conference Panelist for "Practical Strategies for Success: A Practice Management Toolkit,"* California Society of Certified Public Accountants, March 20, 2024




2. *Pocket MBA 2023: Finance for Lawyers and Other Professionals, Program Co-Chair and Speaker for "Financial Statements in Practice: A Case Study,"* Practising Law Institute, September 21-22, 2023

3. *Pocket MBA 2022: Finance for Lawyers and Other Professionals, Program Co-Chair and Speaker for "Financial Statements in Practice: A Case Study,"* Practising Law Institute, September 22-23, 2022

4. *Pocket MBA 2021: Finance for Lawyers and Other Professionals, Program Co-Chair and Co-presenter for "Economic Concepts in the Litigation Context,"* Practising Law Institute, Live Webinar, September 27-28, 2021

5. *Calculating Lost Earnings in Personal Injury and Wrongful Death Cases,* Continuing Education of the Bar of California, On-Demand CLE, July 2021

6. *Calculating Business Income Loss in a Business Interruption Claim,* Continuing Education of the Bar of California, On-Demand CLE, May 2021

7. *Forensic Accounting & Financial Investigations: A Primer for Litigators,* Asian Pacific American Bar Association of Silicon Valley, Live Webinar,

   January 28, 2021

8. *Pocket MBA 2020: Finance for Lawyers and Other Professionals Program Co-chair; Presenter for "Accounting Fundamentals," and Co-presenter for "Financial Statements: A Case Study" and "Economic Concepts in the Litigation Context,"* Practising Law Institute, Live Webinar, September 21-22, 2020

9. *Filing a Business Interruption Claim: Properly Calculating the Business Income Loss,* Canadian Institute of Actuaries, Live Webinar, August 2020

10. *Forensic Accounting in Litigation Support and Financial Investigations,* Practising Law Institute, San Francisco, California, July 2020

11. *Accounting Concepts and Financial Statements for Lawyers,* Continuing Education of the Bar of California, On-Demand CLE, June 2020

12. *Employment Claims and Commercial Damages – What to Expect in the "New Normal,"* Bates Group, San Francisco, California, June 2020

13. *Pocket MBA 2019: Finance for Lawyers and Other Professionals Program Co-chair; Co-presenter for "Accounting Fundamentals," and Co-presenter for "Economic Concepts in the Litigation Context,"* Practising Law Institute, San Francisco, California, September 2019

14. *Basics of Fraud and Forensic Accounting in Legal Settings*, Practising Law Institute, San Francisco, California, July 2019, July 2017

**FINANCIAL EVIDENCE GROUP**
A CPA Firm ®



15. *Guest Lecturer, Business Ethics MGT 327, Menlo College, Atherton, California,* Spring 2017, Fall 2014, Fall 2013, Spring 2013, and Fall 2012

16. *60 Minutes with a Forensic Accountant: Evaluating Damages and Financial Condition,* Marin County Bar Association, San Rafael, California, September 2016

17. *Introduction to Valuing a Business,* Bar Association of San Francisco, San Francisco, California, June 2016

18. *Introduction to Analyzing Wage-and-Hour Claims,* Bar Association of San Francisco, San Francisco, California, March 2016

19. *Forensic Accounting for Fraud and Financial Wrongdoing,* Continuing Education of the Bar of California, Oakland, California, March 2016

20. *Retaining and Using Experts, Without Breaking Ethical Rules,* Bar Association of San Francisco, San Francisco, California, December 2015

21. *Economic Damages: Numbers Tell the Story – Elements of a Damage Model for an Individual and for a Business,* Bar Association of San Francisco, San Francisco, California, October 2015

22. *The Proper Care and Feeding of a Fraudster,* AICPA Not-for-Profit Industry Conference, National Harbor, Maryland, June 2015

23. *Presenting Damages Evidence in Anticipation of an Appeal,* Consumer Attorneys of California, 53rd Annual Convention, San Francisco, California, November 2014

24. *Fraud Schemes and Business Ethics,* Guest Lecturer, Menlo College, Fall 2014, Fall 2013, Spring 2013, and Fall 2012

25. *Fraud Risk Factors, Schemes and Responses Impacting Not-for-Profits,* California Society of CPAs Education Foundation, Los Angeles and San Francisco, California, May 2014

26. *Forensic Accounting in Today's Busiest Practice Areas,* Continuing Education of the Bar of California, Oakland, California, March 2012

27. *An Act of Goodwill (A webcast discussing Accounting Standards Update No. 2011-08, Intangibles - Goodwill and Other (Topic 350): Testing Goodwill for Impairment,* California Society of CPAs, November 2011

28. *Basics of Accounting & Finance 2009: What Every Practicing Lawyer Needs to Know (Fraud and Other Issues on the Horizon),* Practising Law Institute, San Francisco, July 2009

29. *Introduction to Financial Forensic Accounting,* Guest Lecturer, Golden Gate University, Spring 2009

30. *Maximizing the Use of Financial Forensic Accountants in Commercial Litigation,* Continuing Education of the Bar of California, Oakland, California, February 2009

4





31. *Home At Last: FAS 162 and the GAAP Hierarchy (Webcast)*, California Society of CPAs, August 2008

32. *Basics of Accounting & Finance 2008: What Every Practicing Lawyer Needs to Know (Fraud and Financial Disaster: A Forensic Accountant's Overview)*, Practising Law Institute, San Francisco, July 2008 and July 2007

33. *Accounting and Financial Statements for Lawyers*, Continuing Education of the Bar (California), Irvine, June 2007; Sacramento, May 2007

34. *Accountant Professional Liability*, California Society of CPAs San Francisco, May 2006

**PUBLICATIONS**

1. *3 Data Challenges in Wage and Hour Damages Analysis*, Law 360, published by Portfolio Media, Inc., March 2018

2. *How to Value Your Company (An introduction to the basics of business valuation)*, www.firstrepublic.com, published by First Republic Bank, January 2016

3. *When the Story's in the Numbers (A description of a forensic accountant's various roles in civil litigation)*, The Recorder, published by ALM Media Properties LLC, August 2015

4. *Forensic, CPA (Written for present and future CPAs, an overview of forensic accounting for those interested in this specialization)*, California CPA, published by the California Society of Certified Public Accountants, September 2014

5. *The Opportunity to Commit Fraud Doesn't Have to Be There (A description of the fraud triangle)*, California Society of CPAs - From the Corner Office, http://www.calcpa.org/Content/26385.aspx, September 2013

6. *SAS 126 Arrives (A discussion of Statement on Auditing Standards No. 126, The Auditor's Consideration of Entity's Ability to Continue as a Going Concern)*, California CPA, October 2012

7. *An Act of Goodwill (A discussion of Accounting Standards Update No. 2011-08, Intangibles - Goodwill and Other (Topic 350): Testing Goodwill for Impairment)*, California CPA, November 2011

8. *Fairly Aligned (A discussion of Accounting Standards Update No. 2011-04, Fair Value Measurement (Topic 820): Amendments to Achieve Common Fair Value Measurement and Disclosure Requirements in U.S. GAAP and IFRS (ASU 2011-04), with a focus on U.S. GAAP)*, California CPA, August 2011

9. *Extreme Makeover (An overview of proposed changes to the presentation of general financial statements and the rationale)*, California CPA, December 2010

Davis p. 40 of 79
Case 3:22-cv-05937-CRB    Document 251-2    Filed 08/15/25    Page 41 of 80
EXHIBIT A





10. *Home At Last: FAS 162 and the GAAP Hierarchy (An explanation of the authoritative hierarchy for generally accepted accounting principles),* California CPA, July 2008

11. *What's Fair (A discussion of fair value accounting),* California CPA, August 2007

12. *Assessing Risk (An analysis of SASs 104-111, the "suite" of new audit risk assessment standards),* California CPA, June 2006

13. *The Future is Bright for Internal Auditors (An overview of the various roles of an internal auditor),* Candidate Connection, published by the California Society of Certified Public Accountants, Spring 2005

14. *A New Era: Using the Internal Audit to Spot Fraud (An overview of the role of internal audit in detecting or preventing financial statement fraud),* California CPA, May 2005

15. *Revisiting Review Engagements: Public and Nonpublic Companies (A discussion of SAS 100 and SSARS 10, the new standards for a review engagement),* California CPA, November 2004

16. *How the Sarbanes-Oxley Act Has Redefined Auditor Independence (An analysis of the Sarbanes-Oxley Act and its impact on auditors),* California CPA, October 2002

17. *When to Consolidate A Special Purpose Entity (A discussion of Pre-FIN 46 consolidation accounting for SPEs),* California CPA, June 2002

