QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* )
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF A. CHRISTINE DAVIS**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

Case No. 3:22-CV-05937-CRB

### [PROPOSED] ORDER

Having considered Defendant's Motion to Exclude the Opinions of A. Christine Davis, the Court finds that Ms. Davis's opinion is unreliable, prejudicial and inadmissible under Federal Rule of Evidence 403 and 702.  The Court hereby GRANTS Defendant's Motion to Exclude the Opinions of A. Christine Davis.

**IT IS SO ORDERED**

Date: _____          _____

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

Case No. 3:22-CV-05937-CRB
[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF A. CHRISTINE DAVIS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 15th day of August, 2025.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  /s/ Alex Bergjans
    Alex Spiro
    Michael T. Lifrak
    Stephen A. Broome
    Jesse A. Bernstein
    Alex Bergjans

    *Attorneys for Defendant Elon Musk*

[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S MOTION TO EXCLUDE THE OPINIONS OF
A. CHRISTINE DAVIS