QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* )
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE OPINION OF KENNETH M. LEHN**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Hearing Date:    October 31, 2025<br>Time:            10:00 a.m.<br>Courtroom:       6, 17th Floor |

I, Alex Bergjans, declare as follows:

1.      Attached hereto as **Exhibit A** is a true and correct copy of the deposition of Kenneth M. Lehn, dated July 30th, 2025. The highlighting throughout Exhibit A has been added to help direct the Court to certain lines of the testimony.

2.      Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the deposition of David Tabak, dated July 16th, 2025.

3.      Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 3 filed with Plaintiffs' Motion to Exclude Portions of the Opinion of Kenneth M. Lehn on August 15, 2025 (ECF No. 246-4).

4.      Attached hereto as **Exhibit D** is a true and correct copy of the CFRA Report of Twitter, Inc., dated July 8th, 2022.

5.      Attached hereto as **Exhibit E** is a true and correct copy of the CFRA Report of Twitter, Inc., dated July 11th, 2022.

6.      Attached hereto as **Exhibit F** is a true and correct copy of the Citigroup Report of Twitter, Inc., dated October 4th, 2022.

7.      Attached hereto as **Exhibit G** is a true and correct copy of the JMP Report of Twitter, Inc., dated October 4th, 2022.

8.      Attached hereto as **Exhibit 233** is a true and correct copy of the Rebuttal Expert Report of Kenneth M. Lehn, produced as a marked exhibit in Kenneth M. Lehn's July 30, 2025 deposition, dated July 2nd, 2025.

9.      Attached hereto as **Exhibit 238** is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendant's First Set of Interrogatories (Nos. 1-12), produced as a marked exhibit in Kenneth M. Lehn's July 30, 2025 deposition, dated March 17, 2025.

//

//

//

//

//

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE OPINION OF KENNETH M. LEHN

10.    Attached hereto as **Exhibit 243** is a true and correct copy of the Supplemental Expert Report of David I. Tabak, Ph.D., produced as a marked exhibit in David Tabak's August 1, 2025 deposition, dated July 18, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 12th day of September, 2025, in Los Angeles, California.

By    */s/ Alex Bergjans*
Alex Bergjans

DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE PORTIONS OF THE OPINION OF KENNETH M. LEHN

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 12th day of September, 2025.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  /s/ Alex Bergjans
    Alex Spiro
    Michael T. Lifrak
    Stephen A. Broome
    Jesse A. Bernstein
    Alex Bergjans


*Attorneys for Defendant Elon Musk*