**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Elle D. Lewis (SBN 238329)
*elewis@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Caroline A. Yuen (SBN 354388)
*cyuen@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
*fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*
Aaron P. Arnzen (SBN 218272)
*aarnzen@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELON R. MUSK,<br><br>                         Defendant. | Case No. 22-cv-5937-CRB<br><br>**DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DR. DAVID I. TABAK**<br><br>Date:        October 31, 2025<br>Time:        10:00 a.m.<br>Courtroom:  6, 17th Floor<br>Judge:       Hon. Charles R. Breyer |

Case No. 22-cv-5937-CRB

DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DR. DAVID I. TABAK

I, Francis A. Bottini, Jr., declare as follows:

1.    I am an attorney with Bottini & Bottini, Inc., Co-Lead Counsel for Plaintiffs in this action.  I submit this declaration in support of Plaintiffs' opposition to defendant Elon Musk's motion to exclude testimony of Dr. David Tabak (ECF 249).  I have personal knowledge of the facts stated in this declaration; I could and would competently testify to these facts, if called upon to do so.

2.    Attached as **Exhibit 1** is a true and correct copy of the Supplemental Expert Report of Dr. David I. Tabak dated July 18, 2025.

3.    Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Dr. David I. Tabak dated May 2, 2025.

4.    Attached as **Exhibit 3** is a true and correct copy of the Expert Report of Dr. David I. Tabak dated May 22, 2024.

5.    Attached as **Exhibit 4** is a true and correct copy of news articles reviewed by Dr. Tabak (TABAK-00002456-2459).

6.    Attached as **Exhibit 5** is a true and correct copy of excerpts of the July 16, 2025 deposition of Dr. David I. Tabak.

7.    Attached as **Exhibit 6** is a true and correct copy of excerpts of the July 30, 2025 deposition of Kenneth M. Lehn.

8.    Attached as **Exhibit 7** is a true and correct copy of an article entitled "Elon Musk Probably Won't Buy Twitter," published in *Reuters* on April 27, 2022.  This article states: "There are good reasons for [Musk] to get cold feet. The biggest is Tesla."  This statement is relevant to Musk's motion to exclude Dr. Tabak's opinions because Musk argues that the market may have inferred that he was getting "cold feet" about going through with the merger, and that this inference could explain the decrease in Twitter's stock price caused by his May 13th tweet.  As demonstrated in the article, however, there was already information in the market in April 2022 — prior to May 13, 2022 — regarding Musk getting cold feet.  And there was no statistically significant decline in Twitter's stock price in response to such information, as evidenced in the

1                                    Case No. 22-cv-5937-CRB

DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DR.
DAVID I. TABAK

expert reports of Dr. Tabak, as well as Musk's experts, Dr. Atanu Saha and Dr. Kenneth M. Lehn.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2025, in La Jolla, California.

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

2    Case No. 22-cv-5937-CRB

DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DR. DAVID I. TABAK

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2025, at Burlingame, California.

*/s/ Tyson C. Redenbarger*
Tyson C. Redenbarger

Case No. 22-cv-5937-CRB

DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DR. DAVID I. TABAK