IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 22-cv-05937-CRB<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT** |

Having carefully considered the parties' papers, the Court **DENIES** Plaintiffs' Motion for Partial Summary Judgment (dkt. 253) and Defendant's Motion for Summary Judgment (dkt. 255).[1] The Court finds that there are genuine issues of material fact.

**IT IS SO ORDERED.**

Dated: October 15, 2025

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for resolution without oral argument and VACATES the hearing currently set for October 31, 2025.