1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8      GIUSEPPE PAMPENA, et al.,              Case No.  22-cv-05937-CRB

9                    Plaintiffs,

10            v.                              **ORDER DIRECTING FILING**

11     ELON MUSK,

12                    Defendant.

13          In reviewing Defendant Musk's ex parte application to continue the trial date (dkt.

14   321), the Court determines it would benefit by hearing the grounds for the continuance.

15   Accordingly, the Court orders Musk, through his counsel, to submit all relevant details

16   regarding his prior commitment under seal.

17          **IT IS SO ORDERED.**

18          Dated: December 3, 2025

19                                           _____
                                             CHARLES R. BREYER
                                             United States District Judge

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California