QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Jonathan E. Feder (*pro hac vice*)
jonathanfeder@quinnemanuel.com
296 Fifth Ave., New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>ELON R. MUSK,<br><br>          Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>Judge:          Hon. Charles R. Breyer<br><br>**DEFENDANT'S NOTICE WITHDRAWING *EX PARTE* APPLICATION FOR A SHORT CONTINUANCE OF THE TRIAL DATE FROM FEBRUARY 23, 2026 TO MARCH 16, 2026** |

1

    PLEASE TAKE NOTICE THAT Defendant Elon Musk withdraws his *Ex Parte* Application For

2

A Short Continuance Of The Trial Date From February 23, 2026 To March 16, 2026.  *See* Dkt. 321.

3

Defendant's conflict with the new trial date has been resolved, mooting the request for a continuance.  As

4

such, Defendant respectfully withdraws his application.

5

DATED:  December 5, 2025                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

6

7

8

                    By       */s/ Stephen A. Broome*

                         Alex Spiro

9

                         Michael T. Lifrak

                         Stephen A. Broome

10

                         Jesse A. Bernstein

11

                         *Attorneys for Defendant Elon Musk*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE WITHDRAWING *EX PARTE* APPLICATION FOR A SHORT CONTINUANCE OF THE
TRIAL DATE FROM FEBRUARY 23, 2026 TO MARCH 16, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on Friday, December 5, 2025.

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Stephen A. Broome*
Alex Spiro
Michael T. Lifrak
Joseph C. Sarles
Stephen A. Broome
Jesse A. Bernstein
Alex Bergjans
Jonathan E. Feder
Stephanie Kelemen

*Attorneys for Defendant Elon Musk*

## __ATTESTATION__

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories herein.


By _/s/ Alex Bergjans_
_____

Alex Spiro
Michael T. Lifrak
Stephen A. Broome
Joseph C. Sarles
Jesse A. Bernstein
Alex Bergjans
Jonathan E. Feder
Stephanie Kelemen

_Attorneys for Defendant Elon Musk_

DEFENDANT'S NOTICE WITHDRAWING _EX PARTE_ APPLICATION FOR A SHORT CONTINUANCE OF THE
TRIAL DATE FROM FEBRUARY 23, 2026 TO MARCH 16, 2026