1 | COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
2 | jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
3 | mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
4 | tredenbarger@cpmlegal.com
Gia Jung (SBN 340160)
5 | gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
6 | cyuen@cpmlegal.com
San Francisco Airport Office Center
7 | 840 Malcolm Road, Suite 200
Burlingame, California 94010
8 | Telephone: (650) 697-6000
9 |
10 | BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
11 | fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
12 | achang@bottinilaw.com
Aaron Arnzen (SBN 218272)
13 | aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
14 | La Jolla, California 92037
Telephone: (858) 914-2001
15 |
16 | *Lead Counsel for Plaintiffs and the Class*
17 | LIST OF COUNSEL CONTINUED ON SECOND PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION IN LIMINE BRIEFING AND PRETRIAL SUBMISSIONS SCHEDULE**<br><br>Judge: Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Alex Spiro (*pro hac vice*) <br> alexspiro@quinnemanuel.com |
| 3 | Jesse A. Bernstein (*pro hac vice*) <br> jessebernstein@quinnemanuel.com |
| 4 | Jonathan E. Feder (*pro hac vice*) <br> jonathanfeder@quinnemanuel.com |
| 5 | 51 Madison Ave 22nd floor <br> New York, NY 10010 |
| 6 | Telephone:    (212) 849-7000 |
| 7 | Facsimile:    (212) 849-7100 |
| 8 | Michael T. Lifrak (Bar No. 210846) <br> michaellifrak@quinnemanuel.com |
| 9 | Joseph C. Sarles (Bar No. 254750) <br> josephsarles@quinnemanuel.com |
| 10 | Alex Bergjans (Bar No. 302830) |
| 11 | alexbergjans@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor |
| 12 | Los Angeles, California 90017 <br> Telephone:    (213) 443-3000 |
| 13 | Facsimile:    (213) 443-3100 |
| 14 | |
| 15 | Nathan Archibald (*pro hac vice*) <br> nathanarchibald@quinnemanuel.com |
| 16 | 2755 E. Cottonwood Parkway, Suite 430 <br> Salt Lake City, Utah 84121 |
| 17 | Telephone: (801) 515-7300 <br> Facsimile: (801) 515-7400 |
| 18 | *Attorneys for Defendant Elon Musk* |

1

Case No. 3:22-CV-05937-CRB

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING MOTION IN LIMINE BRIEFING AND PRETRIAL SUBMISSIONS SCHEDULE

# STIPULATION AND [PROPOSED] ORDER

WHEREAS, on November 24, 2025, the Court entered an order resetting the Trial and Final Pretrial Conference dates (ECF 319), as follows:

| Event | Date |
|---|---|
| Pretial Conference | 2/17/2026 |
| Jury Selection | ~~2/23/2026~~ 2/19/2026 |
| Jury Trial | 2/23/2026 |

WHEREAS, given the new dates above, and to accommodate for the holidays, the Parties have agreed to modify the motions in limine briefing and pretrial submissions schedule as set forth below;

WHEREAS, this change will not affect any other deadlines or hearing dates in the case schedule;

NOW, THEREFORE, the Parties hereby agree, for good cause, and jointly request the Court grant the proposed order attached hereto, modifying the case deadlines as follows:

| Event | Current | Proposed |
|---|---|---|
| Motions in Limine | 12/8/2025 | 1/13/2026 |
| Oppositions to any Motions in Limine | 12/15/2025 | 1/29/2026 |
| Replies to any Motions in Limine | 12/22/2025 | 2/5/2026 |
| Joint Proposed Pre-Trial Order | 12/18/2025 | 1/27/2026 |
| Joint set of Proposed Instructions on substantive issues of law | 12/18/2025 | 1/27/2026 |
| Memorandum of law in support of each party's disputed instructions | 12/18/2025 | 1/27/2026 |
| Joint Special Verdict Form | 12/18/2025 | 1/27/2026 |
| Joint Set of Proposed Voir Dire Questions | 12/18/2025 | 1/27/2026 |
| Trial Brief (Optional) | 12/18/2025 | 1/27/2026 |

DATED: December 3, 2025

| | |
|---|---|
| /s/ Mark C. Molumphy | /s/ Alex Bergjans |
| COTCHETT, PITRE & MCCARTHY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Joseph W. Cotchett (SBN 36324) | Alex Bergjans (Bar No. 302830) |
| jcotchett@cpmlegal.com | alexbergjans@quinnemanuel.com |
| Mark C. Molumphy (SBN 168009) | 865 S. Figueroa Street, 10th Floor |
| mmolumphy@cpmlegal.com | Los Angeles, California 90017 |
| Tyson C. Redenbarger (SBN 294424) | Telephone: (213) 443-3000 |
| tredenbarger@cpmlegal.com | Facsimile: (213) 443-3100 |
| Elle D. Lewis (SBN 238329) | |
| elewis@cpmlegal.com | Alex Spiro (pro hac vice forthcoming) |
| Gia Jung (SBN 340160) | alexspiro@quinnemanuel.com |
| gjung@cpmlegal.com | Jesse A. Bernstein (*pro hac vice*) |
| 840 Malcolm Road, Suite 200 | jessebernstein@quinnemanuel.com |
| Burlingame, California 94010 | 51 Madison Ave 22nd floor |
| Telephone: (650) 697-6000 | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| /s/ Francis A. Bottini | Facsimile: (212) 849-7100 |
| BOTTINI & BOTTINI, INC. | |
| Francis A. Bottini, Jr. (SBN: 175783) | Michael T. Lifrak (Bar No. 210846) |
| fbottini@bottinilaw.com | michaellifrak@quinnemanuel.com |
| Albert Y. Chang (SBN 296065) | Joseph C. Sarles (Bar No. 254750) |
| achang@bottinilaw.com | josephsarles@quinnemanuel.com |
| 7817 Ivanhoe Avenue, Suite 102 | |
| La Jolla, California 92037 | *Attorneys for Defendant Elon Musk* |
| Telephone: (858) 914-2001 | |

*Lead Counsel for Plaintiffs and the Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mark C. Molumphy, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2025, at Burlingame, California.

By  */s/ Mark C. Molumphy*
Mark C. Molumphy

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 12, 2025        By: _____
                                    Hon. Charles R. Breyer
                                    United States District Judge