QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Jesse A.  Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:      (212) 849-7000
Facsimile:      (212) 849-7100

Michael T.  Lifrak (Bar No.  210846)
michaellifrak@quinnemanuel.com
Stephen A.  Broome (Bar No.  314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No.  302830)
alexbergjans@quinnemanuel.com
865 S.  Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF MOTION *IN LIMINE***<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

Case No. 3:22-CV-05937-CRB

[~~PROPOSED~~] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF MOTION *IN LIMINE*

**[~~PROPOSED~~] ORDER**

Having considered Defendant Elon Musk's Administrative Motion to Seal, the Court hereby GRANTS (IN PART) / DENIES (IN PART) the Motion and ORDERS that the following materials shall be sealed:

**Material to Be Filed Under Seal Under 79-5(f)**

| Document | Description | Designating Party |
|---|---|---|
| **Defendant's Motion *in Limine* to Preclude Evidence Related to Walter Isaacson's Biography Elon Musk** | Page 2: 7-8 | Non-Party Yoel Roth |
| **Exhibit 7** to Bergjans Decl. filed in Support of Motions *in Limine* | Excerpts from the transcript of the deposition of Yoel Roth, taken on January 31, 2025 | Non-Party Yoel Roth |

**IT IS SO ORDERED**

Date:  January 21, 2026

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE