IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al., | Case No. 22-cv-05937-CRB |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| ELON MUSK, | |
| Defendant. | |

Plaintiffs filed an omnibus administrative motion to consider whether their motions in limine and accompanying exhibits should be sealed or redacted. Dkt. 352. Plaintiffs explained that they did not believe any of the information warranted sealing or redaction. Id. at 5. None of the Designating Parties has filed a statement or declaration establishing that the material should be sealed, as required by Civil Local Rule 79-5(f)(3). Accordingly, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: January 26, 2026

_____
CHARLES R. BREYER
United States District Judge