COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**NOTIFICATION OF DEATH** |

It is with deep regret that we hereby inform the Court and all parties to this case that Albert Y. Chang, one of the counsel for Plaintiffs in this case, passed away on December 1, 2025. Mr. Chang's co-counsel will continue to ably represent the Plaintiffs in this matter. Plaintiffs respectfully request Mr. Chang to be removed from the ECF service list in this case.

Dated: January 27, 2026   BOTTINI & BOTTINI, INC.

   */s/ Francis A. Bottini, Jr.*
   Francis A. Bottini, Jr.

   Francis A. Bottini, Jr. (SBN 175783)
   Aaron P. Arnzen (SBN 218272)
   7817 Ivanhoe Avenue, Suite 102
   La Jolla, California 92037
   Telephone:  (858) 914-2001
   Email:      fbottini@bottinilaw.com
               aarnzen@bottinilaw.com

   *Lead Counsel for Plaintiffs and the Class*