COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for the Plaintiffs and the Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Avenue
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen Broome (SBN  314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

*Counsel for Defendant Elon Musk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ELON R. MUSK, <br><br> Defendant. | CASE NO. 3:22-CV-05937-CRB <br><br> **PARTIES' JOINT [PROPOSED] FINAL PRETRIAL ORDER** <br><br> Date:  February 17, 2026 <br> Time:  2:00 p.m. <br> Courtroom:  6, 17th Floor <br> Judge:  Honorable Charles R. Breyer |

## JOINT PROPOSED FINAL PRETRIAL ORDER

Plaintiffs Brian Belgrave, Nancy Price, and John Garrett ("Plaintiffs") and Defendant Elon Musk respectfully submit this Joint Proposed Final Pretrial Order pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases. ECF 195.

## I.  SUBSTANCE OF THE ACTION

This is a securities class action. Plaintiffs and the class allege that Defendant Elon Musk violated Section 10(b) of the Securities and Exchange Act of 1934 in connection with his purchase of Twitter in 2022. Defendant Musk denies liability.

## II.  RELIEF PRAYED

Plaintiffs seek compensatory damages for the class, as well as prejudgment and postjudgment interest and attorneys fees and costs. Defendant Musk denies liability, opposes Plaintiffs' requested relief, and seeks entry of a take-nothing judgment.

## III.  STIPULATED FACTS

1.  Plaintiffs bring a putative class action on behalf of themselves and other similarly situated individuals. The Class Period alleged by Plaintiffs in this case is May 13, 2022 to October 4, 2022. Plaintiffs sold Twitter securities during the class period.

2.  In 2022, Twitter, Inc. was headquartered in San Francisco and operated a social media platform that allowed its users to make and read "tweets."

3.  Elon Musk created a profile on the social media platform Twitter under the handle "@elonmusk" (twitter.com/elonmusk) in June 2009. Musk posted tweets on Twitter under the username @elonmusk. Musk personally posted all Tweets by @elonmusk for the duration of the class period.

4.  From November 7, 2013 through November 8, 2022, which is inclusive of the Class Period, Twitter's common stock was listed and traded on the New York Stock Exchange (NYSE) under the ticker TWTR.

## IV.     FACTUAL ISSUES WHICH REMAIN TO BE TRIED

### PLAINTIFFS' FACTUAL ISSUES TO BE TRIED

#### A.     Issues Regarding Section 10(b) and SEC Rule 10b-5 against Musk

1.     Whether Defendant Elon Musk engaged in an act, practice, or scheme to defraud or which operated as a fraud or deceit upon any person, or made an untrue statement of a material fact, or omitted a material fact necessary under the circumstances to keep the statements that were made from being misleading in connection with the sale of securities.

2.     Whether Musk's May 13, 2022 tweet "Twitter deal temporarily on hold pending details supporting calculation that spam/fake accounts do indeed represent less than 5% of users" was false or misleading.

3.     Whether Musk's May 16, 2022 statement regarding Twitter at the All-In Summit was false or misleading.

4.     Whether Musk's May 17, 2022, Musk tweet "20% fake/spam accounts, while 4 times what Twitter claims, could be *much* higher.  My offer was based on Twitter's SEC filings being accurate.  Yesterday, Twitter's CEO publicly refused to show proof of <5%.  This deal cannot move forward until he does" was false or misleading.

5.     Whether Musk acted knowingly or recklessly.

6.     Whether Musk's May 13, May 16, and/or May 17, 2022 statements were material to Twitter investors during the Class Period.

7.     Whether Musk's manipulative act(s), misrepresentation(s), or omission(s) caused the Plaintiffs to suffer damages.

#### B.     Damages

Plaintiffs seek an amount of damages that will reasonably and fairly compensate them and the Class for the economic losses they sustained.  Musk disputes that he caused Plaintiffs and the Class to suffer any damages.

1      Over Plaintiffs' objection, Musk below includes argument concerning the factual issues to be

2   tried, which is not authorized by the Court's Guidelines for Trial and Final Pretrial Conference

3   requesting the parties to only state "the issues with the same generality/specificity as any contested

4   element in the relevant jury instruction." (ECF 195).  Plaintiffs received this argument the night

5   before this pretrial order was due, and after the parties had conferred and exchanged several versions.

6   Musk rejected Plaintiffs' request to remove the argument, necessitating this brief

7   response.  Consistent with the Court's order, Plaintiffs' statement of issues mirrors the proposed jury

8   instructions.  Further, like his motions *in limine*, Musk tries to use the pretrial order process to seek

9   dismissal of claims based on the identical arguments raised and ruled on at summary judgment.

10  Indeed, while Musk initially failed to move to dismiss Plaintiffs' scheme liability claim under Rule

11  10b-5(a) and (c), he then conducted substantial discovery relating to Plaintiffs' claims, including

12  specific interrogatories requesting the bases of the claims, and recently moved (unsuccessfully) for

13  summary judgment on the claims. ECF 255, 302.  Musk's current request, under the guise of a

14  pretrial order or motion in limine, to bar scheme liability claims based on the Court's ruling on

15  Musk's motion to dismiss that didn't even target those claims, and following denial of his motion for

16  summary judgment, is plainly inappropriate.  *Elliott v. Versa CIC, L.P.*, 349 F. Supp. 3d 1000, 1002

17  (S.D. Cal. 2018) (denying attempt to use a motion *in limine as* dispositive motion); *In re Alphabet,*

18  *Inc. Securities Litigation* (9th Cir. 2021) 1 F.4th 687, 709 (error to dismiss scheme claims where not

19  targeted in motion to dismiss).  Finally, Plaintiffs accurately described their misrepresentation and

20  omission claims as they are described in the jury instructions, just as the pretrial conference order

21  requires.

22

23

24

25

26

27

28

1

## DEFENDANT'S FACTUAL ISSUES TO BE TRIED

2      The following is a list of issues of fact that Defendant believes are contested and remain

3  to be litigated at trial:

4      Count I: Section 10(b) and SEC Rule 10b-5(b) against Musk

5      1.  **The May 13 Statement ("Twitter deal temporarily on hold pending details**

6          **supporting calculation that spam/fake accounts do indeed represent less than**

7          **5% of users"):**  Whether Plaintiffs have proven: (i) the May 13 Statement was a

8          materially untrue statement of fact[1] (ii) in making the statement, Musk acted with

9          intent to defraud by intending to make an untrue statement that he knew was

10         materially false, (iii) Musk used an instrumentality of interstate commerce in

11         connection with the sale and/or purchase of Twitter securities, (iv) Plaintiffs

12         justifiably relied on Musk's statement (or whether Defendant has rebutted the

13         fraud-on-the-market presumption), (v) the alleged material misrepresentation

14         proximately caused Plaintiffs to suffer economic loss, and (vi) the amount of

15         damages, if any, the alleged material misrepresentation caused.

16     2.  **The May 16, 2022 Statement ("I think it's some number that is probably at**

17         **least four or five times [Twitter's estimate] . . . [my] estimate would probably**

18         **be 20 percent.  And this—and this is—a bunch of quite smart outside firms**

19         **have done analysis of Twitter and looked at the sort of daily users, and their**

20         **conclusion is also [] it's about 20 percent."):**  Whether Plaintiffs have proven

21         that: (i) the May 16 Statement was a materially untrue statement of fact[2] (ii) in

22         making the statement, Musk acted with intent to defraud by intending to make an

23         untrue statement that he knew was materially false, (iii) Musk used an

24

---

25     [1]   To the extent the statement implied rights under the Merger Agreement, the statement
is inactionable legal opinion, not a statement of fact.  *See Omnicare, Inc. v. Laborers Dist.*

26  *Council Const. Indus. Pension Fund*, 575 U.S. 175, 183–84, 186 (2015).

27     [2]   Musk contends that the May 16 statement is an inactionable statement of opinion.
*Omnicare*, 575 U.S. at 183–84, 186.

28

instrumentality of interstate commerce in connection with the sale and/or purchase of Twitter securities, (iv) Plaintiffs justifiably relied on Musk's statement (or whether Defendant has rebutted the fraud-on-the-market presumption), (v) the alleged material misrepresentation proximately caused the plaintiffs to suffer economic loss, and (vi) the amount of damages, if any, the material misrepresentation caused.

3. **The May 17 Statement ("20% fake/spam accounts, while 4 times what Twitter claims, could be \*much\* higher.  My offer was based on Twitter's SEC filings being accurate.  Yesterday, Twitter's CEO publicly refused to show proof of <5%.  This deal cannot move forward until he does."):** Whether Plaintiffs have proved that: (i) the May 17 Statement was a materially untrue statement of fact,[1] (ii) in making the statement, Musk acted with intent to defraud by intending to make an untrue statement that he knew was materially false, (iii) Musk used an instrumentality of interstate commerce in connection with the sale and/or purchase of Twitter securities, (iv) Plaintiffs justifiably relied on Musk's statement (or whether Defendant has rebutted the fraud-on-the-market presumption), (v) the statement proximately caused the plaintiffs to suffer economic loss, and (vi) the amount of damages, if any, the statement caused.

Plaintiffs' proposed factual issues to be tried, *see supra*, is deficient in that it does not identify the specific misstatements and other unlawful conduct Plaintiffs contend is at issue in this case and that Plaintiffs propose asking the jury to resolve.  For example, Plaintiffs' statement refers vaguely to "an act, practice, or scheme to defraud or which operated as a fraud or deceit upon any person, or … an untrue statement … or omi[ssion] [of] a material fact … in connection with the sale of securities," as well as to the issue of whether Musk's purported "manipulative

---

[1]  Because the same theories of falsity apply to the May 17 Statement as to the May 13 and 16 Statements, MTD Order at 24-25, Musk incorporates footnotes 1 and 2 herein.

act(s), misrepresentation(s), or omission(s) caused the Plaintiffs to suffer damages." Plaintiffs' statement also refers to Musk's allegedly false "May 16, 2022 statements regarding Twitter at the All-In Summit," without identifying which statements from that May 16, 2022 interview they contend are actually false or misleading. Plaintiffs should be required to identify in this Joint Pre-Trial Order any and all specific misstatements and other unlawful conduct they claim is at issue.

On January 27, 2026, Musk informed Plaintiffs that he would agree to their request to withdraw the above language if Plaintiffs would agree to disclose herein the alleged misstatements and any other conduct they contend is actionable as a Section 10(b) violation. Plaintiffs refused.

For the avoidance of any doubt, Musk disputes that Plaintiffs may present to the jury accusations of fraud beyond the three misstatements that the Court ruled were actionable in its motion to dismiss order, Dkt. No. 48, and that are fully identified in paragraphs 1-3 of Musk's Factual Issues to be Tried above.[1]

## V.   JOINT EXHIBIT LIST

The Parties' Joint Exhibit List is attached hereto as Appendix 1.

## VI.   WITNESS LISTS

The Parties' respective Witness Lists are attached hereto as Appendix 2 and Appendix 3.[2]

---

[1]   Musk reserves the right to amend, modify, or supplement his exhibit and witness lists for trial as needed to address Plaintiffs' case. Plaintiffs have the burden on the single claim to be tried, and Musk reserves the right to offer appropriate evidence to rebut or otherwise address Plaintiffs' presentation of evidence at trial.

[2]   The Parties mutually reserve the right to amend, modify, or supplement their exhibit and witness lists for trial, including in response to the Court's determinations or guidance arising from the parties' Daubert and *in limine* motions, jury instructions, proposed pretrial order, the Pretrial Conference and/or other proceedings.

