# EXHIBIT 11

# Musk names veteran banker Anthony Armstrong as xAI finance chief, FT says

By Reuters

October 6, 2025 10:16 PM PDT · Updated October 6, 2025

  



xAI and X logos are seen in this illustration taken, March 28, 2025. REUTERS/Dado Ruvic/Illustration Purchase Licensing Rights

Oct 6 (Reuters) - Elon Musk has named Anthony Armstrong, a former Morgan Stanley banker who advised him on the acquisition of X, as the new chief financial officer of his artificial intelligence group xAI, the Financial Times reported on Monday.

Armstrong will lead the finance operations for both xAI and social media platform X, the report said, citing several people familiar with the matter.

> Learn about the latest breakthroughs in AI and tech with the Reuters Artificial Intelligencer newsletter. Sign up here.

Veteran dealmaker Armstrong has been working with xAI for several weeks and was formally appointed the CFO in recent days, the newspaper said.

Advertisement · Scroll to continue

xAI and X did not immediately respond to a Reuters request for comment. Armstrong could not be immediately reached.

Musk launched xAI in 2023 to challenge Big Tech's AI push, accusing industry leaders of excessive censorship and lax safety standards.

Armstrong will also be responsible for steering the social media business back to financial stability following an exodus of advertisers after Musk relaxed its content moderation standards.

As Morgan Stanley's global head of tech M&A, Armstrong was part of the team Musk enlisted to manage the $44 billion purchase of Twitter in 2022. As the Morgan Stanley-financed deal took shape, Armstrong and Musk developed a close relationship, according to the report.



Earlier this year, Armstrong helped Musk oversee the Office of Personnel Management during his stint in Washington at the Department of Government Efficiency.

Armstrong will replace Mike Liberatore as finance chief of xAI. Liberatore left the artificial intelligence startup this year following clashes with members of Musk's inner circle over corporate structure and aggressive financial targets, the FT report said.

Armstrong's X account now features the xAI logo next to his name, indicating his new role as an employee.

His appointment as CFO comes amid a broader wave of executive departures. In July, X CEO Linda Yaccarino resigned, and over the summer, xAI's Liberatore and general counsel Robert Keele also left the company.

Additionally, X's finance chief Mahmoud Reza Banki exited after less than a year in the role, the FT report said.



We call them the 'Glasses for the Blind,' and they actually replicate what the guide dog for the blind does.

xAI is reportedly in discussions for a new funding round that could value the company at approximately $200 billion, though investors say the deal has not yet been finalized, the report added.

## Sponsored Content

Advertise Here

Reporting by Shivani Tanna in Bengaluru; Editing by Mrigank Dhaniwala and Sherry Jacob-Phillips

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Technology