# EXHIBIT 15

