COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Elle D. Lewis (SBN 238329)
*elewis@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Caroline A. Yuen (SBN 354388)
*cyuen@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
*fbottini@bottinilaw.com*
Aaron P. Arnzen (SBN 218272)
*aarnzen@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>[~~PROPOSED~~] **ORDER RE PLAINTIFFS' OMNIBUS-ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (OPPOSITIONS TO MOTIONS *IN LIMINE* 1-3)**<br><br>Date:        February 17, 2025<br>Time:        2:00 p.m.<br>Courtroom:   6, 17th Floor<br>Judge:       Hon. Charles R. Breyer |

Case No. 3:22-CV-05937-CRB

[~~PROPOSED~~] ORDER RE PLAINTIFFS' OMNIBUS-ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (OPPOSITIONS TO MOTIONS IN LIMINE 1-3)

AND NOW, upon consideration of Plaintiffs' Omnibus Administrative Motion to Consider Whether Another Party' Material Should be Sealed (Plaintiffs' Oppositions to Defendant's Motions *in Limine* 1-3), filed January 29, 2026, all responses and replies thereto, all authories cited therein, the evidence, arguments of counsel, and for other good cause known to the Court,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Omnibus-Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Oppositions to Motions *In Limine* 1-3) is GRANTED (IN PART) / DENIED (IN PART).

2. The requested portions of _____ shall be sealed.

**IT IS SO ORDERED.**

Dated:   February 2, 2026 _____          _____

　　　　　　　　　　　　　　　　　　　　HONORALBE CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

Case No. 3:22-CV-05937-CRB