QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Michael T. Lifrak (Bar No.  210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No.  314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No.  302830)
alexbergjans@quinnemanuel.com
865 S.  Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITIONS TO PLAINTIFF'S MOTIONS *IN LIMINE***<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

**[~~PROPOSED~~] ORDER**

Having considered Defendant Elon Musk's Administrative Motion to Seal, the Court hereby GRANTS (IN PART) / DENIES (IN PART) the Motion and ORDERS that the following materials shall be sealed:

<u>Material to Be Filed Under Seal Under 79-5(f)</u>

| Document | Description | Designating Party |
|---|---|---|
| Defendant's Opposition to the Motion *in Limine* No. 1 to Preclude Evidence of Certain Extraneous Legal Proceedings | Page 4:19-22 | Non Party Peiter Zatko |
| **Exhibit A** to the Bergjans Decl. filed in Support of Oppositions to Motions *in Limine* | Excerpts from the transcript of the deposition of Peiter Zatko, taken on September 30, 2022 | Non Party Peiter Zatko |
| Defendant's Opposition to the Motion *in Limine* No. 4 to Preclude Opinion, Testimony, Evidence, and Argument Concerning Fake or Spam Account Estimates | Page 2:16-19, 25 | Non Party Anthony Armstrong |
| **Exhibit I** to the Bergjans Decl. filed in Support of Oppositions to Motions *in Limine* | Excerpts from the transcript of the deposition of Anthony Armstrong, taken on September 22, 2022 | Non Party Anthony Armstrong |
| Defendant's Opposition to the Motion *in Limine* No. 5 to Admit Statements by Musk's Purported Agents | Page 5:14-16, 25 | Non Party Michael Grimes |
| **Exhibit C** to the Bergjans Decl. filed in Support of Oppositions to Motions *in Limine* | Excerpts from the transcript of the deposition of Michael Grimes, taken on September 15, 2022 | Non Party Michael Grimes |
| Defendant's Opposition to the Motion *in Limine* No. 2 to Preclude Defenses based on the Performance of Counsel | Page 2:22-24, 5:11-15 | Non-Parties listed below |
| **Exhibit F** to the Bergjans Decl. filed in Support of Oppositions to Motions *in Limine* | Excerpts from the transcript of the deposition of Marty Korman, taken on September 22, 2022 | Non Party Marty Korman |
| **Exhibit G** to the Bergjans Decl. filed in Support of | Excerpts from the transcript of the deposition of Parag | Non Party Parag Agrawal |

| | | |
|---|---|---|
| Oppositions to Motions *in Limine* | Agrawal, taken on October 3, 2022 | |
| **Exhibit H** to the Bergjans Decl. filed in Support of Oppositions to Motions *in Limine* | Excerpts from the transcript of the deposition of William Savitt, taken on May 19, 2025 | Non Party William Savitt |

**IT IS SO ORDERED**

Date:  February 2, 2026

_____

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

09172-
00004A/17745819.1

-2-                                                Case No. 3:22-CV-05937-CRB

[~~PROPOSED~~] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS IN SUPPORT OF OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE