QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
296 Fifth Avenue
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant Elon Musk*

COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone:  (858) 914-2001

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-005937-CRB<br><br>**STIPULATION REGARDING PHONE NUMBER REDACTIONS**: ORDER<br><br>Judge:  Hon. Charles R. Breyer<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

**STIPULATION**

On January 13, 2026, pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs Nancy Price, John Garrett, and Brian Belgrave (collectively, "Plaintiffs") filed an omnibus administrative motion seeking guidance on whether Plaintiffs' Motions in Limine Nos. 1–2 and 4–5, and the exhibits attached thereto, should be sealed or redacted.  Dkt. No. 352.

On January 26, 2026, the Court denied the motion.  Dkt. No. 356.

The Parties have since conferred regarding one of the referenced exhibits, Dkt. No. 350-14, a privilege log produced in *Twitter, Inc. v. Musk, et al.*, C.A. No. 2022-0613-KSJM (Del. Ch.) (the "Delaware Action").

Because this document contains personal phone numbers of third-party individuals, the Parties jointly request that the public version of the document be redacted to remove that information.

A proposed redacted version is submitted herewith.

DATED:  January 30, 2026

By       /s/ Alex Bergjans
QUINN EMANUEL URQUHART &
SULLIVAN LLP
Alex Spiro
Ellyde R. Thompson
Jesse A. Bernstein
Michael T. Lifrak
Stephen A. Broome
Alex Bergjans

*Attorneys for Defendant Elon Musk*

*(Signatures continued on next page)*

STIPULATION REGARDING PHONE NUMBER REDACTIONS

DATED:  January 30, 2026

By    /s/ Tyson Redenbarger

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
*fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*
Aaron Arnzen (SBN 218272)
*aarnzen@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Caroline Yuen (SBN 354388)
*CYuen@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

*Lead Counsel for Plaintiffs and the Class*

**~~PROPOSED~~ ORDER**

**ACCORDING TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.**

Dated:  February 2, 2026

HONORABLE CHARLES R. BREYER
SENIOR DISTRICT JUDGE

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories herein.

By  */s/ Alex Bergjans*
　　Alex Spiro
　　Ellyde R. Thompson
　　Jesse A. Bernstein
　　Michael T. Lifrak
　　Stephen A. Broome
　　Alex Bergjans

　　*Attorneys for Defendant Elon Musk*

STIPULATION REGARDING PHONE NUMBER REDACTIONS