MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Christopher Boran, *pro hac vice forthcoming*
christopher.boran@morganlewis.com
110 North Wacker Drive
Chicago, IL  60606-1511
Tel:    +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Proposed Intervenor
X CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELON R. MUSK,<br><br>　　　　　　Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**X CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**: ORDER<br><br>[Civil L.R. 7-11 and 79-5(f)]<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 7-11, 79-5(f), and Section I(F) of the General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer, proposed intervenor X Corp. hereby moves the Court to consider whether the documents listed below should be sealed. Non-Parties William Savitt and Bret Taylor have designated their deposition transcripts in this matter as confidential. Excerpts from the transcripts are filed herewith under seal. Redacted copies will be filed on the public docket, pending the Court's consideration of this Motion.

Because Non-Parties William Savitt and Bret Taylor have designated their respective deposition transcripts as confidential, they bear the responsibility to establish that the designated material is sealable under Local Rule 79-5(f)(3). X Corp. takes no position on these designations.

**Material to Be Filed Under Seal**

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 1 to the Declaration of Christopher J. Boran | Excerpts from the transcript of the deposition of Bret Taylor, taken on May 8, 2025 | Non-Party Brett Taylor |
| Exhibit 1 to the Declaration of Christopher J. Boran | Excerpts from the transcript of the deposition of William Savitt, taken on May 19, 2025 | Non-Party William Savitt |

Dated: January 30, 2026

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Eric Meckley
Eric Meckley
Christopher J. Boran
Attorneys for Proposed Intervenor
X CORP.

Date: February 2, 2026



IT IS SO ORDERED
Judge Charles R. Breyer

1

ADMINISTRATIVE MOTION TO SEAL
Case No. 3:22-CV-05937-CRB