MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Christopher Boran, *pro hac vice forthcoming*
christopher.boran@morganlewis.com
110 North Wacker Drive
Chicago, IL  60606-1511
Tel:     +1.312.324.1000
Fax:    +1.312.324.1001

Attorneys for Proposed Intervenor
X CORP.

LIST OF COUNSEL CONTINUED ON SECOND
PAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ELON R. MUSK,<br><br>　　　　　Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON X CORP.'S MOTION TO INTERVENE UNDER RULE 24**<br><br>[Civ. L.R. 6-2]<br><br>Judge: Hon. Charles R. Breyer |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (pro hac vice)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (pro hac vice)
Jessebernstein@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Tel: (212) 849-7000 / Fax: (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000 / Fax: (213) 443-3100

Attorneys for Defendant Elon Musk

COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

Lead Counsel for Plaintiffs and the Class

Pursuant to Civil Local Rule 6-2 and the supporting Declaration of Christopher J. Boran in Support of the Joint Stipulation to Shorten Time on X Corp.'s Motion to Intervene Under Rule 24 ("Boran Decl."), Lead Plaintiffs Nancy Price, John Garrett, and Brian Belgrave ("Plaintiffs"), Defendant Elon Musk ("Defendant"), and Proposed Intervenor X Corp. ("X Corp.") (Plaintiffs, Defendant, and X Corp. shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs' Trial Witness List filed with this Court on January 27, 2026, as Appendix 2 of the Joint [Proposed] Final Pre-Trial Order [Dkt. 358], discloses that Plaintiffs plan to present testimony at trial from certain former Twitter employees, executives, directors, and legal counsel, including: (1) former CEO Parag Agrawal, (2) former CFO Ned Segal; (3) former Chief Legal Officer Vijaya Gadde; (4) former General Counsel Sean Edgett; (5) former Head of Trust & Safety Yoel Roth; (6) former M&A Integration lead Stacey Fix Conti; former Board members (7) Egon Durban, (8) Brett Taylor, and (9) Jack Dorsey; and former outside legal counsel (10) Martin Korman, (11) William Savitt, and (12) Katie Martin.

WHEREAS, Defendant Musk is the Chairman of X Corp., formerly Twitter, Inc.

WHEREAS, X Corp. believes that the scope of anticipated testimony that Plaintiffs have disclosed for each of the above witnesses will implicate Twitter's attorney-client privileged communications and work product from 2022.

WHEREAS, such privileged information now belongs to X Corp. as a result of the 2022 merger and the express terms of the April 25, 2022 Merger Agreement.

WHEREAS, X Corp. has filed a Motion To Intervene Under Rule 24 ("Motion to Intervene") for the limited purpose of protecting X Corp.'s privileged information in connection with the upcoming trial.

WHEREAS, Defendant Musk consents to X Corp.'s Motion to Intervene.

WHEREAS, Plaintiffs do not believe their questioning of witnesses will elicit privileged information, believe that any participation by X Corp. at or in connection with trial will unduly complicate the proceedings, and oppose X Corp.'s Motion to Intervene.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

- 2 -                                    Case No. 3:22-CV-05937-CRB

WHEREAS, pursuant to Civil Local Rule 7-2(a) and the Court's Scheduling Notes, the Motion to Intervene would not be heard until March 6, 2026, at the earliest, which is after the February 23, 2026 trial date in this action.

WHEREAS, the Parties agree that the Motion to Intervene should be heard before the February 23, 2026 trial date.

WHEREAS, the Parties have conferred and stipulate and agree to accelerate the briefing and hearing date on X Corp.'s Motion to allow it to be heard prior to trial.

WHEREAS, X Corp. has not previously sought any modification of time in this action, as it is not a party.

WHEREAS, the accelerated briefing schedule and hearing date X Corp. requests herein will have no impact on the current case schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that Plaintiffs' Opposition to X Corp.'s Motion shall be due on or before February 10, 2026 and the motion shall be heard during the final pre-trial conference set for February 17, 2026 at 2:00 p.m.  No other moving, opposition or reply papers shall be submitted on the Motion to Intervene.

**IT IS SO STIPULATED.**

Dated: January 30, 2026                                           MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Eric Meckley*
     Eric Meckley
     Christopher Boran

     Attorneys for Proposed Intervenor
     X CORP.

Dated:  January 30, 2026                          QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP


                                                  By   */s/ Alex Bergjans*
                                                  _____
                                                       Alex Bergjans

                                                  Attorneys for Defendant
                                                  ELON R. MUSK


Dated:  January 30, 2026                          BOTTINI & BOTTINI, INC.


                                                  By   */s/ Aaron P. Arnzen*
                                                  _____
                                                       Aaron P. Arnzen

                                                  Attorneys for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO SHORTEN TIME ON X CORP.'S MOTION TO INTERVENE UNDER RULE 24

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 2, 2026

HONORABLE CHARLES R. BREYER
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 3:22-CV-05937-CRB

JOINT STIPULATION TO SHORTEN TIME ON X CORP.'S MOTION TO INTERVENE UNDER RULE 24