IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 22-cv-05937-CRB<br><br>**SCHEDULING ORDER** |

The Court orders as follows:

- The Pretrial Conference will be held on February 17, 2026.
- Jury selection will take place on February 19, 2026.
- The first day of trial will be March 2, 2026.[1]

**IT IS SO ORDERED.**

Dated: February 6, 2026

CHARLES R. BREYER
United States District Judge

---

[1] The Court is now unavailable the week of February 23, 2026.