IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al., | Case No. 22-cv-05937-CRB |
| Plaintiffs, | |
| v. | **ORDER EXCUSING UNAVAILABLE JURORS** |
| ELON MUSK, | |
| Defendant. | |

The Court has reviewed responses to the jury questionnaire and excuses the following jurors for unavailability:

| LAST NAME | FIRST NAME |
|---|---|
| ADAMS | BROOKE |
| ALCANTARA | SAUL |
| ALMEIDA | MARK FRANKLIN |
| ANDRIS | JOANNE NANCY |
| AUSTIN | MICHAEL BARRETT |
| BACHO | EDUARDO PUNZALAN |
| BARRERA | ESTEBAN |
| BEDFORD | ESTHER ELIZABETH |
| BERNSHTEYN | KIRA |
| BERTHOLD | EVAN |
| BOCOCK | CASEY |
| BRACEWELL | HEATHER LENORE |
| BRENNER | PHILLIP |
| BRUNETTI | HALEY MCKENNA |
| CALKINS | TAITE ISABELLA |
| CARLISLE | TAYLOR BRITTANY |
| CARRILLO | LUZ |
| CARROLL | ZADIE K |

|   |   |
|---|---|
| CEJA | ANDREW STEPHEN |
| CHAVEZ REYES | FANNY KARINA |
| CHELBERG | CHRISTOPHER MICHAEL |
| CHOI | AILEEN MARTIN |
| COLLINS | CAROLINE WHITLEY |
| CRAWFORD | ANDREW JOHN |
| CRISPIN | JONATHAN MACEDO |
| DOLL | JENNIFER CAROL |
| DROZDOWICZ | SARA ANN |
| FRAIM | CHRISTOPHER BERRY |
| HA | CHERIE SUM YEE |
| HAWTHORNE | ALISON ROSE |
| JELLEN | BENJAMIN PETER |
| JIMENEZ PABLO | BRUCE GABRIEL |
| JIN | ALEXANDER |
| KAHSAY | ETRAM MEKONNEN |
| KELLEY | CHRISTEEN |
| KOLCAK | ROSSI |
| LAURICE | DAVID CHRISTOPHER |
| LE | PHUOC VAN |
| LEON | FELICIA LY |
| LINCOLN | KRISTIN ELY |
| LINDELLI | VICTORIA JEAN |
| LUKASZEWSKI | GEORGE TAKASHI |
| LY | CATHERINE MARINDA |
| MAJORS | CHERYL ANN |
| MELENDREZ | MIGUEL ANGEL SOTO |
| MUI | WILSON |
| NELSON | TAMARA LYNN |
| NELSON | DEBORAH |
| NUILA | JESSICA LEUNG |
| O'CONNOR | THOMAS JAMES |
| OLMSTED | ALDEN |
| PARTICELLI | GIULIANO OSVALDO |
| PELSTER | EMILY JANE |
| QUAST | ELYSE MARIE |
| ROBERTS | BARBARA JOSEPHINE |
| ROBERTSON | SCOTT MATTHEW |
| RODRIGUEZ | ALICIA MAGDALENA |
| RUIZ | CHELSEA ARIANA CANSIC |
| SHOWS | STEVEN |

| | |
|---|---|
| SOLAR | ALONSO |
| STEVENS | JOSH SMITH |
| TAHAMTANZADEH | ANAHITA OLIVIA |
| VASWANI | NEETI |
| VELASQUEZ | KELLEY |
| WEGNER | STEVEN SEEFELD |
| WINCH | KATHERINE MARY |
| WOLFBRANDT | MARY LOUISE |
| ZHU | LIJIA |

The parties are ordered to jointly propose additional jurors to be excused for cause for the Court's consideration by noon on February 16, 2026.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____
CHARLES R. BREYER
United States District Judge