| | |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP<br>Joseph W. Cotchett (SBN 36324)<br>jcotchett@cpmlegal.com<br>Mark C. Molumphy (SBN 168009)<br>mmolumphy@cpmlegal.com<br>Tyson C. Redenbarger (SBN 294424)<br>tredenbarger@cpmlegal.com<br>Elle D. Lewis (SBN 238329)<br>elewis@cpmlegal.com<br>Gia Jung (SBN 340160)<br>gjung@cpmlegal.com<br>Caroline A. Yuen (SBN 354388)<br>cyuen@cpmlegal.com<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone: (650) 697-6000<br><br>BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr. (SBN: 175783)<br>fbottini@bottinilaw.com<br>Aaron P. Arnzen (SBN 218272)<br>aarnzen@bottinilaw.com<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Telephone: (858) 914-2001 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Alex Spiro (*pro hac vice*)<br>alexspiro@quinnemanuel.com<br>Ellyde R. Thompson (*pro hac vice*)<br>ellydethompson@quinnemanuel.com<br>Jesse A. Bernstein (*pro hac vice*)<br>jessebernstein@quinnemanuel.com<br>295 Fifth Avenue<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:   (212) 849-7100<br><br>Michael T. Lifrak (Bar No. 210846)<br>michaellifrak@quinnemanuel.com<br>Stephen Broome (SBN  314605)<br>stephenbroome@quinnemanuel.com<br>Alex Bergjans (Bar No. 302830)<br>alexbergjans@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br><br>*Counsel for Defendant Elon Musk* |

*Lead Counsel for the Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**PARTIES' JOINT [PROPOSED] ADDITIONAL JURORS TO BE EXCUSED**<br><br>Date:           February 17, 2026<br>Time:          2:00 p.m.<br>Courtroom:  6, 17th Floor<br>Judge:         Honorable Charles R. Breyer |

Pursuant to the Court's order at ECF 417, the Parties jointly propose to excuse the following jurors:

| Last Name | First Name |
|---|---|
| Alvarez | Bradley |
| Baporia | Sara |
| Carrasco | Estefani |
| Franzella | Danielle |
| Johnson | Julie |
| Martin | Nathaniel |
| Mund | Tracy |
| Nandani | Manish |
| Rosenstock | Jeff |
| Seitz-Netherda | Paula Jean |
| Stewart | Scott |
| Tam | Daryn |
| Truong | Tranh |

DATED: February 16, 2026

/s/ *Mark C. Molumphy*
COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

/s/ *Aaron Arnzen*
BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

/s/ *Alex Bergjans*
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Lifrak (SBN 210846)
michaellifrak@quinnemanuel.com
Stephen Broome (SBN 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (SBN 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant Elon Musk*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Mark C. Molumphy, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of February 2026, at Burlingame, California.

By /s/ *Mark C. Molumphy*
Mark C. Molumphy