1  COTCHETT, PITRE & MCCARTHY, LLP
   Joseph W. Cotchett (SBN 36324)
2  jcotchett@cpmlegal.com
   Mark C. Molumphy (SBN 168009)
3  mmolumphy@cpmlegal.com
   Tyson C. Redenbarger (SBN 294424)
4  tredenbarger@cpmlegal.com
   Elle D. Lewis (SBN 238329)
5  elewis@cpmlegal.com
   Gia Jung (SBN 340160)
6  gjung@cpmlegal.com
7  Caroline A. Yuen (SBN 354388)
   cyuen@cpmlegal.com
8  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
9  Burlingame, California 94010
10 Telephone: (650) 697-6000

11 BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (SBN 175783)
12 fbottini@bottinilaw.com
13 Aaron P. Arnzen (SBN 218272)
   aarnzen@bottinilaw.com
14 7817 Ivanhoe Avenue, Suite 102
   La Jolla, California 92037
15 Telephone: (858) 914-2001

16 *Lead Counsel for Plaintiffs and the Class*
17

18                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
19                    SAN FRANCISCO DIVISION

20 | GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated, | Case No. 3:22-CV-05937-CRB |
21 |  |  |
22 | Plaintiff, | [PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE) |
23 | vs. |  |
24 | ELON R. MUSK, |  |
25 | Defendant. | Date: February 17, 2026 |
26 |  | Time: 2:00 p.m. |
   |  | Courtroom: 6, 17th Floor |
27 |  | Judge: Hon. Charles R. Breyer |
28

AND NOW, upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Plaintiffs' Opposition to Motion to Intervene), filed February 10, 2026, all responses and replies thereto, all authorities cited therein, the evidence, arguments of counsel, and for other good cause known to the Court,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Plaintiffs' Opposition to Motion to Intervene) is GRANTED (IN PART) / DENIED (IN PART).

2. The requested portions of ___Exhibit 1___ shall be sealed.

**IT IS SO ORDERED.**

Dated: February 18, 2026

HONORABLE CHARLES R. BREYER
SENIOR DISTRICT JUDGE

Case No. 3:22-CV-05937-CRB

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER   1
PARTY'S MATERIAL SHOULD BE SEALED (PLAINTIFFS' OPP TO MTN TO INTERVENE)