COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**PLAINTIFFS' [PROPOSED] STATEMENT TO THE JURY PANEL PRIOR TO JURY SELECTION**<br><br>Date:      February 19, 2026<br>Time:     2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:    Honorable Charles R. Breyer |

Case No: 3:22-CV-05937-CRB
PLAINTIFFS' [PROPOSED] STATEMENT TO THE JURY PRIOR TO SELECTION

Plaintiffs hereby submit a proposed statement to be given by Plaintiffs' counsel to the entire jury panel prior to voir dire, along with Defendant's own statement, so that the panel has an overview of the case. A copy of Plaintiffs' proposed statement is attached hereto.

Dated: February 18, 2026

Respectfully submitted,

**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Elle D. Lewis (SBN 238329)
Gia Jung (SBN 340160)
Caroline A. Yuen (SBN 354388)

/s/ Joseph W. Cotchett
    Joseph W. Cotchett

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Aaron P. Arnzen (SBN 218272)

/s/ Francis A. Bottini, Jr.
    Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joesph W. Cotchett, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February, 2026, at Burlingame, California.

　　　　　　　　　　　　　　　　　　*/s/ Joseph W. Cotchett*
　　　　　　　　　　　　　　　　　　Joseph W. Cotchett

## COTCHETT BASIC STATEMENT
## FOR ENTIRE PANEL

1.    **Good morning everyone**. **My name is JOE COTCHETT** and together with other outstanding lawyers, we are honored to represent those individuals or their pension funds, Teachers, Nurses, Firemen, Police Officers, pensions or any other investors, or their 401k's, the class of people who sold their TWITTER shares because of what was said by MR. MUSK.

2.    We are very thankful for your work as potential jurors. Those of you who are willing to serve as jurors will be asked to make important decisions about how honest people must be with the public, whether individuals or pension type investors in our business.

3.    **In 2022, ELON MUSK** entered into a contract to purchase TWITTER, a social media platform, and personally take over ownership of the company.

4.    Between the time that Mr. Musk signed a contract in APRIL 2022 agreeing to buy TWITTER's shares and the time that he bought those shares, we allege that some people sold their shares because of certain statements and acts by MR. MUSK – this jury will get to hear all the facts and decide why.

5.    FACTS will have to wait; that's what **the trial is for**. We will present all the details of what MR. MUSK said publicly about the value of TWITTER through tweets and public comments. We will ask you to judge for yourselves if he had a motive for trying to get out of the purchase of TWITTER stock or drive the stock down.

6.    **THE ISSUES WE WILL PRESENT ARE FOR YOUR DECISION.**

    A.    MR. MUSK and his lawyers will tell you that he MR. MUSK was just being honest about his concerns and that TWITTER was covering up the number of fake accounts on TWITTER to inflate the value of the company.

    B.    You will decide if that's true or not, you will get to hear all about what MR. MUSK knew at the time he made those public statements.

   C. MR. MUSK will tell you that TWITTER was not giving him all the information he requested from them – and you will get to hear about the terms of the purchase that MR. MUSK had already agreed to in the contract, you decide if true or false.

   D. If the evidence convinces you that MR. MUSK did make false, misleading public comments and acts that harmed the value of TWITTER shares, you will get to make important decisions about how much it will take to hold him ACCOUNTABLE for the financial harm he caused the persons who may have sold their shares because of his comments.

7. **ELON MUSK** is a very famous public figure that I am sure everyone in this room has some feelings about; some different. Both sides want a fair jury and the right verdict for the right reasons. I can promise you that every juror will hear ALL the evidence you will need to know to judge MR. MUSK's actions in this situation… so long as you can judge MR. MUSK on the evidence and your conscience, you will be a fair juror.

**THANK YOU LADIES AND GENTLEMEN, YOUR HONOR AND COUNSEL.**