QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DEFENDANT ELON MUSK'S RESPONSE TO PLAINTIFFS' [PROPOSED] STATEMENT TO THE JURY PANEL PRIOR TO JURY SELECTION**<br><br>Judge: Hon. Charles R. Breyer |

Yesterday, Plaintiffs requested that each side be permitted two to three minutes before conducting void dire to outline the issues in the case. The Court made clear if such statements were to be given, "it can't be argument." Tr. at 144:14-145:4. The Court was equally clear that it would only permit such statements "if both sides agree to it." *Id.* at 144:9-12. Earlier today, Defendant informed Plaintiffs that he did not agree to it. No statements can be given.

Nevertheless, Plaintiffs have submitted an opening statement for the Court's approval. Dkt. 430. The statement is argumentative and makes factual assertions that are not supported by the record, including that Plaintiffs' counsel "represent [] individuals or their pension funds, Teachers, Nurses, Firemen, Police Officers, pensions or any other investors, or their 401k's." *Id.* ¶ 1. Defendant objects and respectfully requests that, per its prior guidance, the Court preclude Plaintiffs from giving the statement and also prohibit them from asserting at trial that they represent anyone but lead plaintiffs and a class of sellers.

DATED: February 18, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Stephen A. Broome*
Alex Spiro
Michael T. Lifrak
Stephen A. Broome
Ellyde R. Thompson
Jesse A. Bernstein
Alex Bergjans

*Attorneys for Defendant Elon Musk*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on Wednesday, February 18, 2026.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Alex Bergjans
Alex Spiro
Michael T. Lifrak
Stephen A. Broome
Ellyde R. Thompson
Jesse A. Bernstein
Alex Bergjans

*Attorneys for Defendant Elon Musk*

## ATTESTATION

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories herein.

By /s/ Alex Bergjans
Alex Spiro
Michael T. Lifrak
Stephen A. Broome
Ellyde R. Thompson
Jesse A. Bernstein
Alex Bergjans

*Attorneys for Defendant Elon Musk*