UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GIUSEPPE PAMPENA, et al., | Case No. 3:22-cv-05937-CRB |
|---|---|
| Plaintiffs, | |
| v. | **ORDER FOR JURY REFRESHMENTS** |
| ELON R. MUSK, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 9 members of the jury in the above-entitled matter beginning **March 2, 2026 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 6, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: February 19, 2026

_____
CHARLES R. BREYER
United States District Judge