IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GIUSEPPE PAMPENA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ELON MUSK,<br><br>   Defendant. | Case No. 22-cv-05937-CRB<br><br>**ORDER DENYING MOTION FOR VENIRE ADJUSTMENT** |

The Court **DENIES** Defendant's motion (dkt. 421) to adjust the randomization of the venire to place potentially biased jurors near the end of the venire. The Court offered an alternative, which was subsequently implemented.

**IT IS SO ORDERED.**

Dated: February 19, 2026

CHARLES R. BREYER
United States District Judge