IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 22-cv-05937-CRB<br><br>**ORDER EXCUSING JUROR** |

After obtaining consent from the parties, the Court excuses Juror Number 5 for personal reasons.

**IT IS SO ORDERED.**

Dated: February 23, 2026

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge