QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A.  Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:      (212) 849-7000
Facsimile:       (212) 849-7100

Michael T.  Lifrak (Bar No.  210846)
michaellifrak@quinnemanuel.com
Stephen A.  Broome (Bar No.  314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No.  302830)
alexbergjans@quinnemanuel.com
865 S.  Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:      (213) 443-3000
Facsimile:       (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ELON R. MUSK, <br><br> Defendant. | Case No. 3:22-CV-05937-CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)** <br><br> Judge:  Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Having considered Defendant's Motion for Certification Under 28 U.S.C. § 1292(b), the Court finds that certification of these questions is appropriate because they involve controlling questions of law as to which there are substantial grounds for difference of opinion, and because an immediate appeal may materially advance the ultimate termination of the litigation.

Based on the foregoing and all papers and proceedings held hereon, it is HEREBY ORDERED that Defendants' motion for certification pursuant to 28 U.S.C. § 1292(b) is GRANTED. The Court's February 17, 2026 order is hereby AMENDED to include certification of for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

**IT IS SO ORDERED**

Date: _____

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 23rd day of February, 2026.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By _/s/ Alex Bergjans_
    Alex Spiro
    Michael T. Lifrak
    Stephen A. Broome
    Jesse A. Bernstein
    Alex Bergjans

    _Attorneys for Defendant Elon Musk_