COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' COURTROOM TECHNOLOGY<br><br>Date:     March 2, 2026<br>Time:     2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:   Hon. Charles R. Breyer |

AND NOW, for the purposes of trial in *Pampena v. Musk* Case No. 3:22-CV-05937-CRB, before the Honorable Judge Breyer in Courtroom 6 on the 17th floor at 450 Golden Gate Avenue, San Francisco, CA 94102, **IT IS HEREBY ORDERED** that from March 2, 2026 until trial is completed, counsel for Plaintiffs are allowed to bring into the Phillip Burton Federal Building a portable printer for use in the 17th floor Attorney/Witness Room and/or 18th floor Attorney Lounge.

**IT IS SO ORDERED.**

Dated: __February 27, 2026__     _____

HONORABLE CHARLES R. BREYER
SENIOR DISTRICT JUDGE