UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: <u>Giuseppe Pampena, et al.  v. Elon R. Musk</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 2, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:02 a.m. | | | Judge cried-in. All parties present. Jurors not present. Preliminary matters discussed. | |
| | | 9:28 a.m. | | | Jurors present. The Court instructs the jurors | |
| | | 9:38 a.m. | | | Plaintiff's Opening Statement | |
| | | 10:25 a.m. | | | Court in recess | |
| | | 10:42 a.m. | | | Court reconvened. All parties present. Jurors not present. Preliminary matters discussed. | |
| | | 10:47 a.m. | | | Jurors present | |
| | | 10:47 a.m. | | | Defendant's Opening Statement | |
| | | 11:49 a.m. | | | Plaintiff's witness-sworn **Brian Belgrave** | |
| 303 | | | X | X | Joint Exhibit 303<br>Lead Plaintiffs Sales, summary exhibit | |
| | | 12:01 p.m. | | | Court in recess | |
| | | 12:46 p.m.<br>12:48 p.m. | | | Court reconvened. All parties present.<br>All jurors present. | |
| | | 12:49 p.m. | | | Defendant cross-examination Brian Belgrave | |
| | 580 | | X | X | Joint Exhibit 580<br>Tweet Thread | |
| 190 | | | X | X | Joint Exhibit 190<br>Brian Belgrave Depo. Ex. 17 | |
| | 774 | | X | X | Joint Exhibit 774<br>Article: Elon Musk's Bot Problem on Twitter Is Extraordinary | |
| | | 1:35 p.m. | | | Jurors on break. Preliminary matters discussed | |
| | | 1:43 p.m. | | | Court in recess | |
| | | 1:53 p.m. | | | Court reconvened. All parties present. All jurors present. | |

1

|  |  |  |  |  | |  |
|---|---|---|---|---|---|---|
|  |  | 1:54 p.m. |  |  | Defendant cross-examination Brian Belgrave |  |
|  |  | 1:55 p.m. |  |  | Plaintiff re-direct Brian Belgrave |  |
|  |  | 1:56 p.m. |  |  | Defendant re-cross examination Brian Belgrave |  |
|  |  | 1:58 p.m. |  |  | Witness excused |  |
|  |  | 2:00 p.m. |  |  | Plaintiff witness-sworn **Vijaya Gadde** |  |
| 14 |  |  | X | X | Joint Exhibit 14<br>Twitter Form 10-K for 2021 |  |
| 16 |  |  | X | X | Joint Exhibit 16<br>(Schedule 13G) Elon Musk Depo. Ex. 89 |  |
| 30 |  |  | X | X | Joint Exhibit 30<br>Tweet |  |
| 40 |  |  | X | X | Joint Exhibit 40<br>(Offer Letter) Elon Musk Depo. Ex. 95 |  |
| 36 |  |  | X | X | Joint Exhibit 36<br>(Amendment No. 2 to Schedule 13D) Mike Ringler Depo. Ex. 36 |  |
| 47 |  |  | X | X | Joint Exhibit 47<br>(Amendment No. 3 to Schedule 13D) Jack Dorsey Depo. Ex. 18 |  |
| 352 |  |  | X | X | Joint Exhibit 352<br>Email re Call with MS on financing |  |
| 57 |  | (withdrawn) |  |  | Joint Exhibit 57 – withdrawn |  |
| 54 |  |  | X | X | Joint Exhibit 54<br>(Email) Bret Taylor Depo. Ex. 17 |  |
|  |  | 2:59 p.m. |  |  | Court in recess |  |
|  |  | 3:11 p.m. |  |  | Court reconvened. All parties. Jurors not present |  |
|  |  | 3:15 p.m. |  |  | All jurors present<br>Plaintiff direct-examination Vijaya Gadde |  |
| 84 |  |  | X | X | Joint Exhibit 84<br>Email - Summary of Meeting (Privileged & Confidential) |  |
| 97 |  | (withdrawn) |  |  | Joint Exhibit 97 – withdrawn |  |
|  | 580 |  | X |  | Joint Exhibit 580 previously admitted |  |
| 148 |  |  | X | X | Joint Exhibit 148<br>(Letter) Mike Ringler Depo. Ex. 65 |  |
| 152 |  |  | X | X | Joint Exhibit 152<br>(Letter) Martin Korman Depo. Ex. 14 |  |
| 154 |  |  | X | X | Joint Exhibit 154<br>(Letter) Mike Ringler Depo. Ex. 53 |  |
| 155 |  |  | X | X | Joint Exhibit 155<br>(Letter) Mike Ringler Depo. Ex. 54 |  |
| 157 |  |  | X | X | Joint Exhibit 157<br>(Letter) Martin Korman Depo. Ex. 16 |  |
| 166 |  |  | X | X | Joint Exhibit 166<br>(Letter) Mike Ringler Depo. Ex. 67 |  |
| 169 |  |  | X | X | Joint Exhibit 169<br>(Letter) Mike Ringler Depo. Ex. 59 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 172 | | | X | X | Joint Exhibit 172<br>(Letter) Elon Musk Depo. Ex. 182 | |
| 184 | | | X | X | Joint Exhibit 184<br>(Letter) Stacey Conti Fix Depo. Ex. 19 | |
| 197 | | | X | X | Joint Exhibit 197<br>(Letter) Mike Ringler Depo. Ex. 62 | |
| 304 | | | X | X | Joint Exhibit 304<br>Emmy Anargyros Depo. Ex. 5 | |
| 14 | | | X | | Joint Exhibit 14 previously admitted | |
| 222 | | | X | X | Joint Exhibit 222<br>(Amended Schedule 13D) Wedbush PMK, Leslie Lippai Depo. Ex. 82 | |
| | | 3:42 p.m. | | | Defendant cross-examination Vijaya Gadde | |
| 14 | | | X | | Joint Exhibit 14 previously admitted | |
| | 516 | | X | X | Joint Exhibit 516<br>Twitter, Inc. 2016 10-K | |
| 65 | | | X | X | Joint Exhibit 65<br>(Executed Merger Agreement) Mike Ringler Depo. Ex. 40 | |
| | 769 | | X | X | Joint Exhibit 769<br>Twitter 8K | |
| | 561 | | X | X | Joint Exhibit 561<br>Letter from Musk to Gadde re Access to Information | |
| 84 | | | X | | Plaintiff's Exhibit 84 previously admitted | |
| | 593 | | X | X | Joint Exhibit 593<br>Email from Creamer to Silverstein; GS-Twitter-Core re Project Tundra Data Room | |
| | 580 | | X | | Joint Exhibit 580 previously admitted | |
| | 758 | | X | X | Joint Exhibit 758<br>2022.04 - 2022.10 - Taylor Twitter Posts | |
| 304 | | | X | | Joint Exhibit 304 previously admitted | |
| | 624 | | X | X | Joint Exhibit 624<br>Email from Conti to Kaiden re Approval requested by Fri 5/20 -- Spam detection methodology (Privileged and confidential) | |
| 304 | | | X | | Joint Exhibit 304 previously admitted | |
| | | 4:18 p.m. | | | Court adjourned until March 3, 2025 at 9:15 a.m. | |

3