IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 22-cv-05937-CRB<br><br>**PROPOSED INSTRUCTION RE PRIVILEGE AND ADVICE OF COUNSEL** |

The Court invites the parties to comment on the proposed curative instruction below:

Yesterday, in response to a question regarding the decision to go forward with the merger agreement, the Defendant referenced certain advice he received from his counsel. In this case, the Defendant has elected not to assert an advice of counsel defense as to any of his actions with respect to the entire transaction. By way of background, the advice of counsel defense provides that evidence that a defendant in good faith followed the advice of his counsel would be inconsistent with liability.

By the Defendant's election, the Plaintiffs have been foreclosed from inquiring into any of the advice given by the Defendant's counsel as well as anything that Mr. Musk told his counsel.

Accordingly, that testimony is stricken and you are instructed to disregard it.