UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 4, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 a.m. | | | Judge cried-in. All parties present. Preliminary matters discussed. Discussion re joint exhibit 353 | |
| | | 9:21 a.m. | | | Plaintiff's witness sworn **Elon R. Musk** | |
| 19 | | | X | X | Joint Exhibit 19 (Tweet) Jared Birchall Depo. Ex. 14 | |
| 86 | | | X | X | Joint Exhibit 86 (Tweet) Kenneth Lehn Depo. Ex. 240 | |
| 31 | | | X | X | Joint Exhibit 31 (Text Messages) Elon Musk Depo. Ex. 91 | |
| 34 | | | X | X | Joint Exhibit 34 (Tweet) Elon Musk Depo. Ex. 93 | |
| 33 | | | X | X | Joint Exhibit 33 (Text Messages) Elon Musk Depo. Ex. 92 | |
| 335 | | | X | X | Joint Exhibit 335 Excerpt from Trial Ex. 219 (968-973) | |
| 33 | | | X | | Joint Exhibit 33 previously admitted | |
| 41 | | | X | X | Joint Exhibit 41 Elon Musk talks Twitter, Tesla and how his brain works — live at TED2022 | |
| | | | | | Elon R. Musk Video Deposition played | |
| 2 | | | X | X | Joint Exhibit 2 Tweet | |
| 3 | | | X | X | Joint Exhibit 3 Tweet | |
| 9 | | | X | X | Joint Exhibit 9 (Tweet), Elon Musk Depo. Ex. 83 | |
| | | | | | Elon R. Musk Video Deposition played | |
| 33 | | | X | | Exhibit 33 previously admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | | | X | X | Joint Exhibit 49<br>(Tweet) Bret Taylor Depo. Ex. 101 | |
| 40 | | | X | | Joint Exhibit 40 previously admitted | |
| 14 | | | X | | Joint Exhibit 14 previously admitted | |
| | | | | | Elon R. Musk Video Deposition played | |
| | | 10:34 a.m. | | | Court in recess | |
| | | 10:51 a.m.<br>10:52 a.m. | | | Court reconvened. All parties present.<br>All jurors present<br>Plaintiff's direct examination Elon R. Musk | |
| 14 | | | X | | Joint Exhibit 14 previously admitted | |
| 36 | | | X | | Joint Exhibit 36 previously admitted | |
| | | | | | Elon R. Musk Video Deposition played | |
| 47 | | | X | | Joint Exhibit 47 previously admitted | |
| 54 | | | X | | Joint Exhibit 54 previously admitted | |
| | | | | | Elon R. Musk Video Deposition Played | |
| 228 | | | X | X | Joint Exhibit 228<br>BBC News - Elon Musk says he was forced to buy Twitter for legal reasons | |
| 69 | | | X | X | Joint Exhibit 69<br>Tweet | |
| | | | | | Elon R. Musk Video Deposition Played | |
| 333 | | | X | X | Joint Exhibit 333<br>Excerpt from Trial Ex. 219 (856) | |
| | | | | | Elon R. Musk Video Deposition played | |
| 334 | | | X | X | Joint Exhibit 334<br>Excerpt from Trial Ex. 219 (857-863) | |
| 85 | | | X | | Joint Exhibit 85 previously admitted | |
| 219 | | | X | | Joint Exhibit 219<br>(Text Messages) Depo. Ex. 87 | |
| 97 | | | X | X | Joint Exhibit 97<br>Tweet) Elon Musk Depo. Ex. 162 | |
| | | | | | Elon R. Musk Video Deposition played | |
| 262 | | | X | X | Joint Exhibit 262<br>(Twitter Common Stock Prices) Plaintiffs' Second Set of RFAs Ex. 60 | |
| 99 | | | X | X | Joint Exhibit 99<br>(Email) Elon Musk Depo. Ex. 164 | |
| 118 | | | X | X | Joint Exhibit 118<br>(Tweet) Elon Musk Depo. Ex. | |
| | | | | | Elon R. Musk Video Deposition played | |
| 126 | | | X | X | Joint Exhibit 126<br>All-In Summit - Elon Musk | |
| | | 12:26 p.m. | | | Court in recess | |
| | | 1:01 p.m.<br>1:04 p.m. | | | Court reconvened. All parties present.<br>All jurors present | |

