1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Alex Spiro (*pro hac vice*)
   alexspiro@quinnemanuel.com
3  Ellyde R. Thompson (*pro hac vice*)
   ellydethompson@quinnemanuel.com
4  Jesse A. Bernstein (*pro hac vice*)
   jessebernstein@quinnemanuel.com
5  295 Fifth Ave., New York, NY 10010
   Telephone:    (212) 849-7000
6  Facsimile:    (212) 849-7100

7
   Michael T. Lifrak (Bar No. 210846)
8  michaellifrak@quinnemanuel.com
   Stephen A. Broome (Bar No. 314605)
9  stephenbroome@quinnemanuel.com
   Alex Bergjans (Bar No. 302830)
10 alexbergjans@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
11 Los Angeles, California 90017
   Telephone:    (213) 443-3000
12 Facsimile:    (213) 443-3100

13
   *Attorneys for Defendant Elon Musk*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | GIUSEPPE PAMPENA, on behalf of         | CASE NO. 3:22-CV-05937-CRB
   | himself and all others similarly situated, |
18 |                                         | **DEFENDANT ELON MUSK'S NOTICE
   |              Plaintiff,                 | OF LODGING OF DOCUMENTS FOR** *IN
19 |                                         | *CAMERA* **REVIEW**
   |        vs.                              |
20 |                                         | Hon. Judge Charles R. Breyer
   | ELON R. MUSK,                           |
21 |                                         |
   |              Defendant.                 |
22

1  This Court's order regarding the parties' pre-trial motions required Mr. Musk to submit exhibits that contained "privilege redactions for communications to third-party data scientists" if he "wishes to pursue that evidence." Dkt. 459 at 2; *see also* Pre-Trial Conference Tr. at 137:12-139:7. As such Defendant Elon Musk submits this notice of lodging of documents for *in camera* review and tomorrow morning will deliver to the Courtroom Deputy to the Honorable Charles R. Breyer, a sealed envelope containing complete, unredacted copies of Trial Exhibits 634, 715, and 718.

DATED: March 8, 2026                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     */s/ Stephen A. Broome*
          Alex Spiro
          Michael T. Lifrak
          Stephen A. Broome
          Ellyde R. Thompson
          Jesse A. Bernstein
          Alex Bergjans

          *Attorneys for Defendant Elon Musk*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on Sunday, March 8, 2026.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Alex Bergjans
Alex Spiro
Michael T. Lifrak
Stephen A. Broome
Ellyde R. Thompson
Jesse A. Bernstein
Alex Bergjans

*Attorneys for Defendant Elon Musk*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories herein.

By /s/ Alex Bergjans
Alex Spiro
Michael T. Lifrak
Stephen A. Broome
Ellyde R. Thompson
Jesse A. Bernstein
Alex Bergjans

*Attorneys for Defendant Elon Musk*