UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Jury Trial Minutes

Date: March 6, 2026                              Judge: Honorable Charles R. Breyer

Court Reporter: Ruth Levine Ekhaus
Time: 3 Hours and 37 Minutes
Case No.: C22-5937 RB
Case Name: Giuseppe Pampena v. Elon R. Musk

Attorney(s) for Plaintiff: Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis

Attorney(s) for Defendant:  Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Defendant cross-examination of Ned Segal.
Further jury trial set for March 9, 2026 at 9:15 a.m.

Plaintiff's Witnesses Sworn: Parag Agrawal

Plaintiff's Exhibits Marked and Admitted: 52, 58, 71, 118, 328, 331

Defendant's Exhibits Marked and Admitted: 541, 584, 660, 673,813, 814