UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: <u>Giuseppe Pampena v. Elon R. Musk</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 6, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:13 a.m. |  |  | Judge cried-in. All parties present. Preliminary matters discussed. |  |
|  |  | 9:36 a.m. |  |  | All jurors present<br>Defendant cross-examination Ned Segal |  |
|  | 162 |  | X |  | Joint Exhibit 162 previously admitted |  |
|  | 673 |  | X | X | Joint Exhibit 673<br>EM Notes 6/16/22 |  |
|  | 162 | (withdrawn) |  |  | Joint Exhibit 162 withdrawn |  |
|  | 660 |  | X | X | Joint Exhibit 660<br>Text Messages |  |
|  | 814 |  | X |  | Joint Exhibit 814 |  |
|  |  | 9:47 a.m. |  |  | Plaintiff re-direct Ned Segal |  |
| 140 |  |  | X |  | Joint Exhibit 140 previously admitted |  |
|  |  | 9:59 a.m. |  |  | Defendant re-cross examination Ned Segal |  |
|  | 162 |  | X |  | Joint Exhibit 162 previously admitted |  |
|  |  | 10:02 a.m. |  |  | Plaintiff re-re direct Ned Segal |  |
|  |  | 10:03 a.m. |  |  | Witness excused |  |
|  |  | 10:05 a.m. |  |  | Plaintiff witness sworn **Parag Agrawal** |  |
| 331 |  |  | X | X | Joint Exhibit 331<br>Excerpt from Trial Ex. 219 (132-38 - 146-49) |  |
| 30 |  |  | X |  | Joint Exhibit 30 previously admitted |  |
| 34 |  |  | X |  | Joint Exhibit 34 previously admitted |  |
| 33 |  |  | X |  | Joint Exhibit 33 previously admitted |  |
| 40 |  |  | X |  | Joint Exhibit 40 previously admitted |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | | | X | | Joint Exhibit 47 previously admitted | |
| 52 | | | X | X | Joint Exhibit 52<br>(Email) Stefani Silverstein Depo. Ex. 18 | |
| 58 | | | X | X | Joint Exhibit 58<br>Email - FW: Letter and Merger Agreement | |
| | | 10:32 a.m. | | | Jurors on break.<br>Preliminary matters discussed. | |
| | | 10:34 a.m. | | | Court in recess | |
| | | 10:47 a.m.<br>10:49 a.m. | | | Court reconvened. All parties present.<br>All jurors present<br>Plaintiff direct examination Parag Agrawal | |
| 58 | | | X | | Joint Exhibit 58 previously admitted | |
| 328 | | | X | X | Joint Exhibit 328<br>Email re Letter v. Final | |
| 71 | | | X | X | Joint Exhibit 71<br>Press Release "Elon Musk to Acquire Twitter" | |
| 80 | | | X | | Joint Exhibit 80 previously admitted | |
| 97 | | | X | | Joint Exhibit 97 previously admitted | |
| 100 | | | X | | Joint Exhibit 100 previously admitted | |
| 118 | | | X | | Joint Exhibit 118 previously admitted | |
| 346 | | | X | | Joint Exhibit 346 previously admitted | |
| 129 | | | X | | Joint Exhibit 129 previously admitted | |
| 130 | | | X | | Joint Exhibit 130 previously admitted | |
| 814 | | | X | X | Joint Exhibit 814 marked and admitted | |
| 813 | | | X | | Joint Exhibit 813 marked and admitted | |
| 40 | | | X | | Joint Exhibit 40 previously admitted | |
| 119 | | | X | | Joint Exhibit 119 previously admitted | |
| 14 | | | X | | Joint Exhibit 14 previously admitted | |
| 541 | | | X | X | Joint Exhibit 541<br>Slack Messages | |
| 563 | | | X | | Joint Exhibit 563 previously admitted | |
| 567 | | | X | | Joint Exhibit 567 previously admitted | |
| 580 | | | X | | Joint Exhibit 580 previously admitted | |
| 584 | | | X | X | Joint Exhibit 584<br>Parag Agrawal's Twitter thread of re Leadership and Decisions | |
| 116 | | | X | | Joint Exhibit 116 previously admitted | |
| | | 12:16 p.m. | | | Plaintiff re-direct Parag Agrawal | |
| | | 12:19 p.m. | | | Defendant re-cross examination Parag Agrawal | |
| 814 | | | X | | Joint Exhibit 814 previously admitted | |
| | | 12:24 p.m. | | | Jurors excused until March 9, 2026 at 9:15 a.m.<br>Preliminary matters discussed. Defendant's counsel | |

2

|  |  |  |  |  | Oral Motion for a Mistrial. The Court directed counsel to file a motion. |  |
|  |  | 1:03 p.m. |  |  | Court adjourned until March 9, 2026 at 9:15 a.m. |  |

4