UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 10, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 a.m. | | | Judge cried-in. All parties present. Jurors not present. Side bar. | |
| | | 9:21 a.m. | | | All jurors present. Defendant's witness sworn – **Kathryn Claassen** | |
| | 14 | | X | | Joint Exhibit 14 previously admitted | |
| | 79 | | X | | Joint Exhibit 79 previously admitted | |
| | 88 | | X | X | Joint Exhibit 88 (Email) Kate Claassen Depo. Ex. 29 | |
| | 572 | | X | | Joint Exhibit 572 previously admitted | |
| | 580 | | X | | Joint Exhibit 580 previously admitted | |
| | 599 | | X | | Joint Exhibit 599 Article: SparkToro & Followerwonk Joint Twitter Analysis: 19.42% of Active Accounts Are Fake or Spam | |
| | 11A | | X | X | Joint Exhibit 11 A marked and admitted | |
| | 304 | | X | | Joint Exhibit 304 previously admitted | |
| | | 10:34 p.m. | | | Court in recess | |
| | | 10:55 a.m. 10:56 a.m. | | | Court reconvened. All parties present. All jurors present Plaintiff cross-examination Kathryn Claassen | |
| 47 | | | X | | Joint Exhibit 47 previously admitted | |
| 63 | | | X | X | Joint Exhibit 63 (Letter) Elon Musk Depo. Ex. 157 | |
| 64 | | | X | X | Joint Exhibit 64 (Letter) Jared Birchall Depo. Ex. 30 | |
| 146 | | | X | X | Joint Exhibit 146 Amendment No. 7 to Schedule 13D | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | | | X | X | Joint Exhibit 72<br>(Email) Kate Claassen Depo. Ex. 30 | |
| 83 | | | X | X | Joint Exhibit 83<br>Kate Claassen (Email), Depo. Ex. 28 | |
| 104 | | | X | | Joint Exhibit 104 previously admitted | |
| 11 | | | X | X | Joint Exhibit 11 (excerpts testified to by a witness admitted) | |
| 10 | | | X | X | Joint Exhibit 10 (excerpts testified to by a witness admitted) | |
| 118 | | | X | | Joint Exhibit 118 previously admitted | |
| 117 | | | X | | Joint Exhibit 117 marked | |
| 599 | | | X | | Joint Exhibit 599 previously admitted | |
| 141 | | | X | | Joint Exhibit 141<br>(Email) Mike Ringler Depo. Ex. 49 | |
| 143 | | | X | | Joint Exhibit 143 previously admitted | |
| 144 | | | X | | Joint Exhibit 144 previously admitted | |
| | | 12:06 p.m. | | | Defendant re-direct Kathryn Claassen | |
| | 143 | | X | | Joint Exhibit 143 previously admitted | |
| | 72 | | X | | Joint Exhibit 72 previously admitted | |
| | 104 | | X | | Joint Exhibit 104 previously admitted | |
| | 141 | | X | | Joint Exhibit 141 previously admitted | |
| | | 12:17 p.m. | | | Plaintiff re-re cross examination Kathryn Claassen | |
| 143 | | | X | | Joint Exhibit 143 previously admitted | |
| | | 12:19 p.m.<br><br>12:22 p.m. | | | Witness excused. Jurors on break.<br>Preliminary matters discussed.<br>Court in recess | |
| | | 12:49 p.m. | | | Court reconvened. All parties present.<br>Jurors not present. Preliminary matters discussed – offer of proof re Alex Spiro testimony | |
| | | 1:07 p.m. | | | Court in recess | |
| | | 1:21 p.m.<br><br>1:22 p.m. | | | Court reconvened. All parties present.<br>All jurors present<br>Defendant's witness sworn Alex Spiro | |
| | | 1:28 p.m. | | | Plaintiff cross-examination Alex Spiro | |
| | | 1:33 p.m. | | | Witness excused | |
| | | 1:34 p.m. | | | Defendant's witness Kristina Salen Video Deposition displayed | |
| 770 | | | X | X | Joint Exhibit 770<br>Email from Salen to Birchall re Project X Next 168 Hours | |
| 771 | | | X | X | Joint Exhibit 771<br>Text Messages Between Grimes and Salen | |
| | | 2:53 p.m.<br><br>2:58 p.m. | | | Jurors excused until March 12, 2026 at 9:15 a.m.<br>Preliminary matters discussed. Court adjourned until March 12, 2026 at 9:15 a.m. | |