UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: <u>Giuseppe Pampena v. Elon R. Musk</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 12, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:14 a.m. | | | Judge cired-in. All parties present. | |
| | | 9:15 a.m. | | | All jurors present | |
| | | 9:16 a.m. | | | Defendant's witness sworn **Anthony Armstrong** | |
| | 78 | | X | X | Joint Exhibit 78 (Email) Email from Armstrong Depo. Ex. 24 | |
| | 88 | | X | | Joint Exhibit 88 previously admitted | |
| | 821 | | X | X | Joint Exhibit 821 marked and admitted | |
| | 572 | | X | | Joint Exhibit 572 previously admitted | |
| | 580 | | X | | Joint Exhibit 580 previously admitted | |
| | 599 | | X | | Joint Exhibit 599 previously admitted | |
| | 117 | | X | X | Joint Exhibit 117 (Email) Elon Musk Depo. Ex. 167 | |
| | 141 | | X | | Joint Exhibit 141 previously admitted | |
| | 304 | | X | | Joint Exhibit 304 previously admitted | |
| | | 10:02 a.m. | | | (Side-Bar) | |
| | | 10:04 a.m. | | | Plaintiff cross-examination Anthony Armstrong | |
| 599 | | | X | | Joint Exhibit 599 previously admitted | |
| 34 | | | X | | Joint Exhibit 34 previously admitted | |
| 59 | | | X | X | (Email) Andrew Wyatt Earls Depo. Ex. 3 | |
| | | 10:33 a.m. | | | Court in recess | |
| | | 10:52 a.m. 10:54 a.m. | | | Court reconvened. All parties present. All jurors present. Plaintiff cross-examination Anthony Armstrong | |
| 579 | | (withdrawn) | | | Joint Exhibit 579 withdrawn | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | | | X | X | Joint Exhibit 68<br>(Email) Rick Polhemus Depo. Ex. 39 | |
| 547 | | | X | X | Joint Exhibit 547<br>Letter Agreement re Financial Advisement | |
| 88 | | | X | | Joint Exhibit 88 previously admitted | |
| 104 | | | X | | Joint Exhibit 104 previously admitted | |
| 117 | | | X | | Joint Exhibit 117 previously admitted | |
| | 11:33 a.m. | | | | Jurors on break (Side bar) | |
| | 11:39 a.m. | | | | All jurors present. Plaintiff cross-examination Anthony Armstrong | |
| 204 | 11:46 a.m. | | | | Witness excused<br>Preliminary matters discussed. Case schedule discussed. Motion to Strike Joint Exhibit 204 – Motion Granted. Discussion re Exhibits 322, 327, 329, 282, 298, 341, 342, 343 | |
| | 12:47 p.m. | | | | Court reconvened. All parties present. Jurors not present. Preliminary matters discussed | |
| | 12:57 p.m. | | | | All jurors present.<br>Plaintiff's witness sworn **David Issac Tabak** | |
| 241 | | | X | X | Joint Exhibit 241<br>Tabak Expert Report Exhibit 3 | |
| 242 | | | X | X | Joint Exhibit 242<br>Tabak Expert Report Exhibit 4 | |
| 243 | | | X | X | Joint Exhibit 243<br>Tabak Expert Report Exhibit 5 | |
| 246 | | | X | X | Joint Exhibit 246<br>Tabak Expert Report Exhibit 7 | |
| 276 | | | X | X | Joint Exhibit 276<br>Tabak Expert Report Exhibit 4b | |
| 256 | | | X | X | Joint Exhibit 256<br>Tabak Expert Report Exhibit 12b | |
| 276 | | | X | | Joint Exhibit 276 previously admitted | |
| 341 | | | X | X | Joint Exhibit 341<br>Excerpt from Trial Ex. 297 - Exhibit 5a-SUPP | |
| 342 | | | X | X | Joint Exhibit 342<br>Excerpt from Trial Ex. 297 - Exhibit 5b-SUPP | |
| 322 | | Demonstrative | X | | Joint Exhibit 322 Demonstrative | |
| 303 | | | X | | Joint Exhibit 303 previously admitted | |
| 282 | | | X | X | Joint Exhibit 282<br>Tabak Expert Report Exhibit 6b | |
| 343 | | | X | X | Joint Exhibit 343<br>Excerpt from Trial Ex. 297 - Exhibit 7-SUPP | |
