UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: <u>Giuseppe Pampena v. Elon R. Musk</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 9, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:12 a.m. | | | Judge cried-in. Preliminary matters discussed – Defendant's objection to Nancy Price testifying | |
| | | 9:32 a.m. | | | Plaintiff's witness sworn – **Nancy Price** | |
| | | 9:44 a.m. | | | Defendant cross-examination Nancy Price | |
| | 744 | | X | X | Joint Exhibit 744 Certification of Lead Plaintiff Pursuant to the Federal Securities | |
| | 580 | | X | | Joint Exhibit 580 previously admitted | |
| | | 9:52 a.m. | | | Witness excused | |
| 303 | | | X | | Joint Exhibit 303 previously admitted | |
| | | 9:53 a.m. | | | Side Bar | |
| | | | | | Plaintiff's witness sworn – **Martin William Korman** | |
| 80 | | | X | X | Joint Exhibit 80 previously admitted | |
| 112 | | | X | | Joint Exhibit 112 Email - Korman to Ringler | |
| 140 | | | X | | Joint Exhibit 140 previously admitted | |
| 148 | | | X | | Joint Exhibit 148 previously admitted | |
| 155 | | | X | | Joint Exhibit 155 previously admitted | |
| 160 | | | X | X | Joint Exhibit 160 (Email) Mike Ringler Depo. Ex. 56 | |
| 171 | | | X | | Joint Exhibit 171 Email - Thought this was worked out | |
| 172 | | | X | | Joint Exhibit 172 previously admitted | |
| | | 10:38 a.m. | | | Jurors on break. Preliminary matters discussed. | |
| | | 11:17 a.m. | | | Court reconvened. All parties present. Jurors not present. Juror Note 1. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:19 a.m. | | | Jurors present<br>Defendant cross-examination Martin W. Korman | |
| | 563 | | X | | Joint Exhibit 563 previously admitted | |
| | 80 | | X | | Joint Exhibit 80 previously admitted | |
| | 304 | | X | | Joint Exhibit 304 previously admitted | |
| | 154 | | X | | Joint Exhibit 154 previously admitted | |
| | | 11:43 a.m. | | | Plaintiff re-direct Martin W. Korman | |
| 154 | | | X | | Joint Exhibit 154 previously admitted | |
| 155 | | | X | | Joint Exhibit 155 previously admitted | |
| | | 11:46 a.m. | | | Defendant re-cross examination Martin W. Korman | |
| | 155 | | X | | Joint Exhibit 155 previously admitted | |
| | | 11:48 a.m. | | | Witness excused | |
| | | 11:49 a.m. | | | Plaintiff's witness sworn **Bret Stephen Taylor** | |
| 65 | | | X | | Joint Exhibit 65 previously admitted | |
| 54 | | | X | | Joint Exhibit 54 previously admitted | |
| | | 12:14 p.m. | | | Jurors on break. | |
| | | 12:15 p.m. | | | Court in recess | |
| | | 1:01 p.m. | | | Court reconvened. All parties present | |
| | | 1:02 p.m. | | | All jurors present<br>Defendant cross-examination Bret S. Taylor | |
| | 65 | | X | | Joint Exhibit 65 previously admitted | |
| | 580 | | X | | Joint Exhibit 580 previously admitted | |
| | 84 | | X | | Joint Exhibit 84 previously admitted | |
| | 758 | | X | | Joint Exhibit 758 previously admitted | |
| | | 1:19 p.m. | | | Plaintiff re-direct Bret S. Taylor | |
| 65 | | | X | | Joint Exhibit 65 previously admitted | |
| | | 1:20 p.m. | | | Witness excused | |
| | | 1:21 p.m. | | | Jurors on break. Preliminary matters discussed re schedule of witness Plaintiff's rest subject to calling damages expert witness. | |
| | | 1:32 p.m. | | | Jurors present<br>Defendant witness **Michael Grimes** Video Deposition displayed | |
| | 336 | | X | X | Joint Exhibit 336<br>Michael Grimes Depo. Ex. 2 | |
| | 337 | | X | X | Joint Exhibit 337<br>Michael Grimes Depo. Ex. 5 | |
| | 22 | | X | X | Joint Exhibit 22<br>(Scenario Planning and Considerations) Elon Musk Depo. Ex. 153 | |
| | 338 | | X | X | Joint Exhibit 338<br>Michael Grimes Depo. Ex. 9 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 339 | | X | X | Joint Exhibit 339<br>Michael Grimes Depo. Ex. 12 | |
| | 565 | | X | | Joint Exhibit 565 previously admitted | |
| | 782 | | X | X | Joint Exhibit 782<br>Tweet Threads | |
| | 633 | | X | X | Joint Exhibit 633 marked and admitted | |
| | 312 | | X | X | Joint Exhibit 312<br>Michael Grimes Depo. Ex. 23 | |
| | | 2:40 p.m. | | | Court in recess | |
| | | 2:58 p.m. | | | Court reconvened. All parties present. All jurors present. Defendant witness Michael Grimes Video Deposition displayed | |
| | 811 | | X | X | Joint Exhibit 811<br>Text Messages between Grimes and Unknown Number | |
| | 144 | | X | X | Joint Exhibit 144<br>(Email) Mike Ringler Depo. Ex. 51 | |
| | 633 | (withdrawn) | | | Joint Exhibit 633 withdrawn | |
| | | 3:47 p.m. | | | Video Deposition Ended | |
| | | 3:47 p.m.<br><br>4:05 p.m. | | | Jurors excused until March 10, 2026 at 9:15 a.m. Preliminary matters discussed - witness line-up for tomorrow.<br>Court adjourned until March 10, 2026 at 9:15 a.m. | |

3