# GRIMES_FINAL

Designation List Report

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case Number: 3:22-CV-05937-CRB
PLTF / DEFT Exhibit No. **900**
Date Admitted: _____
By: _____
Lashanda Scott, Deputy Clerk

**Grimes, Michael**                    **2022-09-15**

| | |
|---|---|
| Musk Designations | 00:49:41 |
| Pampena Designations | 00:53:04 |
| Pampena Completeness | 00:09:39 |
| **TOTAL RUN TIME** | **01:52:25** |

Documents linked to video:

22

144

312

336

337

338

339

565

782



**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:03 - 9:08 | Grimes, Michael 2022-09-15 | 00:00:26 | GRIMES_FINAL.1 |

9:03     THE VIDEOGRAPHER:  This is the start of
9:04     media labeled number 1 of the video-recorded
9:05     deposition of Michael Grimes in the matter of
9:06     Twitter, Inc. v. Elon R. Musk, X Holdings I, Inc.,
9:07     and X Holdings II, Inc., in the Court of Chancery,
9:08     State of Delaware, Case No. 2022-0613-KSJM.

| | | | |
|---|---|---|---|
| 9:09 - 9:12 | Grimes, Michael 2022-09-15 | 00:00:12 | GRIMES_FINAL.2 |

9:09     This deposition is being held at 201
9:10     Redwood Shores Parkway in Redwood Shores,
9:11     California, on September 15th, 2022, at
9:12     approximately 9:04 a.m.

| | | | |
|---|---|---|---|
| 12:19 - 12:25 | Grimes, Michael 2022-09-15 | 00:00:13 | GRIMES_FINAL.3 |

12:19     MICHAEL GRIMES,
12:20     and having been first duly sworn,
12:21     was examined and testified as follows:
12:22     EXAMINATION
12:23     BY MR. KOBRE:
12:24  Q.  I will say it again.  Good morning.
12:25  A.  Good morning again.

| | | | |
|---|---|---|---|
| 14:17 - 15:03 | Grimes, Michael 2022-09-15 | 00:00:25 | GRIMES_FINAL.4 |

14:17  Q.  Mr. Grimes, where do you work?
14:18  A.  I work at Morgan Stanley.
14:19  Q.  And in which location?
14:20  A.  Oh, sorry.  I work at Morgan Stanley in
14:21     Menlo Park, 2725 Sand Hill Road, up the street
14:22     from here.
14:23  Q.  How long have you been at Morgan
14:24     Stanley?
14:25  A.  I've been here since 1995.
15:01  Q.  And what is your current role?
15:02  A.  I'm co-head of the global technology
15:03     investment banking group.

| | | | |
|---|---|---|---|
| 24:20 - 25:15 | Grimes, Michael 2022-09-15 | 00:00:51 | GRIMES_FINAL.5 |

24:20  Q.  Mr. Grimes, is it fair to say that
24:21     Morgan Stanley's relationship with Elon Musk was a
24:22     very important one for the bank?
24:23  A.  I think so.
24:24  Q.  Was it an important relationship for you

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:25       personally? | | |
| | 25:01   A.   To develop one. I did not have one | | |
| | 25:02       prior to this. | | |
| | 25:03   Q.   Do you feel like you've developed a | | |
| | 25:04       relationship with Mr. Musk since the Twitter | | |
| | 25:05       transaction? | | |
| | 25:06   A.   I hope so. He'd be the judge, I guess. | | |
| | 25:07   Q.   Well, what's your opinion? | | |
| | 25:08   A.   I hope so. Maybe so. I think he | | |
| | 25:09       respects me. He thinks I'm capable. Highly | | |
| | 25:10       capable, I hope. | | |
| | 25:11   Q.   Did you ever socialize with him? | | |
| | 25:12   A.   No, not that I believe. | | |
| | 25:13   Q.   Are you aware of anybody at Morgan | | |
| | 25:14       Stanley who socialized with Mr. Musk? | | |
| | 25:15   A.   I don't know. | | |
| 25:18 - 25:25 | **Grimes, Michael 2022-09-15** | 00:00:18 | **GRIMES_FINAL.6** |
| | 25:18       Mr. Musk was so important to Morgan | | |
| | 25:19       Stanley that you had James Gorman, the chairman | | |
| | 25:20       and CEO of Morgan Stanley, personally reach out to | | |
| | 25:21       Mr. Musk; is that right? | | |
| | 25:22   A.   Yes. | | |
| | 25:23   Q.   I'll show you Exhibit 2. | | |
| | 25:24       (Grimes Exhibit No. 2 was marked | | |
| | 25:25       for identification.) | | |
| 26:24 - 27:23 | **Grimes, Michael 2022-09-15** | 00:01:12 | **GRIMES_FINAL.7** |
| 🔗 336.1  🔗 336.1.2 | 26:24   Q.   Okay. So this is an e-mail that you | | |
| | 26:25       sent to Kelly Watson or Anjelica Kelly Watson, and | | |
| | 27:01       it says "for James." | | |
| | 27:02       And is it your understanding that the | | |
| | 27:03       James that you're referring to is James Gorman? | | |
| | 27:04   A.   Yes. | | |
| 🔗 336.1.3 | 27:05   Q.   And I'll point you to the date, which is | | |
| | 27:06       April 21st of 2022, and I'll represent to you that | | |
| | 27:07       the merger agreement was signed on the 25th, so to | | |
| | 27:08       put it in perspective of the timing of the e-mail. | | |
| | 27:09   A.   Okay. | | |
| | 27:10   Q.   Okay. Now, tell me if I'm correct that | | |
| 🔗 336.1.4  🔗 336.1.5 | 27:11       this is an e-mail where you're providing talking | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

🔗 336.1.6

27:12    points for Mr. Gorman to have in a conversation
27:13    with Elon Musk; is that right?
27:14  A.  That's correct.
27:15  Q.  And in it you say that you want
27:16    Mr. Gorman to emphasize Morgan Stanley's support
27:17    for Mr. Musk and for all of his companies.
27:18    Do you see that, paragraph 1?
27:19  A.  Yes.
27:20  Q.  What were you referring to about all of
27:21    his companies?
27:22  A.  I believe I was referring to Tesla,
27:23    SpaceX, Neuralink, and The Boring Company.

**28:06 - 28:19    Grimes, Michael 2022-09-15    00:00:36    GRIMES_FINAL.8**

28:06  Q.  And your reference to providing support
28:07    for all of his companies was one of the things you
28:08    were hoping to achieve was to have Mr. Gorman sort
28:09    of suggest or -- well, suggest to Mr. Musk about
28:10    the potential for Morgan Stanley doing work beyond
28:11    the Twitter transaction with those companies?
28:12  A.  Sure.  I mean, that would be a goal, not
28:13    for James necessarily to ask for business from
28:14    those companies, but, We're here for you and your
28:15    projects and your companies.
28:16  Q.  Sort of a subtext to what's --
28:17  A.  Yeah.
28:18  Q.  -- what you're saying in the document.
28:19  A.  I think so.

**31:25 - 33:03    Grimes, Michael 2022-09-15    00:01:13    GRIMES_FINAL.9**

✖ Clear

31:25  Q.  So you understood that Mr. Musk wanted
32:01    this transaction to happen fast, right?
32:02  A.  Yes.
32:03  Q.  And I know you mentioned that from
32:04    meeting him on April 11th through obtaining the
32:05    committed financing was record speed.
32:06    Was it also extremely fast in your
32:07    experience the time between meeting him and making
32:08    an offer to Twitter?
32:09  A.  I believe so, yes.
32:10  Q.  And you didn't know the date before, but
32:11    I'll represent to you that it was April 13th.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

32:12   A.   13th, yeah.

32:13   Q.   So you met Mr. Musk on the 11th --

32:14   A.   Yes.

32:15   Q.   -- right?

32:16   A.   Yes.

32:17   Q.   And by the 13th, you had an offer to the

32:18        company with a price, correct?

32:19   A.   That's correct.

32:20   Q.   In your experience, was that the fastest

32:21        that Morgan Stanley had been able to get to

32:22        producing an offer from when you first started

32:23        working?

32:24   A.   I think so.  Certainly in my experience.

32:25        I don't know about others at Morgan Stanley, but

33:01        I -- it wouldn't surprise me, and I was -- it was

33:02        a record from my perspective, and I believe

33:03        Mr. Armstrong we talked about.

| 35:06 - 35:24 | **Grimes, Michael 2022-09-15** | 00:00:59 | **GRIMES_FINAL.1** |
|---|---|---|---|
| | | | **0** |

35:06   Q.   And did you also meet an individual

35:07        named Alex Spiro?

35:08   A.   Yes.

35:09   Q.   Who is Mr. Spiro?

35:10   A.   I believe he's a partner at the law firm

35:11        Quinn Emanuel.

35:12   Q.   And what was Mr. Spiro's relationship to

35:13        the Twitter transaction?

35:14   A.   He was operating as a advisor, I

35:15        believe, to Mr. Musk.  He and Mr. Birchall were

35:16        the working team to some degree, because this was

35:17        an individual acquiring a company as -- or

35:18        proposing to acquire a company as opposed to a

35:19        corporation with a management team.

35:20        So deal advice, legal advice, tactics,

35:21        he was a person along with Mr. Birchall that was

35:22        on the deal team as I saw it for what is known as

35:23        X Holdings, the holding company that made the

35:24        offer, I believe.

| 59:10 - 61:11 | **Grimes, Michael 2022-09-15** | 00:03:07 | **GRIMES_FINAL.1** |
|---|---|---|---|
| | | | **1** |

59:10   A.   Yeah, should I -- should I describe our

59:11        overall strategy, because that -- that relates to

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 59:12 | the 42? | |
| | 59:13 | Q. Sure. | |
| | 59:14 | A. So the strategy that we recommended, If | |
| | 59:15 | you want to proceed with an acquisition here, the | |
| | 59:16 | ways to do it are to have the financing lined up | |
| | 59:17 | before, and then, you know, it's a stronger offer | |
| | 59:18 | or the financing lined up after the offer, which | |
| | 59:19 | is a -- will be perceived as a weaker offer.  And | |
| | 59:20 | the initial response to an offer, you know, can | |
| | 59:21 | often determine posture and trajectory and | |
| | 59:22 | feelings, you know, investor reaction, media | |
| | 59:23 | reaction. | |
| | 59:24 | And so Mr. Armstrong conceived of, and I | |
| | 59:25 | greatly liked it, a strategy that we referred to | |
| | 60:01 | as jujitsu, which is use a seeming weakness as a | |
| | 60:02 | strength later. | |
| | 60:03 | And so the goal that we were advising, | |
| | 60:04 | If you want to acquire this company, here's the | |
| | 60:05 | ways to do it.  Our advice would be a jujitsu | |
| | 60:06 | strategy, which is to have an offer that is not | |
| | 60:07 | strong until the -- the strong time, and all the | |
| | 60:08 | strength comes at once. | |
| | 60:09 | And there were multiple aspects to that. | |
| | 60:10 | The aspect to it that related to a 42 -- a 420, a | |
| | 60:11 | cuteness of numbers that have been associated with | |
| | 60:12 | Mr. Musk in the media.  The date 4/20 is the date | |
| | 60:13 | that people talk about, you know, with respect to | |
| | 60:14 | marijuana.  He's been involved in using that | |
| | 60:15 | number or date.  I don't know exactly how. | |
| | 60:16 | And we believed that the -- because it | |
| | 60:17 | was around 40 percent and because the price was | |
| | 60:18 | around 54, $55, the choosing of a decimal point is | |
| | 60:19 | often just a round number or something else.  I | |
| | 60:20 | was involved with Google, they chose the digits of | |
| | 60:21 | pi, you know, that type of thing, another kind of | |
| | 60:22 | wink to their mathematical. | |
| | 60:23 | So we believed part of jujitsu, if we | |
| | 60:24 | used a 42 percent premium -- it might have been | |
| | 60:25 | Mr. Armstrong's idea -- would get -- would be | |
| | 61:01 | consistent with people, perhaps, and their | |
| | 61:02 | advisors or their side incorrectly thinking he was | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 61:03 | not serious, and -- because we were doing jujitsu. | | |
| | 61:04 | So until we had the financing lined up, we | | |
| | 61:05 | believed it was highly advisable to own not | | |
| | 61:06 | looking serious completely. | | |
| | 61:07 | And so, you know, it's just a number, | | |
| | 61:08 | but it could add to media or advisor, is he really | | |
| | 61:09 | serious, it's subject to financing, it's subject | | |
| | 61:10 | to diligence, and buy us time to get strong.  And | | |
| | 61:11 | that's what ended up happening. | | |

| 64:16 - 64:21 | **Grimes, Michael 2022-09-15** | 00:00:20 | **GRIMES_FINAL.1** |
| | | | **2** |
| | 64:16 | Q.  And do you remember agreeing that 54.20 | | |
| | 64:17 | is the amount -- the number that you would | | |
| | 64:18 | recommend to Mr. Musk? | | |
| | 64:19 | A.  Yes. | | |
| | 64:20 | Q.  I want to just make sure I understand | | |
| | 64:21 | the jujitsu strategy. | | |

| 64:23 - 69:13 | **Grimes, Michael 2022-09-15** | 00:06:31 | **GRIMES_FINAL.1** |
| | | | **3** |
| | 64:23 | Was part of the strategy to offer a | | |
| | 64:24 | number that had a high premium over the current | | |
| | 64:25 | price of Twitter? | | |
| | 65:01 | A.  Yes. | | |
| | 65:02 | Q.  And how does that high premium play into | | |
| | 65:03 | the jujitsu strategy? | | |
| | 65:04 | A.  The high enough is the way I would -- I | | |
| | 65:05 | would put a finer point on it, which is the -- the | | |
| | 65:06 | valuation work we did on the -- their multiples of | | |
| | 65:07 | EBITDA primarily, but also I think revenue.  But | | |
| | 65:08 | the multiples of EBITDA and revenue suggested the | | |
| | 65:09 | stock was undervalued in our view relative to | | |
| | 65:10 | comparables in the work that we did in the 34, 36 | | |
| | 65:11 | hours.  And based upon that, there was ample | | |
| | 65:12 | opportunity to acquire the company at a premium | | |
| | 65:13 | that would clear their boardroom.  So high enough. | | |
| | 65:14 | In the 40-ish percent range was | | |
| | 65:15 | Mr. Armstrong and Mr. O'Keeffe's judgment as to | | |
| | 65:16 | the minimum that that would be harder for their | | |
| | 65:17 | board to ignore.  We did not anticipate that they | | |
| | 65:18 | would actually accept it, and we advised Mr. Musk | | |
| | 65:19 | of that. | | |
| | 65:20 | And so with respect to the jujitsu, the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 65:21 | concept was enough to be credible but not your |
| | 65:22 | strongest, fully financed, not subject to |
| | 65:23 | diligence offer, and to have that revealed when |
| | 65:24 | that was buttoned up on financing, and then let |
| | 65:25 | the value speak for itself to -- to hopefully |
| | 66:01 | clear their boardroom and investors, but knowing |
| | 66:02 | that it may not.  So high enough premium. |
| | 66:03 | Q.  So do you recall whether or not there |
| | 66:04 | was consideration during the 34-hour period of |
| | 66:05 | this strategy? |
| | 66:06 | When I say "this strategy," I mean the |
| | 66:07 | jujitsu strategy. |
| | 66:08 | A.  Certainly.  That was -- I named it that |
| | 66:09 | during that period. |
| | 66:10 | Q.  And so was there discussion at that time |
| | 66:11 | about both obtaining financing commitments and |
| | 66:12 | waiving diligence at -- for later? |
| | 66:13 | A.  Yes, I believe so.  Yeah, Mr. Armstrong |
| | 66:14 | said that's the strongest way to go, but that we |
| | 66:15 | didn't want to have the strength shown up front. |
| | 66:16 | I said, I have a label for that: |
| | 66:17 | Jujitsu. |
| | 66:18 | He later, I think, changed the name to |
| | 66:19 | rope-a-dope, a similar concept of -- and mostly |
| | 66:20 | internal.  I think we said that to Mr. Musk at one |
| | 66:21 | point.  He didn't really react to these words, but |
| | 66:22 | he understood the strategy.  So I don't -- this is |
| | 66:23 | just Anthony's and I's labels for don't look as |
| | 66:24 | strong as you are until the moment of strength, |
| | 66:25 | and that was discussed all during -- well, not |
| | 67:01 | all during, but during the 34 to 36, because it |
| | 67:02 | was presented as the -- as the strategy that we |
| | 67:03 | advised if he wanted to decide to proceed to -- |
| | 67:04 | you know, wanted to acquire the company, this was |
| | 67:05 | what we would advise in that -- in that event. |
| | 67:06 | Q.  How would waiving diligence make the |
| | 67:07 | offer stronger? |
| | 67:08 | A.  From the opponent's or the other side's |
| | 67:09 | perspective, they would not be able to point to |
| | 67:10 | this offer as highly conditional.  It's |
| | 67:11 | conditioned on diligence, and therefore, you know, |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 67:12 | it's -- it's not as likely, it's not as certain, | | |
| | 67:13 | and so their advisors or their board or their | | |
| | 67:14 | shareholders could demit less certain, and, | | |
| | 67:15 | therefore, less probability weighted to deliver | | |
| | 67:16 | them the price and the premium. | | |
| | 67:17 | Q. And was this your strategy or | | |
| | 67:18 | Mr. Armstrong's strategy, or both? | | |
| | 67:19 | A. I endorsed it. It was Mr. Armstrong's | | |
| | 67:20 | strategy. I agreed with it. I found it | | |
| | 67:21 | compelling. | | |
| | 67:22 | Q. Did having financing committed -- | | |
| | 67:23 | withdrawn. | | |
| | 67:24 | Did not making the offer contingent on | | |
| | 67:25 | financing also make the offer stronger? | | |
| | 68:01 | A. I think you might not have rephrased | | |
| | 68:02 | that -- you want to read the question again? You | | |
| | 68:03 | might not have phrased that the way you wanted. | | |
| | 68:04 | We did make the offer contingent -- our | | |
| | 68:05 | advice was to make the offer contingent on | | |
| | 68:06 | financing. | | |
| | 68:07 | Q. Right. | | |
| | 68:08 | A. Not to not make it. | | |
| | 68:09 | Q. Right. | | |
| | 68:10 | A. Okay. | | |
| | 68:11 | Q. And then what I'm trying to understand | | |
| | 68:12 | is, but based on the jujitsu strategy -- | | |
| | 68:13 | A. Yes. | | |
| | 68:14 | Q. -- the idea was make the offer | | |
| | 68:15 | contingent on financing, correct? | | |
| | 68:16 | A. Yes. Correct. | | |
| | 68:17 | Q. And then at a later point when you're to | | |
| | 68:18 | withdraw that contingency -- | | |
| | 68:19 | A. Yes. | | |
| | 68:20 | Q. -- and have financing lined up? | | |
| | 68:21 | A. Yes. And at that point, stronger, not | | |
| | 68:22 | less strong. In the first instance when it's | | |
| | 68:23 | contingent, less strong. | | |
| | 68:24 | Q. Okay. And does the same hold true for | | |
| | 68:25 | diligence? In other words, make the offer | | |
| | 69:01 | contingent on diligence, and then when you get to | | |
| | 69:02 | a later period, withdraw the right to diligence | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 69:03 | to -- in an effort to strengthen the offer? | | |
| | 69:04 | A. Yes. | | |
| | 69:05 | Q. And did you or anyone on your team lay | | |
| | 69:06 | out for Mr. Musk this strategy on the meeting on | | |
| | 69:07 | the 11th? | | |
| | 69:08 | A. I think so. That was the plan, and I | | |
| | 69:09 | believe Mr. Armstrong went through -- I believe I | | |
| | 69:10 | used the term "jujitsu" -- subject to financing, | | |
| | 69:11 | subject to diligence, and then go get the | | |
| | 69:12 | financing, and withdraw both contingencies and -- | | |
| | 69:13 | and the 54.20. | | |

