# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Jury Trial Minutes

Date: March 17, 2026                         Judge: Honorable Charles R. Breyer

Court Reporter: Ruth Levine Ekhaus
Time: 4 Hours and 11 Minutes
Case No.: C22-5937 CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

Attorney(s) for Plaintiff: Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis

Attorney(s) for Defendant: Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno

Deputy Clerk: Lashanda Scott


## PROCEEDINGS


Jury trial held. The Court instructs the jurors.  Plaintiff closing. Defendant closing. Jurors begin deliberations. Further jury trial set for March 18, 2026 at 9:15 a.m.  The jurors will continue deliberations.