# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:22-cv-05937-CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Charles R. Breyer | | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| TRIAL DATE: | | REPORTER(S): | | CLERK: |
| March 17, 2026 | | Ruth Levine Ekhaus | | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 a.m. | | | Judge cried-in. All parties present. Jurors not present. Preliminary matters discussed. Motion to Strike Exhibit #10 – Motion Denied. | |
| | | 9:19 a.m. | | | Court in recess | |
| | | 9:23 a.m. | | | Court reconvened. All jurors present. The Court instructs the jurors. | |
| | | 9:56 a.m. | | | Plaintiff's closing | |
| | | 11:09 a.m. | | | Court in recess | |
| | | 11:24 a.m. | | | Court reconvened. All parties present. All jurors present. | |
| | | 11:24 a.m. | | | Defendant's closing | |
| | | 12:52 p.m. | | | Court in recess | |
| | | 1:21 p.m. 1:22 p.m. 1:22 p.m. | | | Court reconvened.  All parties present. All jurors present. Plaintiff rebuttal closing | |
| | | 1:47 p.m. | | | Plaintiff ends closing | |
| | | 1:47 p.m. 1:53 p.m. | | | The Court instructs the jurors The jurors begin deliberations | |
| | | 1:54 p.m. | | | Court in recess. | |
| | | | | | Court adjourned – March 18, 2026 at 9:15 a.m.   The jurors will continue deliberations. | |

1