**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:22-cv-05937-CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| March 18, 2026 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:05 a.m. | | | Judge cried-in. All parties present. Jurors not present. Jury Note 2 and 3. Defendant Oral Motion for a Mistrial. | |
| | | 10:20 a.m. | | | Court in recess | |
| | | 1:30 p.m. | | | Court reconvened. All parties present. Jurors not present. Jury Note 4. | |
| | | 1:32 p.m. | | | Court in recess | |
| | | 4:00 p.m. | | | Court adjourned until March 19, 2026 at 9:15 a.m. The jurors will continue deliberations | |

2