UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER

Case No. C22-5937 CRB

CASE NAME: Giuseppe Pampena v. Elon Musk

NOTE FROM THE JURY

Note No. _____1_____

Date __Mon 09 Mar 2026__

Time __11:14 am__

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

#9 Saw title regarding Elon Musk Trip in SF, did not click in
news app and scrolled through quickly
#6  Heard on NPR new while driving that Musk was in SF attending
his trial. It didn't go into case details and was quick.
#7 HEADLINE : ~"MUSK IS IN TOWN FOR...". I JUST SKIPPED IT

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER

Case No. C22-5937 CRB

CASE NAME: Giuseppe Pampena v. Elon Musk

NOTE FROM THE JURY

Note No. __2__

Date __3 - 18 - 26__

Time __9 : 15 AM__

1.    The Jury has reached a unanimous verdict ( )

or

2.    The Jury has the following question:

JURY INSTRUCTIONS DISCREPANCY:
PG 15, LINE 22 : FALSE OR MISLEADING
PG 17, L 24-25 : FALSE OR MISLEADING
PG 18, LINE 5 : FALSE AND MISLEADING

MAY THE COURT CLARIFY IF STATEMENTS SHOULD BE FOUND FALSE AND, or OR MISLEADING ?

__Juror #1__
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER

Case No. C22-5937 CRB

CASE NAME: Giuseppe Pampena v. Elon Musk

NOTE FROM THE JURY

Note No. ___3___

Date _3-18-26_

Time _9:54 AM_

1.    The Jury has reached a unanimous verdict ( )

    or

2.    The Jury has the following question:

CAN WE GET 8 PRINTOUTS OF THE "INDEX OF ADMITTED EXHIBITS" DOCUMENT?

_#1_
Foreperson of the Jury

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al., | Case No. 22-cv-05937-CRB |
| Plaintiffs, | |
| v. | **RESPONSE TO JUROR NOTE 2 AND 3** |
| ELON MUSK, | |
| Defendant. | |

Regarding Note 2, there was a typographical error on page 18, line 5. The "and" should be an "or." Regarding Note 3, the Court will provide copies of the index of admitted exhibits as requested.

Dated: March 18, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIUSEPPE PAMPENA, et al.,

Plaintiffs,

v.

ELON MUSK,

Defendant.

Case No.  22-cv-05937-CRB

**RESPONSE TO JUROR NOTE 4**

Regarding Note 4, Exhibit 322 was solely used for demonstrative purposes.  The Court refers the jury to page 8 of the jury instructions that explains charts and summaries not received in evidence.

Dated: March 18, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California