

CASE #: 3:22-CV-05937-CRB

ORIGIN ID:YBNA    (416) 660-8805
PETER MARINO
PETERMARINO543@GMAIL.COM
76 WRENWOOD COURT

MARKHAM, ON L3R6H5
CA

SHIP DATE: 17MAR26
ACTWGT: 0.85 LB
CAD: 006996628/WSXI3700

BILL SENDER

TO JUDGE BREYER
PHILLIP BURTON FEDERAL BUILDING
450 GOLDEN GATE AVENUE
16TH FLOOR
SAN FRANCISCO CA 94102
(415) 552-2062    REF: YBNA:119.61 CAD-8573-CC
INV:
PO:    DEPT:

(US)

FedEx Express

E

TRK# 3996 9370 7251
0430

XA APCA

10:30A
IP EXP
DSR
94102
CA-US SFO

Case 3:22-cv-05937-CRB   Document 535-1   Filed 03/18/26   Page 2 of 2

**FedEx**®

**New envelopes are only for FedEx Express® shipments. Reuse for any FedEx® shipment.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

**Les nouvelles enveloppes sont réservées aux envois FedEx Express^MD. Elles peuvent être réutilisées pour tout envoi FedEx^MD.**

Aidez-nous à transporter votre colis à destination en toute sécurité en emballant vos articles de façon sécuritaire. Besoin d'aide? Rendez-vous sur **fedex.com/packaging** pour obtenir des conseils sur l'emballage.

Consultez vos documents d'expédition FedEx, le Guide des services de FedEx en vigueur ou les conditions de transport pour connaître les modalités, les conditions et les limites de responsabilité complètes.

© 2023 FedEx 159377 REV 10/23



Please reuse; then recycle. S responsible and resourceful Recycling options may vary

Veuillez réutiliser cet emball **fedex.com/sustainability** c responsable, en utilisant eff de recyclage peuvent varier

