# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Jury Trial Minutes

Date: March 20, 2026                          Judge:  Honorable Charles R. Breyer

Court Reporter: Ruth Levine Ekhaus
Time: 1 Hour
Case No.: C22-5937 CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

Attorney(s) for Plaintiff:  Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis

Attorney(s) for Defendant:  Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Jury trial held. Jurors continue deliberations. Jury Notes 5, 6 and 7. The jurors reached a verdict. The jurors reached a unanimous verdict.