**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:22-cv-05937-CRB
Case Name: Giuseppe Pampena v. Elon R. Musk

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Charles R. Breyer | | Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger, Gia Jung, Caroline A. Yuen, Francis A. Bottini, Jr., Aaron P. Arnzen, Elle D. Lewis | Ellyde R. Thompson, Jesse A. Bernstein, Michael T. Lifrak, Stephen A. Broome, Alex Bergjans, Phillip Jobe, Emily Couture, Stephanie Kelemen, Rebecca Arno |
| TRIAL DATE: | | REPORTER(S): | CLERK: |
| March 20, 2026 | | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:46 p.m. | | | Judge cried-in.  All parties present. Jury Note 5 and 6. | |
| | | 12:08 p.m. | | | Court in recess | |
| | | 12:16 p.m. | | | Court reconvened. All parties present. Discussion re Jury Note 5. | |
| | | 12:21 p.m. | | | Court in recess     27 mins | |
| | | 2:07 p.m. | | | Court reconvened.  All parties present. Jury Note 7. All jurors present. Copies of the verdict form were made for the Court, all the jurors, plaintiff and defendant counsel. Jury verdict read. The jurors reached a unanimous verdict. The Court thanked and excused the jurors. | |
| | | 2:41 p.m. | | | Court adjourned | |