UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>JUDGE CHARLES R. BREYER</u>

Case No. C22-5937 CRB

CASE NAME: Giuseppe Pampena v. Elon Musk

<u>NOTE FROM THE JURY</u>

Note No. _____5_____

Date _3-20-26_____

Time _11:20 AM_____

1.    The Jury has reached a unanimous verdict ( )

or

2.    The Jury has the following question:

- Regarding statement 4: .... " to defraud Twitter investors". Should this be interpreted to mean "with the INTENT of defrauding Investors" or "with the EFFECT of defrauding investors"?

- Furthermore, ~~we have not been~~ the definition of "Scheme to defraud" on pg 15 line 20-21 uses the term "defraud" in the definition. Can we have a legal definition of the term "defraud"?

_____7F1_____
Foreperson of the Jury

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIUSEPPE PAMPENA, et al.,

        Plaintiffs,

    v.

ELON MUSK,

        Defendant.

Case No.  22-cv-05937-CRB

**RESPONSE TO JURY NOTE 5**

Regarding the question of whether "to defraud Twitter investors" means intent of defrauding or effect of defrauding, the Court clarifies that it means both. Both intent and effect are required for a scheme claim.

Regarding the definition of "defraud," "defraud" means to deceive another person, and to induce such other person, in reliance upon such deception (as reliance is defined in the jury instructions), to assume, create, transfer, alter or terminate a right obligation or power with reference to property.

Dated: March 20, 2026

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER

Case No. C22-5937 CRB

CASE NAME: Giuseppe Pampena v. Elon Musk

NOTE FROM THE JURY

Note No. _____ 6 _____

Date _3 - 20 - 26_____

Time _11:47_____

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

Can we have printouts of the following exhibits:
      ① 282
      ② 342
(Tabak damage calculations)

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER

Case No. C22-5937 CRB

CASE NAME: Giuseppe Pampena v. Elon Musk

NOTE FROM THE JURY

Note No. _____ 7

Date _3-20-26_

Time _1:53 PM_

1.    The Jury has reached a unanimous verdict (✓)

      or

2.    The Jury has the following question:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____#1_____
Foreperson of the Jury