**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**PLAINTIFFS' PROPOSED POST-VERDICT PROCEDURES**<br><br>Judge: Hon. Charles R. Breyer |

PLAINTIFFS' PROPOSED POST-VERDICT PROCEDURES

On Friday, March 20, 2026, following the jury's verdict, the Court directed all Parties to submit a post-verdict plan with their proposed next steps in this action.  Pursuant to the Court's directions, Plaintiffs respectfully propose the actions and deadlines described below.

1.    Pursuant to Local Rule 5-1(g), Plaintiffs will file all exhibits admitted into evidence no later than March 30, 2026.

2.    Pursuant to FRCP 23(c)(3), 54 and 58, Plaintiffs will file and request entry of a [Proposed] Judgment no later than March 30, 2026.

3.    Pursuant to FRCP 23(d)(1)(B)(ii) and 23(d)(1)(E), Plaintiffs will file a motion to approve class notice and a claim form and distribution process no later than April 17, 2026. Plaintiffs currently intend to propose Epiq Class Action and Claims Solutions, the same firm previously appointed by the Court to distribute and administer the Class certification notice (ECF 186), as the ongoing claims administrator.

4.    Pursuant to FRCP 23(h) and 54(d), and Local Rule 54, Plaintiffs will file a bill of costs and motion for approval of attorneys' fees, expenses, pre/post judgment interest, and service awards.  While such bill of costs and motion would ordinarily be due within fourteen (14) days of entry of judgment, Plaintiffs will file a stipulation pursuant to Civil Local Rule 6-2 or a motion pursuant to Civil Local Rule 6-3 requesting that the Court extend any applicable deadlines and set a schedule to resolve these matters following completion of the claim administration process.

5.    Pursuant to FRCP 50(b) and 59, Plaintiffs will respond to any appeal or motion for judgment after entry of the judgment.  This Court should reserve jurisdiction to resolve and/or administer the matters described above.

Dated: March 24, 2026

**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Elle D. Lewis (SBN 238329)
Gia Jung (SBN 340160)
Caroline A. Yuen (SBN 354388)

*/s/ Mark C. Molumphy*
Mark C. Molumphy

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Aaron P. Arnzen (SBN 218272)

*/s/ Francis A. Bottini Jr.*
    Francis A. Bottini Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Mark C. Molumphy, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of March, 2026, at Burlingame, California.

*/s/ Mark C. Molumphy*
    Mark C. Molumphy