**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

March 24, 2026

Honorable Charles R. Breyer
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Giuseppe Pampena v. Elon R. Musk*, 3:22-cv-5937-CRB

Dear Honorable Judge Breyer:

In response to the Court's direction, I write regarding the post-trial schedule. Defendant intends to file motions under Federal Rules of Civil Procedure 50 and 59. Defendant will file his motions on April 24, 2026 with any opposition due May 8, 2026 and reply briefs filed by May 22, 2026.

As to Plaintiffs' proposal regarding the entry of judgment, Defendant has the right and intends to challenge individual reliance and damages—and will avail himself of all related discovery and adjudicatory processes authorized by law—for all claimants seeking damages during the claims administration process. Prior to that process, however, Defendant will file a motion for partial final judgment under Rule 54(b) as to the liability issues the jury determined, if the Court does not grant Defendant's Rule 50(b) or Rule 59 motion. Appeal from a partial final judgment would be appropriate so that the issues on which the jury rendered a verdict can be reviewed without delay. *E.g., Fikes Wholesale, Inc. v. HSBC Bank USA, N.A.*, 62 F.4th 704, 716 n.3 (2d Cir. 2023) (district court entered partial judgment under Rule 54(b) in class action where unresolved issues prevented entry of final judgment but "there was no just reason for delay in the appeal of all other issues").

Finally, Defendant proposes that all other motions and post-trial processes Plaintiffs contemplate—including any motion relating to the claims administration process brought under Rule 23 and any motion for costs, fees, expenses, interest and service awards—not be filed or briefed until after the Court resolves Defendant's Rule 50, 59, and, if necessary, 54(b) motions.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Defendant reserves all rights, including the rights to oppose any motion filed by Plaintiffs relating to fees, costs, interest, and claims administration

Respectfully Submitted,

Alex Bergjans