IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GIUSEPPE PAMPENA, et al., | Case No.  22-cv-05937-CRB |
| Plaintiffs, | |
| v. | **ORDER RE PARTY PROPOSALS** |
| ELON MUSK, | |
| Defendant. | |

Both parties filed proposals regarding post-trial briefing and procedure.  Dkts. 543, 544.  The Court orders the parties to file a response to each proposal by noon on Friday, March 27, 2026.

**IT IS SO ORDERED.**

Dated: March 25, 2026

CHARLES R. BREYER
United States District Judge