**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**PLAINTIFFS' MOTION TO STRIKE DEFENSE COUNSEL'S UNSOLICITED LETTER TO COURT**<br><br>Judge: Hon. Charles R. Breyer |

Case No: 3:22-CV-05937-CRB

PLAINTIFFS' MOTION TO STRIKE DEFENSE COUNSEL'S UNSOLICITED LETTER TO COURT

Plaintiffs hereby move to strike from the record defense counsel's unsolicited March 26, 2026 letter to the Court (the "Letter," *see* ECF 547).  In the Letter, Alex Spiro, writing on behalf of Musk, asserts that the jury's application of the law to the evidence "was corrupted in this case." *Id.* at 1.  The Letter was not requested by the Court, and letters of this nature are not otherwise contemplated by the Local Rules or this Court's Standing Orders.  Moreover, the issues set forth in the Letter should be raised, if at all, in post-trial motions that the defense has already indicated it will file—indeed, the Letter does not even appear to seek any particular form of relief.  Lastly, the Letter is egregiously unfaithful to the record in this case.

Contrary to the Letter's express and implied assertions, the Court oversaw a scrupulous process to identify and dismiss jurors who might have been unfair to the parties; received hundreds of exhibits into evidence; swore in well over a dozen trial witnesses; and handled a constant stream of procedural and evidentiary issues—some of which fell in Plaintiffs' favor, and others in Musk's favor.[1]  As with all cases, the parties' trial presentation decisions evolved over the course of the proceedings, including in response to (1) the Court's guidance surrounding the proper scope of testimony by attorneys who were involved in the underlying events during Musk's 2022 acquisition of Twitter, and (2) what Plaintiffs perceived to be Musk's lack of credibility from the witness stand.

Throughout the trial's evidentiary phase, the jury was remarkably attentive and appeared to take notes on almost every answer given by any and all witnesses.  After closing arguments, the jury demonstrated extraordinary attention to detail by, *e.g.*, identifying a typographical error in the jury instructions, calling for copies of the exhibit list for each individual juror, and requesting copies of certain exhibits.  After four days of deliberation, the jury found in favor of Plaintiffs on two of the four bases for liability presented, and for Musk on the other two.  Mr. Spiro, who was present (as a witness) for a very short portion of the trial, clearly lacks intimate knowledge of this history.  The record fully supports the conclusion that the Court oversaw a fair trial and the jury reached a deliberate, well-considered verdict that is completely consistent with overwhelming evidence

---

[1] For example, the Court denied Plaintiffs' motion to disqualify Mr. Spiro and permitted him to serve as Mr. Musk's trial counsel.

1                                    Case No: 3:22-CV-05937-CRB

PLAINTIFFS' MOTION TO STRIKE DEFENSE COUNSEL'S UNSOLICITED LETTER TO COURT

admitted into evidence.

For the foregoing reasons, Plaintiffs move to strike Mr. Spiro's March 26, 2026 Letter.

Dated: March 26, 2026

**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson C. Redenbarger (SBN 294424)
Elle D. Lewis (SBN 238329)
Gia Jung (SBN 340160)
Caroline A. Yuen (SBN 354388)

*/s/ Mark C. Molumphy*
     Mark C. Molumphy

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Aaron P. Arnzen (SBN 218272)

*/s/ Aaron P. Arnzen*
     Aaron P. Arnzen

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mark C. Molumphy, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of March, 2026, at Burlingame, California.

*/s/ Mark C. Molumphy*
     Mark C. Molumphy

2                    Case No: 3:22-CV-05937-CRB
PLAINTIFFS' MOTION TO STRIKE DEFENSE COUNSEL'S UNSOLICITED LETTER TO COURT