COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@Cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@Cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for the Plaintiffs and the Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*Pro Hac Vice*)
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*Pro Hac Vice*)
jessebernstein@quinnemanuel.com
Stephanie Kelemen (*Pro Hac Vice*)
stephaniekelemen@quinnemanuel.com
295 Fifth Ave., New York, Ny 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**JOINT NOTICE OF FILING ADMITTED TRIAL EXHIBITS**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 5-1(g), the Parties hereby submit this Joint Notice of Admitted Trial Exhibits.  The Parties agree that documents as filed and listed in Attachment A hereto are true and correct copies of all trial exhibits admitted during the *Giuseppe Pampena v. Elon R. Musk* trial held March 2 through March 17, 2026.

Pursuant to Civil Local Rule 5-1(g)(4), exhibits that are not uploadable to CM/ECF (such as video and audio files, native spreadsheets, or PDFs over 30MB in size) will be filed with the Clerk's Office for the Northern District of California through a Box link. These digitally stored exhibits are represented as slipsheets on the docket.

DATED: March 30, 2026

*/s/ Tyson C. Redenbarger*

COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

*/s/ Aaron Arnzen*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

*/s/ Alex Bergjans*

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
296 Fifth Avenue
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Michael T. Lifrak (SBN 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (SNB 254750)
josephsarles@quinnemanuel.com
Stephen Broome (SBN  314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (SBN 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for Defendant Elon Musk*

1                    Case No: 3:22-CV-05937-CRB
JOINT NOTICE OF FILING ADMITTED TRIAL EXHIBITS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of March, 2026, at Burlingame, California.


_/s/ Tyson C. Redenbarger_
Tyson C. Redenbarger

JOINT NOTICE OF FILING ADMITTED TRIAL EXHIBITS

# ATTACHMENT A

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| 2 | Elon Musk Tweet dated June 11, 2018 | Filed on Docket |
| 3 | Tweet dated February 1, 2020 | Filed on Docket |
| 9 | Elon Musk Tweets dated January 21, 2022 | Filed on Docket |
| 10 | Text Messages dated May 13, 2022 | Filed on Docket |
| 11A | Text Messages dated May 13, 2022 | Filed on Docket |
| 14 | Twitter Form 10-K for 2021 | Filed on Docket |
| 16 | Schedule 13G dated March 14, 2022 | Filed on Docket |
| 19 | Tweet dated March 26, 2022 | Filed on Docket |
| 22 | Morgan Stanley "Scenario Planning and Considerations" presentation April 2022 | Filed on Docket |
| 30 | Tweet dated April 5, 2022 | Filed on Docket |
| 31 | Text Message dated April 7, 2022 | Filed on Docket |
| 33 | Text Message Thread dated April 9, 2022 | Filed on Docket |
| 34 | Elon Musk Tweet dated April 9, 2022 | Filed on Docket |
| 36 | Amendment 2 to Schedule 13D dated April 13, 2022 | Filed on Docket |
| 40 | Signed Offer Letter | Filed on Docket |
| 41 | Ted Talk Interview Video | Slipsheet filed on Docket, native uploaded to court provided link |
| 42 | Elon Musk Tweet dated April 16, 2022 | Filed on Docket |
| 46 | Elon Musk Tweet dated April 19, 2022 | Filed on Docket |
| 47 | Amendment 3 to Schedule 13D dated April 20, 2022 | Filed on Docket |
| 49 | Elon Musk Tweet dated April 21, 2022 | Filed on Docket |
| 52 | Email between Goldman Sachs and JP Morgan dated April 22, 2022 | Filed on Docket |
| 54 | Email and Attachment re Offer dated April 24, 2022 | Filed on Docket |
| 58 | Email and Draft Merger Agreement dated April 24, 2022 | Filed on Docket |
| 59 | Email and Attachment: CCC Discussion – Event Lending presentation | Filed on Docket |
| 62 | Twitter Form 8K dated April 25, 2022 | Filed on Docket |
| 63 | Equity Financing Commitment Letter | Filed on Docket |
| 64 | Project X Commitment Letter | Filed on Docket |
| 65 | Executed Merger Agreement | Filed on Docket |
| 68 | Email re Investor Discussion dated April 26, 2022 | Filed on Docket |
| 69 | Tweets dated April 28, 2022 | Filed on Docket |
| 70 | Email and Attachment: Illustrative Sources and Users and PF Capital Structure presentation | Filed on Docket |
| 71 | Exhibit 99.1 to SEC Filing: Elon Musk to Acquire Twitter | Filed on Docket |

