# SEE EXCEL FILE

# (NATIVE FILE)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case Number: 3:22-CV-05937-CRB
PLTF / DEFT
Exhibit No. **298**
Date Admitted: _____
By: _____
Lashanda Scott, Deputy Clerk