IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIUSEPPE PAMPENA, et al.,

        Plaintiffs,

    v.

ELON MUSK,

        Defendant.

Case No.  22-cv-05937-CRB

**ORDER RE POST-TRIAL SCHEDULE**

The Court adopts Plaintiffs' proposed post-trial schedule (dkt. 543).  All motions pursuant to Federal Rules of Civil Procedure 50(b) and 59 may be heard post-judgment.

**IT IS SO ORDERED.**

Dated: March 31, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California