IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIUSEPPE PAMPENA, et al.,

        Plaintiffs,

    v.

ELON MUSK,

        Defendant.

Case No.  22-cv-05937-CRB

**ORDER RE PROPOSED JUDGMENT**

The Court entered an order adopting Plaintiffs' proposed post-trial schedule.  Dkt. 552.  Plaintiffs subsequently requested clarification from the Court about when to file a proposed judgment, as the Court's order was after their proposed deadline.  The Court instructs Plaintiffs to file their proposed judgment forthwith.  28 days after the Court enters judgment, Defendant may file his motions under Rules 50(b) and 59.

**IT IS SO ORDERED.**

Dated: April 1, 2026

CHARLES R. BREYER
United States District Judge