**EXPERT TESTIMONY**

1. *Cardinal Financial Company v. Nathan Pina* (Superior Court for the State of California and in the County of Los Angeles, Case No. 01-23-0003-3647)

   - Arbitration

2. *Jerome Murphy v. FSC Securities Corporation and Osaic Wealth , Inc. f/k/a Advisor Group, Inc.* (FINRA Dispute Resolution Services, FINRA Case No. 23-02697, Dallas, Texas) (2025)

   - Arbitration

3. *N.R. Waterloo, LLC v. FPI Management, Inc. et al.* (Superior Court of Santa Clara, County of Santa Clara, Case No. 20-CV-366393) (2025)

   - Deposition

4. *Ali Akbal Kalbali v. Ali Asghar Kalbali, et al.* (Superior Court of Santa Clara, County of Santa Clara, Case No. 19-CV-355207) (2024 and 2025)

   - Deposition
   - Trial



**FINANCIAL
EVIDENCE
GROUP**
A CPA Firm ®

5. *TWC OPS LLC dba Toyota of Walnut Creek, et al. v. Balboa Capital Corporation, et al.* (Superior Court for the County of Orange, Case No. 30-2020-01149116-CU-BT-CJC) (2024)

   - Deposition
   - Trial

6. *RICKY L. APPIN, Plaintiff, v. MERGERMARKET (U.S.) LTD., a New York Corporation, et al.* (In the United States District Court, the Northern District of California, Case No. 4:23-cv-03372-HSG) (2024)

   - Deposition

7. *DNA CA, Inc. v. Pacific Reserve Nursery, LLC dba Pacific Reserve, et al.* (Superior Court in and for the County of Monterey, Case No. 21CV002850) (2024)

   - Deposition
   - Trial

8. *Credit Capital LLC v. Mirko Jokanovic and related Counterclaims* (JAMS Case No. 1220770596) (2024)

   - Deposition
   - Arbitration

9. *In re: Uheina Tonga, Trustee for The Seini L. Tuitavake Revocable Intervivos Trust dated November 6, 2003, and any amendments thereto* (Superior Court for the County of San Mateo, Case No. 18PRO00432) (2024)

   - Trial

10. *Content Checked Holdings, Inc. v. RBSM LLP* (Superior Court in and for the County of Los Angeles, Case No. BC721119) (2023)

    - Deposition
    - Trial

11. *Jane Kappel and Bryan Kappel v. Central Contra Costa Sanitary District* (Superior Court in the County of Contra Costa, Case No. C19-01012 (2023)

    - Deposition

12. *A.H., a minor, by and through his parents Bruce H. and Tanya H., et al. v. Saint Francis High School of Mountain View, et al.* (Superior Court of California, County of Santa Clara, Case No. 20CV369829 (2023)

7



**FINANCIAL
EVIDENCE
GROUP**
A CPA Firm ®

- Deposition

13. *Vertical Tank, Inc. v. Western Oilfield Supply Company* (Superior Court of California, County of Kern, Case No. BCV-18-103105) (2023)

    - Deposition

14. *GBTKAT GOLD, LLC, et al.  v. Golden Queen Mining Company, LLC, et al.* (United States District Court for the Eastern District of California, Case No. 1:19-cv-01114-DAD-BAK (BAM)) (2022)

    - Deposition
    - Trial

15. *Lesley Hill v. Prima Medical, Inc.  et al.* (Superior Court of San Francisco, Case No. CGC-20-584965) (2022)

    - Trial

16. *Ann Lane v. Dino Elyassnia, M.D., et al.* (Superior Court of San Francisco, Case No. CGC-20-586918) (2021)

    - Deposition

17. *Tammy Traverso v. Pacific Maritime Association, et al.* (Superior Court of San Francisco, Case No. CGC-18- 570611) (2021)

    - Deposition

18. *Jerry Yue v. Alvernaz Partners LLC, et al.  and Related Cross-Complaint* (Superior Court of Alameda County, Case No. RG19014821) (2021)

    - Deposition

19. *William Bonner v. GEICO Indemnity Company et al.* (Superior Court of Alameda County, Case No. RG17879701) (2021)

    - Deposition

20. *Poodles, Inc. et al. v. Roger C. Kuhn et al.* (Superior Court of California – City and County of San Francisco, Case No. CGC-16-550634) (2019)

    - Deposition
    - Trial



**FINANCIAL
EVIDENCE
GROUP**
**A CPA Firm** ®

21. *Joannie Reyes v. Victory Outreach of Santa Rosa, et al.* (Sonoma County Superior Court, Case No. SCV-261181) (2019)

   • Trial

22. *Chi Hoang v. Vu Nguyen, et al.* (Santa Clara Superior Court, Case No. 16CV300868) (2019)

   • Deposition
   • Trial

23. *Minoo Parsazadeh v. Hampton Health et al. and related Cross-Complaint* (San Francisco Superior Court, Case No. CGC-17-562581) (2019)

   • Deposition

24. *Riptide LLC et al. v. Great Highway Market at al.* (San Francisco Superior Court, Case No. CGC-17-557249) (2019)

   • Deposition

25. *Gilberto Molina Carranza v. N. Gonzalez Farm Labor Service, Inc., et al.* (Kern County Superior Court, Case No. BCV-17-100927) (2019)

   • Deposition
   • Trial

26. *Andrew Huff v. Royal Inn Hotel, et al.* (San Francisco County Superior Court, Case No. CGC-17-556945) (2018)

   • Deposition

27. *Gary Mattes, individually and dba Gary Apiaries v. George Perry and Sons, Inc, et al.* (Superior Court of California, County of San Joaquin, Case No. 39-2013-00304818-CU-PU-STK) (2017)

   • Deposition

28. *Carlos McClatchy v. Gary B. Pruitt; et al.* (Superior Court of the State of California, City and County of San Francisco, Case No. PES-11-294985) (2017)

   • Deposition
   • Trial

29. *Jo Savage et al. v. The Roman Catholic Bishop of Santa Rosa, et al. and related Cross-Complaint* (Superior Court of Sonoma, Case No. SCV-258610) (2017)

 

- Deposition
- Trial

30. *Cal Chef Foods, LLC v. Cold Storage Manufacturing, Inc., et al. and related Cross-Complaint* (Superior Court of Alameda, Case No. HG15784028) (2017)

  - Deposition
  - Arbitration

31. *Darren Wallace, Keith Hart, Mark Leeds, and other employees similarly situated v. City of San Jose* (Northern District Court of California, Case No. 5:16-cv-04914-HRL) (2017)

  - Deposition

32. *Taquerias La Alteña, Inc. v. Hawk Ling Lou, et al.* (San Francisco Superior Court, Case No. CGC-15-547412) (2017)

  - Deposition

33. *LF Centennial Limited v. Z-Line Designs, et al.* (United States District Court, Southern District of California, Case No. 3:16-cv-00929-JM-NLS) (2017)

  - Deposition

34. *Jeff W. Baker v. David R. Baker (JAMS Silicon Valley Reference No. 1100085388)* (2017)
  - Arbitration

35. *California Bureau of Real Estate v. [Respondents]* (2016)

  - Administrative Hearing

36. *Old Trace Partners, L.P., et al. v. Theodore G. Sorensen, et al.* (JAMS Silicon Valley Reference No. 1110017521, Santa Clara Superior Court Case No. 114CV266849) (2016)

  - Deposition
  - Arbitration

37. *Noah Silver-Sky, et al. v. SRAC Holdings I, Inc., et al.* (American Arbitration Association, Commercial Arbitration Tribunal, Case No. 74-160-288-12) (2016)

  - Deposition

38. *Steven Rempell and Marcia Rempell v. Robert Theodore Hofmann, O.C. Jones and Sons, Inc., et al.* (Superior Court, Marin County, Case No. CIV 1302527) (2015)

  - Deposition
  - Trial



39. *Charles Stephen Sanford v. Jacy Leann Rasnick and William Rasnick* (Superior Court, Alameda County, Case No. RG13668115) (2015)

- Deposition
- Trial

40. *John J. McAleese, III v. Morgan, Lewis & Bockius LLP, and related Counterclaim* (Philadelphia, Pennsylvania) (2015)

- Arbitration

41. *Yolanda Stokes as Guardian ad Litem of Latrice Captain v. Kmart Corporation, and related Cross-Complaint Kmart Corporation v. Pacific Cycle* (Superior Court, Alameda County, Case No. RG13683700) (2014)

- Deposition
- Trial

42. *Tower Acquisition LLC v. Grace E. Sweningsen, et al. and Related Cross-Complaint* (Superior Court, Alameda County, California, Case No. VG11565045) (2014)