1  DATED: January 27, 2026

2  /s/ Tyson C. Redenbarger                    /s/ Alex Bergjans

3  COTCHETT, PITRE & MCCARTHY, LLP             Alex Spiro (*pro hac vice*)
   Joseph W. Cotchett (SBN 36324)              alexspiro@quinnemanuel.com
4  jcotchett@cpmlegal.com                      Ellyde R. Thompson (*pro hac vice*)
   Mark C. Molumphy (SBN 168009)               ellydethompson@quinnemanuel.com
5  mmolumphy@cpmlegal.com                      Jesse A. Bernstein (*pro hac vice*)
   Tyson C. Redenbarger (SBN 294424)           jessebernstein@quinnemanuel.com
6  tredenbarger@cpmlegal.com                   295 Fifth Avenue
   Elle D. Lewis (SBN 238329)                  New York, NY 10010
7  elewis@cpmlegal.com                         Telephone:  (212) 849-7000
   Gia Jung (SBN 340160)                       Facsimile:  (212) 849-7100
8  gjung@cpmlegal.com
   Caroline A. Yuen (SBN 354388)
9  cyuen@cpmlegal.com                          Michael T. Lifrak (SBN 210846)
   840 Malcolm Road, Suite 200                 michaellifrak@quinnemanuel.com
10 Burlingame, California 94010                Stephen Broome (SBN  314605)
   Telephone: (650) 697-6000                   stephenbroome@quinnemanuel.com
11                                             Alex Bergjans (SBN 302830)
                                               alexbergjans@quinnemanuel.com
12 /s/ Aaron Arnzen                            865 S. Figueroa Street, 10th Floor
                                               Los Angeles, California 90017
13 BOTTINI & BOTTINI, INC.                     Telephone:    (213) 443-3000
   Francis A. Bottini, Jr. (SBN: 175783)       Facsimile:    (213) 443-3100
14 fbottini@bottinilaw.com
   Aaron Arnzen (SBN 218272)
15 aarnzen@bottinilaw.com                      *Attorneys for Defendant Elon Musk*
   7817 Ivanhoe Avenue, Suite 102
16 La Jolla, California 92037
   Telephone: (858) 914-2001
17
18 *Lead Counsel for Plaintiffs and the Class*

19

20        **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

21        I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been

22 obtained from the other signatories. I declare under penalty of perjury under the laws of the

23 United States of America that the foregoing is true and correct.

        Executed this 27th day of January 2026, at Burlingame, California.

24
                                    By  /s/ Tyson C. Redenbarger
25                                          Tyson C. Redenbarger

26

27

28

# APPENDIX 1

## Joint Exhibit List

| | DATE | DESCRIPTION | BATES/SOURCE | OFFERED IN EVIDENCE | RECEIVED IN EVIDENCE | LIMITATIONS |
|---|---|---|---|---|---|---|
| 1 | 12/22/2015 | Elon Musk on DR1 | https://www.youtube.com/watch?v=hokOpy15IUQ | | | |
| 2 | 7/11/2018 | Tweet | n/a | | | |
| 3 | 2/1/2020 | Tweet | PLAINTIFFS-000038 | | | |
| 4 | 6/3/2021 | Exhibit 30 PWC PMK, Daniel Zwarn | MUSK-PAMPENA-0948584 | | | |
| 5 | 7/13/2021 | Exhibit 18 Stacey Fix Conti | MUSK-PAMPENA-0239860 | | | |
| 6 | 12/31/2021 | Exhibit 35 PWC PMK, Daniel Zwarn | MUSK-PAMPENA-0947709 | | | |
| 7 | 12/31/2021 | Tesla Form 10-K | n/a | | | |
| 8 | 1/21/2022 | Exhibit 100 Bret Taylor (Text Messages) | MUSK-PAMPENA-0021400 | | | |
| 9 | 1/21/2022 | Exhibit 83 Elon Musk (Tweet) | n/a | | | |
| 10 | 1/31/2022 | Exhibit 5 Jared Birchall (Text Messages) | MUSK-PAMPENA-0238993 | | | |
| 11 | 1/31/2022 | Exhibit 8 Jared Birchall (Text Messages) | MUSK-PAMPENA-0239010 | | | |
| 12 | 1/31/2022 | Exhibit 84 Elon Musk  (Email) | MUSK-PAMPENA-0238983 | | | |
| 13 | 2/16/2022 | Exhibit 33 PWC PMK, Daniel Zwarn | MUSK-PAMPENA-0948199 | | | |
| 14 | 2/16/2022 | Exhibit 63 Mike Ringler  (Twitter Form 10-K for 2021) | n/a | | | |
| 15 | 2/24/2022 | Offering Memorandum - Twitter Inc. | MUSK-PAMPENA-0002013 | | | |
| 16 | 3/14/2022 | Exhibit 89 Elon Musk (Schedule 13G) | MUSK-PAMPENA-0359751 | | | |
| 17 | 3/16/2022 | Exhibit 7 Jared Birchall (Email) | MUSK-PAMPENA-0239007 | | | |
| 18 | 3/25/2022 | Exhibit 85 Elon Musk (Email) | MUSK-PAMPENA-0908467 | | | |
| 19 | 3/26/2022 | Exhibit 14 Jared Birchall (Tweet) | MUSK-PAMPENA-0239028 | | | |
| 20 | 3/26/2022 | Exhibit 86 Elon Musk (Tweet) | n/a | | | |
| 21 | 3/31/2022 | Exhibit 11 Ned Segal (Text Messages) | MUSK-PAMPENA-0687358 | | | |
| 22 | 4/1/2022 | Exhibit 153 Elon Musk (Scenario Planning and Considerations) | MUSK-PAMPENA-0239121 | | | |
| 23 | 4/1/2022 | Exhibit 2 Yoel Roth (Platform manipulation and spam policy) | MUSK-PAMPENA-0686025 | | | |
| 24 | 4/1/2022 | Exhibit 9 Jared Birchall (Email) | MUSK-PAMPENA-0239016 | | | |
| 25 | 4/1/2022 | Davis Exhibit 197 (Illustrative Sources & Uses and PF Capital Structure) | MUSK-PAMPENA-0758662 | | | |
| 26 | 4/1/2022 | Morgan Stanley ppt ("Situation Review") | MUSK-PAMPENA-0757395 | | | |
| 27 | 4/2/2022 | Exhibit 10 Jared Birchall (Email) | MUSK-PAMPENA-0239017 | | | |
| 28 | 4/4/2022 | Exhibit 88 Elon Musk (Email) | MUSK-PAMPENA-0024753 | | | |
| 29 | 4/4/2022 | Schedule 13D (Amendment No. 1 to Schedule 13G) | n/a | | | |
| 30 | 4/5/2022 | Tweet | PLAINITFFS-000054 | | | |
| 31 | 4/7/2022 | Exhibit 91 Elon Musk (Text Messages) | n/a | | | |
| 32 | 4/9/2022 | Exhibit 16 Jared Birchall (Email) | MUSK-PAMPENA-0239030 | | | |
| 33 | 4/9/2022 | Exhibit 92 Elon Musk (Text Messages) | n/a | | | |
| 34 | 4/9/2022 | Exhibit 93 Elon Musk (Tweet) | PLAINTIFFS-000055 | | | |
| 35 | 4/11/2022 | Exhibit 15 Kate Claassen (Email) | MUSK-PAMPENA-0678055 | | | |
| 36 | 4/13/2022 | Exhibit 36 Mike Ringler (Amendment No. 2 to Schedule 13D) | n/a | | | |
| 37 | 4/13/2022 | Exhibit 9 Stacey Fix Conti (Slack thread) | MUSK-PAMPENA-0240128 | | | |
| 38 | 4/13/2022 | Exhibit 97 Elon Musk (Text Messages) | n/a | | | |
| 39 | 4/14/2022 | Email - Fwd: Taking Twitter Private | MUSK-PAMPENA-0457992 | | | |
| 40 | 4/14/2022 | Exhibit 95 Elon Musk (Offer Letter) | MUSK-PAMPENA-0018097 | | | |