|   |   |   |   |   | | |
|---|---|---|---|---|---|---|
|     |   |   |   |   | Plaintiff direct examination of Elon R. Musk |   |
| 126 |   |   | X |   | Joint Exhibit 126 previously admitted |   |
| 229 |   |   | X | X | Joint Exhibit 229<br>BBC News - Interview with Elon Musk |   |
| 87  |   |   | X |   | Joint Exhibit 87 marked |   |
| 119 |   |   | X | X | Joint Exhibit 119<br>Agrawal Tweets |   |
| 130 |   |   | X |   | Joint Exhibit 130<br>(Tweet) Elon Musk Depo. Ex. 171 |   |
| 317 |   |   | X | X | Joint Exhibit 317<br>Tweet |   |
|     |   |   |   |   | Elon R. Musk Video Deposition played |   |
| 142 |   |   | X | X | Joint Exhibit 142 marked and admitted |   |
| 191 |   |   | X | X | Joint Exhibit 191<br>Email - re: Just in |   |
|     |   |   |   |   | Elon R. Musk Video Deposition played |   |
| 172 |   |   | X |   | Joint Exhibit 172 previously admitted |   |
|     |   |   |   |   | Elon R. Musk Video Deposition played |   |
| 219 |   |   | X |   | Joint Exhibit 219 previously admitted |   |
| 177 |   |   | X | X | Joint Exhibit 177<br>(Email) Jared Birchall Depo. Ex. 56 |   |
| 315 |   |   | X | X | Joint Exhibit 315<br>Tweet |   |
| 196 |   |   | X | X | Joint Exhibit 196<br>(Text Messages) Elon Musk Depo. Ex. 185 |   |
|     |   |   |   |   | Elon R. Musk Video Deposition played |   |
| 226 |   |   | X | X | Joint Exhibit 226<br>(Tweet) Elon Musk Depo. Ex. 195 |   |
| 230 |   |   | X | X | Joint Exhibit 230<br>(Tweet) Elon Musk Depo. Ex. 194 |   |
| 100 |   |   | X | X | Joint Exhibit 100<br>(Tweet) Elon Musk Depo. Ex. 165 |   |
| 114 |   |   | X | X | Joint Exhibit 114<br>Tweet |   |
| 116 |   |   | X | X | Joint Exhibit 116<br>(Tweet) Elon Musk Depo. Ex. 166 |   |
| 118 |   |   | X |   | Joint Exhibit 118 previously admitted |   |
| 119 |   |   | X |   | Joint Exhibit 118 previously admitted |   |
| 129 |   |   | X | X | Joint Exhibit 129<br>(Tweet) Bret Taylor Depo. Ex. 106 |   |
| 130 |   |   | X |   | Joint Exhibit130 previously admitted |   |
| 143 |   |   | X | X | Joint Exhibit 143<br>Tweet |   |
| 319 |   |   | X | X | Joint Exhibit 319<br>(Tweet) Bob Swan Depo. Ex. 14 |   |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 198 | | | X | X | Joint Exhibit 198<br>(Tweet) Bret Taylor Depo. Ex. 107 | |
| 194 | | | X | X | Joint Exhibit 194<br>(Email) Elon Musk Depo. Ex. 183 | |
| 346 | | | X | X | Joint Exhibit 346<br>Agrawal Tweets | |
| 353 | | | X | X | Joint Exhibit 353<br>Video | |
| | | 2:27 p.m. | | | Jurors on break. Preliminary matters discussed. Discussion re bias judge and instructions | |
| | | 2:30 p.m. | | | Court in recess | |
| | | 2:48 p.m. | | | Court reconvened. All parties present. Jurors not present. Preliminary matters discussed held re deposition. | |
| | | 3:02 p.m. | | | All jurors present | |
| | | 3:02 p.m. | | | Defendant cross-examination Elon R. Musk | |
| 65 | | | X | | Joint Exhibit 65 previously admitted | |
| | 505 | | X | X | Joint Exhibit 505<br>Twitter Account Hero Floki | |
| | 565 | | X | X | Joint Exhibit 565<br>Text Messages between Musk, Grimes, and Self | |
| | 573 | | X | X | Joint Exhibit 573<br>Text Messages between Musk, Kives, and Self | |
| | 572A | | X | | Joint Exhibit 572A previously admitted | |
| | 580 | | X | | Joint Exhibit 580 previously admitted | |
| | 756 | | X | | Joint Exhibit 756 previously admitted | |
| | 581 | | X | X | Joint Exhibit 581<br>EM Tweet Thread re Random Sampling Process for Bot Accounts | |
| | 598 | | X | X | Joint Exhibit 598<br>Fishkin Twitter Posts | |
| | 116 | | X | | Joint Exhibit 116 previously admitted | |
| | 119 | | X | | Joint Exhibit 119 previously admitted | |
| | 126 | | X | | Joint Exhibit 126 previously admitted | |
| | 616 | | X | X | Joint Exhibit 616<br>EM X Pot re Number of Bots Image | |
| | 620 | | X | X | Joint Exhibit 620<br>Email from Musk to Ringler re Your Deal Related Tweets | |
| | 317 | | X | | Joint Exhibit 317 previously admitted | |
| | 142 | | X | | Joint Exhibit 142 previously admitted | |
| | 191 | | X | | Joint Exhibit 191 previously admitted | |
| | 709 | | X | X | Joint Exhibit 709<br>Email from Musk to Murphy; Spiro re Financial Times query re: Parag | |
| | 198 | | X | | Joint Exhibit 198 previously admitted | |

4

|  |  | 3:57 p.m. |  |  | Side Bar |  |
|--|--|--|--|--|--|--|
|  |  | 3:59 p.m.<br><br>4:32 p.m. |  |  | Jurors excused until March 5, 2026 at 9:15 a.m. Preliminary matters discussed due diligence, limiting instruction, etc.<br>Court adjourned until March 5, 2026 at 9:15 a.m. |  |