| 298 | | | X | | Joint Exhibit 298<br>Tabak Expert Report Backup Materials: NEW TWTR Option Inflation | |
| 276 | | | X | | Joint Exhibit 276 previously admitted | |
| 278 | | | X | | Joint Exhibit 278 | |

|   |   |   |   |   | | |
|---|---|---|---|---|---|---|
|   |   |   |   |   | Tabak Expert Report Exhibit 4d |   |
|   |   | 2:23 p.m. |   |   | Court in recess |   |
|   |   | 2:51 p.m. |   |   | Court reconvened. All parties present. |   |
|   |   | 2:52 p.m. |   |   | Jurors present<br>Defendant cross-examination David I. Tabak |   |
|   | 2 |   |   | X |   | Joint Exhibit 2 previously admitted |   |
|   | 3 |   |   | X |   | Joint Exhibit 3 previously admitted |   |
|   | 9 |   |   | X |   | Joint Exhibit 9 previously admitted |   |
|   | 19 |   |   | X |   | Joint Exhibit 19 previously admitted |   |
|   | 30 |   |   | X |   | Joint Exhibit 30 previously admitted |   |
|   | 16 |   |   | X |   | Joint Exhibit 16 previously admitted |   |
|   | 34 |   |   | X |   | Joint Exhibit 34 previously admitted |   |
|   | 40 |   |   | X |   | Joint Exhibit 40 previously admitted |   |
|   | 42 |   |   | X |   | Joint Exhibit 42 previously admitted |   |
|   | 46 |   |   | X |   | Joint Exhibit 46 previously admitted |   |
|   | 47 |   |   | X |   | Joint Exhibit 47 previously admitted |   |
|   | 49 |   |   | X |   | Joint Exhibit 49 previously admitted |   |
|   | 65 |   |   | X |   | Joint Exhibit 65 previously admitted |   |
|   | 69 |   |   | X |   | Joint Exhibit 69 previously admitted |   |
|   | 86 |   |   | X |   | Joint Exhibit 86 previously admitted |   |
|   | 581 |   |   | X |   | Joint Exhibit 581 previously admitted |   |
|   | 116 |   |   | X |   | Joint Exhibit 116 previously admitted |   |
|   | 118 |   |   | X |   | Joint Exhibit 118 previously admitted |   |
|   | 346 |   |   | X |   | Joint Exhibit 346 previously admitted |   |
|   | 126 |   |   | X |   | Joint Exhibit 126 previously admitted |   |
|   | 130 |   |   | X |   | Joint Exhibit 129 previously admitted |   |
|   | 129 |   |   | X |   | Joint Exhibit 129 previously admitted |   |
|   | 315 |   |   | X |   | Joint Exhibit 315 previously admitted |   |
|   | 616 |   |   | X |   | Joint Exhibit 616 previously admitted |   |
|   | 143 |   |   | X |   | Joint Exhibit 143 previously admitted |   |
|   | 756 |   |   | X |   | Joint Exhibit 756 previously admitted |   |
|   | 198 |   |   | X |   | Joint Exhibit 198 previously admitted |   |
|   | 317 |   |   | X |   | Joint Exhibit 317 previously admitted |   |
|   | 227 |   |   | X |   | Joint Exhibit 227 previously admitted |   |
|   | 230 |   |   | X |   | Joint Exhibit 230 previously admitted |   |
|   | 276 |   |   | X |   | Joint Exhibit 276 previously admitted |   |
|   | 599 |   |   | X |   | Joint Exhibit 599 previously admitted |   |
|   | 580 |   |   | X |   | Joint Exhibit 580 previously admitted |   |

|  | 282 |  | X |  | Joint Exhibit 282 previously admitted |  |
|---|---|---|---|---|---|---|
|  | 303 |  | X |  | Joint Exhibit 303 previously admitted |  |
|  | 744 |  | X |  | Joint Exhibit 744 previously admitted |  |
|  | 197 |  | X |  | Joint Exhibit 197 previously admitted |  |
|  |  | 4:07 p.m. |  |  | Jurors excused until March 13, 2026 at 9:15 a.m. Preliminary matters discussed – trial schedule discussed |  |
|  |  | 4:16 p.m. |  |  | Court adjourned until March 13, 2026 at 9:15 a.m. |  |