| 71:20 - 71:22 | **Grimes, Michael 2022-09-15** | 00:00:09 | **GRIMES_FINAL.1** |
| | 71:20 Q. I want to actually turn now to the | | 4 |
| | 71:21 actual meeting with Mr. Musk later that day on | | |
| | 71:22 April 11th. | | |

| 72:02 - 72:12 | **Grimes, Michael 2022-09-15** | 00:00:25 | **GRIMES_FINAL.1** |
| | 72:02 Q. Do you remember, was that meeting in | | 5 |
| | 72:03 person or on the phone? | | |
| | 72:04 A. I believe it was audio dial in, I | | |
| | 72:05 believe. Audio call. Group audio, I believe. | | |
| | 72:06 Q. Was it -- just audio? | | |
| | 72:07 A. I think so. | | |
| | 72:08 Q. Do you remember if this was the first | | |
| | 72:09 time that you had a conversation with Mr. Musk in | | |
| | 72:10 connection with his potential acquisition of | | |
| | 72:11 Twitter? | | |
| | 72:12 A. Yes. | | |

| 74:11 - 75:05 | **Grimes, Michael 2022-09-15** | 00:00:59 | **GRIMES_FINAL.1** |
| | 74:11 Q. Was the potential offer price presented | | 6 |
| | 74:12 on the call? | | |
| | 74:13 A. Our advice as to the 54.20? | | |
| | 74:14 Q. Yes. | | |
| | 74:15 A. Offer price -- or initial offer price, I | | |
| | 74:16 think Mr. Armstrong thought it was going to have | | |
| | 74:17 to go up later if he chose to proceed. But the -- | | |
| | 74:18 that 54.20 initial price, or if you want to call | | |
| | 74:19 it offer price, in our advice -- as part of our | | |
| | 74:20 advice, was presented, yes. | | |
| | 74:21 Q. And can you tell us, to the best of your | | |
| | 74:22 recollection, what Mr. Musk said on the call? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 74:23   A.   The best of my recollection, we asked -- | | |
| | 74:24        he shared his vision for the company if he were to | | |
| | 74:25        acquire it.  It was clear he had not made a | | |
| | 75:01        decision to acquire it.  We clarified that at the | | |
| | 75:02        beginning of the call, which we assumed that, and | | |
| | 75:03        we would advise, you know, that, If you do this, | | |
| | 75:04        you wait until, you know, you're making an offer | | |
| | 75:05        to do that. | | |
| 76:07 - 77:13 | **Grimes, Michael 2022-09-15** | 00:02:13 | **GRIMES_FINAL.1** |
| | | | **7** |
| | 76:07   Q.   Just briefly, what was his vision? | | |
| | 76:08   A.   The vision was function -- better | | |
| | 76:09        functioning town square for, you know, all -- all | | |
| | 76:10        ideas, improve the product, make it more usable | | |
| | 76:11        and user friendly.  Clean up the spam, I think, | | |
| | 76:12        was the term that was used on that call, I think. | | |
| | 76:13        Add revenue streams of both creator -- I'll call | | |
| | 76:14        it YouTube-like activity.  He had a view that you | | |
| | 76:15        had to link to that activity from Twitter instead | | |
| | 76:16        of it being directly on Twitter. | | |
| | 76:17        Payments was part of the vision, a | | |
| | 76:18        revenue stream for payments.  Subscription | | |
| | 76:19        services for the users, verifying the users, and | | |
| | 76:20        maybe being paid to be verified.  I can't remember | | |
| | 76:21        how that related, but subscription and | | |
| | 76:22        verification payments, YouTube, and something -- | | |
| | 76:23        less advertising to some degree, I think, was part | | |
| | 76:24        of that vision. | | |
| | 76:25   Q.   Did Mr. Musk express the view that he | | |
| | 77:01        thought that the amount of spam had been | | |
| | 77:02        underreported by Twitter? | | |
| | 77:03   A.   I don't believe so. | | |
| | 77:04   Q.   Did he discuss bots? | | |
| | 77:05   A.   I don't remember if the term "bots" was | | |
| | 77:06        used.  I think the term "spam" was used, but he | | |
| | 77:07        certainly made clear that his user experience was | | |
| | 77:08        too much spam and that spam, I believe, and later | | |
| | 77:09        on the term "bots" used, not necessarily | | |
| | 77:10        interchangeably, but close to interchangeably.  So | | |
| | 77:11        I think it was spam, but it could have been bots. | | |
| | 77:12        But too much of -- too much of that in his user | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 77:13   experience as a Twitter user. | | |
| 78:22 - 80:03 | **Grimes, Michael 2022-09-15** | 00:01:32 | **GRIMES_FINAL.1 8** |
| | 78:22   Q.  And was there a time frame discussed as | | |
| | 78:23       to when he would submit the offer to Twitter? | | |
| | 78:24   A.  Well, he had not decided.  He made that | | |
| | 78:25       clear.  But he certainly said go fast and proceed | | |
| | 79:01       with the rest of the analysis, and he liked to be | | |
| | 79:02       able to be in a position to do this, if he decided | | |
| | 79:03       to do it, is -- is what -- how the call ended. | | |
| | 79:04       Something to that effect.  That was my | | |
| | 79:05       understanding.  Just keep on cranking.  You know, | | |
| | 79:06       we're not there yet, but then he can make a go or | | |
| | 79:07       no go based on a full package of information | | |
| | 79:08       that -- I guess within a couple of days. | | |
| | 79:09       But we weren't sure it was going to be a | | |
| | 79:10       couple of days at that point.  That's what it | | |
| | 79:11       turned out to be.  So I don't remember how much | | |
| | 79:12       timing other than fast, analyze fast. | | |
| | 79:13   Q.  He was saying "analyze fast"? | | |
| | 79:14   A.  That was my takeaway.  I don't remember | | |
| | 79:15       the words.  The takeaway was clear.  Proceed to | | |
| | 79:16       the -- Get me to a point where if I want to do | | |
| | 79:17       this, I can do it in a rapid time frame. | | |
| | 79:18   Q.  Was there ever any discussion of whether | | |
| | 79:19       it was going to be done in a week or a month or | | |
| | 79:20       what his expectation was? | | |
| | 79:21   A.  At some point there was a concept of | | |
| | 79:22       count in hours, but I think that it might have been on | | |
| | 79:23       a subsequent call on getting the financing.  But I | | |
| | 79:24       don't remember, on this first call, if there was | | |
| | 79:25       anything to that effect.  But it was clear that we | | |
| | 80:01       were continuing the 34, 36-hours mode. | | |
| | 80:02   Q.  And -- | | |
| | 80:03   A.  Lots of work in a short period of time. | | |
| 84:02 - 84:21 | **Grimes, Michael 2022-09-15** | 00:00:54 | **GRIMES_FINAL.1 9** |
| | 84:02   Q.  Did there come a time when Mr. Musk | | |
| | 84:03       decided that he was agreeable to the Jujitsu | | |
| | 84:04       strategy, which was to use the 54.20 price and | | |
| | 84:05       make an offer to Twitter? | | |
| | 84:06   A.  Yes. | | |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

84:07  Q.  And do you remember when that was?
84:08  A.  I want to clarify, the Jujitsu
84:09      strategy -- the main part of it was subject to
84:10      diligence, subject to financing.  54.20 is a small
84:11      piece of it.  Like, will they -- if it's 154.20,
84:12      it's still a big number.  So they're not going to
84:13      have someone say, It's so unserious, I don't
84:14      believe it.  But just a little bit -- that was a
84:15      little -- a small piece, but a piece.
84:16      So the -- the three pieces of the
84:17      Jujitsu strategy, I guess it was on the 13th, but
84:18      I don't -- it was right before I made the offer,
84:19      but I don't remember whether it was Thursday or
84:20      Wednesday or Friday.  It was a couple of days
84:21      later, as you have reminded me.

| 85:07 - 85:11 | **Grimes, Michael 2022-09-15** | 00:00:09 | **GRIMES_FINAL.2** |
| | | | **0** |

85:07  Q.  And at first, actually, the actual offer
85:08      said that it would be subject to customary
85:09      business due diligence and financing; is that
85:10      right?
85:11  A.  Yes.

| 85:12 - 85:25 | **Grimes, Michael 2022-09-15** | 00:00:45 | **GRIMES_FINAL.2** |
| | | | **1** |

85:12  Q.  April 21st was when Mr. Musk actually
85:13      announced that he was going to waive diligence.
85:14      In the lead-up to that, did you have
85:15      conversations with him?
85:16  A.  Yes.
85:17  Q.  What conversations did you have with him
85:18      about waiving diligence and any financing
85:19      contingency?
85:20  A.  I think waiving diligence was always
85:21      presumed, so I don't remember any specifics on
85:22      following through on that.  But that was part of
85:23      the plan from the beginning, to my best
85:24      understanding.  Mr. Armstrong may have had
85:25      discussions with him.

| 86:11 - 86:23 | **Grimes, Michael 2022-09-15** | 00:00:42 | **GRIMES_FINAL.2** |
| | | | **2** |

86:11  Q.  What conversations, if any, do you
86:12      remember anyone at Morgan Stanley having with
86:13      Mr. Musk regarding the consequences of waiving

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

86:14      business diligence?

86:15   A.   I don't remember.  I mean, I assume

86:16      Mr. Armstrong had the original conversation of,

86:17      you know, If you do this offer without diligence,

86:18      do it without financing, you're going to be

86:19      successful.  More -- more likely to be successful

86:20      in clearing the boardroom, I guess, is something I

86:21      remember.  But that was the initial conversation.

86:22      I don't know if there was any amendment or

86:23      difference on that.

| 88:08 - 88:21 | **Grimes, Michael 2022-09-15** | 00:00:33 | **GRIMES_FINAL.2** |
| | | | **3** |

88:08   Q.   Did it cross your mind that you should

88:09      have a conversation with Mr. Musk about the risks

88:10      of waiving business diligence?

88:11   A.   Mr. Armstrong maybe -- maybe described

88:12      to him -- I mean, it's pretty straightforward.

88:13      Waiving diligence is waiving diligence.  So I

88:14      don't -- I don't recall having some specific

88:15      conversation about those risks or consequences

88:16      myself.

88:17   Q.   Did Mr. Armstrong ever report back to

88:18      you as to whether or not he had a conversation

88:19      with Mr. Musk about the consequences of waiving

88:20      diligence?

88:21   A.   Not that I recall.

| 88:22 - 89:11 | **Grimes, Michael 2022-09-15** | 00:01:06 | **GRIMES_FINAL.2** |
| | | | **4** |

88:22   Q.   In a typical deal that you've been

88:23      involved in involving the acquisition of a public

88:24      company, what are some of the steps that acquirers

88:25      take during business diligence?

89:01   A.   Asking about -- learning about -- asking

89:02      and presumably learning about costs, revenues,

89:03      talent, facilities, prospects, things about the

89:04      business, to learn about the business that are not

89:05      already known or available in the publicly

89:06      disclosed statements or analyst reports and things

89:07      like that.

89:08   Q.   You also get an opportunity to meet with

89:09      management, typically?

89:10   A.   That's part of the asking and learning,

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 89:11    yeah, yeah.  Yes, correct. | | |
| 90:04 - 90:09 | **Grimes, Michael 2022-09-15** | 00:00:16 | **GRIMES_FINAL.2** |
| | 90:04    While you're looking at it, I'll | | **5** |
| 🔗 337.1.2 | 90:05    represent to you that the top e-mail is from | | |
| | 90:06    Kate Claassen on 4/22, so just after the day that | | |
| 🔗 337.2.1 | 90:07    we were just discussing.  And in it, she attaches | | |
| | 90:08    a document that says "Proposal to Twitter | | |
| | 90:09    Shareholders." | | |
| 90:20 - 91:06 | **Grimes, Michael 2022-09-15** | 00:00:41 | **GRIMES_FINAL.2** |
| | 90:20    First of all, do you know what the | | **6** |
| | 90:21    proposal to Twitter's shareholder document is, | | |
| | 90:22    like, what's its purpose? | | |
| | 90:23   A.   This document was a draft that | | |
| | 90:24    Ms. Claassen prepared that was never used but | | |
| | 90:25    could have been used if there was a contested, | | |
| | 91:01    unsolicited, hostile back-and-forth-type | | |
| | 91:02    acquisition.  If Twitter's board had not wanted to | | |
| | 91:03    proceed and then Mr. Musk had wanted to proceed | | |
| | 91:04    anyway, that this would be something we would | | |
| | 91:05    propose to use to show the shareholders why the | | |
| | 91:06    deal's a better deal than the status quo. | | |
| 93:17 - 94:06 | **Grimes, Michael 2022-09-15** | 00:00:36 | **GRIMES_FINAL.2** |
| 🔗 337.10.1 | 93:17   Q.   And I will ask you to turn to page 9. | | **7** |
| | 93:18    Do you see that Ms. Claassen is | | |
| 🔗 337.10.2 | 93:19    indicating -- it says "estimate of false or spam | | |
| | 93:20    accounts" and it has the straight 5 percent right | | |
| | 93:21    across? | | |
| | 93:22   A.   I do. | | |
| 🔗 337.10.3 | 93:23   Q.   And it says:  "Self-reported spam | | |
| | 93:24    reports."  Do you see that? | | |
| | 93:25   A.   Yes. | | |
| | 94:01   Q.   And do you recognize that emoji? | | |
| | 94:02   A.   Yes. | | |
| | 94:03   Q.   What's the emoji? | | |
| | 94:04   A.   Kind of a hmm or skepticism or can we | | |
| | 94:05    really -- you know, can we really believe they're | | |
| | 94:06    going to despam? | | |
| 95:22 - 95:23 | **Grimes, Michael 2022-09-15** | 00:00:01 | **GRIMES_FINAL.2** |
| 🗙 Clear | 95:22    BY MR. KOBRE: | | **8** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 95:23   Q.   Do you recognize this deck? | | |
| 96:08 - 96:11 | **Grimes, Michael 2022-09-15** | 00:00:18 | **GRIMES_FINAL.2** |
| 🔗 22.1 | 96:08   A.   As I sit here today, it looks like an | | **9** |
| | 96:09        O'Keeffe or Armstrong deck regarding a possible | | |
| | 96:10        hostile tender offer, counterparty friendly, like | | |
| | 96:11        different scenarios. | | |
| 97:09 - 98:14 | **Grimes, Michael 2022-09-15** | 00:01:26 | **GRIMES_FINAL.3** |
| 🔗 22.3 | 97:09   Q.   And then on page 3, do you see the first | | **0** |
| 🔗 22.3.1 | 97:10        box?  It says:  "Enclose very seller-friendly | | |
| 🔗 22.3.2 | | | |
| | 97:11        merger agreement and documentation, effectively | | |
| | 97:12        removing all conditionality." | | |
| | 97:13        Do you see that? | | |
| | 97:14   A.   Yes. | | |
| | 97:15   Q.   Is that what happened? | | |
| | 97:16   A.   I think so.  I mean, it's certainly | | |
| | 97:17        seller friendly.  Technically speaking -- I don't | | |
| | 97:18        know what the word "effectively" means -- but it's | | |
| | 97:19        not all conditionality because reps and warranties | | |
| | 97:20        have to be satisfied and all conditions.  So it's | | |
| | 97:21        not -- not all, but most.  Effectively, it's meant | | |
| | 97:22        to be most. | | |
| | 97:23   Q.   But certainly, diligence and financing, | | |
| | 97:24        at least, were two of the conditions that were | | |
| | 97:25        removed, right? | | |
| | 98:01   A.   Yes. | | |
| | 98:02   Q.   And you said certainly very seller | | |
| | 98:03        friendly. | | |
| | 98:04        What was it about the agreement that | | |
| | 98:05        made you say that it's certainly very seller | | |
| | 98:06        friendly? | | |
| | 98:07   A.   What you just referred to, no -- no | | |
| | 98:08        diligence and no financing contingency.  And there | | |
| | 98:09        may have been other things that are in | | |
| | 98:10        Mr. O'Keeffe and Mr. Armstrong's areas of | | |
| | 98:11        expertise on -- on how, you know -- break-up fees | | |
| | 98:12        and things.  I'm sure there are other pieces of | | |
| | 98:13        it, but those are the big ones of diligence and | | |
| | 98:14        financing. | | |
| 98:15 - 99:04 | **Grimes, Michael 2022-09-15** | 00:00:46 | **GRIMES_FINAL.3** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 98:15  Q.  And, again, am I right that by enclosing | | 1 |
| | 98:16      the seller-friendly merger agreement that | | |
| | 98:17      effectively removed the conditions, the benefit to | | |
| | 98:18      Mr. Musk by doing that was that it would make the | | |
| | 98:19      offer more attractive to Twitter to accept it; is | | |
| | 98:20      that right? | | |
| | 98:21  A.  Well, it didn't remove all conditions, | | |
| | 98:22      because there's still conditions and, you know, | | |
| | 98:23      the merger agreement that -- obligations the other | | |
| | 98:24      side has, reps, warranties.  But, yeah, seller | | |
| | 98:25      friendly means ideally they would see it as better | | |
| | 99:01      versus worse. | | |
| | 99:02  Q.  And that they would take it? | | |
| | 99:03  A.  Oh, the hope is that they would take it, | | |
| | 99:04      absolutely.  Yes.  Yes. | | |
| 105:01 - 105:14 | **Grimes, Michael 2022-09-15** | 00:00:44 | **GRIMES_FINAL.3** |
| 🗑 Clear | 105:01  Q.  Do you remember becoming aware of the | | **2** |
| | 105:02      April 28th mDAU recast? | | |
| | 105:03  A.  Yeah, at some point. | | |
| | 105:04  Q.  Okay.  Do you remember how you became | | |
| | 105:05      aware of it? | | |
| | 105:06  A.  My best recollection would be on the | | |
| | 105:07      May 6th meeting with Twitter that -- that we had. | | |
| | 105:08      Mr. Ned Segal discussing it, but it might have | | |
| | 105:09      been a subsequent meeting to that.  It might have | | |
| | 105:10      been May 13th.  I just don't remember. | | |
| | 105:11  Q.  Do you remember having any conversations | | |
| | 105:12      with Mr. Musk or his representatives about the | | |
| | 105:13      April 28th recast -- | | |
| | 105:14  A.  I do not. | | |
| 105:15 - 105:22 | **Grimes, Michael 2022-09-15** | 00:00:23 | **GRIMES_FINAL.3** |
| | 105:15  Q.  In light of the recast, did you instruct | | **3** |
| | 105:16      anyone at Morgan Stanley to revisit any of the | | |
| | 105:17      work product that they had done in connection with | | |
| | 105:18      the potential acquisition of Twitter? | | |
| | 105:19  A.  No. | | |
| | 105:20  Q.  Why not? | | |
| | 105:21  A.  I don't have a reason to do things I | | |
| | 105:22      don't do. | | |
| 105:23 - 106:02 | **Grimes, Michael 2022-09-15** | 00:00:09 | **GRIMES_FINAL.3** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 105:23  Q.  Do you recall there being any internal | | 4 |
| | 105:24       meetings or discussions at Morgan Stanley around | | |
| | 105:25       the time of the April 28th recast about the | | |
| | 106:01       recast? | | |
| | 106:02  A.  I do not. | | |
| 106:05 - 106:12 | Grimes, Michael 2022-09-15 | 00:00:18 | GRIMES_FINAL.3 5 |
| | 106:05       Did you consider the April 28th recast | | |
| | 106:06       to be a cause for concern? | | |
| | 106:07  A.  At -- as I sit here today or when? | | |
| | 106:08  Q.  At the time. | | |
| | 106:09  A.  On the 28th? | | |
| | 106:10  Q.  Yeah. | | |
| | 106:11  A.  I think I testified I don't recall the | | |
| | 106:12       28th. | | |
| 113:04 - 114:09 | Grimes, Michael 2022-09-15 | 00:01:52 | GRIMES_FINAL.3 6 |
| | 113:04       On May 6 there was a meeting with | | |
| | 113:05       Twitter's management; is that right? | | |
| | 113:06  A.  That's right. | | |
| | 113:07  Q.  Who attended the meeting? | | |
| | 113:08  A.  Mr. Musk; Mr. Birchall; myself; | | |
| | 113:09       Mr. Armstrong; Ms. Claassen; Parag, the CEO, via | | |
| | 113:10       Zoom; Alex Spiro via Zoom; Mr. Marty Korman of | | |
| | 113:11       Wilson Sonsini; Ned Segal, the CFO of Twitter; | | |
| | 113:12       Kristina Salen and Pat O'Malley, potential | | |
| | 113:13       candidates for interim CFO for X Holdings; Mr. Sam | | |
| | 113:14       Britton from Goldman Sachs; I believe Ms. Katie | | |
| | 113:15       Martin from Wilson Sonsini. | | |
| | 113:16  Q.  What was your understanding of the | | |
| | 113:17       purpose of the meeting? | | |
| | 113:18  A.  I think that's the -- I might have | | |
| | 113:19       missed someone, but I think that's going around | | |
| | 113:20       the table, if I try to remember. | | |
| | 113:21       The purpose of the meeting was | | |
| | 113:22       diligence, preparation to acquire the company, | | |
| | 113:23       Mr. Musk sharing his vision, him getting | | |
| | 113:24       information they had said, Hey, we -- somehow in a | | |
| | 113:25       conversation I wasn't part of, they had reached | | |
| | 114:01       out and I guess gotten way more -- I don't know, | | |
| | 114:02       way more friendly -- like, beyond friendly, like, | | |
| | 114:03       Hey, let's share information with you and -- and | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