1

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
| --- | --- | --- |
| 72 | Email re Project X – Summary Preferred Terms dated May 1, 2022 | Filed on Docket |
| 77 | Text Messages dated May 6, 2022 | Filed on Docket |
| 78 | Email re May 6 Potential Discussion Topics | Filed on Docket |
| 79 | Email re May 6 Discussion Topics | Filed on Docket |
| 80 | May 6 Meeting Notes | Filed on Docket |
| 81 | Email with Forwarded Agenda for May 6 Meeting | Filed on Docket |
| 82 | May 6 Discussion Topics with Answers | Filed on Docket |
| 83 | Email re Data Requests dated May 7, 2022 | Filed on Docket |
| 84 | Email re Update to Board re Twitter and Musk Meeting dated May 7, 2022 | Filed on Docket |
| 85 | Email re Trading dated May 9, 2022 | Filed on Docket |
| 86 | Tweets dated May 9, 2022 | Filed on Docket |
| 88 | Email re Twitter \| Follow up dated May 10, 2022 | Filed on Docket |
| 89 | Email re Tundra \| Diligence Discussion dated May 10, 2022 | Filed on Docket |
| 90 | Spreadsheet: Tundra Team Assignments | Filed on Docket |
| 94 | Email re T diligence \| follow up from our call with Anthony / MS dated May 12, 2022 | Filed on Docket |
| 97 | Tweet dated May 13, 2022 | Filed on Docket |
| 99 | Email re Trading dated May 13, 2022 | Filed on Docket |
| 100 | Tweet dated May 13, 2022 | Filed on Docket |
| 104 | Tundra Meeting Notes from May 13 Meeting | Filed on Docket |
| 105 | Email re Goldman Sachs Follow up dated May 13, 2022 | Filed on Docket |
| 112 | Email re NDA Reminder dated May 13, 2022 | Filed on Docket |
| 113 | Slack Messages from May 13, 2022 to July 21, 2022 | Filed on Docket |
| 114 | Tweets dated May 13, 2022 | Filed on Docket |
| 116 | Tweet dated May 14, 2022 | Filed on Docket |
| 117 | Email re Info and Intro dated May 15, 2022 | Filed on Docket |
| 118 | Tweets dated May 15, 2022 | Filed on Docket |
| 119 | Parag Agrawal String of Tweets dated May 16, 2022 | Filed on Docket |
| 126 | All In Summit Videos | Slipsheet filed on Docket, native uploaded to court provided link |

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| 129 | Tweet dated May 17, 2022 | Filed on Docket |
| 130 | Tweet dated May 17, 2022 | Filed on Docket |
| 131 | Email re Tundra Diligence Tracker dated May 17, 2022 | Filed on Docket |
| 140 | Project Tundra Meeting Notes for May 21 | Filed on Docket |
| 141 | Email re Summary of May 21 Meeting and Attachment: False and Spam Accounts Methodology | Filed on Docket |
| 142 | Spam and False Accounts Methodology | Filed on Docket |
| 143 | Tweets dated May 21, 2022 | Filed on Docket |
| 144 | Email re Summary of May 21 Meeting dated May 23, 2022 | Filed on Docket |
| 146 | Amendment to Schedule 13D dated May 24, 2022 | Filed on Docket |
| 148 | Letter from Skadden dated May 25, 2022 | Filed on Docket |
| 152 | Letter from Wilson Sonsini dated May 26, 2022 | Filed on Docket |
| 154 | Letter from Skadden dated May 31, 2022 | Filed on Docket |
| 155 | Letter from Wilson Sonsini dated June 1, 2022 | Filed on Docket |
| 157 | Letter from Skadden dated June 6, 2022 | Filed on Docket |
| 160 | Email re Project X – User Data dated June 9, 2022 | Filed on Docket |
| 162 | Email re Summary of FaceTime with Elon Musk dated June 11, 2022 | Filed on Docket |
| 166 | Letter from Wilson Sonsini dated June 16, 2022 | Filed on Docket |
| 169 | Letter from Skadden dated June 17, 2022 | Filed on Docket |
| 170 | Email re Notes from Weekly Meeting with Parag and Elon dated June 17, 2022 | Filed on Docket |
| 171 | Email re Thought this was worked out dated June 17, 2022 | Filed on Docket |
| 172 | Letter from Wilson Sonsini dated June 20, 2022 | Filed on Docket |
| 177 | Email re prelim pro formas…a work in progress dated June 22, 2022 | Filed on Docket |
| 184 | Letter from Skadden dated June 29, 2022 | Filed on Docket |
| 188 | Email re Project Tundra Data Room dated July 1, 2022 | Filed on Docket |
| 190 | Belgrave Trading Notes | Filed on Docket |
| 191 | Email re Just In dated July 1, 2022 | Filed on Docket |
| 194 | Email re Twitter Trading from May-July 2022 | Filed on Docket |
| 196 | Text Messages dated July 8, 2022 | Filed on Docket |