- Deposition
- Trial

43. *Newman Flange & Fitting Company v. Fred Hawley and Stephen Bissett, et al.* (Superior Court, County of Stanislaus, Case No. 680979) (2014)

- Deposition

44. *Tara Ganance and Justin Davis v. California Pacific Medical Center and St. Luke's Hospital, et al.* (Superior Court, County of San Francisco, Case No. GCG-12-521398) (2014)

- Deposition

45. *7 Dawn LLC, et al. v. Groundswell Development, Inc., et al.* (Superior Court, Alameda County, California, Case No. RG 09444557) (2012)

- Deposition

46. *Rosario Maiolino v. UnumProvident Corporation* (Superior Court, San Francisco County, California, Case No. 307568) (2006)

- Deposition

47. *Samuel Quiroz v. Pacific Rim Transport, Inc., Joshua Gruen, et al.* (Superior Court, Alameda County, California, Case No. 2002-039303) (2002)

11





- Deposition
- Trial

48. *Marlene C. Rozett v. UnumProvident Corporation, The Paul Revere Life Insurance Company, et al.* (Superior Court, Santa Clara County, California, Case No. CV788024) (2002)

   - Deposition
   - Trial

49. *Joan Hangarter v. The Paul Revere Life Insurance Company, UnumProvident Corporation, et al.* (U.S. District Court, Northern District of California, Case No. C99-05286 JL) (2002)

   - Deposition
   - Trial

50. *Wesley Evans and Dr. Joseph Ellis v. Provident Life and Accident Insurance Company, Bay Brook Medical Group, Inc., et al.* (Superior Court, Alameda County, California, Case No. 815688-2) (2001)

   - Deposition

**Giuseppe Pampena et al. v. Elon Musk**                                         **EXHIBIT B**
**Documents and Information Considered**

| Row No. | | |
|---|---|---|
| 1 | **Twitter, Inc.** | |
| 2 | Twitter, Inc. Schedule 13G, Date of Event March 14, 2022 (Reporting Person: Elon R. Musk), Filed April 4, 2022 | |
| 3 | Twitter, Inc. Schedule 13D (Amendment No. 1 to Schedule 13G), Date of Event April 4, 2022 (Reporting Person: Elon R. Musk) | |
| 4 | Twitter, Inc. Amendment No. 2 to Schedule 13D/A, Date of Event April 13, 2022 (Reporting Person: Elon R. Musk) | PLAINTIFFS-000080-87 |
| 5 | Twitter, Inc. Amendment No. 3 to Schedule 13D, Date of Event April 20, 2022 (Reporting Person Elon R. Musk; regarding delivery of a letter to Issuer which contained a non-binding proposal (the "Proposal") to acquire all of the outstanding Common Stock of Twitter not owned by the Reporting Person for all cash consideration valuing the Common Stock at $54.20 per share (the "Proposed Transaction"); | PLAINTIFFS-000071 to 205 |
| 6 | Twitter, Inc. Amendment No. 4 to Schedule 13D, Date of Event April 25, 2022 (Reporting Person: Elon R. Musk) | |
| 7 | Twitter, Inc. Amendment No. 5 to Schedule 13D, Date of Event April 25, 2022 (Reporting Person: Elon R. Musk) | |
| 8 | Twitter, Inc. Ex. 99.1 Press Release ("Elon Musk to Acquire Twitter"), April 25, 2022 | |
| 9 | Twitter, Inc. Form 8-K, Date of Report April 25, 2022 (Regarding "Item 1.01. Entry into a Material Definitive Agreement") | |
| 10 | Twitter, Inc. Form 8-K, Date of Report April 25, 2022 (Regarding "Item 8.01. Other Events" - announcing the execution of an Agreement and Plan of Merger, dated April 25, 2022,between Twitter, X Holdings I, Inc. ("Parent"), X Holdings II, Inc. ("Acquisition Sub") and, solely for certain provisions specified in the Agreement and Plan of Merger, Elon Musk) | |
| 11 | Twitter, Inc. Schedule 14A - "On April 25, 2022, the following Tweets were first posted by Twitter, Inc. ("Twitter") and certain of its officers and directors in connection with the pending acquisition of Twitter by affiliates of Elon Musk." | |
| 12 | Twitter, Inc. Amendment No. 6 to Schedule 13D, Date of Event May 4, 2022 (Reporting Person: Elon R. Musk) | |
| 13 | Twitter, Inc. Amendment No. 7 to Schedule 13D; Date of Event May 24, 2022 (Reporting Person: Elon R. Musk) | |
| 14 | Twitter, Inc. Amendment No. 8 to Schedule 13D, Date of Event June 6, 2022 (Reporting Person: Elon R. Musk) | |
| 15 | Twitter, Inc. Amendment No. 9 to Schedule 13D, Date of Event July 8, 2022 (Reporting Person: Elon R. Musk) | |
| 16 | Twitter, Inc. Amendment No. 10 to Schedule 13D, Date of Event August 29, 2022 (Reporting Person: Elon R. Musk; regarding the August 29 Termination Letter | |
| 17 | Twitter, Inc. Amendment No. 11 to Schedule 13D, Date of Event September 9, 2022 (Reporting Person: Elon R. Musk) | |
| 18 | Twitter, Inc. Amendment No. 12 to Schedule 13D, Date of Event October 3, 2022 (Reporting Person: Elon R. Musk) | |
| 19 | Twitter, Inc. Amendment No. 13 to Schedule 13D, Date of Event October 27, 2022 (Reporting Person: Elon R. Musk) | |
| 20 | Twitter, Inc. Schedule 13D, Date of Event October 27, 2022 (Reporting Person: Jack Dorsey; Rollover and Contribution Agreement with X Holdings I, Inc.) | |
| 21 | | |
| 22 | **Tesla, Inc.** | |
| 23 | Tesla, Inc. Form 10-K for December 31, 2021 | |
| 24 | Tesla, Inc. Form 10-K for December 31, 2021 | |
| 25 | Tesla, Inc. Form 10-K/A for December 31, 2021, p. 21. | |
| 26 | Tesla, Inc. Form 10-K/A for December 31, 2021, p. 21. | |
| 27 | Tesla, Inc. Form 10-Q for June 30, 2022 | |
| 28 | Tesla, Inc. Schedule 13G/A (Amendment No. 11), Date of Event December 31, 2021 (Reporting Person: Elon R. Musk; disclosing no. of Tesla shares owned) | |
| 29 | | |
| 30 | **Morgan Stanley** | |
| 31 | Morgan Stanley Sources and Uses Sensitivity Project X, April 2022 | MUSK-PAMPENA-0019197 to 209 |

**Giuseppe Pampena et al. v. Elon Musk**                                                **EXHIBIT B**
**Documents and Information Considered**

| Row No. | | |
|---|---|---|
| 32 | Morgan Stanley Situation Review, Project X, April 2022 | MUSK-PAMPENA-0678025 to 51 |
| 33 | Morgan Stanley Illustrative Sources & Uses and PF Capital Structure, April 2022 | MUSK-PAMPENA-0758662 to 67 |
| 34 | Morgan Stanley Emails dated 4/14/2022 | MUSK-PAMPENA-0758710 to 12 |
| 35 | Morgan Stanley Emails dated 4/15/2022 | MUSK-PAMPENA-0758849 to 50 |
| 36 | Morgan Stanley HCL Briefing Memo, Project X, April 15 2022 | MUSK-PAMPENA-0758853 to 68 |
| 37 | Morgan Stanley Emails dated 4/15/2022 | MUSK-PAMPENA-0758937 to 38 |
| 38 | Morgan Stanley Project X: Highly Confident Letter, April 15, 2022 | MUSK-PAMPENA-0759214 to 16 |
| 39 | Morgan Stanley Emails dated 4/15/2022 | MUSK PAMPENA-0820920 to 22 |
| 40 | | |
| 41 | **SEC Form 4's - Reporting Person: Elon Musk** | |
| 42 | Date of Earliest Transaction: | |
| 43 | 04/26/2022 - Ending shares: 170,349,765 | |
| 44 | 04/26/2022 - Ending shares: 169,459,940 | |
| 45 | 04/26/2022 - Ending shares: 169,143,779 | |
| 46 | 04/26/2022 - Ending shares: 168,538,852 | |
| 47 | 04/26/2022 - Ending shares: 168,193,251 | |
| 48 | 04/28/2022 - Ending shares: 166,616,267 | |
| 49 | 04/28/2022 - Ending shares: 164,005,050 | |
| 50 | 04/28/2022 - Ending shares: 162,963,251 | |
| 51 | 08/05/2022 - Ending shares: 160,685,523 | |
| 52 | 08/05/2022 - Ending shares: 159,663,251 | |
| 53 | 08/08/2022 - Ending shares: 158,138,952 | |
| 54 | 08/08/2022 - Ending shares: 158,079,372 | |
| 55 | 08/09/2022 - Ending shares: 155,039,144 | |
| 56 | 08/09/2022 - Ending shares: 155,058,919 | |
| 57 | 11/04/2022 - Ending shares: 455,467,432 | |
| 58 | 11/07/2022 - Ending shares: 450,017,432 | |
| 59 | 11/08/2022 - Ending shares: 445,617,432 | |
| 60 | 12/12/2022 - Ending shares: 423,622,432 | |
| 61 | | |
| 62 | **Various Documents** | |
| 63 | Exhibit 60 - Exhibit 1. Twitter Common Stock Prices From 1/14/2022 To 10/27/2022 | |
| 64 | Exhibit 61 - Exhibit 2B. Tesla Unadjusted Common Stock Prices From 1/14/2022 To 10/27/2022 | |
| 65 | Exhibit 62 - Exhibit 2A. Tesla Adjusted Common Stock Prices from 1/14/2022 To 10/27/2022 | |
| 66 | First Amended Class Action Complaint for Violations of the Federal Securities Laws - Giuseppe Pampena, individually and on behalf of all others similarly situated v. Elon Musk | |
| 67 | Subsequent Corporate Disclosure Statement (Sarah Anoke et al. v. Twitter, Inc. et al.; Respondents' Supplemental Rule 71 Corporate Disclosure Statement and Certification Pursuant to Local Rule 3-15) | |
| 68 | Text Messages from Elon Musk to Parag Agrawal; Excel file provided by counsel for Plaintiff | |
| 69 | Tweet - May 13, 2022 at 2:44 AM from Elon Musk | PLAINTIFFS-000214 |
| 70 | Tweet - May 17, 2022 at 12:32 AM from Elon Musk | PLAINTIFFS-000223 |