| 41 | 4/14/2022 | Elon Musk talks Twitter, Tesla and how his brain works — live at TED2022 | https://www.youtube.com/watch?v=cdZZpaB2kDM | | | |
|---|---|---|---|---|---|---|
| 42 | 4/16/2022 | Tweet | PLAINTIFFS-000069 | | | |
| 43 | 4/17/2022 | Exhibit 11 to Armstrong (Email) | MUSK-PAMPENA-0676339 | | | |
| 44 | 4/18/2022 | Exhibit 2 to Earls (Email) | MUSK-PAMPENA-0680449 | | | |
| 45 | 4/19/2022 | Email - Re: 1pm. | MUSK-PAMPENA-0107294 | | | |
| 46 | 4/19/2022 | Tweet | PLAINTIFFS-000070 | | | |
| 47 | 4/20/2022 | Exhibit 18 Jack Dorsey (Amendment No. 3 to Schedule 13D) | PLAINTIFFS-000071 | | | |
| 48 | 4/20/2022 | Exhibit 34 Kate Claassen (Proposal to Twitter Shareholders) | MUSK-PAMPENA-0678228 | | | |
| 49 | 4/21/2022 | Exhibit 101 Bret Taylor (Tweet) | n/a | | | |
| 50 | 4/21/2022 | Tweet | MUSK-PAMPENA-0001800 | | | |
| 51 | 4/22/2022 | Exhibit 152 Elon Musk (Email) | MUSK-PAMPENA-0239116 | | | |
| 52 | 4/22/2022 | Exhibit 18 Stefani Silverstein (Email) | MUSK-PAMPENA-0689475 | | | |
| 53 | 4/23/2022 | Email - Musk Family Office Response | MUSK-PAMPENA-0574792 | | | |
| 54 | 4/24/2022 | Exhibit 17 Bret Taylor (Email) | MUSK-PAMPENA-0688783 | | | |
| 55 | 4/24/2022 | Skadden Draft of the Merger Agreeement | MUSK-PAMPENA-0467855 | | | |
| 56 | 4/24/2022 | Exhibit 28 Jared Birchall (Email) | MUSK-PAMPENA-0239125 | | | |
| 57 | 4/24/2022 | Exhibit 39 Mike Ringler (Email) | MUSK-PAMPENA-0676494 | | | |
| 58 | 4/24/2022 | Email - FW: Letter and Merger Agreement | MUSK-PAMPENA-0467852 | | | |
| 59 | 4/24/2022 | Exhibit 3 Earls (Email) | MUSK-PAMPENA-0680450 | | | |
| 60 | 4/24/2022 | Email - Call Notes | MUSK-PAMPENA-0574788 | | | |
| 61 | 4/24/2022 | Exhibit 22 Stefani Silverstein (Email) | MUSK-PAMPENA-0689490 | | | |
| 62 | 4/25/2022 | Badawi Exhibit 219 (Twitter Form 8-K) | n/a | | | |
| 63 | 4/25/2022 | Exhibit 157 Elon Musk  (Letter) | MUSK-PAMPENA-0361741 | | | |
| 64 | 4/25/2022 | Exhibit 30 Jared Birchall (Letter) | MUSK-PAMPENA-0239145 | | | |
| 65 | 4/25/2022 | Exhibit 40 Mike Ringler (Executed Merger Agreement) | MUSK-PAMPENA-0241568 | | | |
| 66 | 4/25/2022 | Exhibit 239 Kenneth Lehn (Piper Sandler Company Report) | n/a | | | |
| 67 | 4/26/2022 | Exhibit 18 to Armstrong (Email) | MUSK-PAMPENA-0676496 | | | |
| 68 | 4/26/2022 | Exhibit 39 to Polhemus (Email ) | MUSK-PAMPENA-0685505 | | | |
| 69 | 4/28/2022 | Tweet | n/a | | | |
| 70 | 4/29/2022 | Email re Project X - Work Documents and Detail | MUSK-PAMPENA-0017853 | | | |
| 71 | 4/29/2022 | Press Release "Elon Musk to Acquire Twitter" | PLAINTIFFS-000209 | | | |
| 72 | 5/1/2022 | Exhibit 30 Kate Claassen (Email) | MUSK-PAMPENA-0678186 | | | |
| 73 | 5/4/2022 | Amendment No. 6 to Schedule 13D | MUSK-PAMPENA-0111351 | | | |
| 74 | 5/4/2022 | Email - Re: Introduction: Alex <> Doug | MUSK-PAMPENA-1011520 | | | |
| 75 | 5/5/2022 | Exhibit 242 Kenneth Lehn (Bond Angle) | n/a | | | |
| 76 | 5/5/2022 | Exhibit 34 Jared Birchall (Email) | MUSK-PAMPENA-0239256 | | | |
| 77 | 5/6/2022 | Exhibit 159 Elon Musk (Text Messages) | n/a | | | |
| 78 | 5/6/2022 | Exhibit 24 Email from Armstrong (Email) | MUSK-PAMPENA-0871663 | | | |
| 79 | 5/6/2022 | Exhibit 35 Jared Birchall (Email) | MUSK-PAMPENA-0239262 | | | |
| 80 | 5/6/2022 | Exhibit 36 Ned Segal | MUSK-PAMPENA-0687703 | | | |
| 81 | 5/6/2022 | Email - FW: Potential discussion topics | MUSK-PAMPENA-0241676 | | | |
| 82 | 5/6/2022 | Exhibit 34 Ned Segal | MUSK-PAMPENA-0687695 | | | |
| 83 | 5/7/2022 | Exhibit 28 Kate Claassen (Email) | MUSK-PAMPENA-0678171 | | | |
| 84 | 5/7/2022 | Email - Summary of Meeting (Privileged & Confidential) | MUSK-PAMPENA-0588947 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 85 | 5/9/2022 | Exhibit 161 Elon Musk (Email) | MUSK-PAMPENA-0021789 | | | |
| 86 | 5/9/2022 | Exhibit 240 Kenneth Lehn (Tweet) | n/a | | | |
| 87 | 5/10/2022 | Exhibit 160 Elon Musk (Email) | MUSK-PAMPENA-0020045 | | | |
| 88 | 5/10/2022 | Exhibit 29 Kate Claassen (Email) | MUSK-PAMPENA-0678175 | | | |
| 89 | 5/10/2022 | Exhibit 7 Stacey Fix Conti (Email) | MUSK-PAMPENA-0479835 | | | |
| 90 | 5/10/2022 | Exhibit 3 Stacey Fix Conti | MUSK-PAMPENA-0240120 | | | |
| 91 | 5/10/2022 | Exhibit 3 Yoel Roth | MUSK-PAMPENA-0068033 | | | |
| 92 | 5/10/2022 | Email | MUSK-PAMPENA-1009007 | | | |
| 93 | 5/11/2022 | Exhibit 27 Stefani Silverstein (Email) | MUSK-PAMPENA-0689551 | | | |
| 94 | 5/12/2022 | Exhibit 6 Stacey Fix Conti (Email) | MUSK-PAMPENA-0456853 | | | |
| 95 | 5/12/2022 | Exhibit 29 Stefani Silverstein (Email) | MUSK-PAMPENA-0689575 | | | |
| 96 | 5/13/2022 | Exhibit 111 Truist Securities PMK, Jeffrey Utz | MUSK-PAMPENA-0032213 | | | |
| 97 | 5/13/2022 | Exhibit 162 Elon Musk (Tweet) | PLAINTIFFS-000214 | | | |
| 98 | 5/13/2022 | Exhibit 163 Elon Musk  (Tweet) | MUSK-PAMPENA-0682813 | | | |
| 99 | 5/13/2022 | Exhibit 164 Elon Musk (Email) | MUSK-PAMPENA-0020524 | | | |
| 100 | 5/13/2022 | Exhibit 165 Elon Musk (Tweet) | PLAINTIFFS-000216 | | | |
| 101 | 5/13/2022 | Exhibit 39 Jared Birchall (Email) | MUSK-PAMPENA-0239305 | | | |
| 102 | 5/13/2022 | Exhibit 46 Jared Birchall (Email) | MUSK-PAMPENA-0239374 | | | |
| 103 | 5/13/2022 | Exhibit 69 Wedbush PMK, Leslie Lippai (Tesla Company Report) | n/a | | | |
| 104 | 5/13/2022 | Exhibit 8 Martin Korman | MUSK-PAMPENA-0241679 | | | |
| 105 | 5/13/2022 | Exhibit 8 Stacey Fix Conti (Email) | MUSK-PAMPENA-0240126 | | | |
| 106 | 5/13/2022 | Lehn Exhibit 235 (Levine Article - Matt Levine's Money Stuff: Elon Musk Trolls Twitter) | n/a | | | |
| 107 | 5/13/2022 | Email - Hello from AP | MUSK-PAMPENA-0017054 | | | |
| 108 | 5/13/2022 | Email - request for comment | MUSK-PAMPENA-0017006 | | | |
| 109 | 5/13/2022 | Exhibit 236 Kenneth Lehn (Citi) | n/a | | | |
| 110 | 5/13/2022 | Exhibit 237 Kenneth Lehn (CFRA) | n/a | | | |
| 111 | 5/13/2022 | Guggenheim Securties - Daily MIC Elon Musk Tweets Twitter Deal is on Hold | n/a | | | |
| 112 | 5/13/2022 | Email - Korman to Ringler | MUSK-PAMPENA-0407477 | | | |
| 113 | 5/13/2022 | Exhibit 6 Emmy Anargyros (Slack Channel Thread) | MUSK-PAMPENA-0675937 | | | |
| 114 | 5/13/2022 | Tweet | MUSK-PAMPENA-0001814 | | | |
| 115 | 5/13/2022 | Email | MUSK-PAMPENA-0884828 | | | |
| 116 | 5/14/2022 | Exhibit 166 Elon Musk (Tweet) | PLAINTIFFS-000219 | | | |
| 117 | 5/15/2022 | Exhibit 167 Elon Musk (Email) | MUSK-PAMPENA-0036782 | | | |
| 118 | 5/15/2022 | Exhibit 168 Elon Musk (Tweet) | MUSK-PAMPENA-0036237 | | | |
| 119 | 5/16/2022 | Agrawal Tweets | PLAINTIFFS-000220 | | | |
| 120 | 5/16/2022 | Exhibit 169 Elon Musk (All-in Summit transcript) | MUSK-PAMPENA-0700654 | | | |
| 121 | 5/16/2022 | Exhibit 170 Elon Musk (Tweets) | n/a | | | |
| 122 | 5/16/2022 | Exhibit 49 Jared Birchall (Email) | MUSK-PAMPENA-0239382 | | | |
| 123 | 5/16/2022 | Exhibit 70 Wedbush PMK, Leslie Lippai (Tesla Company Report) | n/a | | | |
| 124 | 5/16/2022 | Exhibit 71 Wedbush PMK, Leslie Lippai  (Tesla Company Report) | n/a | | | |
| 125 | 5/16/2022 | Jeffries Equity Research - Twitter Look for a Scapegoat; Lower Bid to Come? | n/a | | | |

| 126 | 5/16/2022 | All-In Summit - Elon Musk | https://www.youtube.com/watch?v=CnxzrX9tNoc | | | |
|---|---|---|---|---|---|---|
| 127 | 5/16/2022 | Email | MUSK-PAMPENA-0886616 | | | |
| 128 | 5/17/2022 | CBS News Money Watch - Musk says | https://www.cbsnews.com/news/musk-twitter-buy-holdup-spam-proof/ | | | |
| 129 | 5/17/2022 | Exhibit 106 Bret Taylor (Tweet) | n/a | | | |
| 130 | 5/17/2022 | Exhibit 171 Elon Musk (Tweet) | PLAINTIFFS-000223 | | | |
| 131 | 5/17/2022 | Exhibit 173 Elon Musk (Email) | MUSK-PAMPENA-0689620 | | | |
| 132 | 5/17/2022 | Exhibit 44 Mike Ringler (Email) | MUSK-PAMPENA-0676524 | | | |
| 133 | 5/17/2022 | Exhibit 72 Wedbush PMK, Leslie Lippai (Tesla Company Report) | n/a | | | |
| 134 | 5/17/2022 | Email - Musk, Twitter, and Bots | MUSK-PAMPENA-0693508 | | | |
| 135 | 5/17/2022 | Email - FW: (OF Interest) Bloomberg: Elon Musk Does Not Care About Spam Bots | MUSK-PAMPENA-0808784 | | | |
| 136 | 5/18/2022 | Exhibit 50 Jared Birchall (Email) | MUSK-PAMPENA-0239383 | | | |
| 137 | 5/18/2022 | Tweet | n/a | | | |
| 138 | 5/19/2022 | Exhibit 48 Mike Ringler (Email) | MUSK-PAMPENA-0024070 | | | |
| 139 | 5/19/2022 | Exhibit 11 Bob Swan (Email) | MUSK-PAMPENA-0036235 | | | |
| 140 | 5/21/2022 | Exhibit 15 Martin Korman (Project Tundra Principals Meetings) | MUSK-PAMPENA-0241543 | | | |
| 141 | 5/21/2022 | Exhibit 49 Mike Ringler (Email) | MUSK-PAMPENA-0038892 | | | |
| 142 | 5/21/2022 | Exhibit 6 Yoel Roth | MUSK-PAMPENA-0685961 | | | |
| 143 | 5/21/2022 | Tweet | n/a | | | |
| 144 | 5/23/2022 | Exhibit 51 Mike Ringler (Email) | MUSK-PAMPENA-0038900 | | | |
| 145 | 5/23/2022 | Exhibit 73 Wedbush PMK, Leslie Lippai | n/a | | | |
| 146 | 5/24/2022 | Amendment No. 7 to Schedule 13D | MUSK-PAMPENA-0352249 | | | |
| 147 | 5/25/2022 | Exhibit 46 Ned Segal (Meeting Notes) | MUSK-PAMPENA-0687886 | | | |
| 148 | 5/25/2022 | Exhibit 65 Mike Ringler (Letter) | MUSK-PAMPENA-0424334 | | | |
| 149 | 5/26/2022 | Badawi Exhibit 216 | MUSK-PAMPENA-0360316 | | | |
| 150 | 5/26/2022 | Email - Re: [virtual call] Diligence Session | MUSK-PAMPENA-0572690 | | | |
| 151 | 5/26/2022 | Email - Re: [virtual call] Diligence Session | MUSK-PAMPENA-0572685 | | | |
| 152 | 5/27/2022 | Exhibit 14 Martin Korman (Letter) | MUSK-PAMPENA-0241539 | | | |
| 153 | 5/31/2022 | Exhibit 177 Elon Musk (Email) | MUSK-PAMPENA-0020318 | | | |
| 154 | 5/31/2022 | Exhibit 53 Mike Ringler (Letter) | MUSK-PAMPENA-0020319 | | | |
| 155 | 6/1/2022 | Exhibit 54 Mike Ringler (Letter) | MUSK-PAMPENA-0001806 | | | |
| 156 | 6/2/2022 | Exhibit 179 Elon Musk (Letter) | n/a | | | |
| 157 | 6/6/2022 | Exhibit 16 Martin Korman (Letter) | MUSK-PAMPENA-0241558 | | | |
| 158 | 6/7/2022 | Exhibit 55 Mike Ringler (SEC filing) | n/a | | | |
| 159 | 6/8/2022 | Guggenheim Securities - Daily MIC TWTR Sets Ambitious Goals | n/a | | | |
| 160 | 6/9/2022 | Exhibit 56 Mike Ringler (Email) | MUSK-PAMPENA-0407339 | | | |
| 161 | 6/11/2022 | Badawi Exhibit 217 | MUSK-PAMPENA-0897451 | | | |
| 162 | 6/11/2022 | Exhibit 47 Ned Segal (Email) | MUSK-PAMPENA-0687892 | | | |
| 163 | 6/13/2022 | Bond Angle - Plunging Tesla Stock to Split 3-1 | n/a | | | |
| 164 | 6/15/2022 | Exhibit 74 Wedbush PMK, Leslie Lippai (Tesla Company Report) | n/a | | | |
| 165 | 6/16/2022 | Exhibit 58 Mike Ringler (Email) | MUSK-PAMPENA-0397714 | | | |
| 166 | 6/16/2022 | Exhibit 67 Mike Ringler (Letter) | MUSK-PAMPENA-0368574 | | | |