114:04  hear from you, but it was really to share
114:05  information was the purpose.
114:06  And then -- and we were there to get
114:07  information and prepare an agenda of info to get
114:08  and topics and that type of thing.  The
114:09  commencement of effectively a diligence process.

| 114:12 - 115:01 | Grimes, Michael 2022-09-15 | 00:00:38 | GRIMES_FINAL.37 |

114:12  What was the purpose of the diligence
114:13  process?
114:14  A.  Prepare to own the company, understand
114:15  it more.  Basically the things that happen in
114:16  every deal but hadn't happened here.  They were --
114:17  to this moment, they were engaging with that --
114:18  that normal stuff.
114:19  Q.  I need you to explain to me that last
114:20  part where you just said -- you said that hadn't
114:21  happened here.
114:22  A.  Yeah, we had waived diligence -- or our
114:23  client had waived diligence and now they were
114:24  essentially voluntarily engaging in it.  Waiving
114:25  doesn't mean it's not going to happen.  It just
115:01  means he didn't have a contractual right to it.

| 115:04 - 115:06 | Grimes, Michael 2022-09-15 | 00:00:08 | GRIMES_FINAL.38 |

115:04  Typically, when you do due diligence,
115:05  it's typically before signing a merger agreement,
115:06  correct?

| 115:11 - 115:11 | Grimes, Michael 2022-09-15 | 00:00:02 | GRIMES_FINAL.39 |

115:11  It's both, both before and after.

| 115:22 - 116:02 | Grimes, Michael 2022-09-15 | 00:00:09 | GRIMES_FINAL.40 |

115:22  Q.  The diligence that was waived --
115:23  A.  Yes.
115:24  Q.  -- was the business diligence that would
115:25  be done before the merger agreement was signed,
116:01  correct?
116:02  A.  That was waived, yeah.  That's correct.

| 116:03 - 116:18 | Grimes, Michael 2022-09-15 | 00:00:45 | GRIMES_FINAL.41 |

116:03  Q.  You said at one point they were getting
116:04  very friendly --
116:05  A.  Extra friendly or something, is that how

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 116:06 I testified? I mean, they just -- they reached | | |
| | 116:07 out and said, Hey, let's -- let's not just have -- | | |
| | 116:08 signing a friendly merger agreement -- the word | | |
| | 116:09 "friendly" is still -- you could consider maybe, I | | |
| | 116:10 don't know, clinical. I don't know that they were | | |
| | 116:11 cheering for this thing that they signed. | | |
| | 116:12 So this was a friendly posture of | | |
| | 116:13 welcoming Elon to the company and sharing | | |
| | 116:14 information that -- we called it diligence, | | |
| | 116:15 tracker that went back and forth hundreds of | | |
| | 116:16 times. Basically them engaging in sharing info to | | |
| | 116:17 prepare to own the company. Diligence, plans, | | |
| | 116:18 understanding, vision. | | |

| 117:05 - 117:15 | **Grimes, Michael 2022-09-15** | 00:00:25 | **GRIMES_FINAL.4 2** |
| | 117:05 Part of the diligence that was being | | |
| | 117:06 performed was obtaining information to go to the | | |
| | 117:07 rating agencies, right? | | |
| | 117:08 A. Yes. | | |
| | 117:09 Q. And that was something you were laser | | |
| | 117:10 focused on heading into the May 6th meeting? | | |
| | 117:11 A. Yes. Morgan Stanley, I mean -- I was | | |
| | 117:12 focused on it. There were people even more laser | | |
| | 117:13 focused on it. Ms. Claassen was responsible for | | |
| | 117:14 it and Mr. Earls would be there. But, yes, Morgan | | |
| | 117:15 Stanley was, yes. | | |

| 118:02 - 118:21 | **Grimes, Michael 2022-09-15** | 00:01:01 | **GRIMES_FINAL.4 3** |
| | 118:02 Q. And do you recall when you had | | |
| | 118:03 envisioned going to the rating agencies at the | | |
| | 118:04 time of the May 6th meeting? | | |
| | 118:05 A. It was pretty quick. Record time. | | |
| | 118:06 Q. Would it -- | | |
| | 118:07 A. Maybe the following week or something, | | |
| | 118:08 the 16th, if I have it right. Is that the right | | |
| | 118:09 date? Yeah, it was fast. | | |
| | 118:10 Q. And what was the reason that it was | | |
| | 118:11 going to happen so fast? | | |
| | 118:12 A. Mr. Musk asked us to help him close the | | |
| | 118:13 transaction in the fastest -- possible fastest | | |
| | 118:14 ever -- we called it ludicrous speed, just to use | | |
| | 118:15 the term of art of the fastest car, but, you know, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 118:16    this hours, not days concept of all the thorough | | |
| | 118:17    work you're doing, do it faster.  He's very | | |
| | 118:18    inspirational in that regard. | | |
| | 118:19    (Grimes Exhibit No. 9 was marked | | |
| | 118:20    for identification.) | | |
| | 118:21    BY MR. KOBRE: | | |
| 118:22 - 118:22 | Grimes, Michael 2022-09-15 | 00:00:02 | GRIMES_FINAL.4 4 |
| | 118:22  Q.  I want to show you -- I'm going to show | | |
| 118:23 - 118:23 | Grimes, Michael 2022-09-15 | 00:00:03 | GRIMES_FINAL.4 5 |
| 🔗 338.1 | 118:23    you Exhibit 9 for identification.  This is a | | |
| 118:24 - 119:04 | Grimes, Michael 2022-09-15 | 00:00:15 | GRIMES_FINAL.4 6 |
| | 118:24    series of e-mails if you read it back to front | | |
| | 118:25    just to point your attention -- I'm going to point | | |
| | 119:01    your attention to the May 5th, 3:12 e-mail in | | |
| | 119:02    particular. | | |
| | 119:03  A.  Okay. | | |
| | 119:04  Q.  And also the earlier one on 2/17. | | |
| 119:11 - 119:24 | Grimes, Michael 2022-09-15 | 00:00:34 | GRIMES_FINAL.4 7 |
| 🔗 338.3 | 119:11  Q.  Okay.  So this is an e-mail exchange | | |
| | 119:12    between you and Mr. Musk -- right? -- among | | |
| | 119:13    others? | | |
| | 119:14  A.  And -- and -- yeah, and Mr. Birchall, I | | |
| | 119:15    think, is copied. | | |
| | 119:16  Q.  Right. | | |
| | 119:17  A.  Yes. | | |
| | 119:18  Q.  And one of the things you're looking to | | |
| | 119:19    do is to move quickly; is that right? | | |
| | 119:20  A.  Yes.  Very quickly, fastest ever. | | |
| | 119:21  Q.  Right. | | |
| | 119:22    And you recognized that you need to have | | |
| | 119:23    a CFO to meet with the rating agencies, right? | | |
| | 119:24  A.  Yes. | | |
| 126:16 - 126:23 | Grimes, Michael 2022-09-15 | 00:00:36 | GRIMES_FINAL.4 8 |
| 🗑 Clear | 126:16  Q.  And do you recall the topics that were | | |
| | 126:17    discussed in the meeting? | | |
| | 126:18  A.  May 6 meeting? | | |
| | 126:19  Q.  Yep. | | |
| | 126:20  A.  Users, 5 percent mDAU count, | | |
| | 126:21    advertisers, head count, programming languages | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 126:22 | used, how many -- the productivity of the | | |
| | 126:23 | engineers roughly -- like how many engineers write | | |
| 126:24 - 128:03 | **Grimes, Michael 2022-09-15** | | 00:01:32 | **GRIMES_FINAL.49** |
| | 126:24 | how much code, financial model, loosely.  It was | | |
| | 126:25 | supposed to be a model, and, you know, there was a | | |
| | 127:01 | page.  Parag talked about asking Elon for vision, | | |
| | 127:02 | you know.  I don't know if he gave it at that | | |
| | 127:03 | meeting, but could you speak to the employees | | |
| | 127:04 | about vision was discussed. | | |
| | 127:05 | Oh, ludicrous speed on -- well, I don't | | |
| | 127:06 | know if that term was used.  Super fast speed on | | |
| | 127:07 | the proxy statement was discussed.  A request by | | |
| | 127:08 | the Musk side to Wilson Sonsini to do like we were | | |
| | 127:09 | doing and -- the speed mode.  Close the | | |
| | 127:10 | transaction fast. | | |
| | 127:11 | Q.  Did you say close -- | | |
| | 127:12 | A.  Record speed.  Yeah, yeah, yeah. | | |
| | 127:13 | Q.  Get -- | | |
| | 127:14 | A.  Fast, fast, fast.  Proxy statement fast. | | |
| | 127:15 | We're going to the agencies.  That's why these | | |
| | 127:16 | execs are here.  Advertising, advertisers -- oh, | | |
| | 127:17 | direct response advertising was discussed. | | |
| | 127:18 | Q.  What was -- what was the tone of that | | |
| | 127:19 | meeting -- | | |
| | 127:20 | A.  Sorry.  I'm just trying to be | | |
| | 127:21 | responsive. | | |
| | 127:22 | Product improvements.  Execution | | |
| | 127:23 | failures -- | | |
| | 127:24 | Q.  Mm-hmm. | | |
| | 127:25 | A.  -- were discussed, repeated execution | | |
| | 128:01 | failures.  Parag owned those -- and Ned.  I think | | |
| | 128:02 | that's everything I recall.  There could have been | | |
| | 128:03 | more. | | |
| 128:04 - 132:09 | **Grimes, Michael 2022-09-15** | | 00:05:42 | **GRIMES_FINAL.50** |
| | 128:04 | Q.  What was the tone of the meeting? | | |
| | 128:05 | A.  It changed a bit.  So should I tell you | | |
| | 128:06 | the arc of it, if you will? | | |
| | 128:07 | Q.  Just briefly.  That's fine. | | |
| | 128:08 | A.  Okay.  You know, it opened friendly. | | |
| | 128:09 | And -- I know -- no, I said users. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

128:10     You know, it -- it -- he asked about the

128:11     big user funnel, like, even beyond -- not just

128:12     beyond mDAU to DAU, but beyond DAU to registered,

128:13     which is, you know, a massive number, presumably.

128:14     And that started -- it was still friendly, but

128:15     there was surprise and frustration that the CFO

128:16     Ned, you know, couldn't answer it -- couldn't or

128:17     wouldn't. I think it's couldn't.

128:18     And then -- then pretty quickly, it was

128:19     how can, you know, 5 percent be the number of

128:20     spam, bots, whatever you want to call fake, you

128:21     know, users. And they revealed the -- the hundred

128:22     sampling a day. That was a moment that made

128:23     Mr. Musk more frustrated and surprised. We were

128:24     all kind of like in surprise mode.

128:25 Q.  You were surprised?

129:01 A.  Oh, yeah. A hundred out of 200 million.

129:02     Yes.

129:03     And Ned said 70 percent -- I got to get

129:04     this right -- yeah, 70 percent of the advertising

129:05     revenue was from the top ten advertisers. I was

129:06     shocked at that as well. It's not true, by the

129:07     way. Kristina, I could tell, this is impossible

129:08     and we -- I think we followed up on that and said,

129:09     Oh, yeah, wait a minute. It's just ten

129:10     advertisers. If you think about that, 70 percent

129:11     of the revenues, it's not possible.

129:12 Q.  When you say "not true," you didn't

129:13     think he was lying, but he was mistaken about that

129:14     number?

129:15 A.  I don't believe he was lying.

129:16 Q.  That's --

129:17 A.  Certainly, yes. They didn't come across

129:18     as having their act together the way you'd expect.

129:19     And on the financial stuff, I mean, I think Parag

129:20     did -- Parag answered a lot of programming stuff.

129:21     So there was a friendly rapport -- the tone was

129:22     mixed. It was a surprisingly friendly rapport, I

129:23     guess, given what had gone on back and forth in

129:24     the media and stuff, you know, with Parag, you

129:25     know. He was very friendly to Mr. Musk and vice

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

130:01    versa.

130:02    Ned was very cordial and very friendly,

130:03    but was -- was not forthcoming with data.  The

130:04    financial model created frustration.  It was just

130:05    one piece of paper with no X times Y equals Z.

130:06    And that's all they had.  So they were surprised

130:07    that that was their -- we didn't know if that was

130:08    their total forecasting modeling ability, but

130:09    their -- you know, the tone was a lack of

130:10    satisfaction with what they had volunteered was

130:11    going to be happening at the meeting, which was

130:12    sharing of lots of information voluntarily that

130:13    then didn't happen.

130:14    There was a professed, We'll get it to

130:15    you and, Okay, prioritize what you want.  We'll

130:16    get it all.  So there was an earnestness to the

130:17    tone, but there was a -- and then a frustration by

130:18    Mr. Musk on, Well, you know, so the algorithms you

130:19    have on the spam and the bots, just show me the

130:20    code.  I can read code.  And I don't remember if

130:21    it was then that they revealed that it was humans

130:22    and not algorithms.

130:23    Whenever that happened was another

130:24    layer -- level of -- of, you know, surprise.  And

130:25    surprise -- he was surprised and frustrated also

131:01    by the lack of the big user funnel thing.  I was

131:02    not, because I understand that from Facebook.

131:03    It's a more meaningless number.  People that have

131:04    died or they registered and never used the

131:05    service, it's not really a funnel.  I understand

131:06    from Facebook that's a massive number that

131:07    Facebook doesn't focus anyone on and doesn't

131:08    really count and wouldn't have at their

131:09    fingertips.

131:10    So I bailed Ned out of it on that one

131:11    and said -- you know, I'm always trying to be

131:12    constructive.  And objectively, I didn't think

131:13    this was something to be frustrated about.  So I

131:14    said that.  And Ned said something like thank you.