3

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| 197 | Letter from Skadden dated July 8, 2022 | Filed on Docket |
| 198 | Tweet dated July 10, 2022 | Filed on Docket |
| 218 | Musk's Supplemental Responses & Objections to Interrogatories (2) in Delaware Case | Filed on Docket |
| 219 | Text Messages | Filed on Docket |
| 219A | Text Messages dated June 21, 2022 to June 2, 2022 | Filed on Docket |
| 219B | Text Messages | Filed on Docket |
| 222 | Amendment 12 to Schedule 13D dated October 3, 2022 | Filed on Docket |
| 226 | Tweet dated December 1, 2022 | Filed on Docket |
| 227 | Tweets dated February 2, 2023 | Filed on Docket |
| 229 | BBC News Interview with Musk | Slipsheet filed on Docket, native uploaded to court provided link |
| 230 | Tweets dated December 11, 2023 | Filed on Docket |
| 241 | Weekly Trading Volume as a Percent of Shares Outstanding for Common Stock for the Class Period | Filed on Docket |
| 242 | Analysts Contributing to Quarterly I/B/E/S Consensus Earnings Estimates from April 2022 to October 2022 | Filed on Docket |
| 243 | Summary of Quarterly Institutional Holdings for Common Stock from March 2022 to September 2022 | Filed on Docket |
| 246 | Daily Market Capitalization and Float for Common Stock (table) | Filed on Docket |
| 253 | Percent of Daily Observations Satisfying Put-Call Parity Conditions for a Given Percent Trading Cost on a Stock Trade (chart) | Filed on Docket |
| 256 | Percent of Daily Observations Satisfying Put-Call Parity Conditions for 511 Damageable Option Pairs (tabular form) | Filed on Docket |
| 261 | Tesla Unadjusted Common Stock Prices from 1/14/2022 to 10/27/2022 | Filed on Docket |
| 262 | Twitter Common Stock Prices from 1/14/2022 to 10/27/2022 | Filed on Docket |
| 276 | Twitter Common Stock Intraday on May 13, 2022 | Filed on Docket |
| 278 | Twitter Common Stock Intraday on October 4, 2022 | Filed on Docket |
| 282 | Daily Deflation under rule 10b-5(a) and (c) Over the Class Period | Filed on Docket |

4

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| 298 | Tabak Expert Report Backup Materials: NEW TWTR Option Inflation | Slipsheet filed on Docket, native uploaded to court provided link |
| 303 | Lead Plaintiffs Sales/Purchases Summaries | Filed on Docket |
| 304 | Spam and False Accounts Methodology | Filed on Docket |
| 305 | "Agent Team Details Responsible for Spam Labeling for mDAU public reporting" Criteria | Filed on Docket |
| 306 | Spam Evaluation Training Human Computation presentation | Filed on Docket |
| 312 | Letter from Morgan Stanley to Musk dated April 24, 2022 | Filed on Docket |
| 314 | Statement of Changes to Beneficial Ownership SEC Form 4 | Filed on Docket |
| 315 | Tweet dated May 19, 2022 | Filed on Docket |
| 317 | Tweet dated August 6, 2022 | Filed on Docket |
| 319 | Tweets dated May 21, 2022 | Filed on Docket |
| 325 | Twitter Inc. Price & Volume Stock Chart May 12 - Oct 4 2022 | Filed on Docket |
| 328 | Email to the Board re Offer dated April 24, 2022 | Filed on Docket |
| 331 | Text Messages dated March 31, 2022 to April 1, 2022 | Filed on Docket |
| 333A | Text Message dated May 6, 2022 | Filed on Docket |
| 334 | Text Messages dated May 8, 2022 | Filed on Docket |
| 335 | Text Messages dated June 11, 2022 to June 13, 2022 | Filed on Docket |
| 336 | Email re For James dated April 21, 2022 | Filed on Docket |
| 337 | Email re fact deck and Attachment: Proposal to Twitter Shareholders presentation dated April 22, 2022 | Filed on Docket |
| 338 | Email re Transition CFO – 0 to 2 dated May 6, 2022 | Filed on Docket |
| 339 | Text re nothing good dated May 8, 2022 | Filed on Docket |
| 341 | Calculation of Allegation-Related Percentage Discount of Twitter Stock Price to the Merger-Offer Price Under Rule 10b-5(b) | Filed on Docket |
| 342 | Daily Deflation Under Rule 10b-5(b) Over the Class Period | Filed on Docket |
| 343 | Maximum Call Deflation / Put Inflation in Options Over the Class Period | Filed on Docket |
| 344 | Text Messages dated May 8, 2022 | Filed on Docket |