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA   p. 2 of 2

**Giuseppe Pampena et al. v. Elon Musk**                                                                **SCHEDULE 1**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | A Thursday 4/21 4/21/2022 | B Monday 4/25 4/25/2022 | C Tuesday 4/26 4/26/2022 | D Wednesday 4/27 4/27/2022 |
|---|---|---|---|---|---|---|
| | | | Financing for $46.5 billion announced; Sched 13D/A Am. No. 3 | Twitter press release announcing Agreement and Plan of Merger; Sched 13D/A Am. Nos. 4 & 5 | | |
| 1 | Equity financing | | | | | |
| 2 | Elon Musk ("EM") - Twitter shares 73,115,038 @$54.20 | | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 |
| 3 | EM - Cash to raise | [6]-[2]-[4]-[5]-[3A] | $ 17,037,164,940 | $ 17,037,164,940 | $ 13,047,842,941 | $ 13,047,842,941 |
| 3A | Cumulative proceeds from TSLA stock sales on 4/26 and 4/28 | | | | $ 3,989,322,000 | $ 3,989,322,000 |
| 3B | EM - Cash funding | [3]+[3A] | $ 17,037,164,940 | $ 17,037,164,940 | $ 17,037,164,940 | $ 17,037,164,940 |
| 4 | Investors - equity commitment letters | | | | | |
| 5 | HRH Prince Alwaleed-Twitter shares 34,948,975 @ $54.20 | | | | | |
| 5A | Investors and HRH Prince Alwaleed | [4]+[5] | | | | |
| 6 | Total equity financing | | $ 21,000,000,000 | $ 21,000,000,000 | $ 21,000,000,000 | $ 21,000,000,000 |
| 7 | Debt and margin loan financing | | | | | |
| 8 | Debt commitments from banks | | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 |
| 9 | Margin loan commitments from banks | | $ 12,500,000,000 | $ 12,500,000,000 | $ 12,500,000,000 | $ 12,500,000,000 |
| 10 | Total debt and margin loan financing | [8]+[9] | $ 25,500,000,000 | $ 25,500,000,000 | $ 25,500,000,000 | $ 25,500,000,000 |
| 11 | Total - Anticipated Funding for Twitter Purchase | [6]+[10] | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 |
| 12 | | | | | | |
| 13 | TSLA stock price (close) | | $ 1,008.78 | $ 998.02 | $ 876.42 | $ 881.51 |
| 13A | Decrease in TSLA stock price since 4/21 | | | $ (10.76) | $ (132.36) | $ (127.27) |
| 14 | TSLA shares for cash funding | ([3B])/[13] | 16,888,881 | 17,070,965 | 19,439,498 | 19,327,251 |

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA                          p. 1 of 15

**Giuseppe Pampena et al. v. Elon Musk**                                                                SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | A<br>Thursday<br>4/21<br>4/21/2022<br>Financing for $46.5 billion announced; Sched 13D/A Am. No. 3 | B<br>Monday<br>4/25<br>4/25/2022<br>Twitter press release announcing Agreement and Plan of Merger; Sched 13D/A Am. Nos. 4 & 5 | C<br>Tuesday<br>4/26<br>4/26/2022 | D<br>Wednesday<br>4/27<br>4/27/2022 |
|---|---|---|---|---|---|---|
| 15 | Increase in required TSLA shares for cash funding since 4/21/2022 (GAP in # of shares) | [14]-[14 Col. A] | | 182,085 | 2,550,618 | 2,438,370 |
| 15A | % Increase in required TSLA shares | [15]/[14 Col. A] | | 1.08% | 15.10% | 14.44% |
| 15B | Deficit in shares | -[15] | | (182,085) | (2,550,618) | (2,438,370) |
| 16 | Potential cash shortfall since 4/21 | [15]x[13] | | $ 181,724,355 | $ 2,235,412,232 | $ 2,149,447,830 |
| 16A | Potential cash shortfall since 4/21 | -[16] | | $ (181,724,355) | $ (2,235,412,232) | $ (2,149,447,830) |
| 16B | TSLA stock price (close) 4/21/2022 | | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 |
| 16C | Initial shares: shares to sell using 4/21/2022 share price to raise cash required from EM | [3B]/[16B] | 16,888,881 | 16,888,881 | 16,888,881 | 16,888,881 |
| 16D | Cash proceeds: Initial Shares based on daily share price | [16C]x[13] | $ 17,037,164,940 | $ 16,855,440,585 | $ 14,801,752,708 | $ 14,887,717,110 |
| 16E | % Cash raised v. needed using daily share price | [16D]/[3B] | 100% | 99% | 87% | 87% |
| 16F | Gap - Cash not funded due to decline in share price | [3B]-[16D] | | $ 181,724,355 | $ 2,235,412,232 | $ 2,149,447,830 |
| 16G | Gap - % Cash not funded v. cash needed to raise/cash required | [16F]/[3B] | | 1% | 13% | 13% |
| 16H | Gap - Shares needed beyond initial shares | [14]-[16C] | | 182,085 | 2,550,618 | 2,438,370 |
| 16I | Gap - % No. of shares needed beyond initial shares | [16H]/[14] | | 1% | 13% | 13% |

**Giuseppe Pampena et al. v. Elon Musk**                                                                                           **SCHEDULE 1**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | A Thursday 4/21 4/21/2022 | B Monday 4/25 4/25/2022 | C Tuesday 4/26 4/26/2022 | D Wednesday 4/27 4/27/2022 |
|---|---|---|---|---|---|---|
| | | | Financing for $46.5 billion announced; Sched 13D/A Am. No. 3 | Twitter press release announcing Agreement and Plan of Merger; Sched 13D/A Am. Nos. 4 & 5 | | |
| 17 | **Margin Loan Analysis:** | | | | | |
| 18 | Shares owned by EM end of day (from Schedule 2) | | 172,608,251 | 172,608,251 | 168,193,251 | 168,193,251 |
| 19 | $ Value of shares owned by EM end of day | [18]x[13] | $ 174,123,751,444 | $ 172,266,486,663 | $ 147,407,929,041 | $ 148,264,032,689 |
| 20 | Less: $ Value of additional TSLA shares to sell (Elon Musk - Cash To Raise) | [3] | $ 17,037,164,940 | $ 17,037,164,940 | $ 13,047,842,941 | $ 13,047,842,941 |
| 21 | $ Value of remaining TSLA shares owned after cash is raised/after TSLA shares are sold | [19]-[20] | $ 157,086,586,503 | $ 155,229,321,723 | $ 134,360,086,101 | $ 135,216,189,748 |
| 22 | $ Available as collateral for loans - 25% for Tesla Executives | [21]x25% | $ 39,271,646,626 | $ 43,066,621,666 | $ 36,851,982,260 | $ 37,066,008,172 |
| 23 | Required $ value of TSLA collateral for margin loans- 20% LTV (Ex. I Sch 13D Am 4); 35% required margin call | [9]/20% | $ 62,500,000,000 | $ 62,500,000,000 | $ 62,500,000,000 | $ 62,500,000,000 |
| 24 | $ Surplus/(Shortfall) in required collateral value | [23]-[22] | $ (23,228,353,374) | $ (19,433,378,334) | $ (25,648,017,740) | $ (25,433,991,828) |
| 25 | Calculated LTV | [9]/[22] | 31.83% | 29.02% | 33.92% | 33.72% |