| 167 | 6/16/2022 | Email - Fwd: Musk Will Take Questions from Twitter Employees - Twitter Should Answer His | MUSK-PAMPENA-0472877 | | | |
| 168 | 6/16/2022 | Email - FW: CONFIDENTIAL: Project Tundra Data Room | MUSK-PAMPENA-0659679 | | | |
| 169 | 6/17/2022 | Exhibit 59 Mike Ringler (Letter) | MUSK-PAMPENA-0001706 | | | |
| 170 | 6/17/2022 | Silverstein Exhibit 40 (Email) | MUSK-PAMPENA-0689641 | | | |
| 171 | 6/17/2022 | Email - Thought this was worked out | MUSK-PAMPENA-0406773 | | | |
| 172 | 6/20/2022 | Exhibit 182 Elon Musk (Letter) | MUSK-PAMPENA-0001809 | | | |
| 173 | 6/20/2022 | Text Messages | MUSK-PAMPENA-0521772 | | | |
| 174 | 6/20/2022 | Exhibit 15 Dan Brahmy (Email) | MUSK-PAMPENA-1010623 | | | |
| 175 | 6/21/2022 | Exhibit 55 Jared Birchall (Email) | MUSK-PAMPENA-0239395 | | | |
| 176 | 6/21/2022 | Email - [Ext] Firehose available | MUSK-PAMPENA-0368613 | | | |
| 177 | 6/22/2022 | Exhibit 56 Jared Birchall (Email) | MUSK-PAMPENA-0239398 | | | |
| 178 | 6/22/2022 | Exhibit 57 Jared Birchall (Email) | MUSK-PAMPENA-0239403 | | | |
| 179 | 6/22/2022 | Email - Re: [Ext] Re: Firehose available | MUSK-PAMPENA-0368619 | | | |
| 180 | 6/22/2022 | Email - Fwd: Project X- Data Access | MUSK-PAMPENA-0257621 | | | |
| 181 | 6/25/2022 | Exhibit 17 Dan Brahmy (Email) | MUSK-PAMPENA-1010633 | | | |
| 182 | 6/26/2022 | Exhibit 68 Mike Ringler (Schedule 14A) | n/a | | | |
| 183 | 6/27/2022 | Exhibit 61 Jared Birchall (Email) | MUSK-PAMPENA-0239409 | | | |
| 184 | 6/29/2022 | Exhibit 19 Stacey Fix Conti (Letter) | MUSK-PAMPENA-0239970 | | | |
| 185 | 6/29/2022 | Message Report | MUSK-PAMPENA-0258008 | | | |
| 186 | 6/30/2022 | Email - Tundra - user metrics prep for 7/1 call | MUSK-PAMPENA-0474443 | | | |
| 187 | 6/30/2022 | Exhibit 60 Jared Birchall (Email) | MUSK-PAMPENA-0239408 | | | |
| 188 | 7/1/2022 | Badawi Exhibit 212 (Email) | MUSK-PAMPENA-0294201 | | | |
| 189 | 7/1/2022 | Badawi Exhibit 218 | MUSK-PAMPENA-0360329 | | | |
| 190 | 7/1/2022 | Exhibit 17 Brian Belgrave | BELGRAVE-000032 | | | |
| 191 | 7/1/2022 | Email - re: Just in | MUSK-PAMPENA-0256931 | | | |
| 192 | 7/5/2022 | Email - Interim Report + Suspension Analysis | MUSK-PAMPENA-0256913 | | | |
| 193 | 7/6/2022 | Exhibit 61 Mike Ringler (E-mail) | MUSK-PAMPENA-1021078 | | | |
| 194 | 7/7/2022 | Exhibit 183 Elon Musk (Email) | MUSK-PAMPENA-0019848 | | | |
| 195 | 7/7/2022 | Exhibit 75 Wedbush PMK, Leslie Lippai (Tesla Company Report) | n/a | | | |
| 196 | 7/8/2022 | Exhibit 185 Elon Musk (Text Messages) | n/a | | | |
| 197 | 7/8/2022 | Exhibit 62 Mike Ringler (Letter) | MUSK-PAMPENA-0015128 | | | |
| 198 | 7/10/2022 | Exhibit 107 Bret Taylor (Tweet) | PLAINTIFFS-000227 | | | |
| 199 | 7/10/2022 | Exhibit 112 Truist Securities PMK, Jeffrey Utz (Equity Research) | n/a | | | |
| 200 | 7/10/2022 | Jeffries Equity Research - Painful Breakup, Stock Trapped in Short-Term | n/a | | | |
| 201 | 7/11/2022 | S&P Global Research Update - Twitter Inc. 'BB+' Ratings Remain on CreditWatch | n/a | | | |
| 202 | 7/11/2022 | Guggenheim Securities - Daily MIC TWTR, Musk Set for Unprecented Legal Battle | n/a | | | |
| 203 | 7/11/2022 | JMP Company Update - We're Headed to Court: Mr. Musk Seeks to Terminate the Twitter Acquisition | n/a | | | |
| 204 | 7/12/2022 | Twitter, Inc., v. Musk Verified Complaint | MUSK-PAMPENA-0026846 | | | |
| 205 | 7/12/2022 | Piper Sandler Company Note - Failure to Launch: Recasting Thesis Following Termination Notice | n/a | | | |
| 206 | 7/13/2022 | Exhibit 76 Wedbush PMK, Leslie Lippai (Twitter Company Report) | n/a | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 207 | 7/14/2022 | Rosenblatt Securities - TWTR: It's Happy Hour, and Musk is Buying | n/a | | | |
| 208 | 7/18/2022 | Wells Fargo Equity Research Company Update - TWTR: All Sales Final? | n/a | | | |
| 209 | 7/19/2022 | Exhibit 113 Truist Securities PMK, Jeffrey Utz | MUSK-PAMPENA-0033290 | | | |
| 210 | 7/20/2022 | Bond Angle - Finally, Hopeful News for Twitter Bondholders | n/a | | | |
| 211 | 7/22/2022 | Exhibit 114 Truist Securities PMK, Jeffrey Utz | MUSK-PAMPENA-0033487 | | | |
| 212 | 7/22/2022 | JMP Twitter, Inc. 2Q2 Results: Model Update | n/a | | | |
| 213 | 8/4/2022 | Exhibit 81 Wedbush PMK, Leslie Lippai (Twitter Company Report) | n/a | | | |
| 214 | 8/7/2022 | Exhibit 14 Yoel Roth | MUSK-PAMPENA-0577241 | | | |
| 215 | 8/7/2022 | Exhibit 4 Yoel Roth | MUSK-PAMPENA-0686081 | | | |
| 216 | 8/9/2022 | Exhibit 15 Jared Birchall (Tweets) | MUSK-PAMPENA-0239029 | | | |
| 217 | 8/10/2022 | Exhibit 80 Wedbush PMK, Leslie Lippai (Twitter Company Report) | n/a | | | |
| 218 | 8/12/2022 | Exhibit 188 Elon Musk ((DE) Musk Supp. R&Os to Pltf's Interogatories Set Two) | MUSK-PAMPENA-0025071 | | | |
| 219 | 8/29/2022<br>8/29/2022<br>9/2/2022<br>9/4/2022<br>9/9/2022<br>9/21/2022 | Exhibit 87 Elon Musk (Text Messages) | MUSK-PAMPENA-0021400<br>MUSK-PAMPENA-0021499<br>MUSK-PAMPENA-0021504<br>MUSK-PAMPENA-0021506<br>MUSK-PAMPENA-0024974<br>MUSK-PAMPENA-0025016 | | | |
| 220 | 9/23/2022 | Wells Fargo Company Update - TWTR: Not Budging for Mudge | n/a | | | |
| 221 | 10/2/2022 | Expert Report of John Coates IV | MUSK-PAMPENA-1022308 | | | |
| 222 | 10/3/2022 | Exhibit 82 Wedbush PMK, Leslie Lippai (Amended Schedule 13D) | n/a | | | |
| 223 | 10/4/2022 | Exhibit 25 Jack Dorsey (Article - "Elon Musk Proposes Closing Twitter Deal on Original Terms") | n/a | | | |
| 224 | 10/5/2022 | Rosenblatt Securities Company Update - TWTR: PT Upped for a Done Deal | n/a | | | |
| 225 | 10/27/2022 | Exhibit 26 Jack Dorsey (Schedule 13D) | n/a | | | |
| 226 | 12/1/2022 | Exhibit 195 Elon Musk (Tweet) | PLAINTIFFS-000294 | | | |
| 227 | 2/2/2023 | Exhibit 193 Elon Musk (Tweet) | n/a | | | |
| 228 | 4/12/2023 | BBC News - Elon Musk says he was forced to buy Twitter for legal reasons | https://www.youtube.com/watch?v=MHTc77PTLVl | | | |
| 229 | 4/12/2023 | BBC News - Interview with Elon Musk | https://www.bbc.com/news/av/world-us-canada-65249139 | | | |
| 230 | 12/11/2023 | Exhibit 194 Elon Musk (Tweet) | n/a | | | |
| 231 | 2/10/2024 | Order compelling Musk SEC Testimony | n/a | | | |
| 232 | 2/28/2024 | Defendant's Amended Responses to Plaintiffs' First Set of Requests for Admissions | n/a | | | |
| 233 | 3/18/2024 | Musk R&Os to RFP (1) | n/a | | | |
| 234 | 3/18/2024 | Musk R&Os to SROG (1) | n/a | | | |
| 235 | 4/8/2024 | Musk R&Os to RFP (2) | n/a | | | |
| 236 | 4/22/2024 | Musk R&Os to RFP (3) | n/a | | | |
| 237 | 4/22/2024 | Musk R&Os to SROG (2) | n/a | | | |
| 238 | 5/22/2024 | Exhibit 18 David Tabak (Expert Report) | n/a | | | |
| 239 | 5/22/2024 | Tabak Expert Report Exhibit 1 | n/a | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 240 | 5/22/2024 | Tabak Expert Report Exhibit 2 | n/a | | | |
| 241 | 5/22/2024 | Tabak Expert Report Exhibit 3 | n/a | | | |
| 242 | 5/22/2024 | Tabak Expert Report Exhibit 4 | n/a | | | |
| 243 | 5/22/2024 | Tabak Expert Report Exhibit 5 | n/a | | | |
| 244 | 5/22/2024 | Tabak Expert Report Exhibit 6a | n/a | | | |
| 245 | 5/22/2024 | Tabak Expert Report Exhibit 6b | n/a | | | |
| 246 | 5/22/2024 | Tabak Expert Report Exhibit 7 | n/a | | | |
| 247 | 5/22/2024 | Tabak Expert Report Exhibit 8a | n/a | | | |
| 248 | 5/22/2024 | Tabak Expert Report Exhibit 8b | n/a | | | |
| 249 | 5/22/2024 | Tabak Expert Report Exhibit 8c | n/a | | | |
| 250 | 5/22/2024 | Tabak Expert Report Exhibit 9 | n/a | | | |
| 251 | 5/22/2024 | Tabak Expert Report Exhibit 10a | n/a | | | |
| 252 | 5/22/2024 | Tabak Expert Report Exhibit 10b | n/a | | | |
| 253 | 5/22/2024 | Tabak Expert Report Exhibit 11a | n/a | | | |
| 254 | 5/22/2024 | Tabak Expert Report Exhibit 11b | n/a | | | |
| 255 | 5/22/2024 | Tabak Expert Report Exhibit 12a | n/a | | | |
| 256 | 5/22/2024 | Tabak Expert Report Exhibit 12b | n/a | | | |
| 257 | 9/5/2024 | Musk R&Os to RFP (4) | n/a | | | |
| 258 | 10/29/2024 | Musk R&Os to RFP (5) | n/a | | | |
| 259 | 12/14/2024 | Exhibit 29 PWC PMK, Daniel Zwarn | n/a | | | |
| 260 | 1/13/2025 | Musk R&Os to RFA (1) | n/a | | | |
| 261 | 2/6/2025 | Exhibit 61 to Plaintiffs' Second Set of RFAs - Tesla Unadjusted Common Stock Prices | n/a | | | |
| 262 | 2/6/2025 | Exhibit 60 to Plaintiffs' Second Set of RFAs - Twitter Common Stock Prices | n/a | | | |
| 263 | 2/28/2025 | Musk Amended R&Os to RFA (1) | n/a | | | |
| 264 | 3/10/2025 | Musk R&Os to RFA (2) | n/a | | | |
| 265 | 3/18/2025 | Musk Second Amended R&Os to RFA Nos. 46 and 141 | n/a | | | |
| 266 | 3/31/2025 | Musk R&Os to RFA (3) | n/a | | | |
| 267 | 3/31/2025 | Musk R&Os to RFA (4) | n/a | | | |
| 268 | 3/31/2025 | Musk R&Os to SROG (3) | n/a | | | |
| 269 | 3/31/2025 | Musk R&Os to SROG (4) | n/a | | | |
| 270 | 4/1/2025 | Musk Amended R&Os to SROG (3) | n/a | | | |
| 271 | 4/17/2025 | Exhibit 98 Bret Taylor (Complaint) | n/a | | | |
| 272 | 5/2/2025 | Tabak Expert Report Exhibit 1 | n/a | | | |
| 273 | 5/2/2025 | Tabak Expert Report Exhibit 2 | n/a | | | |
| 274 | 5/2/2025 | Tabak Expert Report Exhibit 3 | n/a | | | |
| 275 | 5/2/2025 | Tabak Expert Report Exhibit 4a | n/a | | | |
| 276 | 5/2/2025 | Tabak Expert Report Exhibit 4b | n/a | | | |
| 277 | 5/2/2025 | Tabak Expert Report Exhibit 4c | n/a | | | |
| 278 | 5/2/2025 | Tabak Expert Report Exhibit 4d | n/a | | | |
| 279 | 5/2/2025 | Tabak Expert Report Exhibit 5a | n/a | | | |
| 280 | 5/2/2025 | Tabak Expert Report Exhibit 5b | n/a | | | |
| 281 | 5/2/2025 | Tabak Expert Report Exhibit 6a | n/a | | | |
| 282 | 5/2/2025 | Tabak Expert Report Exhibit 6b | n/a | | | |