131:15    So that's why it was a mixed tone.  But as it

131:16    related to -- and then I think he corrected

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 131:17 | himself on the advertiser thing. | | |
| | 131:18 | So we were all trying to do our best to | | |
| | 131:19 | make this constructive, but there was not a lot | | |
| | 131:20 | forthcoming, not well prepared, and then this -- | | |
| | 131:21 | this sea change in -- maybe this hundred per day | | |
| | 131:22 | thing, this needs a lot more investigation. And, | | |
| | 131:23 | you know, that's like item number 1 or 2 or | | |
| | 131:24 | something on all, you know, the follow-ups. | | |
| | 131:25 | So that's the mixed tone of what was | | |
| | 132:01 | intended to be a, you know, positive, friendly | | |
| | 132:02 | meeting, and was a bit -- a bit frustrating, but | | |
| | 132:03 | not openly hostile and not forthcoming in all the | | |
| | 132:04 | ways that I'm sure they -- well, I don't know if | | |
| | 132:05 | they meant to be or not on every topic, but | | |
| | 132:06 | unfulfilling -- unfulfilling, frustrating, with | | |
| | 132:07 | some smiles and good humor about COVID and | | |
| | 132:08 | wishing, you know, Parag the best, and that he was | | |
| | 132:09 | a soldier for powering through when he was sick. | | |
| **147:11 - 148:04** | **Grimes, Michael 2022-09-15** | | **00:00:39** | **GRIMES_FINAL.5** |
| 🔗 339.2.2 | 147:11 | Q. But what you're looking at there is I'll | | 1 |
| | 147:12 | represent to you that's Musk to you -- | | |
| | 147:13 | A. Yep. | | |
| 🔗 339.2.1 | 147:14 | Q. -- saying, Neither were great. And then | | |
| | 147:15 | Musk to you saying, Let's just slow down for a few | | |
| | 147:16 | days. | | |
| 🔗 339.1.1 | 147:17 | A. No, I -- mine -- I have here: "No good | | |
| | 147:18 | questions and no good comments." | | |
| | 147:19 | Q. Oh, I'm sorry. You're right. I'm | | |
| | 147:20 | sorry. Go ahead. | | |
| | 147:21 | A. Then -- then I think it's going to be | | |
| | 147:22 | let's slow down -- | | |
| | 147:23 | Q. Let's just slow down a few days. We're | | |
| | 147:24 | going to pull all of those. | | |
| | 147:25 | A. -- just a few days. | | |
| | 148:01 | Q. Yeah, okay. So first, was -- was this | | |
| | 148:02 | the first time that you had heard from Elon Musk | | |
| | 148:03 | about possibly slowing down the Twitter | | |
| | 148:04 | transaction? | | |
| **148:06 - 149:12** | **Grimes, Michael 2022-09-15** | | **00:01:18** | **GRIMES_FINAL.5** |
| ✖ Clear | 148:06 | THE WITNESS: I heard him -- I mean I | | 2 |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|

148:07    read that -- I read him to say, Let's slow down
148:08    for just a few days on pushing him on the CFOs.  I
148:09    don't think it's slowing down the whole
148:10    transaction, but --
148:11    BY MR. KOBRE:
148:12  Q.  But was this the first time you had
148:13    heard him reference --
148:14  A.  Anything not fast?
148:15  Q.  Yes.
148:16  A.  Yes.
148:17  Q.  And was this surprising to you?
148:18  A.  It was not surprising necessarily as to
148:19    the CFOs because his team had consistently told
148:20    me, You may not win if you keep pressing on these
148:21    CFOs so fast.  He's really -- not wanted to be
148:22    cornered on the CFOs.
148:23    But I got he wants ludicrous speed.
148:24    I've got them in a box.
148:25  Q.  Right.
149:01  A.  So I'm telling him anyway, You got to do
149:02    this tomorrow.  So I wasn't surprised, especially
149:03    when he said just a few days, when that would
149:04    still be the fastest ever transaction I've ever
149:05    done, so -- and we remained on ludicrous speed
149:06    anyway, so I was -- but I was -- so a little bit,
149:07    but not like super shocking.
149:08  Q.  But you had told him that unless you
149:09    basically picked a CFO by Monday, you weren't
149:10    going to be able to get in front of the rating
149:11    agencies by May 16th, right?
149:12  A.  Yes, I did.

| 149:13 - 149:21 | **Grimes, Michael 2022-09-15** | | | 00:00:30 | **GRIMES_FINAL.53** |

149:13  Q.  So one of the consequences of him
149:14    saying, Let's slow down just a few days, is that
149:15    you likely were not going to be able to be before
149:16    the rating agencies on May 16th, correct?
149:17  A.  Correct.  We started thinking the 19th
149:18    maybe.  Like we started thinking, Okay, what's --
149:19    what's kind of ludicrous asterisk, still fastest
149:20    we've done in our careers?  You know, which is an

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 149:21    astounding thing, but by a few days less perhaps. | | |
| 151:02 - 151:10 | **Grimes, Michael 2022-09-15** | 00:00:20 | **GRIMES_FINAL.5** |
| | 151:02  Q.  You mentioned that one of the | | **4** |
| | 151:03    other texts that you received which -- withdrawn. | | |
| | 151:04    When you received the text message, | | |
| | 151:05    "Let's slow down a few days" -- | | |
| | 151:06  A.  Just a few days. | | |
| | 151:07  Q.  -- "just a few days," did you pick up | | |
| | 151:08    the phone and call Mr. Musk or any of his | | |
| | 151:09    represent -- representatives? | | |
| | 151:10  A.  No. | | |
| 153:15 - 153:18 | **Grimes, Michael 2022-09-15** | 00:00:08 | **GRIMES_FINAL.5** |
| 🔗 565.1.1 | 153:15    I'm going | | **5** |
| | 153:16    to show you what we're marking as Exhibit 13.  And | | |
| | 153:17    that's going to be the series of text messages | | |
| | 153:18    that you were describing. | | |
| 154:19 - 155:03 | **Grimes, Michael 2022-09-15** | 00:00:40 | **GRIMES_FINAL.5** |
| | 154:19  Q.  So that will include a text message to | | **6** |
| | 154:20    you on 6:54.  That's the one where Mr. Musk says | | |
| | 154:21    slow down for a few days.  There's -- | | |
| | 154:22  A.  I have them in order. | | |
| | 154:23  Q.  Yep.  There's one where it says, | | |
| | 154:24    "Putin's speech tomorrow is extremely important." | | |
| | 154:25  A.  Got it. | | |
| | 155:01  Q.  "It won't make any sense to buy Twitter | | |
| | 155:02    if we're headed into World War III." | | |
| | 155:03  A.  I have that next. | | |
| 155:04 - 155:06 | **Grimes, Michael 2022-09-15** | 00:00:03 | **GRIMES_FINAL.5** |
| | 155:04  Q.  Then your response, which is | | **7** |
| | 155:05    "Understood." | | |
| | 155:06  A.  Yes. | | |
| 163:05 - 164:06 | **Grimes, Michael 2022-09-15** | 00:01:15 | **GRIMES_FINAL.5** |
| | 163:05  Q.  And what was the reason to pause for | | **8** |
| | 163:06    Putin? | | |
| | 163:07  A.  Because he instructed me to.  Let's slow | | |
| | 163:08    down just a few days.  He's worried about World | | |
| | 163:09    War III.  I'm not.  So I'm telling him no problem. | | |
| | 163:10    I'll check the box on his war concern.  He's a | | |
| | 163:11    client.  Okay.  We'll focus on this speech. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 163:12  I didn't watch it.  I didn't listen to | | |
| | 163:13  it.  I didn't sit up at night trembling for this | | |
| | 163:14  speech, and that my home would be invaded. | | |
| | 163:15  And I focused on the CFOs.  They're both | | |
| | 163:16  good enough to get the job done, so I'm still | | |
| | 163:17  trying a bit, which is, okay, he used the term | | |
| | 163:18  "great," so I'm saying you hire great later.  I | | |
| | 163:19  think they're great, but I'm trying to meet my | | |
| | 163:20  client where he lives.  How about good enough? | | |
| | 163:21  And, you know, we'll get through the | | |
| | 163:22  speech, and then take stock.  I'm going to go get | | |
| | 163:23  him another CFO.  Which we did.  What's written | | |
| | 163:24  here is like exactly what happened.  So I had -- I | | |
| | 163:25  had a plan, which is, all right, get him through | | |
| | 164:01  the speech.  We're still on ludicrous speed, | | |
| | 164:02  fastest ever.  And I can't really torture him on | | |
| | 164:03  CFO for a couple of days.  Would probably have to | | |
| | 164:04  get a new one, with one more college try on | | |
| | 164:05  Kristina in particular.  Which is all of what | | |
| | 164:06  occurred. | | |
| 168:04 - 169:22 | **Grimes, Michael 2022-09-15** | 00:01:58 | **GRIMES_FINAL.5 9** |
| | 168:04  Q.  The second packet that you're referring | | |
| | 168:05  to -- | | |
| | 168:06  A.  Yes. | | |
| | 168:07  Q.  -- am I right that that's including the | | |
| 🔗 565.1.3 | 168:08  text "an extremely fundamental due diligence | | |
| | 168:09  item," right? | | |
| | 168:10  A.  Yes. | | |
| | 168:11  Q.  That goes through -- | | |
| | 168:12  A.  If that number -- | | |
| | 168:13  Q.  Go ahead.  I'm sorry. | | |
| 🔗 565.1.4 | 168:14  A.  -- and "to be super clear." | | |
| 🔗 565.1.5 | 168:15  Q.  Right.  That number is like 50 percent, | | |
| | 168:16  and then the next one that says "to be super | | |
| | 168:17  clear." | | |
| | 168:18  A.  Three. | | |
| | 168:19  Q.  Yes. | | |
| | 168:20  A.  I have three. | | |
| | 168:21  Q.  Okay, great. | | |
| | 168:22  The first is, what was your reaction to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

168:23     receiving this packet of texts?

168:24   A.   It was another ratcheting up of his

168:25     focus on the issue, May 6th. It was frustrating.

169:01     They didn't answer it. They were going to answer

169:02     it. They -- at least they acted like they were

169:03     going to, and they didn't.

169:04     They let out that it's a hundred sample

169:05     per day out of hundreds of millions. I don't

169:06     believe at that point we knew they were only

169:07     humans reviewing, not algorithms. He asked about

169:08     the algorithms, but it was like, okay, he was on

169:09     that on Friday. They not only didn't share with

169:10     us, Hey, here you go, like would typically happen

169:11     in diligence, which is here is the proof. Great,

169:12     you know, I'm moving forward.

169:13     So maybe this doesn't go forward if

169:14     they're not going to confirm that the users and

169:15     financial statements are accurate. So I was like

169:16     maybe this is possible. You don't tend to think a

169:17     public company and a Fortune X hundred would have

169:18     that kind of problem, but it's possible now.

169:19     And if they're misrepresenting it, and

169:20     that, you know, breaches the rep, this deal is not

169:21     going forward. That's how I took it. Which I

169:22     think is how it's written.

| 169:23 - 171:12 | **Grimes, Michael 2022-09-15** | 00:01:52 | **GRIMES_FINAL.6 0** |

169:23   Q.   Mm-hmm. It says extreme -- let's just

169:24     break it down for a second.

169:25   A.   Mm-hmm.

170:01   Q.   It says: "An extremely fundamental due

170:02     diligence item is understanding exactly how

170:03     Twitter confirms that 95 percent of daily active

170:04     users are both real people and not double

170:05     counted."

170:06     See that?

170:07   A.   I do.

170:08   Q.   And do you -- did you understand that

170:09     the 5 percent -- withdrawn.

170:10     You said that this was the flip side in

170:11     essence of the 5 percent --

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

170:12  A.  I believe so.  I believe he says it as
170:13      95.  I had always said it as 5.  At least
170:14      Armstrong, Claassen and I would talk about it
170:15      as 5.  He -- he's saying 95 here.
170:16  Q.  And was it explained at the May 6
170:17      meeting that the human testing that was done was
170:18      after various electronic filters had been run to
170:19      create a subset called mDAU?  Was that discussed?
170:20  A.  On May 6th, I don't know if they did or
170:21      not.  At some point they tried -- they told more.
170:22      Without the data, but they told more.  I don't
170:23      know if that was on the 13th.  It was probably not
170:24      on the 6th, because on the 6th I think he was in
170:25      show me the algorithms, and they didn't say, you
171:01      know, it's humans or whatever.  So I don't think
171:02      so, but it's possible.
171:03  Q.  Mm-hmm.  And did you understand that the
171:04      5 percent number was referring to 5 percent of
171:05      mDAU, which was not all daily active users?  Did
171:06      you understand that?
171:07  A.  Yes, eventually.  Yeah, yeah.  Like I
171:08      don't know when, but, yeah, I understand it well,
171:09      and certainly as we dug into this, probably
171:10      starting after May 6.  Maybe even on May 6.  But,
171:11      yes, absolutely, there were disclosures regarding
171:12      mDAU, not DAU.

| 171:13 - 172:02 | **Grimes, Michael 2022-09-15** | 00:00:39 | **GRIMES_FINAL.6** |
| ✖ Clear | | | **1** |

171:13  Q.  And did you read Twitter's 10-K?
171:14  A.  Maybe.  I don't know.
171:15  Q.  Do you remember reading Twitter's 10-K
171:16      before signing the merging -- merger agreement?
171:17  A.  I -- I don't think I read their 10-K
171:18      before signing the merger agreement, no.
171:19  Q.  Do you remember having any discussions
171:20      with Mr. Musk about the disclosures in Twitter's
171:21      10-K prior to signing the merger agreement?
171:22  A.  I don't think so.
171:23  Q.  Do you remember having any discussions
171:24      with Mr. Musk or his representatives about
171:25      Twitter's 10-K prior to signing the merger

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 172:01    agreement? | | |
| | 172:02  A.  I don't think so, no. | | |
| 172:03 - 172:09 | **Grimes, Michael 2022-09-15** | 00:00:23 | **GRIMES_FINAL.6** |
| | 172:03  Q.  Do you remember having any conversation | | **2** |
| | 172:04      with Mr. Musk or his representatives about mDAU | | |
| | 172:05      prior to signing the merging -- merger agreement? | | |
| | 172:06  A.  It was -- I mean, it's in our valuation | | |
| | 172:07      analysis.  So -- but I don't remember all the | | |
| | 172:08      discussions around that, but it was -- it's in | | |
| | 172:09      the -- it's in the valuation modeling. | | |
| 178:18 - 179:22 | **Grimes, Michael 2022-09-15** | 00:01:13 | **GRIMES_FINAL.6** |
| | 178:18  Q.  So let's go back through the | | **3** |
| | 178:19      second packet now. | | |
| | 178:20  A.  Yeah, I have it in front of me. | | |
| 🔗 565.1.6 | 178:21  Q.  Okay.  It says:  "An extremely | | |
| | 178:22      fundamental due diligence item is understanding | | |
| | 178:23      exactly that Twitter confirms that 95 percent of | | |
| | 178:24      their daily active users are both real people and | | |
| | 178:25      not double counted." | | |
| | 179:01  A.  Right. | | |
| 🔗 565.1.7 | 179:02  Q.  "That number is more like 50 percent or | | |
| | 179:03      lower, which is what I would guess based on my | | |
| | 179:04      feed, and then they have been fundamentally | | |
| | 179:05      misrepresenting the value of Twitter advertisers." | | |
| | 179:06      Do you see that? | | |
| | 179:07  A.  And investors. | | |
| | 179:08  Q.  Right.  And do you see that Mr. Musk is | | |
| | 179:09      basing his -- it appears to be that he's basing | | |
| | 179:10      his statement on his own experience and his own | | |
| | 179:11      feed?  See that? | | |
| | 179:12  A.  That's what it looks like. | | |
| | 179:13  Q.  Okay.  Were you familiar with Mr. Musk | | |
| | 179:14      having any other basis for making this statement | | |
| | 179:15      other than his feed? | | |
| | 179:16  A.  I -- I certainly think he's focused on | | |
| 🔗 565.1.9 | 179:17      his feed, as he said, "based on my feed." | | |
| | 179:18      I think his other -- I don't know the | | |
| | 179:19      other possible bases, you know, the May 6th, | | |
| | 179:20      hundred -- hundred user.  Inability to answer the | | |
| | 179:21      question on May 6th, I think would be the other | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 179:22    basis I would assume. | | |
| 180:20 - 181:04 🔗 565.1.8 | **Grimes, Michael 2022-09-15** | 00:00:28 | **GRIMES_FINAL.6 4** |
| | 180:20  Q.  And then it says:  "To be super clear, | | |
| | 180:21       this deal moves forward if it passes due | | |
| | 180:22       diligence, but obviously not if there are massive | | |
| | 180:23       gaping issues." | | |
| | 180:24       See that? | | |
| | 180:25  A.  I do. | | |
| | 181:01  Q.  All right.  Now, you were aware that the | | |
| | 181:02       process that was occurring on May 6th all the way | | |
| | 181:03       through May 8th was not due diligence as it | | |
| | 181:04       relates to completing the transaction, correct? | | |
| 181:06 - 181:20 | **Grimes, Michael 2022-09-15** | 00:00:41 | **GRIMES_FINAL.6 5** |
| | 181:06       THE WITNESS:  My -- my belief is the | | |
| | 181:07       information that they said they were going to | | |
| | 181:08       share with us, and then didn't, but they said they | | |
| | 181:09       were going to, would allow him to confirm a rep | | |
| | 181:10       that was made to him. | | |
| | 181:11       In our business there's terms of art and | | |
| | 181:12       it's hard to say what people call that.  Some | | |
| | 181:13       people sometimes call that confirmatory diligence | | |
| | 181:14       versus business diligence.  I don't think he knows | | |
| | 181:15       any of those terms.  So it's hard to say what | | |
| | 181:16       the -- the terms are used, but, you know, the | | |
| | 181:17       information on May 6th that was to be forthcoming | | |
| | 181:18       that they said they would share, I believe on a | | |
| | 181:19       voluntary basis, you know, this is what I believe | | |
| | 181:20       was being related to in this text. | | |
| 182:14 - 184:13 ⬚ Clear | **Grimes, Michael 2022-09-15** | 00:02:27 | **GRIMES_FINAL.6 6** |
| | 182:14  Q.  So is it fair to say that by | | |
| | 182:15       May 8th, they had not been forthcoming with data. | | |
| | 182:16       In other words, only -- it was two days later, | | |
| | 182:17       right? | | |
| | 182:18  A.  Yeah, yes.  Fair enough.  Sorry.  I just | | |
| | 182:19       meant that it later didn't come.  Yeah, yeah, I | | |
| | 182:20       agree on -- well, on the 6th, they weren't | | |
| | 182:21       forthcoming with how they explained things, but | | |
| | 182:22       they said they would be and they had good faith. | | |
| | 182:23  Q.  Right.  And you believed that, right? | | |
| | 182:24  A.  I -- I did believe the good faith.  I | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

182:25      did believe the good faith.  There was a

183:01      competence issue separate, but I believe the good

183:02      faith.

183:03  Q.  And when you say "a competence issue" --

183:04  A.  They seemed unable to answer questions

183:05      that in good faith I think they aimed to answer.

183:06      That's the whole way I described the meeting, and

183:07      we could go back to it.

183:08      But, yeah, a mixed meeting with some

183:09      positive vibes and some frustration and some, you

183:10      know, lack of -- lack of some info and some good

183:11      faith to promise more.

183:12  Q.  And was that your view of what was

183:13      taking place on May 6th, that there was a due

183:14      diligence process that was taking place whereby

183:15      something would have to pass?