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
| --- | --- | --- |
| 346 | Parag Agrawal String of Tweets with Poop Emoji dated May 16, 2022 | Filed on Docket |
| 351 | Email re Confidential – Potential Advisor Script dated April 22, 2022 | Filed on Docket |
| 352 | Email re Call with MS on Financing dated April 23, 2022 | Filed on Docket |
| 353 | CNBC Interview with Elon Musk (video) | Slipsheet filed on Docket, native uploaded to court provided link |
| 501 | Spam in mDAU Guideline | Filed on Docket |
| 505 | Twitter Account – Hero Floki | Filed on Docket |
| 516 | Twitter, Inc. 2016 10-K | Filed on Docket |
| 523 | Email re: [JIRA] Updates for TWS-4737: (Support) Tool to evaluate fake engagement - Twitter Service - Triage | Filed on Docket |
| 541 | Slack Messages | Filed on Docket |
| 547 | 4/24/2022 Letter | Filed on Docket |
| 558 | Twitter, Inc. 3/31/2022 10-Q | Filed on Docket |
| 561 | 5/4/2022 Letter | Filed on Docket |
| 563 | Email re: FW: Potential discussion topics | Filed on Docket |
| 565 | 5/8/2022 Musk Text Messages | Filed on Docket |
| 567 | 5/9/2022 Diligence Tracker | Filed on Docket |
| 572 | Email re: X \| Data Room Index | Filed on Docket |
| 572A | X Data Room Documents (5.12.22).pdf | Filed on Docket |
| 573 | 5/12/2022 Musk Text Messages | Filed on Docket |
| 574 | Slack Messages | Filed on Docket |
| 580 | 5/13/2022 Musk Tweet | Filed on Docket |
| 581 | 5/13/2022 Musk Tweet | Filed on Docket |
| 584 | 5/13/2022 Agrawal Tweet Thread | Filed on Docket |
| 587 | Slack Messages | Filed on Docket |
| 591 | Slack Messages | Filed on Docket |
| 593 | Email re: CONFIDENTIAL: Project Tundra Data Room | Filed on Docket |
| 598 | 5/15/2022 @randderuitter Tweet | Filed on Docket |
| 599 | SparkToro & Followerwonk Joint Twitter Analysis | Filed on Docket |
| 610 | 5/17/2022 Segal Text Messages | Filed on Docket |
| 616 | 5/19/2022 Tweet | Filed on Docket |
| 620 | Email re: Your Deal Related Tweets | Filed on Docket |
| 624 | Email re: Approval requested by Fri 5/20 – Spam detection methodology (Privileged and confidential) | Filed on Docket |
| 660 | 6/10/2022 Segal Text Messages | Filed on Docket |
| 673 | EM Notes 6/16/22 | Filed on Docket |
| 709 | Email re: Financial Times query re: Parag | Filed on Docket |

6

**ATTACHMENT A**

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
| --- | --- | --- |
| 744 | Certification of Lead Plaintiff Pursuant to the Federal Securities | Filed on Docket |
| 752 | Email re: approach / Q&A | Filed on Docket |
| 756 | 5/21/2022 Musk Tweets | Filed on Docket |
| 758 | Tweet dated May 13, 2022 | Filed on Docket |
| 759 | Email re: Information for Elon meeting Friday, May 6th | Filed on Docket |
| 769 | Twitter, Inc. 4/28/2022 8-K | Filed on Docket |
| 770 | Email re: Project X Next 168 Hours (K.Salen proposal) | Filed on Docket |
| 771 | Salen Text Messages | Filed on Docket |
| 774 | Elon Musk's Bot Problem on Twitter Is Extraordinary - WSJ | Filed on Docket |
| 782 | Musk Tweets | Filed on Docket |
| 811 | 5/8/2022 Grimes Text Messages | Filed on Docket |
| 813 | Twitter Privacy Policy | Filed on Docket |
| 814 | Twitter Terms of Service | Filed on Docket |
| 816 | PNF mDAU Accounts | Filed on Docket |
| 821 | Email re: Twitter | follow-up | Filed on Docket |