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA                             p. 3 of 15

**Giuseppe Pampena et al. v. Elon Musk**

**SCHEDULE 1**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | E Thursday 4/28 4/28/2022 | F Friday 4/29 4/29/2022 | G Monday 5/02 5/2/2022 | H Tuesday 5/03 5/3/2022 |
|---|---|---|---|---|---|---|
| 1 | Equity financing | | | | | |
| 2 | Elon Musk ("EM") - Twitter shares 73,115,038 @$54.20 | | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 |
| 3 | EM - Cash to raise | [6]-[2]-[4]-[5]-[3A] | $ 8,519,754,162 | $ 8,519,754,162 | $ 8,519,754,162 | $ 8,519,754,162 |
| 3A | Cumulative proceeds from TSLA stock sales on 4/26 and 4/28 | | 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 |
| 3B | EM - Cash funding | [3]+[3A] | $ 17,037,164,940 | $ 17,037,164,940 | $ 17,037,164,940 | $ 17,037,164,940 |
| 4 | Investors - equity commitment letters | | | | | |
| 5 | HRH Prince Alwaleed-Twitter shares 34,948,975 @ $54.20 | | | | | |
| 5A | Investors and HRH Prince Alwaleed | [4]+[5] | | | | |
| 6 | Total equity financing | | $ 21,000,000,000 | $ 21,000,000,000 | $ 21,000,000,000 | $ 21,000,000,000 |
| 7 | Debt and margin loan financing | | | | | |
| 8 | Debt commitments from banks | | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 |
| 9 | Margin loan commitments from banks | | $ 12,500,000,000 | $ 12,500,000,000 | $ 12,500,000,000 | $ 12,500,000,000 |
| 10 | Total debt and margin loan financing | [8]+[9] | $ 25,500,000,000 | $ 25,500,000,000 | $ 25,500,000,000 | $ 25,500,000,000 |
| 11 | Total - Anticipated Funding for Twitter Purchase | [6]+[10] | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 |
| 12 | | | | | | |
| 13 | TSLA stock price (close) | | $ 877.51 | $ 870.76 | $ 902.94 | $ 909.25 |
| 13A | Decrease in TSLA stock price since 4/21 | | $ (131.27) | $ (138.02) | $ (105.84) | $ (99.53) |
| 14 | TSLA shares for cash funding | ([3B])/[13] | 19,415,351 | 19,565,856 | 18,868,546 | 18,737,602 |

**Giuseppe Pampena et al. v. Elon Musk**                                                    SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | E Thursday 4/28 4/28/2022 | F Friday 4/29 4/29/2022 | G Monday 5/02 5/2/2022 | H Tuesday 5/03 5/3/2022 |
|---|---|---|---|---|---|---|
| 15 | Increase in required TSLA shares for cash funding since 4/21/2022 (GAP in # of shares) | [14]-[14 Col. A] | 2,526,471 | 2,676,976 | 1,979,665 | 1,848,722 |
| 15A | % Increase in required TSLA shares | [15]/[14 Col. A] | 14.96% | 15.85% | 11.72% | 10.95% |
| 15B | Deficit in shares | -[15] | (2,526,471) | (2,676,976) | (1,979,665) | (1,848,722) |
| 16 | Potential cash shortfall since 4/21 | [15]x[13] | $ 2,217,003,352 | $ 2,331,003,296 | $ 1,787,519,119 | $ 1,680,950,283 |
| 16A | Potential cash shortfall since 4/21 | -[16] | $ (2,217,003,352) | $ (2,331,003,296) | $ (1,787,519,119) | $ (1,680,950,283) |
| 16B | TSLA stock price (close) 4/21/2022 | | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 |
| 16C | Initial shares: shares to sell using 4/21/2022 share price to raise cash required from EM | [3B]/[16B] | 16,888,881 | 16,888,881 | 16,888,881 | 16,888,881 |
| 16D | Cash proceeds: Initial Shares based on daily share price | [16C]x[13] | $ 14,820,161,588 | $ 14,706,161,644 | $ 15,249,645,821 | $ 15,356,214,657 |
| 16E | % Cash raised v. needed using daily share price | [16D]/[3B] | 87% | 86% | 90% | 90% |
| 16F | Gap - Cash not funded due to decline in share price | [3B]-[16D] | $ 2,217,003,352 | $ 2,331,003,296 | $ 1,787,519,119 | $ 1,680,950,283 |
| 16G | Gap - % Cash not funded v. cash needed to raise/cash required | [16F]/[3B] | 13% | 14% | 10% | 10% |
| 16H | Gap - Shares needed beyond initial shares | [14]-[16C] | 2,526,471 | 2,676,976 | 1,979,665 | 1,848,722 |
| 16I | Gap - % No. of shares needed beyond initial shares | [16H]/[14] | 13% | 14% | 10% | 10% |

**Giuseppe Pampena et al. v. Elon Musk**

SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | E Thursday 4/28 4/28/2022 | F Friday 4/29 4/29/2022 | G Monday 5/02 5/2/2022 | H Tuesday 5/03 5/3/2022 |
|---|---|---|---|---|---|---|
| 17 | **Margin Loan Analysis:** | | | | | |
| 18 | Shares owned by EM end of day (from Schedule 2) | | 162,963,251 | 162,963,251 | 162,963,251 | 162,963,251 |
| 19 | $ Value of shares owned by EM end of day | [18]x[13] | $ 143,001,882,385 | $ 141,901,880,441 | $ 147,146,037,858 | $ 148,174,335,972 |
| 20 | Less: $ Value of additional TSLA shares to sell (Elon Musk - Cash To Raise) | [3] | $ 8,519,754,162 | $ 8,519,754,162 | $ 8,519,754,162 | $ 8,519,754,162 |
| 21 | $ Value of remaining TSLA shares owned after cash is raised/after TSLA shares are sold | [19]-[20] | $ 134,482,128,223 | $ 133,382,126,279 | $ 138,626,283,696 | $ 139,654,581,810 |
| 22 | $ Available as collateral for loans - 25% for Tesla Executives | [21]x25% | $ 35,750,470,596 | $ 35,475,470,110 | $ 36,786,509,464 | $ 37,043,583,993 |
| 23 | Required $ value of TSLA collateral for margin loans- 20% LTV (Ex. I Sch 13D Am 4); 35% required margin call | [9]/20% | $ 62,500,000,000 | $ 62,500,000,000 | $ 62,500,000,000 | $ 62,500,000,000 |
| 24 | $ Surplus/(Shortfall) in required collateral value | [23]-[22] | $ (26,749,529,404) | $ (27,024,529,890) | $ (25,713,490,536) | $ (25,456,416,007) |
| 25 | Calculated LTV | [9]/[22] | 34.96% | 35.24% | 33.98% | 33.74% |

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA                    p. 6 of 15