| 283 | 5/2/2025 | Tabak Expert Report Exhibit 7 | n/a | | | |
|---|---|---|---|---|---|---|
| 284 | 5/7/2025 | Exhibit 94 Elon Musk (Isaacson book - "I made an offer") | n/a | | | |
| 285 | 5/19/2025 | Exhibit 158 Elon Musk  (Isaacson - "Hot and Cold") | n/a | | | |
| 286 | 5/19/2025 | Exhibit 189 Elon Musk (Isaacson book - "Uncertainty") | n/a | | | |
| 287 | 5/19/2025 | Exhibit 192 Elon Musk (Isaacson book - "The Takeover") | n/a | | | |
| 288 | 5/28/2025 | Badawi Exhibit 209 (Expert Report) | n/a | | | |
| 289 | 5/28/2025 | Davis Exhibit 196 (Expert Report) | n/a | | | |
| 290 | 5/28/2025 | Davis Expert Report Exhibit A | n/a | | | |
| 291 | 5/28/2025 | Davis Expert Report Exhibit B | n/a | | | |
| 292 | 5/28/2025 | Exhibit 223 Emily Strauss (Expert Report) | n/a | | | |
| 293 | 5/28/2025 | Strauss Expert Report Exhibit A | n/a | | | |
| 294 | 5/28/2025 | Strauss Expert Report Exhibit B | n/a | | | |
| 295 | 5/28/2025 | Strauss Expert Report Exhibit C | n/a | | | |
| 296 | 7/8/2025 | Spiro Declaration in Response to the Court's June 26, 2025 Order filed 8/12/2025 DKT.242 | n/a | | | |
| 297 | 7/18/2025 | Exhibit 243 Tabak Supp. Expert Report | n/a | | | |
| 298 | 7/18/2025 | Tabak Expert Report Backup Materials: NEW TWTR Option Inflation | n/a | | | |
| 299 | 7/21/2025 | Musk Supp. R&Os to RFA Nos. 229 & 383-386 | n/a | | | |
| 300 | 7/22/2025 | Musk Supp. Response to Interrogatory No. 19 | n/a | | | |
| 301 | 7/28/2025 | Musk R&Os to RFA Nos. 388-389 | n/a | | | |
| 302 | 10/23/2025 | Musk R&Os to SROG No. 22 | n/a | | | |
| 303 | | Lead Plaintiffs Sales, summary exhibit | n/a | | | |
| 304 | | Exhibit 5 Emmy Anargyros | MUSK-PAMPENA-0675931 | | | |
| 305 | | Exhibit 11 Emmy Anargyros | MUSK-PAMPENA-0675581 | | | |
| 306 | | Exhibit 13 Emmy Anargyros | MUSK-PAMPENA-0675589 | | | |
| 307 | | Exhibit 15 Emmy Anargyros | MUSK-PAMPENA-0675700 | | | |
| 308 | | Exhibit 18 Kate Claassen | MUSK-PAMPENA-0678070 | | | |
| 309 | | Exhibit KK to Stephen Broom Declaration in Support of Defendnat Musk Motion for Summary Judgment (Diligence Tracker) | n/a | | | |
| 310 | 4/22/2022 | Email re Elon Mtg Raw Notes | MUSK-PAMPENA-0057177 | | | |
| 311 | | Exhibit 1 to Walter Isaacson Deposition | n/a | | | |
| 500 | No Date | Schedule A to Defendants and Counterclaim Plaintiffs Revised First Notice of Rule 30(b)(6) Deposition of Twitter, Inc. | No Bates | | | |
| 501 | No Date | Spam in mDAU Guidelines | TWTR_000096612-96613 | | | |
| 502 | No Date | Source Code re Sampling mDAU | TWTR_000166074-166079 | | | |
| 503 | No Date | Anargyros notes re good for a discussion with Yoel & team | TWTR_000098392-98397 | | | |
| 505 | No Date | Twitter Account Hero Floki | No Bates | | | |
| 507 | No Date | Account Sign-Up Bot Deprecation Pros/Cons | TWTR_000119527-119533 | | | |
| 508 | No Date | Substantial changes in the Q1'22 10-Q | TWTR_000150411-150412 | | | |
| 509 | Various | Brian Belgrave Trading Records | BELGRAVE-000001-31 | | | |
| 511 | Various | WhatsApp Chat | CYABRA_00000253-268 | | | |
| 512 | Various | Slack Messages | TWTR_000079519-79649 | | | |
| 513 | Various | Market Printouts | JGARRETT-000018-38 | | | |
| 514 | Various | TWTR Historical Data - May to October 2022 | No Bates | | | |

| 515 | 2/29/16 | Twitter, Inc. 2015 10-K | No Bates | | | |
|---|---|---|---|---|---|---|
| 516 | 2/27/17 | Twitter, Inc. 2016 10-K | No Bates | | | |
| 517 | 2/22/18 | Twitter, Inc. 2017 10-K | No Bates | | | |
| 518 | 2/20/19 | Twitter, Inc. 2018 10-K | No Bates | | | |
| 519 | 2/18/20 | Twitter, Inc. 2019 10-K | No Bates | | | |
| 520 | 2/17/21 | Twitter, Inc. 2020 10-K | No Bates | | | |
| 521 | 12/1/21 | Operating Review: December 2021 Call & 2022 Preview | TWTR_000201905-201910 | | | |
| 522 | 12/15/21 | Email from Li to Durban; Adams; Widmann et al. re Twitter - Update | SLP_MUSK_0007368-7388 | | | |
| 523 | 1/4/22 | Email fro Jira to Anargyros re [JIRA] Updates for TWS-4737: (Support) Tool to evaluate fake engagement - Twitter Service - Triage | TWTR_000058678-58680 | | | |
| 524 | 1/7/22 | Email from Agrawal to Zatko; Brand; Edgett; Fogarty re Memorandum for the record | TWTR_000210643-210644 | | | |
| 525 | 1/21/22 | Twitter, Inc., Separation Agreement and Release of All Claims | TWTR_000215472-25483 | | | |
| 526 | 1/25/22 | Email from Schmeiser to Agrawal; Doughty; Beykpour; Delorenzo re mDAU modeling risks | TWTR_000092165-92167 | | | |
| 527 | 1/31/22 | Handwritten Notes#: 160 re Ned | TWTR_000203705-203706 | | | |
| 528 | 2/2/22 | Letter from Sponzilli to Fogarty re Termination of Peiter "Mudge" Zatko | TWTR_000210528-210531 | | | |
| 529 | 2/10/22 | Twitter, Inc., Form 8-K | No Bates | | | |
| 530 | 2/10/22 | Twitter Q4 and Fiscal Year Shareholder Letter | No Bates | | | |
| 531 | 2/10/22 | Twitter Announces Fourth Quarter and Fiscal Year 2021 Results | No Bates | | | |
| 533 | 2/16/22 | Email from McRoberts to Beykpour; Brown; Schmeiser et al. re Deep Dive: [JIRA] UE-150761 twitter account | TWTR_000060911-60912 | | | |
| 534 | 3/10/22 | Email from Durban to Adams; Widmann et al. re Twitter User / Engagement over time | TWTR_000164748-164750 | | | |
| 536 | 3/29/22 | Email from Roth to Faibish; Nuland re FB Follow up: Implementation of Trusted Notifier Model | TWTR_000052508-52512 | | | |
| 539 | 4/13/22 | Twitter, Inc. - Amendment No. 2 to Schedule 13DA | MUSK-PAMPENA-0527029-527035 | | | |
| 540 | 4/14/22 | Email from Bessinger Segal; Kaiden; Cope re mDAU Figures Recast | TWTR_000148984-148985 | | | |
| 541 | 4/18/22 | Slack Messages | TWTR_000085456 | | | |
| 542 | 4/20/22 | RBC Direct Investing Inc. - Order Execution Only Account | JGARRETT-000001-17 | | | |
| 544 | 4/23/22 | Email from O'Keeffe to Armstrong; Grimes re New letter | MSCO-0057721-57722 | | | |
| 547 | 4/24/22 | Letter Agreement re Financial Advisement | MUSK-XHOLDINGS_00000001-5 | | | |
| 549 | 4/25/22 | SEC Exhibit 99.H to Schedule 13D | No Bates | | | |
| 550 | 4/25/22 | SEC Exhibit 99.I to Schedule 13D | No Bates | | | |
| 551 | 4/25/22 | SEC Exhibit 99.J to Schedule 13D | No Bates | | | |
| 553 | 4/25/22 | RBC Direct Investing Inc. - Order Execution Only Account | PRICE-000001-13 | | | |
| 554 | 4/25/22 | Agreement and Plan of Merger by and among X Holdings and Twitter, Inc. | MUSK-PAMPENA-0241568-241652 | | | |
| 555 | 4/25/22 | Letter from Goldman Sachs to Twitter Board of Directors re Twitter | GS_TWTR_00007112-7115 | | | |
| 556 | 4/29/22 | DEFA14A (Proxy Statement) of Twitter Inc. | No Bates | | | |
| 557 | 5/1/22 | Claassen email to Birchall; Grimes; Tay re X Investor Call schedule and key messages | MUSK-PAMPENA-0933334-933335 | | | |

| 558 | 5/2/22 | Twitter, Inc. - 10-Q | MUSK-PAMPENA-0258473-258552 | | | |
| 559 | 5/3/22 | Draft Project Lame Duck | MUSK-PAMPENA-0569929-569930 | | | |
| 561 | 5/4/22 | Letter from Musk to Gadde re Access to Information | TWTR_000189231-18232 | | | |
| 563 | 5/6/22 | Email from Segal to Hayes re Potential discussion topics | MUSK-PAMPENA-0468340-468342 | | | |
| 565 | 5/8/22 | Text Messages between Musk, Grimes, and Self | No Bates | | | |
| 566 | 5/8/22 | Email from Birchall to Essaid; Lynch; Astier et al. re Trading | MUSK-XHOLDINGS_00021789-21814 | | | |
| 567 | 5/9/22 | Diligence Tracker | MUSK-PAMPENA-0270157 | | | |
| 571 | 5/11/22 | Email from Unknown to Taylor; Agrawal re Text Messages | TWTR_000094948 | | | |
| 572 | 5/12/22 | E mail from Mayr to Armstrong; Grimes; Claassen et al. re  X | Data Room Index | MUSK-PAMPENA-0804710-804742 | | | |
| 573 | 5/12/22 | Text Messages between Musk, Kives, and Self | No Bates | | | |
| 574 | 5/12/22 | Slack Messages | TWTR_000087773-87783 | | | |
| 575 | 5/12/22 | Consolidated Equity Syndication Log | MUSK-PAMPENA-0883955 | | | |
| 576 | 5/12/22 | Meeting Invite from Claassen to Birchall; Spiro; Armstrong et al. re X Diligence with T re: financials and users | MUSK-PAMPENA-1010977 | | | |
| 577 | 5/12/22 | Email from Fox to Conti; Salfiti; Segal; GS-Twitter-Core re Tundra|Diligence Discussion | GS_TWTR_00010932-10938 | | | |
| 579 | 5/12/22 | Email from Villarreal to Agrawal; Segal; Gadde et al. re Project Tundra I Trading Update I May 11 | GS_TWTR_00005655-5668 | | | |
| 580 | 5/13/22 | Twitter, Inc. - Schedule 14A | MUSK-PAMPENA-0372478-372480 | | | |
| 581 | 5/13/22 | EM X Thread re Random Sampling Process for Bot Accounts | No Bates | | | |
| 582 | 5/13/22 | Text Messages between Birchall, Classen, and Self | No Bates | | | |
| 583 | 5/13/22 | Text Messages between Musk, Self, and Ressi | No Bates | | | |
| 584 | 5/13/22 | Parag Agrawal's Twitter thread of re Leadership and Decisions | No Bates | | | |
| 585 | 5/13/22 | Article: Do spam bots really comprise under 5% of Twitter users? Elon Musk wants to know | No Bates | | | |
| 587 | 5/13/22 | Slack Messages | TWTR_000090471-90476 | | | |
| 591 | 5/13/22 | Slack Messages | MUSK-PAMPENA-0239713-239717 | | | |
| 592 | 5/13/22 | Text Messages | TWTR_000198786 | | | |
| 593 | 5/13/22 | Email from Creamer to Silverstein; GS-Twitter-Core re Project Tundra Data Room | GS_TWTR_00028471-28473 | | | |
| 594 | 5/13/22 | Project X Diligence Call Notes (05.13.2022) | No Bates | | | |
| 595 | 5/13/22 | Project X Diligence Call Notes (05.13.2022) | No Bates | | | |
| 596 | 5/14/22 | Text Messages | TWTR_000079042 | | | |
| 597 | 5/15/22 | EM X Post re Daily Active Users | No Bates | | | |
| 598 | 5/15/22 | Fishkin Twitter Posts | No Bates | | | |
| 599 | 5/15/22 | Article: SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam | No Bates | | | |