183:16  A.  I believed that meeting -- as I think I

183:17      just testified, but I can do it again -- was them

183:18      voluntarily saying, We'll share a bunch of info

183:19      with you.  In like real friendly mode, not

183:20      clinical mode.  Help you to prepare to run the

183:21      business.

183:22      We also called it diligence through

183:23      doing so, if you confirm the building wasn't

183:24      there, and there was a rep that the building was

183:25      there, that is a gate that has to pass.  I mean

184:01      reps are reps.

184:02      And so I believe whenever I'm engaged in

184:03      diligence -- again, a term that counts for a lot

184:04      of things -- that learning things that are gates;

184:05      warranties and reps are gates.  You know,

184:06      certainly part of any diligence process, and the

184:07      6th was effectively a voluntary diligence process

184:08      in my view, from my view.

184:09  Q.  And in your experience, though, again,

184:10      the testing and learning of gates through

184:11      diligence is more typically done before the merger

184:12      agreement is signed.  Right?

184:13  A.  Both.

| 184:20 - 186:01 | **Grimes, Michael 2022-09-15** | 00:01:31 | **GRIMES_FINAL.6** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 184:20   And what representation and warranty did | | **7** |
| | 184:21   you understand was being tested to have to pass? | | |
| | 184:22  A.  The 95 percent of mDAU.  He phrases it | | |
| | 184:23   as DAU, which is not right in this text.  But | | |
| | 184:24   mDAU, you know, was true in material respects, and | | |
| | 184:25   not likely to cause a material adverse effect on | | |
| | 185:01   the company, MAE. | | |
| | 185:02  Q.  And did you -- after getting this text, | | |
| | 185:03   did you look at the 10-K? | | |
| | 185:04  A.  I think I knew that they had said less | | |
| | 185:05   than 5, so I don't think so. | | |
| | 185:06  Q.  Did you look at the representations | | |
| | 185:07   surrounding the less than 5 number? | | |
| | 185:08  A.  Yes. | | |
| | 185:09  Q.  When did you do that? | | |
| | 185:10  A.  I don't remember, but go to the merger | | |
| | 185:11   agreement, like what's the deal?  We got -- he's | | |
| | 185:12   deadly serious about an issue.  They said it's a | | |
| | 185:13   hundred people out of 200 million.  Is it possible | | |
| | 185:14   that there's a financial statement rep that's | | |
| | 185:15   going to be breached? | | |
| | 185:16   That was the thinking.  Read the merger | | |
| | 185:17   agreement.  I typically don't many times.  Are -- | | |
| | 185:18   are we going to get the info?  I don't remember | | |
| | 185:19   which conversations were when, but are we really | | |
| | 185:20   going to get this info?  Do they have to get us | | |
| | 185:21   this info?  This is becoming a really big deal. | | |
| | 185:22   Now, that escalates between the 6th and | | |
| | 185:23   the 13th with a stop on the 8th.  You know, 6th, | | |
| | 185:24   8th, 13th is a package sometime in there.  I'm | | |
| | 185:25   reading the merger agreement really carefully | | |
| | 186:01   about that rep. | | |
| 186:02 - 186:08 | **Grimes, Michael 2022-09-15** | 00:00:12 | **GRIMES_FINAL.6** |
| | 186:02  Q.  About which rep? | | **8** |
| | 186:03  A.  Financial statements rep. | | |
| | 186:04  Q.  And then you went -- | | |
| | 186:05  A.  10-K, et cetera. | | |
| | 186:06  Q.  It's your testimony you looked at the | | |
| | 186:07   10-K at that time. | | |
| | 186:08  A.  No, I think my testimony was I didn't. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 186:18 - 187:10 | Grimes, Michael 2022-09-15 | 00:00:29 | GRIMES_FINAL.6 9 |

186:18  Q.  And were you also aware that there was a
186:19       statement in the 10-K about the fact that the
186:20       number might be more?
186:21  A.  Yeah, it's an estimate.  Yes, that it's
186:22       an estimate.
186:23  Q.  And not just that it's an estimate, that
186:24       the number actually might be greater.
186:25  A.  Yeah, yeah, I guess so.  Substantively,
187:01       yes.
187:02  Q.  Okay.  You're aware of that.
187:03  A.  I am aware of that, yeah, yeah.
187:04  Q.  You're aware of it now.  Were you aware
187:05       of it then?
187:06  A.  Yeah, yeah, absolutely.  They didn't
187:07       guarantee the number.
187:08  Q.  What's that?
187:09  A.  Yeah, I don't believe they guaranteed
187:10       the number.

| 187:11 - 187:11 | Grimes, Michael 2022-09-15 | 00:00:02 | GRIMES_FINAL.7 0 |

187:11  Q.  Now, after receiving this text, who did

| 187:12 - 189:04 | Grimes, Michael 2022-09-15 | 00:02:05 | GRIMES_FINAL.7 1 |

187:12       you discuss it with?
187:13  A.  I believe Mr. Armstrong.
187:14  Q.  And --
187:15  A.  And then the substance of -- potentially
187:16       with Ms. Claassen, but Mr. Armstrong.
187:17  Q.  And what did you tell him?
187:18  A.  I think something to the effect of this
187:19       spam and bots thing is a really big deal.  We were
187:20       all there Friday.  Like hopefully, we'll get it
187:21       confirmed, but if we don't, and it's a MAC or MAE,
187:22       this client is not going to proceed.  This is
187:23       super clear.
187:24       So the substance of the gate that is
187:25       upon us on their rep, and at some point their
188:01       information requirement, but I don't know if that
188:02       came that fast, because I think we still thought
188:03       we were going to get the data.  Speed bumps come
188:04       in deals.  We're still going to get the data.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

188:05    It's still going to prove out, I think we both
188:06    thought.
188:07    So I don't know that we discussed the
188:08    requirement to share the info with him, but
188:09    certainly that it's got to be right. The
188:10    financial statements have to be right, and maybe
188:11    there's some possibility that they're not. We
188:12    have a client that thinks it maybe isn't, and we
188:13    have a counterparty that on Friday released some
188:14    surprising information about how they do or don't
188:15    go about, you know, verifying it.
188:16 Q. Right. And did you -- were you
188:17    concerned by Mr. Musk's text?
188:18 A. Concerned in what way?
188:19 Q. Well, you just said that you thought
188:20    that we have a client who may be not --
188:21 A. Yeah, yeah. Yeah, we have more work to
188:22    do. Yeah, yeah, maybe this deal doesn't happen.
188:23    I mean that's okay when deals don't happen. It's
188:24    our job, our life.
188:25    But, yeah, we were focused on we got
189:01    more work to do. This isn't going away. We
189:02    better get this data. We got to look at the
189:03    merger agreement. That type of escalation on the
189:04    6th through the 13th escalation --

| 194:02 - 194:11 | Grimes, Michael 2022-09-15 | 00:00:25 | GRIMES_FINAL.7 2 |
|---|---|---|---|

194:02 Q. Okay. Do you agree with me based on
194:03    what's represented here that the price of Tesla
194:04    stock was dropping significantly by the 8th?
194:05 A. I don't know what "by the 8th" means,
194:06    but as compared to -- I could look at the 8th. On
194:07    the 8th, let me look.
194:08    I got to get a pen. Wait. So I'm here.
194:09    The 8th looks -- not really between the
194:10    7th and the 8th. It looks like it drops on the
194:11    9th, and it looks like it dropped on the 7th.

| 194:21 - 195:02 | Grimes, Michael 2022-09-15 | 00:00:19 | GRIMES_FINAL.7 3 |
|---|---|---|---|

194:21 Q. And was it your view that this
194:22    transaction was becoming more expensive for
194:23    Mr. Musk because there were components of the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

194:24  financing that were tied to the value of Tesla

194:25  stock?

195:01 A. No, I don't believe so.  I don't

195:02  think -- I don't think I had that -- that belief.

| 196:18 - 197:24 | Grimes, Michael 2022-09-15 | 00:02:02 | GRIMES_FINAL.7 4 |

196:18 Q. Prior to signing the merger

196:19  agreement, what did Musk or any of the people

196:20  associated with him say to you about bots and

196:21  spam?  Do you recall?

196:22 A. Prior to signing the merger agreement?

196:23 Q. Yeah.

196:24 A. I believe on April 11 and April 20, Elon

196:25  expressed his experience of his feed having too

197:01  much spam, something to that effect, on each of

197:02  those days, and maybe more, but I remember those

197:03  days because one was the phone call with his

197:04  vision, which included despamming Twitter and the

197:05  20th.  Something similar.  He had, you know, this

197:06  concept of too much spam.

197:07 Q. And at that time did he raise the issue

197:08  that he thought that his experience was

197:09  inconsistent with Twitter's 10-K?

197:10 A. I don't think he ever phrased anything

197:11  around -- about their 10-K.

197:12 Q. How about in substance, did he say

197:13  anything that his experience with bots or spam was

197:14  inconsistent with how Twitter had described the

197:15  amount of spam?

197:16 A. Maybe in substance without him saying it

197:17  that way, but in response to 5 percent, I remember

197:18  at some point him saying, My experience is 50.

197:19  Now, Twitter describes mDAU, he -- his feed is not

197:20  mDAU, so I don't think he's squaring those

197:21  circles.  I don't -- I doubt it.  Something to

197:22  that effect, 50 versus 5, similar to what we saw

197:23  in the packet text exchange.  Something like that

197:24  on the 20th, I believe.

| 201:11 - 201:22 | Grimes, Michael 2022-09-15 | 00:00:33 | GRIMES_FINAL.7 5 |

201:11  You recall that a meeting was set up on

201:12  May 13th to further receive information from

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

201:13    Twitter?
201:14  A.  Yes.
201:15  Q.  And do you recall that prior to the
201:16      meeting, Mr. Musk issued two tweets prior to the
201:17      meeting taking place?
201:18  A.  Yes.  Overnight -- yeah, I think
201:19      overnight.  Yes, I do.
201:20  Q.  In the early morning hours.
201:21  A.  Yeah, something like that.  Yes, I do.
201:22      Yeah.  The morning of that meeting, yes.

| 202:01 - 202:01 | **Grimes, Michael 2022-09-15** | 00:00:02 | **GRIMES_FINAL.7** |
|---|---|---|---|
| | 202:01  Q.  I'm going to show you Exhibit 15. | | 6 |

| 202:02 - 202:07 | **Grimes, Michael 2022-09-15** | 00:00:24 | **GRIMES_FINAL.7** |
|---|---|---|---|
| 🔗 782.1 | 202:02  A.  Okay.  I got them. | | 7 |
| | 202:03  Q.  Okay.  What are they? | | |
| | 202:04  A.  These are tweets from Elon of the 13th, | | |
| 🔗 782.3 | 202:05      and then some comments -- or no, one comment, and | | |
| | 202:06      a comment back from a tweeter, Pranay Pathole, in | | |
| | 202:07      response to one of Elon's tweets. | | |

| 202:08 - 202:19 | **Grimes, Michael 2022-09-15** | 00:00:28 | **GRIMES_FINAL.7** |
|---|---|---|---|
| | 202:08  Q.  And specifically, just for the record | | 8 |
| | 202:09      I'll make it clear, that is it -- one of the | | |
| 🔗 782.2.2 | 202:10      documents is a tweet from Mr. Musk that says: | | |
| | 202:11      "Twitter deal temporarily on hold pending details | | |
| | 202:12      supporting calculation that spam/fake accounts do | | |
| | 202:13      indeed represent less than 5 percent of users." | | |
| | 202:14      Right? | | |
| | 202:15  A.  Yes. | | |
| 🔗 782.2.1 | 202:16  Q.  And then down below, you see it says | | |
| 🔗 782.2.3 | 202:17      from Mr. Musk, it says:  "Still committed to the | | |
| | 202:18      acquisition." | | |
| | 202:19  A.  Yes, I see that. | | |

| 203:01 - 203:20 | **Grimes, Michael 2022-09-15** | 00:01:05 | **GRIMES_FINAL.7** |
|---|---|---|---|
| | 203:01  Q.  So let's first start with the | | 9 |
| 🔗 782.2.2 | 203:02      top tweet, which says:  "Twitter deal temporarily | | |
| | 203:03      on hold pending details supporting calculation | | |
| | 203:04      that spam accounts do indeed represent less than | | |
| | 203:05      percent of the users." | | |
| | 203:06  A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 203:07 Q. How did you become aware of this tweet? | | |
| | 203:08 A. I -- as it sits here, I saw it on my | | |
| | 203:09  computer screen at home, but I -- I think I was | | |
| | 203:10  pointed to it by Mr. Spiro, who -- I'm almost sure | | |
| | 203:11  that I was speaking to Mr. Spiro, and I hadn't | | |
| | 203:12  seen it.  And it was like telling me about the | | |
| | 203:13  tweet or tweets, tweets, and we were talking about | | |
| | 203:14  the meeting that was about to be upcoming, which | | |
| | 203:15  is why I believe I was talking to him, and like | | |
| | 203:16  now I see them. | | |
| | 203:17  So I think that's on my home PC in the | | |
| | 203:18  early morning hours.  Not as early as the tweets, | | |
| | 203:19  but in the 6:00 to 7:00 a.m. time frame, I would | | |
| | 203:20  guess, something like that. | | |
| 204:08 - 205:13 | **Grimes, Michael 2022-09-15** | 00:01:29 | **GRIMES_FINAL.8** |
| 🗙 Clear | | | **0** |
| | 204:08  So I had called Mr. Spiro -- or he had | | |
| | 204:09  called me, I can't remember, to see whether we | | |
| | 204:10  were going to proceed with the meeting on the | | |
| | 204:11  13th, which was coming up in a short number of | | |
| | 204:12  hours, if not minutes.  You know, it was coming | | |
| | 204:13  up, coming up. | | |
| | 204:14  And he said -- because the day that had | | |
| | 204:15  been promised had not been forthcoming through the | | |
| | 204:16  week effectively, and so we -- we had to cancel | | |
| | 204:17  the meeting idea to, one, not waste the time, but, | | |
| | 204:18  two, show them that it's not great when you don't | | |
| | 204:19  come through with data, and we'll meet when you | | |
| | 204:20  have the data and put more pressure on to do what | | |
| | 204:21  they said they had done, because they had been | | |
| | 204:22  very constructive on saying what they would do, | | |
| | 204:23  but then it didn't come through. | | |
| | 204:24  And so we had the concept of do we | | |
| | 204:25  really proceed with the meeting.  He was there | | |
| | 205:01  calling me to say, Yes, you do, or I was calling | | |
| | 205:02  to say, Do we?  And he said, Yes, you do, and, you | | |
| | 205:03  know, something like, And these tweets are out | | |
| | 205:04  there.  I don't remember anything other than he | | |
| | 205:05  told me that, you know, they were in sequence, and | | |
| | 205:06  that -- that, you know, take a look.  It's like, | | |
| | 205:07  Okay, there they are. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 205:08    It was a big moment, but I don't | | |
| | 205:09    remember the words around it. | | |
| | 205:10    BY MR. KOBRE: | | |
| | 205:11   Q.   When you say a big moment, you were | | |
| | 205:12    surprised by them.  Is that fair to say? | | |
| | 205:13   A.   Yes, I was surprised. | | |
| 205:14 - 206:10 | Grimes, Michael 2022-09-15 | 00:00:58 | GRIMES_FINAL.8 1 |
| | 205:14   Q.   Was this the first time that you became | | |
| | 205:15    aware that Mr. Musk was temporarily putting the | | |
| | 205:16    deal on hold? | | |
| | 205:17   A.   It was certainly the first time I read | | |
| | 205:18    this.  I don't know if he's able to put a deal | | |
| | 205:19    temporarily on hold.  So I don't know -- I don't | | |
| | 205:20    know if I can agree with the premise of the | | |
| | 205:21    question, because he has an obligation for the | | |
| | 205:22    deal unless the 5 percent isn't -- the rep isn't, | | |
| | 205:23    then he doesn't.  So, you know, that's a legal | | |
| | 205:24    question, I guess.  I think it's a legal question | | |
| | 205:25    in my view, and it became a legal question in my | | |
| | 206:01    view with this set of tweets. | | |
| | 206:02    But it's the -- it's not the first time | | |
| | 206:03    I understood that he meant if the rep wasn't | | |
| | 206:04    satisfied that he wouldn't proceed, that would be | | |
| | 206:05    on May 8th, and the text exchange we discussed. | | |
| | 206:06    This was effectively a public airing of that: | | |
| | 206:07    Here's the gate, I'm committed if, but I'm not | | |
| | 206:08    committed if not.  It was essentially like I had a | | |
| | 206:09    preview of it almost, but I didn't expect it to be | | |
| | 206:10    tweeted. | | |
| 206:11 - 207:12 | Grimes, Michael 2022-09-15 | 00:01:09 | GRIMES_FINAL.8 2 |
| | 206:11   Q.   Were you concerned about the reaction | | |
| | 206:12    publicly to Mr. Musk's tweet? | | |
| | 206:13   A.   I mean, I think there had already been a | | |
| | 206:14    reaction, but, I mean, it was a big moment, so I'm | | |
| | 206:15    sure.  I don't remember which -- what the concern | | |
| | 206:16    was, but like, wow, this is a big deal, and it's | | |
| | 206:17    out -- it's out there.  I don't know how long it | | |
| | 206:18    had been out there or if the market was open or | | |
| | 206:19    what news had been written yet.  But a big moment. | | |
| | 206:20   Q.   And were you concerned about the impact | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 206:21  of the tweet on potential equity investors? | | |
| | 206:22  A.  At some point what do we do with the | | |
| | 206:23  equity investors at that moment, probably hadn't | | |
| | 206:24  prosecuted that, but pretty quickly the phone is | | |
| | 206:25  going to ring and -- you know, with equity | | |
| | 207:01  investors, which -- so at some point, yes.  I | | |
| | 207:02  don't know if it was right then. | | |
| | 207:03  Q.  Did you reach out to speak to Mr. Musk | | |
| | 207:04  about the tweet? | | |
| | 207:05  A.  No. | | |
| | 207:06  Q.  Did you -- other than Mr. Spiro, did you | | |
| | 207:07  speak to anybody else associated with Elon Musk | | |
| | 207:08  about his tweet? | | |
| | 207:09  A.  On the Musk team.  Not our team. | | |
| | 207:10  Q.  Yes, on the Musk team. | | |
| | 207:11  A.  I don't know if I spoke to Mr. Birchall | | |
| | 207:12  or not.  Maybe.  I don't remember. | | |
| 210:23 - 212:05 | **Grimes, Michael 2022-09-15** | 00:01:20 | **GRIMES_FINAL.8** |
| | 210:23  BY MR. KOBRE: | | **3** |
| | 210:24  Q.  What did you do after learning of the | | |
| | 210:25  tweet? | | |
| | 211:01  A.  Tweets. | | |
| | 211:02  Q.  Tweets. | | |
| | 211:03  A.  Thank you. | | |
| | 211:04  Q.  Well, let me make that -- let me refine | | |
| | 211:05  that. | | |
| | 211:06  Did you wind up having conversations | | |
| | 211:07  with people within Morgan Stanley about the | | |
| | 211:08  tweets? | | |
| | 211:09  A.  I -- I had to have.  I don't remember | | |
| | 211:10  specifically, but I can't imagine I didn't speak | | |
| | 211:11  rapidly to Armstrong and Claassen.  Theoretic- -- | | |
| | 211:12  I would assume both; at a minimum, one. | | |
| | 211:13  And, you know, knowing that the 13th | | |
| | 211:14  meeting was still on, per Mr. Spiro, and that it | | |
| | 211:15  was, you know, going to be a different kind of | | |
| | 211:16  meeting, obviously. | | |
| | 211:17  Q.  And did you instruct anyone at Morgan | | |
| | 211:18  Stanley to stop working? | | |
| | 211:19  A.  No. | | |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