**Giuseppe Pampena et al. v. Elon Musk**                                                                                    SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | I Wednesday 5/04 5/4/2022 | J Thursday 5/05 5/5/2022 | K Friday 5/06 5/6/2022 | L Saturday 5/07 5/7/2022 |
|---|---|---|---|---|---|---|
| | | | | Additional equity on 5/4/2022 announced; reduced margin loans; Sched 13D/A Am. No. 6 | | |
| 1 | Equity financing | | | | | |
| 2 | Elon Musk ("EM") - Twitter shares 73,115,038 @$54.20 | | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 |
| 3 | EM - Cash to raise | [6]-[2]-[4]-[5]-[3A] | $ 8,519,754,162 | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 |
| 3A | Cumulative proceeds from TSLA stock sales on 4/26 and 4/28 | | $ 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 |
| 3B | EM - Cash funding | [3]+[3A] | $ 17,037,164,940 | $ 16,148,291,109 | $ 16,148,291,109 | $ 16,148,291,109 |
| 4 | Investors - equity commitment letters | | | $ 5,244,639,386 | $ 5,244,639,386 | $ 5,244,639,386 |
| 5 | HRH Prince Alwaleed-Twitter shares 34,948,975 @ $54.20 | | | $ 1,894,234,445 | $ 1,894,234,445 | $ 1,894,234,445 |
| 5A | Investors and HRH Prince Alwaleed | [4]+[5] | | $ 7,138,873,831 | $ 7,138,873,831 | $ 7,138,873,831 |
| 6 | Total equity financing | | $ 21,000,000,000 | $ 27,250,000,000 | $ 27,250,000,000 | $ 27,250,000,000 |
| 7 | Debt and margin loan financing | | | | | |
| 8 | Debt commitments from banks | | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 |
| 9 | Margin loan commitments from banks | | $ 12,500,000,000 | $ 6,250,000,000 | $ 6,250,000,000 | $ 6,250,000,000 |
| 10 | Total debt and margin loan financing | [8]+[9] | $ 25,500,000,000 | $ 19,250,000,000 | $ 19,250,000,000 | $ 19,250,000,000 |
| 11 | Total - Anticipated Funding for Twitter Purchase | [6]+[10] | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 |
| 12 | | | | | | |
| 13 | TSLA stock price (close) | | $ 952.62 | $ 873.28 | $ 865.65 | $ 865.65 |
| 13A | Decrease in TSLA stock price since 4/21 | | $ (56.16) | $ (135.50) | $ (143.13) | $ (143.13) |
| 14 | TSLA shares for cash funding | ([3B])/[13] | 17,884,534 | 18,491,539 | 18,654,527 | 18,654,527 |

**Giuseppe Pampena et al. v. Elon Musk**

**SCHEDULE 1**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | I Wednesday 5/04 5/4/2022 | J Thursday 5/05 5/5/2022 | K Friday 5/06 5/6/2022 | L Saturday 5/07 5/7/2022 |
|---|---|---|---|---|---|---|
| | | | Additional equity on 5/4/2022 announced; reduced margin loans; Sched 13D/A Am. No. 6 | | | |
| 15 | Increase in required TSLA shares for cash funding since 4/21/2022 (GAP in # of shares) | [14]-[14 Col. A] | 995,654 | 1,602,658 | 1,765,646 | 1,765,646 |
| 15A | % Increase in required TSLA shares | [15]/[14 Col. A] | 5.90% | 9.49% | 10.45% | 10.45% |
| 15B | Deficit in shares | -[15] | (995,654) | (1,602,658) | (1,765,646) | (1,765,646) |
| 16 | Potential cash shortfall since 4/21 | [15]x[13] | $ 948,479,533 | $ 1,399,569,486 | $ 1,528,431,645 | $ 1,528,431,645 |
| 16A | Potential cash shortfall since 4/21 | -[16] | $ (948,479,533) | $ (1,399,569,486) | $ (1,528,431,645) | $ (1,528,431,645) |
| 16B | TSLA stock price (close) 4/21/2022 | | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 |
| 16C | Initial shares: shares to sell using 4/21/2022 share price to raise cash required from EM | [3B]/[16B] | 16,888,881 | 16,007,743 | 16,007,743 | 16,007,743 |
| 16D | Cash proceeds: Initial Shares based on daily share price | [16C]x[13] | $ 16,088,685,408 | $ 13,979,241,916 | $ 13,857,102,836 | $ 13,857,102,836 |
| 16E | % Cash raised v. needed using daily share price | [16D]/[3B] | 94% | 87% | 86% | 86% |
| 16F | Gap - Cash not funded due to decline in share price | [3B]-[16D] | $ 948,479,533 | $ 2,169,049,193 | $ 2,291,188,273 | $ 2,291,188,273 |
| 16G | Gap - % Cash not funded v. cash needed to raise/cash required | [16F]/[3B] | 6% | 13% | 14% | 14% |
| 16H | Gap - Shares needed beyond initial shares | [14]-[16C] | 995,654 | 2,483,796 | 2,646,784 | 2,646,784 |
| 16I | Gap - % No. of shares needed beyond initial shares | [16H]/[14] | 6% | 13% | 14% | 14% |

**Giuseppe Pampena et al. v. Elon Musk**

**SCHEDULE 1**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | I Wednesday 5/04 5/4/2022 | J Thursday 5/05 5/5/2022 | K Friday 5/06 5/6/2022 | L Saturday 5/07 5/7/2022 |
|---|---|---|---|---|---|---|
| | | | | Additional equity on 5/4/2022 announced; reduced margin loans; Sched 13D/A Am. No. 6 | | |
| 17 | **Margin Loan Analysis:** | | | | | |
| 18 | Shares owned by EM end of day (from Schedule 2) | | 162,963,251 | 162,963,251 | 162,963,251 | 162,963,251 |
| 19 | $ Value of shares owned by EM end of day | [18]x[13] | $ 155,242,052,168 | $ 142,312,547,833 | $ 141,069,138,228 | $ 141,069,138,228 |
| 20 | Less: $ Value of additional TSLA shares to sell (Elon Musk - Cash To Raise) | [3] | $ 8,519,754,162 | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 |
| 21 | $ Value of remaining TSLA shares owned after cash is raised/after TSLA shares are sold | [19]-[20] | $ 146,722,298,006 | $ 134,681,667,502 | $ 133,438,257,897 | $ 133,438,257,897 |
| 22 | $ Available as collateral for loans - 25% for Tesla Executives | [21]x25% | $ 38,810,513,042 | $ 35,578,136,958 | $ 35,267,284,557 | $ 35,267,284,557 |
| 23 | Required $ value of TSLA collateral for margin loans- 20% LTV (Ex. I Sch 13D Am 4); 35% required margin call | [9]/20% | $ 62,500,000,000 | $ 31,250,000,000 | $ 31,250,000,000 | $ 31,250,000,000 |
| 24 | $ Surplus/(Shortfall) in required collateral value | [23]-[22] | $ (23,689,486,958) | $ 4,328,136,958 | $ 4,017,284,557 | $ 4,017,284,557 |
| 25 | Calculated LTV | [9]/[22] | 32.21% | 17.57% | 17.72% | 17.72% |

**Giuseppe Pampena et al. v. Elon Musk**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**

**April 21, 2022 through May 17, 2022**

**Source: SEC Filings**

SCHEDULE 1

| Row No. | Source of Funds | Equation [Row No.] | M Monday 5/09 5/9/2022 | N Tuesday 5/10 5/10/2022 | O Wednesday 5/11 5/11/2022 | P Thursday 5/12 5/12/2022 |
|---|---|---|---|---|---|---|
| 1 | Equity financing | | | | | |
| 2 | Elon Musk ("EM") - Twitter shares 73,115,038 @$54.20 | | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 |
| 3 | EM - Cash to raise | [6]-[2]-[4]-[5]-[3A] | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 |
| 3A | Cumulative proceeds from TSLA stock sales on 4/26 and 4/28 | | $ 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 |
| 3B | EM - Cash funding | [3]+[3A] | $ 16,148,291,109 | $ 16,148,291,109 | $ 16,148,291,109 | $ 16,148,291,109 |
| 4 | Investors - equity commitment letters | | $ 5,244,639,386 | $ 5,244,639,386 | $ 5,244,639,386 | $ 5,244,639,386 |
| 5 | HRH Prince Alwaleed-Twitter shares 34,948,975 @ $54.20 | | $ 1,894,234,445 | $ 1,894,234,445 | $ 1,894,234,445 | $ 1,894,234,445 |
| 5A | Investors and HRH Prince Alwaleed | [4]+[5] | $ 7,138,873,831 | $ 7,138,873,831 | $ 7,138,873,831 | $ 7,138,873,831 |
| 6 | Total equity financing | | $ 27,250,000,000 | $ 27,250,000,000 | $ 27,250,000,000 | $ 27,250,000,000 |
| 7 | Debt and margin loan financing | | | | | |
| 8 | Debt commitments from banks | | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 |
| 9 | Margin loan commitments from banks | | $ 6,250,000,000 | $ 6,250,000,000 | $ 6,250,000,000 | $ 6,250,000,000 |
| 10 | Total debt and margin loan financing | [8]+[9] | $ 19,250,000,000 | $ 19,250,000,000 | $ 19,250,000,000 | $ 19,250,000,000 |
| 11 | Total - Anticipated Funding for Twitter Purchase | [6]+[10] | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 |
| 12 | | | | | | |
| 13 | TSLA stock price (close) | | $ 787.11 | $ 800.04 | $ 734.00 | $ 728.00 |
| 13A | Decrease in TSLA stock price since 4/21 | | $ (221.67) | $ (208.74) | $ (274.78) | $ (280.78) |
| 14 | TSLA shares for cash funding | ([3B])/[13] | 20,515,927 | 20,184,355 | 22,000,397 | 22,181,719 |