| 603 | 5/17/22 | Email from Claassen to Ringler re Project Tundra Data Room | MUSK-PAMPENA-0375256-375261 | | | |
| 604 | 5/17/22 | Email from Mortman to Ringler re Fake Twitter users account for almost 14% | MUSK-PAMPENA-0392303 | | | |
| 605 | 5/17/22 | Email from Claassen to Ringler re Diligence Tracker | MUSK-PAMPENA-0375262 | | | |
| 606 | 5/17/22 | Email from Spiro to Ringler re Cyabra | SKADDEN_0032245-32249 | | | |
| 607 | 5/17/22 | Email from Brahmy to Spiro; Mortman re Cyabra | QE-MUSK_000005067-5070 | | | |
| 610 | 5/17/22 | Text Messages | TWTR_000079043 | | | |
| 611 | 5/17/22 | Email from Fox to Britton; Silverstein; Posnett re data room update | GS_TWTR_00036935 | | | |
| 613 | 5/18/22 | EM X Thread re Biden's Followers | No Bates | | | |
| 614 | 5/18/22 | Email from Doughty to Conti re Accepted: Finalize Spam Detection Document @ Wed May 18, 2022 3:35pm - 4:05pm (PDT) | TWTR_000042894 | | | |
| 615 | 5/19/22 | Email from Birchall to Musk; Spiro re Updated invitation: Call w/Trevor Davis - CounterAction (Data Analytics) @Thu May 19, 202210:30pm - 11:30pm - (EDT) (erm@spacex.com) | MUSK-PAMPENA-0024955 | | | |
| 616 | 5/19/22 | EM X Pot re Number of Bots Image | No Bates | | | |
| 617 | 5/19/22 | Tundra - Diligence Tracker | MUSK-PAMPENA-0375290 | | | |
| 618 | 5/19/22 | Email from Brahmy to Ringler; Nijjar; Mortman re Cyabra proposal | CYABRA_00000124-130 | | | |
| 619 | 5/19/22 | Email from Davis to Ringler; Spiro; Nijjar re Musk-Twitter: Draft | MUSK-PAMPENA-0257169-257171<br><br>MUSK-PAMPENA-0396757-396761 | | | |
| 620 | 5/19/22 | Email from Musk to Ringler re Your Deal Related Tweets | MUSK-PAMPENA-0382729-382730 | | | |
| 621 | 5/19/22 | Article: Twitter Deal Is Proceeding, Not 'On Hold,' Executives Tell Staff | No Bates | | | |
| 622 | 5/20/22 | Email from Jones to Davis; Ringler; Sahar re Tweet | MUSK-PAMPENA-0257387-257395 | | | |
| 624 | 5/21/22 | Email from Conti to Kaiden re Approval requested by Fri 5/20 -- Spam detection methodology (Privileged and confidential) | TWTR_000135898-135900 | | | |
| 625 | 5/21/22 | Meeting Invite from Segal to Ringler; Silverstein; jenniferz@twitter.com et al. re Diligence Session | MUSK-PAMPENA-0360309 | | | |
| 628 | 5/22/22 | Email from Davis to Jones re X- Notes from DD session re. False and Spam Accounts | MUSK-PAMPENA-0257131-0257137 | | | |
| 629 | 5/22/22 | Email from Jones to Brahmy; Jones re X notes from DD session re false and spam accounts | CYABRA_00000063-70 | | | |
| 630 | 5/22/22 | Email from Jones to Davis re X- Notes from DD session re. False and Spam Accounts | MUSK-PAMPENA-0257138-257143 | | | |
| 631 | 5/22/22 | Email from Davis to Therriault; Wiggins re MS notes from meeting with Twitter | MUSK-PAMPENA-0257049-0257055 | | | |
| 632 | 5/23/22 | Project X - Preliminary Report | MUSK-PAMPENA-0257834-257842 | | | |
| 634 | 5/24/22 | Email from Davis to Sahar; Ringler; Jones re X- Notes from DD session re. False and Spam Accounts | MUSK-PAMPENA-0257298-257307 | | | |
| 636 | 5/25/22 | Email from Musk to Allyn re FTC & DOJ just settled with Twitter in big user privacy case! | MUSK-PAMPENA-0017055 | | | |

| 637 | 5/25/22 | Email from Davis to Sahar re X- False and Spam Accounts | MUSK-PAMPENA-0257296 | | |
| 638 | 5/25/22 | Email from Miller to Faibish re [CONFLUENCE] Trust and Safety > User Label and Tweet Safety Label Guide | TWTR_000069034-69040 | | |
| 639 | 5/25/22 | Email from Brahmy to Ringler; Jones; Mortman et al. re Musk-Twitter | CYABRA_00000170-199 | | |
| 641 | 5/25/22 | Heresniak v. Musk and Twitter Class Action Complaint | No Bates | | |
| 644 | 5/26/22 | Article: Twitter shareholders sue Elon Musk and Twitter over chaotic deal | No Bates | | |
| 646 | 5/27/22 | Minutes of a Meeting of the Transcations Committee of the Board of Directors of Twitter, Inc. | TWTR_000000088-89 | | |
| 647 | 5/31/22 | Steve Garrett CMA Twitter Transactions | S_GARRETT-000001-2 | | |
| 649 | 6/1/22 | Diligence Tracker | MUSK-PAMPENA-0294549 | | |
| 652 | 6/3/22 | Diligence Tracker | No Bates | | |
| 653 | 6/6/22 | Twitter, Inc. - Amendment No. 8 to Schedule 13D | TWTR_000145584-145587 | | |
| 654 | 6/6/22 | Letter from Ringler to Gadde re Twitter | MUSK-PAMPENA-0001803-1805 | | |
| 656 | 6/8/22 | Text Messages between Musk, Self, and Steel | No Bates | | |
| 657 | 6/8/22 | Email from Sahar to Davis; Kurzenhauser re Project X- Data Diligence Tracker | MUSK-PAMPENA-0257167-0257168 | | |
| 658 | 6/9/22 | Email from Davis to Sahar;  Kurzenhauser re Project X- Data Diligence Tracker | MUSK-PAMPENA-0257682-257691 | | |
| 660 | 6/10/22 | Text Messages | TWTR_000079056 | | |
| 663 | 6/13/22 | Email from Sahar to Davis; Ringler; Kurzenhauser re Project X | MUSK-PAMPENA-0257731-257739 | | |
| 664 | 6/13/22 | Email from Sahar to Davis; Ringler; Kurzenhauser re Project X | MUSK-PAMPENA-0257794-257795 | | |
| 665 | 6/14/22 | Slack Messages | TWTR_000159015-159019 | | |
| 666 | 6/15/22 | Email from Sahar to Davis; Ringler; Kurzenhauser re Project X | MUSK-PAMPENA-0257804-257806 | | |
| 667 | 6/15/22 | Email from Ringler to Davis; Sahar; Jones; Kurzenhauser re Project X- Data Access | MUSK-PAMPENA-0257656-257658 | | |
| 668 | 6/15/22 | Users receiving no ad impressions | TWTR_000176132-176134 | | |
| 669 | 6/15/22 | 8.1.13.9 No-Impression Users Report | TWTR_000105229 | | |
| 670 | 6/16/22 | Email from Ringler to Birchall; Spiro; Rossman et al. re Project X - Data Access | MUSK-PAMPENA-0021660-21662 | | |
| 671 | 6/16/22 | Email from Davis to Sahar; Ringler; Kurzenhauser et al. re The Looker instance from Twitter | MUSK-PAMPENA-0257668-257669 | | |
| 672 | 6/16/22 | Internal Cyabra WhatsApp Messages | MUSK-PAMPENA-0258413-258428 | | |
| 673 | 6/16/22 | EM Notes 6/16/22 | TWTR_000119165 | | |
| 674 | 6/16/22 | Email from Segal to Hayes re re No-Impression Users - @nedsegal@twitter.com@jhayes@twitter... | TWTR_000133862 | | |
| 676 | 6/17/22 | Preliminary Proxy Statement on Schedule 14A | No Bates | | |
| 677 | 6/17/22 | Email from Kapur to Davis; Spiro; Musk Rio Team re Looping everyone here | MUSK-PAMPENA-0257645-257646 | | |
| 678 | 6/17/22 | Musk Text Messages | MUSK-PAMPENA-0021499 | | |

| 681 | 6/17/22 | Text Messages | TWTR_000079063 | | | |
|---|---|---|---|---|---|---|
| 687 | 6/22/22 | Email from Swan to Musk; Birchall; Ringler re prelim pro formas ... a work in process | MUSK-PAMPENA-0039013-39015 | | | |
| 688 | 6/22/22 | Email from Davis to Sahar re Project X- Data Access | MUSK-PAMPENA-0257619-257620 | | | |
| 689 | 6/22/22 | Email from Sahar to Davis re Further proof that this is not the normal data product | MUSK-PAMPENA-0257677 | | | |
| 690 | 6/22/22 | Email from Birchall to Swan; Claassen; Ringler re pro forma | MSCO-0106493 | | | |
| 691 | 6/23/22 | Email from Davis to Sahar; Ringler re Project X- Suspended Accounts | MUSK-PAMPENA-0257535-257536 | | | |
| 692 | 6/25/22 | Email from Claassen to LeBow; Florack; Jin et al. re  Project X - Weekly All-Hands Call | MUSK-PAMPENA-0813215-813218 | | | |
| 693 | 6/28/22 | Halo Report | MUSK-PAMPENA-0396958-396959 | | | |
| 694 | 6/28/22 | Email from Mettmann to Conti; Sahar; Chabria et al. re Project Tundra Data Room | MUSK-PAMPENA-0294234-294255 | | | |
| 696 | 6/29/22 | Text Messages | VALOR_00003123-3124 | | | |
| 698 | 6/30/22 | Email from Gracias to Sheftel re Intro | VALOR_00000172-174 | | | |
| 699 | 7/1/22 | Letter from Korman and Klein to Musk; Ringler; Nijjar; Kim re Twitter | MUSK-PAMPENA-0368595-368596 | | | |
| 700 | 7/1/22 | Email from Davis to Kapur; Therriault; Hagiz et al. re Just in | MUSK-PAMPENA-0256771 | | | |
| 701 | 7/1/22 | Email from Sahar to Davis; Therriault; Kapur et al. re New Twitter Spreadsheet | MUSK-PAMPENA-0257046 - 0257047 | | | |
| 702 | 7/1/22 | Email from Davis to Kapur re Concern - aside from meeting | MUSK-PAMPENA-0257721-257730 | | | |
| 705 | 7/1/22 | TWTR Historical Data | No Bates | | | |
| 706 | 7/1/22 | Email from Zheng to Agrawal, Segal and Conti re Tundra Data Room - 8.1.13.9 - User Metrics Supplemental | TWTR_000047646-47647 MUSK-PAMPENA-0474436-474437 | | | |
| 707 | 7/3/22 | Email from Brahmy to Hagiz; Spiro; Kercher et al. re Follow up on sampling/analysis | QE-MUSK_000004951-4959 | | | |
| 709 | 7/6/22 | Email from Musk to Murphy; Spiro re Financial Times query re: Parag | MUSK-PAMPENA-1011374 | | | |
| 710 | 7/6/22 | Diligence Tracker | MUSK-PAMPENA-0294549 | | | |
| 711 | 7/6/22 | Email from Korman to Sahar; Ringler re Mike to follow up | MUSK-PAMPENA-0368631 | | | |
| 712 | 7/7/22 | Email from Brand to Gadde re People org update | MUSK-PAMPENA-0487440-487441 | | | |
| 713 | 7/7/22 | Email from Hagiz to Davis; Therriault re Twitter spreadsheet | MUSK-PAMPENA-0256886-256888 | | | |
| 714 | 7/7/22 | Slack Messages | MUSK-PAMPENA-0258022-258023 | | | |
| 715 | 7/7/22 | Email from Rodin to Hagiz; Kapur; Kearns et al. re Phase 2 Update | MUSK-PAMPENA-1020486-1020488 | | | |
| 716 | 7/7/22 | Email from Musk to Ringler; Spiro; Birchall; Rossman re Seeing WaPo reporting about Twitter deal on ice over bots | MUSK-PAMPENA-0021514 | | | |