211:20  Q.  When you say there was going to be a
211:21      different kind of meeting, what do you mean by
211:22      that?
211:23  A.  Sorry, I should have been clearer.
211:24      You know, this -- it'd be pretty tense
211:25      and awkward to walk into a room with Twitter after
212:01      this, which it was.  Or -- were we in the room or
212:02      were we on the phone?  No, no, it was phone -- a
212:03      Zoom phone -- Zoom -- that it was going to have
212:04      some -- you know, we had gone from clinical to
212:05      friendly, and now we're moving to neither.

| 212:07 - 212:10 | **Grimes, Michael 2022-09-15** | 00:00:11 | **GRIMES_FINAL.8** |
| | | | **4** |

212:07      Did there come a time at all that you
212:08      had any conversations with Mr. Musk about these
212:09      tweets that are in front of you?
212:10  A.  I don't believe so.

| 212:17 - 212:19 | **Grimes, Michael 2022-09-15** | 00:00:08 | **GRIMES_FINAL.8** |
| | | | **5** |

212:17  Q.  And you ultimately then go forward with
212:18      the meeting on the 13th, right?
212:19  A.  Yes.

| 214:02 - 215:04 | **Grimes, Michael 2022-09-15** | 00:01:07 | **GRIMES_FINAL.8** |
| | | | **6** |

214:02  Q.  And do you remember going through the
214:03      mDAU methodology during that meeting?
214:04  A.  Kind of.  I mean what -- what was
214:05      provided.  It was not useful, but -- pretty light.
214:06  Q.  Okay.  When you say "not useful" and
214:07      "pretty light," what specifically --
214:08  A.  I think --
214:09  Q.  -- was provided?
214:10  A.  I think it was the same thing that they
214:11      had -- generally speaking, I'm having trouble with
214:12      this meeting.  A lot of what happened in the
214:13      meeting is they just pointed to their filings,
214:14      which is something that is not useful.  And I
214:15      can't remember if that was on that subject, but
214:16      there was, you know, just refer to the 10-Q.
214:17      Like, why have a meeting?  So there was some
214:18      frustration with Ms. Claassen on that point.
214:19      And -- and then I guess on mDAU, if this
214:20      is the day, there's like a paragraph -- if this is

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

214:21    the day, a paragraph or two that says we got the
214:22    hundred people.
214:23    There's another day that they give more
214:24    information, and I just don't remember which is
214:25    which.
215:01    But if I could see the document, it
215:02    would make it easier to know what they said on
215:03    mDAU, because it's -- it was what was -- they
215:04    didn't say anything that wasn't on the page.

| 216:17 - 217:09 | **Grimes, Michael 2022-09-15** | 00:01:00 | **GRIMES_FINAL.8** |
| | | | **7** |

216:17  Q.  And by the way, was there a discussion
216:18    of the tweet -- the early morning tweets at that
216:19    meeting?
216:20  A.  I think there was some reference to it
216:21    by Mr. Korman.  So I think so.  I think so.  But I
216:22    don't -- I don't remember exactly.  At the very
216:23    beginning, quite possibly.
216:24  Q.  Mm-hmm.  And I'm sorry, what was said?
216:25  A.  Something to the effect of, In light of
217:01    what's gone on -- which I think we inferred to
217:02    mean the tweets, I don't even remember -- like
217:03    we're all going to be careful or, you know -- like
217:04    we all get that the tweets are out there, and it's
217:05    changed the meeting.  I don't know the words.
217:06    But Mr. Korman, with a smile on his face
217:07    and, you know, trying to inject some smile into a
217:08    meeting that's going to be tense, said something
217:09    to that effect, I think.

| 220:16 - 221:03 | **Grimes, Michael 2022-09-15** | 00:00:26 | **GRIMES_FINAL.8** |
| | | | **8** |

220:16  Q.  And do you recall by the May 13th
220:17    meeting, whether or not it was still a plan to go
220:18    to the rating agencies on the 16th?
220:19  A.  It couldn't have been.
220:20  Q.  Why not?
220:21  A.  There's too much -- too short of a time.
220:22  Q.  And it was also because --
220:23  A.  No data.
220:24  Q.  What's that?
220:25  A.  And no data, yeah.  Too short of a time;
221:01    no data; we don't have a revenue model because we

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 221:02    don't have user information that could be relied | | |
| | 221:03    upon.  I mean, it's not possible. | | |
| 221:04 - 221:20 | **Grimes, Michael 2022-09-15** | 00:00:42 | GRIMES_FINAL.8 9 |
| | 221:04  Q.  You also didn't have a transition CFO at | | |
| | 221:05       that time.  Right? | | |
| | 221:06  A.  Well, no, we had Mr. Swan. | | |
| | 221:07  Q.  Well, no, but -- you had said that by -- | | |
| | 221:08       you needed the transition CFO by that Monday or -- | | |
| | 221:09       in order to make the May 16th rating agency | | |
| | 221:10       meeting. | | |
| | 221:11       Do you recall that? | | |
| | 221:12  A.  Yes. | | |
| | 221:13  Q.  And you didn't have a transition CFO by | | |
| | 221:14       that Monday, right? | | |
| | 221:15  A.  No, not by that Monday. | | |
| | 221:16  Q.  Right.  By the way, do you recall | | |
| | 221:17       whether Mr. Swan ultimately was asked by Mr. Musk | | |
| | 221:18       to no longer work on the Twitter transaction? | | |
| | 221:19  A.  I think that's -- I think that's what | | |
| | 221:20       happened. | | |
| 222:16 - 224:25 | **Grimes, Michael 2022-09-15** | 00:02:48 | GRIMES_FINAL.9 0 |
| 🔗 782.3.1 | 222:16  Q.  Now I will ask you to look at the third | | |
| | 222:17       tweet. | | |
| | 222:18  A.  Okay. | | |
| | 222:19  Q.  Was this tweet a surprise for you? | | |
| | 222:20  A.  The -- to find out "I'll do a random | | |
| | 222:21       sample"? | | |
| | 222:22  Q.  Yes. | | |
| | 222:23       Well, withdrawn.  Did you know this | | |
| | 222:24       tweet was coming before it did? | | |
| | 222:25  A.  I did not. | | |
| | 223:01  Q.  Did anybody consult with you beforehand? | | |
| | 223:02  A.  No. | | |
| | 223:03  Q.  Did you have any conversations or | | |
| | 223:04       communications with Mr. Musk or anyone associated | | |
| | 223:05       with him after the May 13th meeting with Twitter | | |
| | 223:06       but before you learning of this tweet? | | |
| | 223:07  A.  I don't think so.  I mean, I don't -- I | | |
| | 223:08       don't remember it.  It's possible. | | |
| | 223:09  Q.  Okay.  What was your reaction to the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

223:10     tweet?
223:11  A.  I don't think I saw this tweet in
223:12      isolation.  I think I saw it with everything that
223:13      goes with it on the following page.
223:14  Q.  Okay.
223:15  A.  Because I'm not watching in realtime,
223:16      obviously -- well, maybe not obviously, but I'm
223:17      not watching in realtime.  So this -- this package
223:18      is what I would believe I saw all at once.
223:19  Q.  Okay.  And what was your reaction to the
223:20      package?
223:21  A.  My reaction to the package was, I can't
223:22      believe this is out there; that he's asking people
223:23      to, you know, go check with the hundred.  And then
223:24      Twitter saying, apparently -- I don't know if this
223:25      is a fact, but I believe Elon speaks -- you know,
224:01      that this probably occurred -- I don't have
224:02      independent knowledge if Twitter legal called to
224:03      say they violated the NDA; both surprised that,
224:04      you know, I would reveal this information, and
224:05      surprise, I agree with this, this actually
224:06      happened, that they would say that that's -- that
224:07      they would call to complain about that.
224:08      So just surprise at the whole damn
224:09      thing.  Just like, wow, I can't believe any of
224:10      this -- either this or Twitter's reaction, or, you
224:11      know, Elon's sampling of -- asking people to
224:12      sample a hundred.
224:13  Q.  Well, did you view as -- the disclosure
224:14      of the sample size being a hundred as a violation
224:15      of the NDA?
224:16  A.  That's a legal question, but I
224:17      certainly -- it certainly would be possible.
224:18  Q.  And, at a minimum, you recognize that
224:19      the tweet was not going to be helpful to closing
224:20      the transaction, correct?
224:21  A.  Well, I don't know if I thought of it
224:22      that way.  But, like I just said, and I think how
224:23      I testified to, I can't believe this is all out
224:24      there.  I was very surprised by this set of
224:25      tweets.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 225:01 - 226:03 | Grimes, Michael 2022-09-15 | 00:01:43 | GRIMES_FINAL.9 1 |

225:01  Q.  Did you have a view as to what
225:02       Mr. Musk's motive was for sending out these
225:03       tweets?
225:04  A.  I think he thought -- I presume, but I
225:05       don't know, but my view was he -- a bunch of smart
225:06       people would go sample it and conclude that he was
225:07       right, as opposed to that Twitter was right.  But
225:08       I can't know for sure.  That's how I took it.  I
225:09       had some confidence in that.
225:10  Q.  Meaning that he was asking people to try
225:11       and help him validate his view that Twitter's
225:12       representation in its filings was inaccurate,
225:13       right?
225:14  A.  Well, that he was asking people to
225:15       sample the hundred, and see if they get more than
225:16       the 5 percent.  That's what I read in this, that
225:17       he was asking people to do.
225:18  Q.  And did it occur to you that what
225:19       Mr. Musk was doing was, was trying to assist in
225:20       getting a way out of having to close the Twitter
225:21       transaction?
225:22       MR. ROSSMAN:  Objection to form.
225:23       THE WITNESS:  I believe he was asking
225:24       people to go confirm it, and if it was confirmed,
225:25       he's in the Twitter transaction.  So I'm -- I'm
226:01       viewing him as asking people to go validate.  I
226:02       mean, it's self-evident.  So I didn't have any
226:03       beyond what's self-evident.

| 226:05 - 226:09 | Grimes, Michael 2022-09-15 | 00:00:12 | GRIMES_FINAL.9 2 |
| ✗ Clear | | | |

226:05  Q.  Mr. Grimes, I'm asking whether or not
226:06       you had a view as to whether or not Mr. Musk at
226:07       that time was trying to find a basis to not close
226:08       the Twitter transaction.
226:09  A.  Yeah, certainly, I had a view.

| 226:16 - 227:09 | Grimes, Michael 2022-09-15 | 00:00:47 | GRIMES_FINAL.9 3 |

226:16  A.  Okay.  He was still committed to
226:17       acquisition.  I'm in the same mode at this point
226:18       that I was on the 8th, which is the gate he is
226:19       entitled to with his rep.  I read the merger

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 226:20 | agreement; he's entitled to it.  Twitter has | | |
| | 226:21 | withheld this information.  It's starting to get | | |
| | 226:22 | curious as to why not.  The hundred surprises me | | |
| | 226:23 | greatly, but I'm still thinking, there's got to be | | |
| | 226:24 | confirmation.  How can it be that a public company | | |
| | 226:25 | would not have, you know, financial statements? | | |
| | 227:01 | But -- so let's keep on proceeding and asking for | | |
| | 227:02 | the data.  It's not really forthcoming.  Whatever | | |
| | 227:03 | we get on the 13th.  And then he says, Let the | | |
| | 227:04 | world go check it out.  First he says what he had | | |
| | 227:05 | already told me on the 8th:  This is a gate; we're | | |
| | 227:06 | not going forward if it's not confirmed.  We're | | |
| | 227:07 | still committed if it is. | | |
| | 227:08 | So that's my view.  It remains my view | | |
| | 227:09 | today. | | |

| 227:19 - 229:11 | **Grimes, Michael 2022-09-15** | 00:02:00 | **GRIMES_FINAL.9 4** |
| | 227:19  Q.  I think you said you believe what | | |
| | 227:20       Mr. Musk was doing was asking people to validate | | |
| | 227:21       that he was correct -- his view was correct of the | | |
| | 227:22       5 percent number; is that right? | | |
| | 227:23  A.  I think I said, I thought he was also | | |
| | 227:24       confident he was right.  If they validated that -- | | |
| | 227:25       if he was incorrect, he wants to buy this company, | | |
| | 228:01       and is, my view, true to his word that he's | | |
| | 228:02       committed.  And, good news, it isn't in the mDAU; | | |
| | 228:03       it's just in the DAU.  I believed that from the | | |
| | 228:04       8th; I believed it when I said what I said there; | | |
| | 228:05       I believe it when I sit here; I believed it on the | | |
| | 228:06       13th; I believe it to this day. | | |
| | 228:07  Q.  Now -- | | |
| | 228:08  A.  He wanted to find out, but he thought he | | |
| | 228:09       was right. | | |
| | 228:10  Q.  When you say he thought he was right, he | | |
| | 228:11       was right about what? | | |
| | 228:12  A.  That -- that he thought there was | | |
| | 228:13       more -- well, like he said, you know, I -- I think | | |
| | 228:14       it's more based on my feed and whatever.  He | | |
| | 228:15       thinks it's more; Twitter says it's not more, and | | |
| | 228:16       he wants to find out.  If he finds out to be | | |
| | 228:17       clear, the transaction goes through -- I'm | | |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 228:18 | gesturing to the previous text exchange of | | |
| | 228:19 | May 8th.  If it's not, then it doesn't, which he | | |
| | 228:20 | is entitled to based on the rep, or the | | |
| | 228:21 | information which he hasn't gotten.  But if he got | | |
| | 228:22 | the -- if he gets the information, and it's true, | | |
| | 228:23 | that it's -- Twitter's verified, then he's | | |
| | 228:24 | proceeding, and he's committed, and that's | | |
| | 228:25 | everything I've always understood and nothing | | |
| | 229:01 | other than.  And if it's false and it's a MAC, I | | |
| | 229:02 | believe he doesn't want to do the deal, and he has | | |
| | 229:03 | said so. | | |
| | 229:04 | Q.  So in -- | | |
| | 229:05 | A.  I believe that each of the times, on the | | |
| | 229:06 | 8th and 13th, the next set of tweets of the 13th, | | |
| | 229:07 | and as we sit today, that -- that package of my | | |
| | 229:08 | beliefs is unchanged from 8 to 13 to tweets A and | | |
| | 229:09 | tweets B, if that's helpful.  Because I'm feeling | | |
| | 229:10 | pressure to parse it all up.  It doesn't -- it | | |
| | 229:11 | doesn't change. | | |
| 230:13 - 231:18 | **Grimes, Michael 2022-09-15** | | 00:01:19 | **GRIMES_FINAL.9** |
| | 230:13 | Q.  Now, you knew once those tweets went out | | 5 |
| | 230:14 | that you were going to get questions from | | |
| | 230:15 | investors about whether the deal was on hold, | | |
| | 230:16 | correct? | | |
| | 230:17 | A.  Yes.  At some point.  Not immediately, | | |
| | 230:18 | but at some point that enters the brain.  The | | |
| | 230:19 | first thing is get through the meeting on the | | |
| | 230:20 | 13th, but then pretty quickly, either because the | | |
| | 230:21 | phone rang or it's going to ring. | | |
| | 230:22 | Q.  Okay.  And you got through the meeting | | |
| | 230:23 | on the 13th, right? | | |
| | 230:24 | A.  Mm-hmm.  Yes. | | |
| | 230:25 | Q.  And there came a time that you actually | | |
| | 231:01 | did wind up getting a series of outreaches from | | |
| | 231:02 | equity investors, correct? | | |
| | 231:03 | A.  Yes. | | |
| | 231:04 | Q.  And you had a conversation with people | | |
| | 231:05 | with inside Morgan Stanley about how you were | | |
| | 231:06 | going to answer those questions, right? | | |
| | 231:07 | A.  At least -- yes, yes -- yeah, people, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

231:08      yeah, because -- at least Ms. Claassen and
231:09      Mr. Earls, I believe.
231:10  Q.  And tell us about the conversation
231:11      between you and Mr. Earls and Ms. Claassen about
231:12      what you were going to discuss with the equity
231:13      investors regarding Mr. Musk's tweets.
231:14  A.  It was pretty straightforward:  We have
231:15      a signed merger agreement for 54.20, and we have
231:16      nothing to add to the -- you know, we have nothing
231:17      to add to the tweets.  We've got a merger contract
231:18      for 54.20.

| 232:24 - 233:11 | **Grimes, Michael 2022-09-15** | 00:00:30 | **GRIMES_FINAL.96** |

232:24      When was the discussion with Claassen
232:25      and --
233:01  A.  Earls.
233:02  Q.  -- Earls after Mr. Musk --
233:03  A.  The tweets.
233:04  Q.  -- the tweets on the 13th?
233:05  A.  Right.  I don't remember when, but
233:06      sometime either after they got calls from
233:07      investors, you know, or I did, and we got to
233:08      respond to these -- or maybe they asked.  I don't
233:09      know if they called in to ask, but at some point
233:10      shortly thereafter.  Whether shortly is days or
233:11      hours.  I don't remember.

| 233:12 - 233:18 | **Grimes, Michael 2022-09-15** | 00:00:18 | **GRIMES_FINAL.97** |

233:12  Q.  Now, at this time that you're actually
233:13      having the conversations with Claassen and
233:14      Earls --
233:15  A.  Yes.
233:16  Q.  -- about what to tell equity investors,
233:17      you knew that Mr. Musk was testing whether
233:18      Twitter's representations were true, right?

| 233:20 - 233:24 | **Grimes, Michael 2022-09-15** | 00:00:12 | **GRIMES_FINAL.98** |

233:20      THE WITNESS:  Meaning -- everybody knew.
233:21      Me and everyone who read the tweets knew.  I don't
233:22      -- I'm -- I'm inferring from the question I had
233:23      some special knowledge.  I -- at this point, I do
233:24      not.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 234:04 - 234:12 | Grimes, Michael 2022-09-15 | 00:00:19 | GRIMES_FINAL.9 9 |