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA                    p. 10 of 15

**Giuseppe Pampena et al. v. Elon Musk**                                                                                     SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | M Monday 5/09 5/9/2022 | N Tuesday 5/10 5/10/2022 | O Wednesday 5/11 5/11/2022 | P Thursday 5/12 5/12/2022 |
|---|---|---|---|---|---|---|
| 15 | Increase in required TSLA shares for cash funding since 4/21/2022 (GAP in # of shares) | [14]-[14 Col. A] | 3,627,046 | 3,295,474 | 5,111,516 | 5,292,838 |
| 15A | % Increase in required TSLA shares | [15]/[14 Col. A] | 21.48% | 19.51% | 30.27% | 31.34% |
| 15B | Deficit in shares | -[15] | (3,627,046) | (3,295,474) | (5,111,516) | (5,292,838) |
| 16 | Potential cash shortfall since 4/21 | [15]x[13] | $ 2,854,884,325 | $ 2,636,511,099 | $ 3,751,852,772 | $ 3,853,186,055 |
| 16A | Potential cash shortfall since 4/21 | -[16] | $ (2,854,884,325) | $ (2,636,511,099) | $ (3,751,852,772) | $ (3,853,186,055) |
| 16B | TSLA stock price (close) 4/21/2022 | | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 |
| 16C | Initial shares: shares to sell using 4/21/2022 share price to raise cash required from EM | [3B]/[16B] | 16,007,743 | 16,007,743 | 16,007,743 | 16,007,743 |
| 16D | Cash proceeds: Initial Shares based on daily share price | [16C]x[13] | $ 12,599,854,691 | $ 12,806,834,810 | $ 11,749,683,454 | $ 11,653,636,995 |
| 16E | % Cash raised v. needed using daily share price | [16D]/[3B] | 78% | 79% | 73% | 72% |
| 16F | Gap - Cash not funded due to decline in share price | [3B]-[16D] | $ 3,548,436,418 | $ 3,341,456,300 | $ 4,398,607,656 | $ 4,494,654,115 |
| 16G | Gap - % Cash not funded v. cash needed to raise/cash required | [16F]/[3B] | 22% | 21% | 27% | 28% |
| 16H | Gap - Shares needed beyond initial shares | [14]-[16C] | 4,508,184 | 4,176,612 | 5,992,653 | 6,173,975 |
| 16I | Gap - % No. of shares needed beyond initial shares | [16H]/[14] | 22% | 21% | 27% | 28% |

**Giuseppe Pampena et al. v. Elon Musk**                                                    SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | **M** Monday 5/09 5/9/2022 | **N** Tuesday 5/10 5/10/2022 | **O** Wednesday 5/11 5/11/2022 | **P** Thursday 5/12 5/12/2022 |
|---|---|---|---|---|---|---|
| 17 | **Margin Loan Analysis:** | | | | | |
| 18 | Shares owned by EM end of day (from Schedule 2) | | 162,963,251 | 162,963,251 | 162,963,251 | 162,963,251 |
| 19 | $ Value of shares owned by EM end of day | [18]x[13] | $ 128,270,004,495 | $ 130,377,119,330 | $ 119,615,026,234 | $ 118,637,246,728 |
| 20 | Less: $ Value of additional TSLA shares to sell (Elon Musk - Cash To Raise) | [3] | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 |
| 21 | $ Value of remaining TSLA shares owned after cash is raised/after TSLA shares are sold | [19]-[20] | $ 120,639,124,164 | $ 122,746,238,999 | $ 111,984,145,903 | $ 111,006,366,397 |
| 22 | $ Available as collateral for loans - 25% for Tesla Executives | [21]x25% | $ 32,067,501,124 | $ 32,594,279,833 | $ 29,903,756,559 | $ 29,659,311,682 |
| 23 | Required $ value of TSLA collateral for margin loans- 20% LTV (Ex. I Sch 13D Am 4); 35% required margin call | [9]/20% | $ 31,250,000,000 | $ 31,250,000,000 | $ 31,250,000,000 | $ 31,250,000,000 |
| 24 | $ Surplus/(Shortfall) in required collateral value | [23]-[22] | $ 817,501,124 | $ 1,344,279,833 | $ (1,346,243,442) | $ (1,590,688,318) |
| 25 | Calculated LTV | [9]/[22] | 19.49% | 19.18% | 20.90% | 21.07% |

**Giuseppe Pampena et al. v. Elon Musk**                                                      SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | Q Friday 5/13 5/13/2022 | R Monday 5/16 5/16/2022 | S Tuesday 5/17 5/17/2022 |
|---|---|---|---|---|---|
| 1 | Equity financing | | | | |
| 2 | Elon Musk ("EM") - Twitter shares 73,115,038 @$54.20 | | $ 3,962,835,060 | $ 3,962,835,060 | $ 3,962,835,060 |
| 3 | EM - Cash to raise | [6]-[2]-[4]-[5]-[3A] | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 |
| 3A | Cumulative proceeds from TSLA stock sales on 4/26 and 4/28 | | $ 8,517,410,779 | $ 8,517,410,779 | $ 8,517,410,779 |
| 3B | EM - Cash funding | [3]+[3A] | $ 16,148,291,109 | $ 16,148,291,109 | $ 16,148,291,109 |
| 4 | Investors - equity commitment letters | | $ 5,244,639,386 | $ 5,244,639,386 | $ 5,244,639,386 |
| 5 | HRH Prince Alwaleed-Twitter shares 34,948,975 @ $54.20 | | $ 1,894,234,445 | $ 1,894,234,445 | $ 1,894,234,445 |
| 5A | Investors and HRH Prince Alwaleed | [4]+[5] | $ 7,138,873,831 | $ 7,138,873,831 | $ 7,138,873,831 |
| 6 | Total equity financing | | $ 27,250,000,000 | $ 27,250,000,000 | $ 27,250,000,000 |
| 7 | Debt and margin loan financing | | | | |
| 8 | Debt commitments from banks | | $ 13,000,000,000 | $ 13,000,000,000 | $ 13,000,000,000 |
| 9 | Margin loan commitments from banks | | $ 6,250,000,000 | $ 6,250,000,000 | $ 6,250,000,000 |
| 10 | Total debt and margin loan financing | [8]+[9] | $ 19,250,000,000 | $ 19,250,000,000 | $ 19,250,000,000 |
| 11 | Total - Anticipated Funding for Twitter Purchase | [6]+[10] | $ 46,500,000,000 | $ 46,500,000,000 | $ 46,500,000,000 |
| 12 | | | | | |
| 13 | TSLA stock price (close) | | $ 769.59 | $ 724.37 | $ 761.61 |
| 13A | Decrease in TSLA stock price since 4/21 | | $ (239.19) | $ (284.41) | $ (247.17) |
| 14 | TSLA shares for cash funding | ([3B])/[13] | 20,982,979 | 22,292,877 | 21,202,835 |

**Giuseppe Pampena et al. v. Elon Musk**

SCHEDULE 1

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | Q Friday 5/13 5/13/2022 | R Monday 5/16 5/16/2022 | S Tuesday 5/17 5/17/2022 |
|---|---|---|---|---|---|
| 15 | Increase in required TSLA shares for cash funding since 4/21/2022 (GAP in # of shares) | [14]-[14 Col. A] | 4,094,099 | 5,403,996 | 4,313,954 |
| 15A | % Increase in required TSLA shares | [15]/[14 Col. A] | 24.24% | 32.00% | 25.54% |
| 15B | Deficit in shares | -[15] | (4,094,099) | (5,403,996) | (4,313,954) |
| 16 | Potential cash shortfall since 4/21 | [15]x[13] | $ 3,150,777,512 | $ 3,914,492,692 | $ 3,285,550,779 |
| 16A | Potential cash shortfall since 4/21 | -[16] | $ (3,150,777,512) | $ (3,914,492,692) | $ (3,285,550,779) |
| 16B | TSLA stock price (close) 4/21/2022 | | $ 1,008.78 | $ 1,008.78 | $ 1,008.78 |
| 16C | Initial shares: shares to sell using 4/21/2022 share price to raise cash required from EM | [3B]/[16B] | 16,007,743 | 16,007,743 | 16,007,743 |
| 16D | Cash proceeds: Initial Shares based on daily share price | [16C]x[13] | $ 12,319,399,031 | $ 11,595,528,887 | $ 12,191,657,241 |
| 16E | % Cash raised v. needed using daily share price | [16D]/[3B] | 76% | 72% | 75% |
| 16F | Gap - Cash not funded due to decline in share price | [3B]-[16D] | $ 3,828,892,078 | $ 4,552,762,222 | $ 3,956,633,868 |
| 16G | Gap - % Cash not funded v. cash needed to raise/cash required | [16F]/[3B] | 24% | 28% | 25% |
| 16H | Gap - Shares needed beyond initial shares | [14]-[16C] | 4,975,236 | 6,285,134 | 5,195,092 |
| 16I | Gap - % No. of shares needed beyond initial shares | [16H]/[14] | 24% | 28% | 25% |