| 717 | 7/7/22 | Article: Twitter Lays Off Third of Recruiting Team | No Bates | | | |
|---|---|---|---|---|---|---|
| 718 | 7/7/22 | Email from Brahmy to Sahar; Spiro; Kercher et al. re Follow up on sampling/analysis | CYABRA_00000851-867 | | | |
| 719 | 7/8/22 | Email from Davis to Therriault; Hagiz re Twitter spreadsheet | MUSK-PAMPENA-0256788-256793 | | | |
| 720 | 7/8/22 | Email from Therriault to Hagiz; Davis re Update on Monetization and mDAU Growth | MUSK-PAMPENA-0257257-257258 | | | |
| 722 | 7/8/22 | Email from Silverstein to Korman; Klein; Vernace et al. re Project Tundra Data Room | GS_TWTR_00043973-43999 | | | |
| 723 | 7/8/22 | Bret Taylor Twitter Post | No Bates | | | |
| 724 | 7/8/22 | Twitter 8-K | No Bates | | | |
| 727 | 7/12/22 | DEFA14A (Proxy Statement) of Twitter Inc. | No Bates | | | |
| 728 | 7/15/22 | Letter from Korman and Klein to Ringler; Nijjar; Kim re Twitter | No Bates | | | |
| 729 | 7/18/22 | Project X - Final Report | MUSK-PAMPENA-0257705-257720 | | | |
| 730 | 7/22/22 | Exhibit 99.1 - Twitter Second Quarter '22 Results | No Bates | | | |
| 731 | 7/26/22 | Twitter, Inc. - Schedule 14 | No Bates | | | |
| 732 | 8/1/22 | DEFA14A (Proxy Statement) of Twitter Inc. | No Bates | | | |
| 733 | 8/4/22 | Defendants' Verified Counterclaims, Answer, and Affirmative Defenses to Plaintiff's Verified Complaint | No Bates | | | |
| 734 | 8/23/22 | EM X Post re Wasington Post Article on Spam Accounts | No Bates | | | |
| 735 | 8/29/22 | Letter from Ringler to Gadde re Twitter | MUSK-PAMPENA-0026908-26913 | | | |
| 736 | 9/9/22 | Twitter, Inc. - Amendment No. 11 to Schedule 13D | No Bates | | | |
| 737 | 10/2/22 | Appendix A to Expert Report of Emilio Ferrara, Ph.D. | MUSK-PAMPENA-0025624-25654 | | | |
| 738 | 10/2/22 | Appendix B to Expert Report of Emilio Ferrara, Ph.D. | MUSK-PAMPENA-0025655-25683 | | | |
| 739 | 10/2/22 | Appendix C to Expert Report of Emilio Ferrara, Ph.D. | MUSK-PAMPENA-0025684-25871 | | | |
| 740 | 10/2/22 | Appendix D to Expert Report of Emilio Ferrara, Ph.D. | MUSK-PAMPENA-0025872-25890 | | | |
| 741 | 10/2/22 | Expert Report of Emilio Ferrara, Ph.D. | No Bates | | | |
| 743 | 10/3/22 | Letter from Ringler to Korman and Klein re Twitter | No Bates | | | |
| 744 | 10/12/22 | Certification of Lead Plaintiff Pursuant to the Federal Securities | No Bates | | | |
| 746 | 12/12/22 | Joint Declaration in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel | No Bates | | | |
| 747 | 1/3/23 | Supplemental Certification of Steve Garrett | No Bates | | | |
| 748 | 8/11/24 | Amended Supplemental Certification of Steve Garrett | No Bates | | | |
| 749 | 1/21/25 | Plaintiffs' Responses and Objections to Defendant's First Set of Interrogatories (Nos. 1-12) | No Bates | | | |
| 750 | 8/12/25 | Plaintiffs' Further Responses and Objections to Defendant's Interrogatories (Nos. 1-2, 6, 13-14, 18-19, 21-23) | No Bates | | | |
| 751 | 4/17/22 | Text Messages | MUSK-PAMPENA-0636915-636919 | | | |

| 752 | 5/6/22 | Email from Britton to Segal; Agrawal; Gadde et al. re approach/ Q&A | MUSK-PAMPENA-0573989-573991 | | |
|-----|--------|------|------|---|---|
| 753 | 5/22/22 | Email from Segal to Gadde; Berland; Agrawal; Edgett re [virtual call] Diligence Session | MUSK-PAMPENA-0573315-573317 | | |
| 754 | 4/8/22 | Text Messages Between Musk and Agrawal | MUSK-PAMPENA-0521732-521733 | | |
| 755 | 4/24/22 | Text Messages Between Gadde and Agrawal | MUSK-PAMPENA-0521800 | | |
| 756 | 5/21/22 | Musk Twitter Thread | No Bates | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# APPENDIX 2

## PLAINTIFFS' TRIAL WITNESS LIST

| Witness | Anticipated Topic(s) |
| --- | --- |
| Adam Badawi | Plaintiffs' M&A Expert. |
| Alex Spiro | Involvement in the merger, Musk's May statements, Musk's retention of data scientists, Musk's information requests, closing of the merger, termination of executives. |
| Anthony Armstrong | Involvement in the merger, negotiation of the merger, Musk's May statements, correspondence with Twitter and re Twitter, financing for the merger. |
| Bret Taylor | Pre- and post-merger communications with Musk, Musk's attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price. |
| Brian Belgrave | Investment in Twitter stock, sales of Twitter stock, reliance, damages. |
| Christine Davis | Plaintiffs' accounting expert. |
| Daniel  Zwarn (PwC) | Twitter's SEC filings, auditing. |
| David Tabak | Plaintiffs' damages expert. |
| Egon Durban | Pre- and post-merger communications with Musk, Musk's attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price. |
| Elon Musk | Pre-merger conduct and communications related to Twitter, tweets re Twitter, the merger negotiation and agreement, interactions with Twitter and its employees, statements made between April and October 2022 related to the merger or Twitter, Musk's scienter, attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price, post-acquisition firing of executives. |
| Emily Strauss | Plaintiffs' securities markets expert. |
| (Jack Dorsey) | Background re Twitter, Twitter's operations and policies, pre- and post-merger communications with Musk, Investment in Twitter after merger closed. |
| (Jared Birchall) | Pre-merger conduct and communications with related to Twitter, the merger negotiation and agreement, interactions with Twitter and its employees, statements made between May and October 2022 related to the merger or Twitter, |

**PLAINTIFFS' TRIAL WITNESS LIST**

| | |
|---|---|
| | Musk's scienter, attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price. |
| (Jeffrey Utz (Truist)) | Twitter analyst reports. |
| John Garrett | Investment in Twitter stock, sales of Twitter stock, reliance, damages. |
| Kate Claassen | Involvement in the merger, negotiation of the merger, Musk's May statements, correspondence with Twitter and re Twitter, financing for the merger. |
| Katherine Martin | Communications regarding merger |
| (Leslie Lippai (Wedbush)) | Twitter analyst reports. |
| Martin Korman | Pre-merger conduct and communications related to Twitter, the merger negotiation and agreement, interactions with Twitter and its employees, statements made between May and October 2022 related to the merger or Twitter, correspondence with Musk's advisors, data and information requests, Musk's attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price. |
| (Michael Grimes) | Involvement in the merger, negotiation of the merger, Musk's May statements, correspondence with Twitter and re Twitter, financing for the merger. |
| Michael Ringler | Pre-merger conduct and communications related to Twitter, the merger negotiation and agreement, interactions with Twitter and its employees, Musk's statements made between May and October 2022 related to the merger or Twitter, data scientists, correspondence with Twitter, information requests, Musk's attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price. |
| Nancy Price | Investment in Twitter stock, sales of Twitter stock, reliance, damages. |
| Ned Segal | Pre- and post-merger communications with Musk, communications re information requests, Musk's attempt to terminate the merger, filing the Delaware lawsuit, Musk's attempts to renegotiate the merger price. |
| Parag Agrawal | Pre- and post-merger communications with Musk, communications re information requests, Musk's attempt to |

**PLAINTIFFS' TRIAL WITNESS LIST**

| | |
|---|---|
| | terminate the merger, filing the Delaware lawsuit, Musk's attempts to renegotiate the merger price. |
| Sean Edgett | Pre- and post-merger communications with Musk, communications re information requests, Musk's attempt to terminate the merger, filing the Delaware lawsuit, Musk's attempts to renegotiate the merger price. |
| Sean Lynch | Involvement in the merger, Musk's May-July statements, correspondence with Musk re Twitter, financing for the merger. |
| Stacey Fix Conti | Twitter's communications and conduct re information requests. |
| Vijaya Gadde | Background re Twitter, Twitter's operations and policies, importance of and experience with safety on platform, pre- and post-merger communications concerning Musk, communications with Musk's advisors re the merger, Musk's attempt to terminate the merger, the Delaware litigation, regulatory filings, Musk's attempts to renegotiate the merger price. |
| (Walter Isaacson) | Musk's biography. |
| (William Savitt) | Post-merger conduct and communications related to Twitter, the merger negotiation and agreement, interactions with Twitter and its employees, statements made between May and October 2022 related to the merger or Twitter, attempt to terminate the merger, the Delaware litigation, Musk's attempts to renegotiate the merger price. |
| Yoel Roth | Importance of and experience with safety on the platform, information requests by Musk, post-merger interactions with Musk, firing. |

# APPENDIX 3

**DEFENDANT'S TRIAL WITNESS LIST[1]**

| Name | Substance of Testimony |
|---|---|
| Elon Musk | Mr. Musk is the Defendant in this action.  Mr. Musk will testify about, among other things, the statements at issue in the case and the background related thereto; facts related to the truth of the statements at issue, including the basis for the challenged statements and the intended meaning of the challenged statements and whether the statements were materially misleading (i.e., whether in light of all publicly available information, including disclosures concerning the terms and status of the Twitter merger, the statements altered the total mix of information available to the market); his state of mind, intentions, and knowledge when making the challenged statements; facts related to his motives and good faith concerning the Merger and challenged statements. |
| Jared Birchall | Mr. Birchall is the head of Mr. Musk's family office, Excession LLC, and assisted Mr. Musk in connection with the Twitter Merger.  Defendant expects that Mr. Birchall will testify about the background to the Twitter Merger (including communications with Mr. Musk's advisors about the Merger and its terms), communications with Twitter concerning the Merger and Twitter's spam audit, Mr. Musk's efforts to exercise his information rights to obtain data from Twitter concerning the spam calculation, facts related to the truth of statements at issue in this case and Mr. Musk's knowledge and state of mind at the time he made them; facts related to Mr. Musk's post-signing Merger activities, including communications about the same. |
| Mike Ringler | Mike Ringler is an attorney, partner at Sullivan & Cromwell LLP (former of Skadden), and was Mr. Musk's lead deal lawyer on the Twitter Merger.  Defendant expects that Mr. Ringler will testify about, among other things, the background to the Twitter Merger, the Merger Agreement (including its terms, negotiation, and execution), facts relating to the truth of the statements at issue and Mr. Musk's knowledge and state of mind when he made them, Mr. Musk's efforts to exercise his information rights to obtain spam and bot information from Twitter and Twitter's responses therein, communications with Twitter pre- and post-signing the |