234:04  Q.  You had engaged in an exchange with
234:05        Mr. Musk previously --
234:06  A.  On the 8th.
234:07  Q.  -- on the 8th --
234:08  A.  Yes.
234:09  Q.  -- where he specifically talked about
234:10        the possibility of not going through with the deal
234:11        depending on the amount of spam, right?
234:12  A.  Yes.

| | | | |
|---|---|---|---|
| 235:12 - 235:21 | Grimes, Michael 2022-09-15 | 00:00:24 | GRIMES_FINAL.1 00 |

235:12  Q.  Now, did you have a conversation with
235:13        them about whether or not Mr. Musk was having a
235:14        change of heart about going forward on the
235:15        transaction?
235:16  A.  I don't believe I had any conversation
235:17        other than the tweets speak for themselves.
235:18        He's -- he's committed or he's -- he's committed
235:19        if it's true; doesn't want to proceed if it isn't.
235:20        The same info from the 8th to the tweets.  That's
235:21        all there is.  There is nothing beyond that.

| | | | |
|---|---|---|---|
| 236:03 - 236:06 | Grimes, Michael 2022-09-15 | 00:00:12 | GRIMES_FINAL.1 01 |

236:03  Q.  Was the idea that Mr. Musk might be
236:04        having a change of heart discussed in your
236:05        conversations with -- with Ms. Claassen and
236:06        Mr. Earls?

| | | | |
|---|---|---|---|
| 236:08 - 236:13 | Grimes, Michael 2022-09-15 | 00:00:16 | GRIMES_FINAL.1 02 |

236:08        THE WITNESS:  I don't believe so, no.
236:09        As I've testified, this is what there is, meaning
236:10        the 8th through the 13th, same information.
236:11        There's a gate.  The gate matters.  The gate's
236:12        satisfied, proceeding.  Gate not satisfied, not
236:13        proceeding.  That's the deal.

| | | | |
|---|---|---|---|
| 236:16 - 237:06 | Grimes, Michael 2022-09-15 | 00:00:42 | GRIMES_FINAL.1 03 |

236:16        After seeing the tweet, did it cross
236:17        your mind that Mr. Musk might be having a change
236:18        of heart about closing the Twitter transaction?
236:19  A.  I believed him at what he said.  No, I
236:20        believed -- he's a straightforward person that

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 236:21 | I've experienced.  So he's committed.  But he's |  |  |
|  | 236:22 | not proceeding if these bots or spam is |  |  |
|  | 236:23 | in material adverse effect mode, and if they're |  |  |
|  | 236:24 | not and there's no other breach of info or |  |  |
|  | 236:25 | whatever else comes up later, that he wants to |  |  |
|  | 237:01 | proceed.  So I didn't doubt his desire to proceed |  |  |
|  | 237:02 | if this is the company he thought he was buying. |  |  |
|  | 237:03 | Q.  That idea never crossed your mind? |  |  |
|  | 237:04 | A.  Not seriously.  I don't think so, no. |  |  |
|  | 237:05 | Q.  That's your testimony? |  |  |
|  | 237:06 | A.  Yeah.  That's my testimony, yeah. |  |  |

| 240:13 - 240:14 | **Grimes, Michael 2022-09-15** | 00:00:04 | **GRIMES_FINAL.1** |
|  | | | **04** |
|  | 240:13  Q.  In essence, there was no basis at that | | |
|  | 240:14       time to put the deal on hold, right? | | |

| 240:17 - 242:01 | **Grimes, Michael 2022-09-15** | 00:01:43 | **GRIMES_FINAL.1** |
|  | | | **05** |
|  | 240:17  Q.  As far as you understood. | | |
|  | 240:18  A.  We kept on proceeding while also hunting | | |
|  | 240:19       for the data that would determine whether or not | | |
|  | 240:20       we were going to still be able to proceed with the | | |
|  | 240:21       transaction.  So that's what we were doing.  We | | |
|  | 240:22       were still cranking, working, asking in the | | |
|  | 240:23       diligence tracker for the data, you know, over and | | |
|  | 240:24       over. | | |
|  | 240:25  Q.  You said "we" were hunting for the data | | |
|  | 241:01       to determine whether or not the deal was going to | | |
|  | 241:02       go forward.  Who's the "we"? | | |
|  | 241:03  A.  I think Ms. Claassen and people on our | | |
|  | 241:04       team were sending this diligence tracker with data | | |
|  | 241:05       information requests in it that was becoming more | | |
|  | 241:06       responded to in some areas and then less in | | |
|  | 241:07       others. | | |
|  | 241:08  Q.  Anybody other than Ms. Claassen were | | |
|  | 241:09       hunting for the data to determine whether or not | | |
|  | 241:10       the deal was going to go forward? | | |
|  | 241:11  A.  Well, I'll phrase it more broadly, | | |
|  | 241:12       something with the data you're parsing in there. | | |
|  | 241:13       People hunting for data.  I don't know if they're | | |
|  | 241:14       thinking about going forward or whatever.  We got | | |
|  | 241:15       work to do, some of which involves whether the | | |
|  | 241:16       deal is going forward, is my testimony I'd like to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 241:17 | share.  Mr. Corcoran and I believe Mr. Mettmann |  |  |
|  | 241:18 | were also data askers, some of which related to |  |  |
|  | 241:19 | the gate; some of which did not -- some of which |  |  |
|  | 241:20 | did not. |  |  |
|  | 241:21 | Q.  When you -- |  |  |
|  | 241:22 | A.  "The gate" meaning do the bots represent |  |  |
|  | 241:23 | something that would cause the rep not to be |  |  |
|  | 241:24 | accurate, you know, and it's not going to be |  |  |
|  | 241:25 | proceeding.  But then other data as well.  Not |  |  |
|  | 242:01 | only that data is my testimony. |  |  |

**242:11 - 242:21**    **Grimes, Michael 2022-09-15**          **00:00:41**    **GRIMES_FINAL.1 06**

241:11  Q.  And did you also become aware that
242:12      lawyers for Mr. Musk began to also hunt for the
242:13      data?
242:14  A.  Yes.  On the -- on the, what we'll call,
242:15      the gate data with respect to the 5 percent data,
242:16      I believe we extracted ourselves from that pretty
242:17      quickly after the 13th -- maybe by the 16th and
242:18      say, This should not be in our camp, and set it
242:19      aside, and we're going to be out of that from the
242:20      16th forward, is what I believe we arranged or
242:21      came to an agreement with, with the Musk parties.

**242:22 - 243:16**    **Grimes, Michael 2022-09-15**          **00:01:07**    **GRIMES_FINAL.1 07**

242:22  Q.  And tell me about that agreement.  How
242:23      did it come about?
242:24  A.  We retained counsel on the 16th,
242:25      understanding that this could likely lead to
243:01      litigation if the parties can't agree on either
243:02      data sharing or after data sharing what the data
243:03      says, and whether or not there's a MAC or not a
243:04      MAC, and whether or not other merger agreement
243:05      provisions and reps and warranties are met.  That
243:06      was not a certainty, but it seemed reasonably
243:07      likely.  And in our professional judgment, it
243:08      would not be appropriate for us to be in the
243:09      middle of that, so we extracted ourselves, and I
243:10      think the client agreed.
243:11  Q.  "The client" being?
243:12  A.  Sorry.  X Holdings, Team Musk.  They
243:13      agreed with that judgment, I believe.  I don't --

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

243:14    I don't -- I don't remember if there was any big
243:15    debate about it.  I think it was agreed easily,
243:16    but I don't know for sure.

| 243:23 - 244:01 | Grimes, Michael 2022-09-15 | 00:00:17 | GRIMES_FINAL.1 08 |

243:23  Q.  After the 16th, did you become familiar
243:24    with the fact that Mr. Musk's lawyers began asking
243:25    Twitter for additional information?
244:01  A.  At some point, yes.

| 244:24 - 245:09 | Grimes, Michael 2022-09-15 | 00:00:27 | GRIMES_FINAL.1 09 |

244:24  Q.  But is it fair to say that at the time
244:25    that the letters from Mr. Musk's counsel were sent
245:01    to Twitter, those letters were not shared with
245:02    you; is that right?
245:03  A.  I believe we were extracted and thought
245:04    that was the appropriate way to behave.
245:05  Q.  And to your knowledge, did you or anyone
245:06    at Morgan Stanley review the letters sent from
245:07    Mr. Musk's lawyers to Twitter?
245:08  A.  I don't think so, no.  Not to my
245:09    knowledge.

| 249:01 - 249:18 | Grimes, Michael 2022-09-15 | 00:00:48 | GRIMES_FINAL.1 10 |

249:01    I think you testified that after the
249:02    16th, Morgan Stanley extracted itself from
249:03    information requests from Twitter.
249:04    Do I have that right?
249:05  A.  As it related to the issue that seemed
249:06    like it was going to be disputed/possibly
249:07    litigated on the 5 percent, not from other
249:08    information requests.  The ones that didn't seem
249:09    appropriate for someone who could end up in the
249:10    middle of this as a witness.  Like, this is not an
249:11    appropriate thing to be on their side of; this is
249:12    not -- this is -- we got to be out of that.  And
249:13    we removed ourselves completely, and I think it
249:14    was understood by all parties to be the right
249:15    thing to do.
249:16  Q.  So I'm going to ask you now to look at
249:17    17.  It should be in front of you now.
249:18  A.  Yes.

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

**249:22 - 250:01**     Grimes, Michael 2022-09-15     00:00:10     **GRIMES_FINAL.1 11**

🔗 144.1

249:22  Q.  Take a look at it.  I'm not going to go
249:23      through all the details, but if you take a look at
249:24      it, and I'll point you to aspects of the bottom
249:25      e-mail from Ms. Claassen and then the top one as
250:01      well.

**250:05 - 250:13**     Grimes, Michael 2022-09-15     00:00:19     **GRIMES_FINAL.1 12**

🔗 144.1.1

250:05  Q.  So let's look at the bottom.  We're
250:06      going to read up from the bottom.

🔗 144.1.2

250:07      First of all, this is an e-mail from
250:08      Kate Claassen to a gentleman named Mike Ringler at
250:09      Skadden.  Do you see that?
250:10  A.  Yes.
250:11  Q.  And who was Mr. Ringler?
250:12  A.  Ringler is the Skadden point person, I
250:13      think, representing Musk.

**250:21 - 251:20**     Grimes, Michael 2022-09-15     00:01:16     **GRIMES_FINAL.1 13**

250:21  Q.  Do you have an understanding as to why
250:22      Ms. Claassen is sending Mike Ringler a summary of
250:23      what happened at the meeting on the 21st?
250:24  A.  Yes, I believe so.
250:25      Should -- you want me to share it with
251:01      you?
251:02  Q.  Yes.
251:03  A.  So we had, you know, an obligation to
251:04      proceed with the financing.  We have -- take our
251:05      obligations seriously.  We have a signed merger
251:06      contract that is in dispute, and our rating agency
251:07      and debt information depends upon user count, mDAU
251:08      times CPM, the price per ad to get to revenue and
251:09      EBITDA, it's fundamental.  So we needed this
251:10      information for our own purposes.  So this is
251:11      the -- us getting our information.  He's involved
251:12      in the financing documents.  He's got a
251:13      representation, I think, of Team Musk as it
251:14      relates to the financing.  Also those documents, I
251:15      think, were negotiated with him.  So he has that
251:16      role, and in that capacity we need our data on
251:17      this, independent of the stuff we seconded
251:18      ourselves from, which is, you know, the forensics

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 251:19   and everything else that's going on.  We have our | | |
| | 251:20   own thread here. | | |
| 255:12 - 255:23 | **Grimes, Michael 2022-09-15** | 00:00:28 | **GRIMES_FINAL.1** |
| ✗ Clear | 255:12  Q.  And is it fair to say that -- I | | **14** |
| | 255:13   just want to make sure I'm understanding what | | |
| | 255:14   you're saying. | | |
| | 255:15  A.  Yeah. | | |
| | 255:16  Q.  What you are saying is, is that while | | |
| | 255:17   the meeting on the 13th -- on May 13th you found | | |
| | 255:18   to be frustrating and -- right? -- was that in the | | |
| | 255:19   meeting on the 21st that more information in your | | |
| | 255:20   view was forthcoming to Ms. Claassen; is that | | |
| | 255:21   right? | | |
| | 255:22  A.  I believe so.  Yeah, I believe so.  I | | |
| | 255:23   believe it was -- there was more information. | | |
| 257:18 - 258:21 | **Grimes, Michael 2022-09-15** | 00:01:23 | **GRIMES_FINAL.1** |
| | 257:18  Q.  What else were you surprised about? | | **15** |
| | 257:19  A.  I was surprised at the hundred -- that | | |
| | 257:20   they don't do more than a hundred, and this is in | | |
| | 257:21   writing they gave us, I believe, on the 13th, but | | |
| | 257:22   it's in our documents somewhere that we limit the | | |
| | 257:23   sample size to a hundred per day in order to | | |
| | 257:24   increase the accuracy of the estimate. | | |
| | 257:25  Q.  I want to understand when you say -- | | |
| | 258:01  A.  I remain surprised to this -- as we sit | | |
| | 258:02   here today by that. | | |
| | 258:03  Q.  When you say you're surprised about | | |
| | 258:04   that, was that because at any time you were told | | |
| | 258:05   otherwise by anyone associated with Twitter as to | | |
| | 258:06   what the sample size was? | | |
| | 258:07  A.  No.  It's because it's statistically | | |
| | 258:08   invalid and a -- a defiance of all statistical | | |
| | 258:09   logic and anything any statistician would ever | | |
| | 258:10   tell you. | | |
| | 258:11   Again, if you're trying to estimate how | | |
| | 258:12   many people after a poll voted, you know, | | |
| | 258:13   Republican or Democrat, every person you ask gets | | |
| | 258:14   you closer, not further from the answer.  Once | | |
| | 258:15   you've asked everyone, you have what's known as a | | |
| | 258:16   hundred percent confidence.  So how could capping | | |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 258:17 | what you're -- who you're asking or checking make | | |
| | 258:18 | it more accurate?  It's impossible. | | |
| | 258:19  Q. | Right.  Mr. Grimes -- | | |
| | 258:20  A. | So that was shocking to me as it remains | | |
| | 258:21 | now. | | |
| 259:12 - 260:22 | **Grimes, Michael 2022-09-15** | | 00:01:49 | GRIMES_FINAL.1 16 |
| | 259:12  Q. | I want to understand what you're saying | | |
| | 259:13 | is that your surprise, as I'm understanding it, | | |
| | 259:14 | and tell me if this is right, is not based because | | |
| | 259:15 | Twitter said that they used a certain number of | | |
| | 259:16 | reviewers and then you found out that it was only | | |
| | 259:17 | a hundred, but rather your surprise is derived out | | |
| | 259:18 | of your own judgment as to the number of reviewers | | |
| | 259:19 | that should have been used; is that fair? | | |
| | 259:20  A. | Well, I don't think it's a hundred | | |
| | 259:21 | reviewers.  It's a hundred tweets. | | |
| | 259:22  Q. | Tweets.  I'm sorry. | | |
| | 259:23  A. | And they -- the number of reviewers, I | | |
| | 259:24 | believe, was known, and I can't remember if Kate | | |
| | 259:25 | knew the number that was also very low, and | | |
| | 260:01 | surprisingly so, but I don't remember the number. | | |
| | 260:02 | And he said it was super secret and I have | | |
| | 260:03 | forgotten it.  But my surprise is it defies all | | |
| | 260:04 | wisdom, not my judgment.  It's factual that more | | |
| | 260:05 | is better on sampling, and I couldn't believe that | | |
| | 260:06 | a public company and a public company's CFO could | | |
| | 260:07 | possibly suggest that you could get more accurate | | |
| | 260:08 | by sampling less, especially when you take it's a | | |
| | 260:09 | hundred per day out of 200 million.  Those two | | |
| | 260:10 | combined are very, very surprising to me. | | |
| | 260:11  Q. | And to whom did you express that | | |
| | 260:12 | surprise? | | |
| | 260:13  A. | Ms. Claassen. | | |
| | 260:14  Q. | Anybody else? | | |
| | 260:15  A. | Mr. Armstrong.  Yeah, maybe others | | |
| | 260:16 | internally, like, We got to get to the bottom of | | |
| | 260:17 | this, because as much as you don't -- actually, I | | |
| | 260:18 | don't know if you want me to continue or not. | | |
| | 260:19  Q. | Well, my question is -- | | |
| | 260:20  A. | You're asking who else.  I don't | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

260:21    remember who else, but others -- this is not some
260:22    hidden view.

| 260:23 - 261:17 | Grimes, Michael 2022-09-15 | 00:00:42 | GRIMES_FINAL.1 17 |

260:23  Q.  Did you ever put in writing the fact
260:24      that you were surprised by the fact that they were
260:25      sampling a hundred accounts?  Do you remember?
261:01  A.  I don't think so.
261:02  Q.  Why not?
261:03  A.  I don't have a reason for things I don't
261:04      do.
261:05  Q.  Did you ever send an e-mail to anyone to
261:06      inform them of this surprise that you had?
261:07  A.  I don't think so.  I mean, we would have
261:08      it if I had.
261:09  Q.  Did you inform Mr. Gorman of the fact
261:10      that you had this surprise?
261:11  A.  I didn't inform Mr. Gorman, I think, of
261:12      any of this.
261:13  Q.  Did you inform any of your supervisors
261:14      about the fact that you were so surprised about
261:15      the sampling of a hundred accounts?
261:16  A.  I don't believe I informed my
261:17      supervisors about any of this.

| 265:24 - 266:12 | Grimes, Michael 2022-09-15 | 00:00:50 | GRIMES_FINAL.1 18 |

265:24  Q.  Fair to say that Twitter was providing
265:25      information relating to false and spam accounts as
266:01      late as May 21?  Fair?
266:02  A.  I believe this was the document that had
266:03      the stuff from the ten-minute-ago testimony of a
266:04      hundred or more statistics, the one, two, three,
266:05      four, five.  So that could mean that document came
266:06      on 21, not 13.  And that's what I discussed with
266:07      Claassen is that document which she must be trying
266:08      to summarize it here as well.  So I think my
266:09      characterization would be they shared process, but
266:10      they still hadn't shared the data on false and
266:11      spam accounts.  They've not shared it as we sit in
266:12      the room.