**Giuseppe Pampena et al. v. Elon Musk**                                                **SCHEDULE 1**

**Sources of Funds for Twitter, Inc. Purchase and TSLA Shares for Cash Funding**
**April 21, 2022 through May 17, 2022**
**Source: SEC Filings**

| Row No. | Source of Funds | Equation [Row No.] | Q<br>Friday<br>5/13<br>5/13/2022 | R<br>Monday<br>5/16<br>5/16/2022 | S<br>Tuesday<br>5/17<br>5/17/2022 |
|---|---|---|---|---|---|
| 17 | **Margin Loan Analysis:** | | | | |
| 18 | Shares owned by EM end of day (from Schedule 2) | | 162,963,251 | 162,963,251 | 162,963,251 |
| 19 | $ Value of shares owned by EM end of day | [18]x[13] | $ 125,414,888,337 | $ 118,045,690,127 | $ 124,114,441,594 |
| 20 | Less: $ Value of additional TSLA shares to sell (Elon Musk - Cash To Raise) | [3] | $ 7,630,880,331 | $ 7,630,880,331 | $ 7,630,880,331 |
| 21 | $ Value of remaining TSLA shares owned after cash is raised/after TSLA shares are sold | [19]-[20] | $ 117,784,008,006 | $ 110,414,809,796 | $ 116,483,561,263 |
| 22 | $ Available as collateral for loans - 25% for Tesla Executives | [21]x25% | $ 31,353,722,084 | $ 29,511,422,532 | $ 31,028,610,399 |
| 23 | Required $ value of TSLA collateral for margin loans- 20% LTV (Ex. I Sch 13D Am 4); 35% required margin call | [9]/20% | $ 31,250,000,000 | $ 31,250,000,000 | $ 31,250,000,000 |
| 24 | $ Surplus/(Shortfall) in required collateral value | [23]-[22] | $ 103,722,084 | $ (1,738,577,468) | $ (221,389,601) |
| 25 | Calculated LTV | [9]/[22] | 19.93% | 21.18% | 20.14% |



**Giuseppe Pampena et al. v. Elon Musk**
**TSLA Shares Sold by Defendant - April 26, 2022 through the End of 2022**
Source: SEC Form 4 - Reporting Person: Musk Elon

**SCHEDULE 3**

| Row No. | Sale No. | Sale Date | Shares Sold | Shares Sold: Pre-Stock Split Equivalent ("PSSE") | Cumulative Shares Sold PSSE | Proceeds | Cumulative Proceeds | Average Share Price (PSSE) E/C=G | Beginning Shares | Ending Shares | PSSE After Stock Split on 8/25/2022 Beginning Shares | Ending Shares |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | A | B | C | D | E | F | E/C=G | H | I | J | K |
| 1 | 1.1 | 4/26/2022 | 2,258,486 | 2,258,486 | 2,258,486 | $ 2,007,978,676 | $ 2,007,978,676 | $889.08 | 172,608,251 | 170,349,765 | | |
| 2 | 1.2 | 4/26/2022 | 889,825 | 889,825 | 3,148,311 | $ 813,139,334 | $ 2,821,118,009 | $913.82 | 170,349,765 | 169,459,940 | | |
| 3 | 1.3 | 4/26/2022 | 316,161 | 316,161 | 3,464,472 | $ 301,779,090 | $ 3,122,897,100 | $954.51 | 169,459,940 | 169,143,779 | | |
| 4 | 1.4 | 4/26/2022 | 604,927 | 604,927 | 4,069,399 | $ 556,074,542 | $ 3,678,971,641 | $919.24 | 169,143,779 | 168,538,852 | | |
| 5 | 1.5 | 4/26/2022 | 345,601 | 345,601 | 4,415,000 | $ 310,350,358 | $ 3,989,322,000 | $898.00 | 168,538,852 | 168,193,251 | | |
| 6 | 2.1 | 4/28/2022 | 1,576,984 | 1,576,984 | 5,991,984 | $ 1,324,373,164 | $ 5,313,695,164 | $839.81 | 168,193,251 | 166,616,267 | | |
| 7 | 2.2 | 4/28/2022 | 2,611,217 | 2,611,217 | 8,603,201 | $ 2,278,695,421 | $ 7,592,390,584 | $872.66 | 166,616,267 | 164,005,050 | | |
| 8 | 2.3 | 4/28/2022 | 1,041,799 | 1,041,799 | 9,645,000 | $ 925,020,194 | $ 8,517,410,779 | $887.91 | 164,005,050 | 162,963,251 | | |
| 9 | 3.1 | 8/5/2022 | 2,277,728 | 2,277,728 | 11,922,728 | $ 1,985,394,378 | $10,502,805,157 | $871.66 | 162,963,251 | 160,685,523 | | |
| 10 | 3.2 | 8/5/2022 | 1,022,272 | 1,022,272 | 12,945,000 | $ 920,168,410 | $11,422,973,566 | $900.12 | 160,685,523 | 159,663,251 | | |
| 11 | 4.1 | 8/8/2022 | 1,524,299 | 1,524,299 | 14,469,299 | $ 1,339,672,620 | $12,762,646,186 | $878.88 | 159,663,251 | 158,138,952 | | |
| 12 | 4.2 | 8/8/2022 | 59,580 | 59,580 | 14,528,879 | $ 53,605,439 | $12,816,251,626 | $899.72 | 158,138,952 | 158,079,372 | | |
| 13 | 4.3 | 8/9/2022 | 3,020,453 | 3,020,453 | 17,549,332 | $ 2,570,600,763 | $15,386,852,388 | $851.06 | 158,079,372 | 155,058,919 | | |
| 14 | 4.4 | 8/9/2022 | 19,775 | 19,775 | 17,569,107 | $ 17,302,386 | $15,404,154,774 | $874.96 | 155,058,919 | 155,039,144 | | |
| 15 | | Subtotal | 17,569,107 | 17,569,107 | | $15,404,154,774 | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | After Stock Split: | | | | | | | | | | |
| 18 | 5 | 11/4/2022 | 9,650,000 | 3,216,667 | 20,785,774 | $ 2,012,758,726 | $17,416,913,500 | $625.73 | 155,039,144 | 151,822,477 | 465,117,432 | 455,467,432 |
| 19 | 6 | 11/7/2022 | 5,450,000 | 1,816,667 | 22,602,440 | $ 1,093,165,509 | $18,510,079,008 | $601.74 | 151,822,477 | 150,005,811 | 455,467,432 | 450,017,432 |
| 20 | 7 | 11/8/2022 | 4,400,000 | 1,466,667 | 24,069,107 | $ 843,163,160 | $19,353,242,169 | $574.88 | 150,005,811 | 148,539,144 | 450,017,432 | 445,617,432 |
| 21 | 8 | 12/12/2022 | 21,995,000 | 7,331,667 | 31,400,774 | $ 3,581,065,589 | $22,934,307,757 | $488.44 | 148,539,144 | 141,207,477 | 445,617,432 | 423,622,432 |
| 22 | | Subtotal | 41,495,000 | 13,831,667 | | $ 7,530,152,983 | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | Total | | 31,400,774 | | $ 22,934,307,757 | | | | | | |

**Graph 1**



Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 2**



Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 3**



Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 4**



TSLA Stock Price
April 9, 2022 through October 4, 2022

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

Case 3:22-cv-05937-CRB    Document 251-2    Filed 08/15/25    Page 70 of 80

**Graph 5**



Value of TSLA Shares on April 21, 2022
Compared to May 13, 2022 (before open)
(Base = April 21 stock price)

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 6**



Value of TSLA Shares on April 21, 2022
Compared to May 13, 2022 (before open)
(Base = April 21 stock price)

$4.49B

$16.15B

$11.65B

April 21

May 13 (before open)

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 7**



Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 8**



TSLA Stock Price
April 9, 2022 through May 17, 2022

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 9**



**Graph 10**



Additional TSLA Shares to Sell for Needed Cash
April 21, 2022 through May 17, 2022

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 11**



**Graph 12**



Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 13**



Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA

**Graph 14**



Available Collateral ($ Value of TSLA Shares) v. Required Collateral ($ Value of TSLA Shares)
May 12 through May 17, 2022

Expert Report of A. Christine Davis, CPA, CFF, CGMA, CVA