---

[1]  Defendant reserves all rights to amend or supplement this witness list, including but not limited to in response to witnesses disclosed by Plaintiffs or in response to Plaintiffs' presentation of evidence at trial.  Defendant also reserves all rights to call any witness identified on Plaintiffs' witness list or custodians of records as necessary to authenticate documents and evidence.

| | |
|---|---|
| | Merger Agreement, Mr. Musk's post-signing Merger-related activities, the termination of the Merger and subsequent events. |
| **Alex Spiro** | Alex Spiro is an attorney, partner at Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Mr. Musk.  Defendant expects that Mr. Spiro will testify, among other things, about the background to the Twitter Merger; the Merger Agreement; facts relating to the truth of the statements at issue and Mr. Musk's knowledge and state of mind when he made them, including Mr. Musk's communications with Twitter and efforts to exercise his information rights post-signing; Mr. Musk's efforts to obtain spam and bot information from Twitter; Mr. Musk's post-signing Merger-related activities, the termination of the Merger, subsequent litigation and resolution. |
| **Michael Grimes (via deposition designation)** | Michael Grimes was formerly a Managing Director and Head of Global Technology Investment Banking at Morgan Stanley; he served as one of Mr. Musk's lead bankers in the Twitter Merger. Defendant expects that Mr. Grimes will testify about the background to the Twitter Merger, including acquisition strategy; Merger-related financing; Morgan Stanley's need and attempt to obtain from Twitter certain information post-signing and related communications; facts related to the truth of the statements at issue, including his communications with Mr. Musk and the discovery of third-party spam analyses. |
| **Kate Claassen** | Kate Claassen is a Managing Director, Technology Investment Banking at Morgan Stanley and served as one of Mr. Musk's lead bankers in the Twitter Merger.  Defendant expects Ms. Claassen to testify about the background to the Twitter Merger; Merger-related financing, including Morgan Stanley's need post-signing to certain information from Twitter necessary for financing; communications with Twitter concerning spam and bots; Morgan Stanley's efforts to obtain certain information from Twitter; facts related to the truth of the statements at issue, including the discovery of third-party spam analyses. |
| **Anthony Armstrong** | Anthony Armstrong was formerly the Global Chairman of Technology M&A at Morgan Stanley and served as one of Mr. Musk's lead bankers in the Twitter Merger.  Defendant expects Mr. Armstrong to testify about the background to the Twitter Merger; Merger-related financing, including Morgan Stanley's need post-signing to certain information from Twitter necessary for financing; communications with Twitter concerning spam and bots; Morgan Stanley's efforts to obtain certain information from Twitter; facts related to the truth of the statements at issue and Mr. |

| | |
|---|---|
| | Musk's knowledge and state of mind concerning the same, including the discovery of third-party spam analyses. |
| **Kristina Salen (via deposition designation)** | Kristina Salen is the Chief Financial Officer at Booksy and interviewed for the position of transition CFO during the Twitter Merger.  Defendant expects Ms. Salen to testify about facts related to the truth of the statements at issue, including Twitter's post-signing diligence communications with Mr. Musk concerning its mDAU/spam audit process |
| **Dan Brahmy (via designation)** | Dan Brahmy is the President of Cyabra, a data science firm that Mr. Musk retained to test the accuracy of Twitter's disclosures in its 10-K and 10-Qs concerning the prevalence of false or spam accounts on its platform.  Defendant expects Mr. Brahmy to testify about facts related to the truth of the statements at issue, including Mr. Musk's exercise of his information rights and Twitter's responses. |
| **David Sielaff** | David Sielaff is a data scientist associated with the firm CounterAction retained in 2022 to test the accuracy of Twitter's disclosures its 10-K and 10-Qs concerning the prevalence of false or spam accounts on its platform.  Defendant expects Mr. Sielaff to testify about Mr. Musk's efforts to obtain and analyze information from Twitter related to the prevalence of false or spam accounts. |
| **Emilio Ferrera** | Emilio Ferrera is a computer scientist who was retained in 2022 to test the accuracy of Twitter's disclosures its 10-K and 10-Qs concerning the prevalence of false or spam accounts on its platform.  Defendant expects Dr. Ferrara to testify about matters relevant to scienter, including evidence produced by Twitter in the Delaware Action concerning the prevalence of false or spam accounts on its platform. |
| **Robert Kaiden** | Robert Kaiden was the Chief Accounting Officer of Twitter.  Mr. Musk expects Mr. Kaiden to testify about matters relating to the truth of the statements at issue, including Twitter's calculation and disclosure of certain "key metrics" relating to users. |
| **Stacey Conti** | Stacey Conti was formerly the head of M&A Integration at Twitter and coordinated Twitter's post-signing diligence efforts. Defendant expects Ms. Conti to testify about facts related to the truth of the statements at issue, including Twitter's response to and positions regarding Mr. Musk's exercise of his information rights under the Merger Agreement. |

| | |
|---|---|
| **Martin Korman** | Martin Korman is an attorney and partner at Wilson Sonsini Goodrich & Rosati and served as Twitter's lead deal lawyer during the Merger. Defendant expects Mr. Korman to testify about the Merger Agreement's terms and negotiation; facts relating to the truth of the challenged statements; Twitter's post-signing communications with Mr. Musk's team; Mr. Musk's efforts to exercise his information rights post-signing and Twitter's response to and positions regarding the same. |
| **Emmy Anargyros (via deposition designation)** | Emmy Anargyros was a technical program manager for Twitter's Human Computation Team ("HCOMP") and was responsible for managing Twitter's spam audit process. Defendant expects Ms. Anargyros will testify about Twitter's spam/mDAU audit process and issues concerning its design, rigor, and accuracy. |
| **Parag Agrawal** | Parag Agrawal was formerly the Chief Executive Officer of Twitter. Defendant expects that Mr. Agrawal will testify about facts related to the truth of the statements at issue, including the terms of the Merger Agreement, communications with Mr. Musk and his team, Mr. Musk's efforts to exercise his information rights under the Merger Agreement and Twitter's response and position regarding the same; and Twitter's spam/mDAU audit process and representations. |
| **Ned Segal** | Ned Segal was formerly the Chief Financial Officer of Twitter. Defendant expects that Mr. Segal will testify about facts related to the truth of the statements at issue, including the terms of the Merger Agreement, communications with Mr. Musk and his team, Mr. Musk's efforts to exercise his information rights under the Merger Agreement and Twitter's response and position regarding the same; and Twitter's spam/mDAU audit process and representations. |
| **Jack Dorsey (via deposition designation)** | Jack Dorsey is the Founder, former Chief Executive Officer, and former Director of Twitter. Defendant expects Mr. Dorsey will testify about facts related to the truth of the statements at issue, including the background to the Merger, his communications with Mr. Musk about the Merger, and Twitter's spam audit process and representations. |
| **Egon Durban** | Egon Durban is a former Director of Twitter. Defendant expects Mr. Durban will testify about facts related to the truth of the statements at issue, including the background to the Twitter Merger and Twitter's spam/mDAU audit process and representations. |
| **William Savitt (via deposition designation)** | William Savitt is an attorney and partner at Wachtell, Lipton, Rosen & Katz and served as Twitter's lead litigation counsel in its lawsuit against Mr. Musk. Defendant expects Mr. Savitt will |

| | |
|---|---|
| | testify about Mr. Musk's information rights, and Mr. Musk's termination of the Merger and subsequent litigation. |
| **Stefani Silverstein (via deposition designation)** | Stefani Silverstein is a former Managing Director at Goldman Sachs and served as one of Twitter's lead bankers during the Merger.  Defendant expects Ms. Silverstein to testify about facts related to the truth of Mr. Musk's statements including Mr. Musk's exercise of his information rights and Twitter and Goldman Sach's positions and responses regarding the same. |
| **Leslie Lippai (via deposition designation)** | Leslie Lippai is an employee of Wedbush Securities and was designated as Wedbush's 30(b)(6) witness.  Defendant expects Ms. Lippai to testify about certain analyst reports Wedbush issued during the Class Period. |
| **John Garret** | John Garrett is a Class Representative and Plaintiff in this action.  Defendant intends to cross-examine Mr. Garrett. |
| **Nancy Price** | Nancy Price is a Class Representative and Plaintiff in this action.  Defendant intends to cross-examine Ms. Price. |
| **Brian Belgrave** | Brian Belgrave is a Class Representative and Plaintiff in this action.  Defendant intends to cross-examine Mr. Mr. Belgrave. |
| **Steve Garret (via deposition designation)** | Steve Garret is a former Class Representative.  Defendant expects Mr. Garret to testify about his decisions to trade Twitter securities during the Class Period. |
| **Professor Edward Rock** | Professor Edward Rock is a Professor at NYU School of Law and a rebuttal expert retained by Defendant.  Professor Rock will respond to and offer rebuttal to the testimony of Professor Adam Badawi and Professor Emily Strauss, assuming they are permitted to testify. |
| **Dr. Kenneth Lehn** | Dr. Kenneth Lehn is a Professor of Finance at the University of Pittsburg and a rebuttal expert retained by Defendant.  Dr. Lehn will respond to and offer rebuttal to the testimony of Plaintiffs' expert Dr. David Tabak, assuming Dr. Tabak is permitted to testify. |
| **Sean Lynch** | Mr. Lynch will testify about the Merger, financing, and related communications. |
| **Vijaya Gadde**[2] | Ms. Gadde is on Plaintiffs' witness list.  Defendant plans to cross-examine Ms. Gadde. |

---

[2]  Plaintiffs have identified on their witness list attorneys—both in-house and outside counsel—for Twitter, including Ms. Gadde (Twitter's Chief Legal Officer), Sean Edgett (Twitter's General Counsel), Martin Korman (Twitter's outside deal counsel), and Katherine Martin (Twitter's outside counsel).  Plaintiffs have also identified Twitter officers and directors who received legal advice in connection with the Merger.  Given these witnesses' roles at Twitter, Defendant anticipates that Plaintiffs may seek testimony into matters protected by the attorney client privilege and/or work product doctrine.  To avoid the disclosure of privileged information and limit disruption at trial, Defendant proposes that before these witnesses testify the parties identify any anticipated areas of testimony that may implicate privilege so that the Court can resolve any privilege issues in advance.

| | |
|---|---|
| **Bret Taylor** | Mr. Taylor is on Plaintiffs' witness list.  Defendant plans to cross-examine Mr. Taylor. |
| **Daniel Zwarn (PwC)** | Mr. Zwarn is on Plaintiffs' witness list.  Defendant plans to cross-examine Mr. Zwarn. |
| **Katherine Martin** | Ms. Martin is on Plaintiffs' witness list.  Defendant plans to cross-examine Ms. Martin. |
| **Jeffrey Utz (Truist) (Via deposition designation)** | Mr. Utz is on Plaintiffs' witness list.  Defendant reserves the right to cross-designate Mr. Utz's testimony. |
| **Sean Edgett** | Mr. Edgett is on Plaintiffs' witness list.  Defendant plans to cross-examine Mr. Edgett. |
| **Walter Isaacson (via deposition designation)** | Mr. Isaacson is on Plaintiffs' witness list.  Defendant reserves the right to cross-designate Mr. Isaacson's testimony. |
| **Yoel Roth** | Mr. Roth is on Plaintiffs' witness list.  Defendant plans to cross-examine Mr. Roth. |
| **Adam Badawi** | Mr. Badawi is Plaintiffs' "M&A expert" and appears on their witness list.  Defendant plans to cross-examine Mr. Badawi. |
| **Christine Davis** | Ms. Davis is Plaintiffs' "accounting expert" and appears on their witness list.  Defendant plans to cross-examine Ms. Davis. |
| **Emily Strauss** | Ms. Strauss is Plaintiffs' "securities markets expert" and appears on their witness list.  Defendant plans to cross-examine Ms. Strauss. |
| **David Tabak** | Dr. Tabak is Plaintiffs' "damages expert" and appears on their witness list.  Defendant plans to cross-examine Dr. Tabak. |