| 276:11 - 277:03 | Grimes, Michael 2022-09-15 | 00:00:50 | GRIMES_FINAL.1 19 |

276:11  Q.  Now, just to be clear, Twitter was

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 276:12    providing information on users, but as you noted, | | |
| | 276:13    Mr. Musk was disputing those numbers; is that | | |
| | 276:14    right? | | |
| | 276:15  A.  I don't believe they were providing the | | |
| | 276:16    information he needed, which made sense to me as | | |
| | 276:17    the third party, in order for us to have a user | | |
| | 276:18    number that we could rely on.  We had enough | | |
| | 276:19    belief that this needs to be answered one way or | | |
| | 276:20    the other.  Not sure who's right, but there's | | |
| | 276:21    third-party information too saying it's suspect. | | |
| | 276:22    So we had an independent view, | | |
| | 276:23    independent of Mr. Musk, that we needed a user | | |
| | 276:24    number for the agencies.  And the debt investors. | | |
| | 276:25    When I say "agencies," I also mean the debt | | |
| | 277:01    investors because they're actually more important. | | |
| | 277:02    The agencies just come chronologically first.  The | | |
| | 277:03    debt investors are the ones who buy the debt. | | |
| 277:23 - 278:15 | Grimes, Michael 2022-09-15 | 00:01:00 | GRIMES_FINAL.1 20 |
| | 277:23  Q.  You said, "If our client didn't discover | | |
| | 277:24    that his instincts on users were incorrect," and | | |
| | 277:25    when you say "discover," what did Mr. Musk | | |
| | 278:01    discover? | | |
| | 278:02  A.  I don't know that -- I don't believe he | | |
| | 278:03    has discovered.  I think he was intending -- our | | |
| | 278:04    understanding is he's intending to do his own | | |
| | 278:05    analysis of the data, if and when he gets it, to | | |
| | 278:06    establish the user count mDAU, you know, within -- | | |
| | 278:07    or not within the 5 percent band, and based upon | | |
| | 278:08    that discovery, that if he doesn't have | | |
| | 278:09    information that leads him to say it's something | | |
| | 278:10    other than what Twitter has used, we're using what | | |
| | 278:11    Twitter gave us. | | |
| | 278:12  Q.  But as of now, are you aware of evidence | | |
| | 278:13    to show that Twitter's information they gave you | | |
| | 278:14    is false? | | |
| | 278:15  A.  I'm not. | | |
| 296:12 - 296:17 | Grimes, Michael 2022-09-15 | 00:00:24 | GRIMES_FINAL.1 21 |
| | 296:12  Q.  Mr. Grimes, under the engagement letter | | |
| | 296:13    that was signed with Mr. Musk's companies, Morgan | | |
| | 296:14    Stanley will only be compensated for its work | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 296:15    relating to the Twitter transaction if the deal | | |
| | 296:16    closes; is that correct? | | |
| | 296:17  A.  That's correct. | | |
| 322:24 - 323:19 | **Grimes, Michael 2022-09-15** | 00:01:04 | **GRIMES_FINAL.1 22** |
| | 322:24  Q.  And can you tell us -- I understand the | | |
| | 322:25    engagement letter will have the specifics, but | | |
| | 323:01    could you tell us in round numbers approximately | | |
| | 323:02    what fee Morgan Stanley stood to receive in the | | |
| | 323:03    event the transaction closed? | | |
| | 323:04  A.  About $100 million of advisory and | | |
| | 323:05    financing arrangement fees, some of which is | | |
| | 323:06    discretionary, as has been previously testified, | | |
| | 323:07    on the equity, and actually maybe somewhat less | | |
| | 323:08    with the margin loan being cancelled.  So -- so | | |
| | 323:09    somewhat less than that. | | |
| | 323:10    Independent of financing as part of the | | |
| | 323:11    bank syndicate, which is where we're just like | | |
| | 323:12    MUFG or Barclay's or somewhere else, but as | | |
| | 323:13    advisor and financing raiser -- arranger, we | | |
| | 323:14    negotiated, I think it was, $102 million, minus | | |
| | 323:15    anything discretionary on equity and minus | | |
| | 323:16    anything related to margin loan not consummated. | | |
| | 323:17  Q.  Understood.  And no fee if there is no | | |
| | 323:18    closing; is that correct? | | |
| | 323:19  A.  That is correct. | | |
| 323:20 - 324:15 | **Grimes, Michael 2022-09-15** | 00:00:58 | **GRIMES_FINAL.1 23** |
| | 323:20  Q.  From April 25th, when the merger | | |
| | 323:21    agreement was signed, until the meeting you | | |
| | 323:22    testified about on May 6th, you described | | |
| | 323:23    proceeding at ludicrous speed. | | |
| | 323:24    Does that description apply to the work | | |
| | 323:25    that Morgan Stanley was doing during that period | | |
| | 324:01    from April 25th to May 6th? | | |
| | 324:02  A.  Not only to that time frame, but it does | | |
| | 324:03    apply to that time frame. | | |
| | 324:04  Q.  Okay.  From the time the merger | | |
| | 324:05    agreement was signed until that meeting at Twitter | | |
| | 324:06    on May 6th that you testified about, did Mr. Musk | | |
| | 324:07    or any representatives of Mr. Musk ever express to | | |
| | 324:08    you any concerns about going forward with the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 324:09    transaction? | | |
| | 324:10  A.  No. | | |
| | 324:11  Q.  Did they ever express to you -- did | | |
| | 324:12    Mr. Musk, in particular, ever express to you any | | |
| | 324:13    buyer's remorse or desire to get out of the deal | | |
| | 324:14    prior to that May 6 meeting? | | |
| | 324:15  A.  No. | | |
| 324:16 - 324:22 | **Grimes, Michael 2022-09-15** | 00:00:17 | **GRIMES_FINAL.1 24** |
| | 324:16  Q.  Did he tell you or Morgan Stanley to put | | |
| | 324:17    the deal on hold prior to the May 6 meeting? | | |
| | 324:18  A.  No. | | |
| | 324:19  Q.  In fact, was the Morgan Stanley team | | |
| | 324:20    proceeding full steam ahead through and including | | |
| | 324:21    that May 6 meeting? | | |
| | 324:22  A.  Yes.  Yes.  Yes.  Yes, that's right. | | |
| 326:05 - 326:11 | **Grimes, Michael 2022-09-15** | 00:00:20 | **GRIMES_FINAL.1 25** |
| | 326:05  Q.  Now, focusing on the May 6 | | |
| | 326:06    meeting, was there any doubt in your mind that | | |
| | 326:07    Mr. Musk's concern about the mDAU figure and | | |
| | 326:08    relatedly the spam and bot percentage, was there | | |
| | 326:09    any concern -- I'm sorry -- was there any doubt in | | |
| | 326:10    your mind that Mr. Musk's concern was a genuine | | |
| | 326:11    one? | | |
| 326:14 - 326:14 | **Grimes, Michael 2022-09-15** | 00:00:02 | **GRIMES_FINAL.1 26** |
| | 326:14    It appeared genuine to me. | | |
| 328:19 - 328:23 | **Grimes, Michael 2022-09-15** | 00:00:15 | **GRIMES_FINAL.1 27** |
| | 328:19  Q.  Okay.  The question -- was it expressed | | |
| | 328:20    to Twitter in the course of this -- the May 6 | | |
| | 328:21    meeting in the interactions that you had with | | |
| | 328:22    Twitter that followed that this was an important | | |
| | 328:23    issue to Mr. Musk? | | |
| 328:25 - 329:08 | **Grimes, Michael 2022-09-15** | 00:00:23 | **GRIMES_FINAL.1 28** |
| | 328:25    THE WITNESS:  It seemed like it to me. | | |
| | 329:01    Mr. Musk would know how important it was, but it | | |
| | 329:02    seemed -- it seemed important to him from where I | | |
| | 329:03    sat. | | |
| | 329:04    BY MR. ROSSMAN: | | |
| | 329:05  Q.  Okay.  And to your understanding, was | | |
| | 329:06    Mr. Musk's goal, as it was expressed to you, to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 329:07    either get validation or not validation of the | | |
| | 329:08    accuracy of that representation? | | |
| 329:10 - 329:12 | **Grimes, Michael 2022-09-15** | 00:00:03 | **GRIMES_FINAL.1** |
| | 329:10    THE WITNESS: In the May 6 meeting? | | **29** |
| | 329:11    BY MR. ROSSMAN: | | |
| | 329:12  Q.  Yes. | | |
| 329:14 - 329:20 | **Grimes, Michael 2022-09-15** | 00:00:21 | **GRIMES_FINAL.1** |
| | 329:14    THE WITNESS: Yeah, I think that's | | **30** |
| | 329:15    right, yes.  He also was looking at the -- the | | |
| | 329:16    user experience on like despam, despam, which is | | |
| | 329:17    more of a DAU than an mDAU.  But he asked in the | | |
| | 329:18    meeting about the 5 percent, so I'd say yes -- | | |
| | 329:19    yes, and -- but he -- not only that.  Not only | | |
| | 329:20    that. | | |
| 331:06 - 331:08 | **Grimes, Michael 2022-09-15** | 00:00:11 | **GRIMES_FINAL.1** |
| | 331:06  Q.  Okay.  Now, did Morgan Stanley, as his | | **31** |
| | 331:07    financial advisor, view the mDAU figure as | | |
| | 331:08    material to the value of Twitter? | | |
| 331:10 - 331:22 | **Grimes, Michael 2022-09-15** | 00:00:33 | **GRIMES_FINAL.1** |
| | 331:10    THE WITNESS: I believe so, yes.  If | | **32** |
| | 331:11    it's materially as represented.  If it's | | |
| | 331:12    immaterially different, you know, then I would | | |
| | 331:13    maybe change my answer.  But a material | | |
| | 331:14    difference, then, yes, so the word "material" | | |
| | 331:15    there was used once. | | |
| | 331:16    BY MR. ROSSMAN: | | |
| | 331:17  Q.  Fair enough. | | |
| | 331:18    And if the percentage, the 5 percent | | |
| | 331:19    were less than 5 percent false or spam accounts | | |
| | 331:20    being included within the mDAU figure, if that | | |
| | 331:21    representation were materially false, that would | | |
| | 331:22    impact the value of the company? | | |
| 331:24 - 332:04 | **Grimes, Michael 2022-09-15** | 00:00:15 | **GRIMES_FINAL.1** |
| | 331:24    THE WITNESS: I believe so. | | **33** |
| | 331:25    BY MR. ROSSMAN: | | |
| | 332:01  Q.  Okay.  And in terms of from a valuation | | |
| | 332:02    perspective, was one of the things that Morgan | | |
| | 332:03    Stanley looked at was potential future revenue of | | |
| | 332:04    the company?  Is that fair to say? | | |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 332:06 - 332:09 | **Grimes, Michael 2022-09-15** | 00:00:11 | **GRIMES_FINAL.1 34** |
| | 332:06    THE WITNESS: Yes. | | |
| | 332:07    BY MR. ROSSMAN: | | |
| | 332:08  Q.  And the growth of future revenue, would | | |
| | 332:09        that be dependent on the actual mDAU? | | |
| 332:11 - 332:17 | **Grimes, Michael 2022-09-15** | 00:00:17 | **GRIMES_FINAL.1 35** |
| | 332:11    THE WITNESS: In large part. Not | | |
| | 332:12    exclusively because there is some revenue that | | |
| | 332:13    doesn't relate to mDAU. The direct response | | |
| | 332:14    revenue potentially, and that depending on the | | |
| | 332:15    home take -- takeover page, possibly, depending on | | |
| | 332:16    if advertisers would react to that. But, in large | | |
| | 332:17    part, yes, in my estimation. | | |
| 334:04 - 334:08 | **Grimes, Michael 2022-09-15** | 00:00:19 | **GRIMES_FINAL.1 36** |
| | 334:04    But just, generally speaking, do you | | |
| | 334:05    understand that one of the purposes of getting the | | |
| | 334:06    mDAU and false or spam account information was in | | |
| | 334:07    order to evaluate whether that gate was satisfied, | | |
| | 334:08    whether that rep and warranty was satisfied? | | |
| 334:10 - 334:15 | **Grimes, Michael 2022-09-15** | 00:00:23 | **GRIMES_FINAL.1 37** |
| | 334:10    THE WITNESS: I agree with that. | | |
| | 334:11    BY MR. ROSSMAN: | | |
| | 334:12  Q.  Okay. And was -- was getting the mDAU | | |
| | 334:13    and false and spam information also necessary for | | |
| | 334:14    the buyer to contemplate how it would run the | | |
| | 334:15    business following a transition? | | |
| 334:17 - 335:01 | **Grimes, Michael 2022-09-15** | 00:00:24 | **GRIMES_FINAL.1 38** |
| | 334:17    THE WITNESS: Yes. My -- I believe so, | | |
| | 334:18    yes. | | |
| | 334:19    BY MR. ROSSMAN: | | |
| | 334:20  Q.  Okay. And you also talked about the | | |
| | 334:21    necessity of getting that information with respect | | |
| | 334:22    to the financing. Do you recall that? | | |
| | 334:23  A.  I do, and it -- I do. There's no | | |
| | 334:24    further question. | | |
| | 334:25  Q.  And would you agree with me that that's | | |
| | 335:01    a third reason -- | | |
| 335:03 - 335:07 | **Grimes, Michael 2022-09-15** | 00:00:14 | **GRIMES_FINAL.1 39** |
| | 335:03    BY MR. ROSSMAN: | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 335:04  Q.  -- why it was necessary to get accurate | | |
| | 335:05      information regarding mDAU and the false and spam | | |
| | 335:06      account issue was in order to satisfy the | | |
| | 335:07      financing? | | |
| 335:09 - 335:10 | **Grimes, Michael 2022-09-15** | 00:00:03 | **GRIMES_FINAL.1** |
| | 335:09      THE WITNESS:  Certainly we needed it for | | **40** |
| | 335:10      the financing. | | |
| 337:04 - 337:06 | **Grimes, Michael 2022-09-15** | 00:00:09 | **GRIMES_FINAL.1** |
| | 337:04  Q.  Well, on May 6, Twitter didn't | | **41** |
| | 337:05      provide satisfactory answers to that basic | | |
| | 337:06      question Mr. Musk had, right? | | |
| 337:08 - 337:15 | **Grimes, Michael 2022-09-15** | 00:00:16 | **GRIMES_FINAL.1** |
| | 337:08      THE WITNESS:  That's correct, in my -- | | **42** |
| | 337:09      in my estimation.  And I think everyone on our | | |
| | 337:10      side as -- in my estimation is what I can testify | | |
| | 337:11      to.  Certainly Mr. Musk looked unsatisfied, but in | | |
| | 337:12      my estimation, yes. | | |
| | 337:13      BY MR. ROSSMAN: | | |
| | 337:14  Q.  And on May 13th, they didn't provide | | |
| | 337:15      satisfactory answers, right? | | |
| 337:17 - 337:18 | **Grimes, Michael 2022-09-15** | 00:00:03 | **GRIMES_FINAL.1** |
| | 337:17      THE WITNESS:  It's -- yeah, I believe | | **43** |
| | 337:18      that's correct, yes. | | |
| 338:10 - 338:13 | **Grimes, Michael 2022-09-15** | 00:00:13 | **GRIMES_FINAL.1** |
| | 338:10  Q.  Prior to July 8th, when the | | **44** |
| | 338:11      termination notice came, did Mr. Musk instruct | | |
| | 338:12      Morgan Stanley to resist or undermine the | | |
| | 338:13      transaction in any way? | | |
| 338:15 - 338:16 | **Grimes, Michael 2022-09-15** | 00:00:04 | **GRIMES_FINAL.1** |
| | 338:15      THE WITNESS:  No.  Not -- not to my | | **45** |
| | 338:16      knowledge. | | |
| 339:21 - 339:24 | **Grimes, Michael 2022-09-15** | 00:00:10 | **GRIMES_FINAL.1** |
| | 339:21      To your understanding, certainly prior | | **46** |
| | 339:22      to July 8th, did you have an understanding that | | |
| | 339:23      the debt and equity financing commitments were in | | |
| | 339:24      full force and effect? | | |
| 340:01 - 340:04 | **Grimes, Michael 2022-09-15** | 00:00:10 | **GRIMES_FINAL.1** |
| | 340:01      THE WITNESS:  I -- I believe so. | | **47** |

**GRIMES_FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 340:02   BY MR. ROSSMAN: | | |
| | 340:03  Q.  Okay.  And had all of the conditions to | | |
| | 340:04       closing been met yet as of July 8th? | | |
| 340:06 - 340:07 | Grimes, Michael 2022-09-15 | 00:00:04 | GRIMES_FINAL.1 |
| | 340:06       THE WITNESS:  No, not -- I don't believe | | 48 |
| | 340:07       so, no. | | |
| 341:01 - 341:04 | Grimes, Michael 2022-09-15 | 00:00:23 | GRIMES_FINAL.1 |
| | 341:01       Now, at the time that you were advising | | 49 |
| | 341:02       Mr. Musk regarding the bid that he made initially | | |
| | 341:03       for the company, the $54.20 bid, was Morgan | | |
| | 341:04       Stanley relying on the company's public filings? | | |
| 341:06 - 341:06 | Grimes, Michael 2022-09-15 | 00:00:01 | GRIMES_FINAL.1 |
| | 341:06       THE WITNESS:  Yes. | | 50 |
| 341:16 - 341:19 | Grimes, Michael 2022-09-15 | 00:00:09 | GRIMES_FINAL.1 |
| | 341:16  Q.  Okay.  Do you have any reason to believe | | 51 |
| | 341:17       that the company's statements regarding the level | | |
| | 341:18       of engagement on the platform was false and | | |
| | 341:19       misleading? | | |
| 341:21 - 341:21 | Grimes, Michael 2022-09-15 | 00:00:02 | GRIMES_FINAL.1 |
| | 341:21       THE WITNESS:  No. | | 52 |
| 343:08 - 343:08 | Grimes, Michael 2022-09-15 | 00:00:02 | GRIMES_FINAL.1 |
| 🔗 312.1 | 343:08       Do you recognize the document? | | 53 |
| 343:09 - 343:09 | Grimes, Michael 2022-09-15 | 00:00:01 | GRIMES_FINAL.1 |
| | 343:09  A.  Yes. | | 54 |
| 343:19 - 343:23 | Grimes, Michael 2022-09-15 | 00:00:14 | GRIMES_FINAL.1 |
| | 343:19       This is the engagement letter that | | 55 |
| | 343:20       covers Morgan Stanley's work in connection with | | |
| | 343:21       the acquisition of Twitter, correct? | | |
| | 343:22  A.  Yes. | | |
| | 343:23       MR. KOBRE:  I have nothing further. | | |

| | | |
|---|---|---|
| Musk Designations | 00:49:41 | |
| Pampena Designations | 00:53:04 | |
| Pampena Completeness | 00:09:39 | |
| **TOTAL RUN TIME** | **01:52:25** | |

Documents linked to video:

22

144

312

336

337

338

339

565

782