IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, et al., | Case No.  22-cv-05937-CRB |
| Plaintiffs, | |
| v. | **ORDER RE POST-JUDGMENT MOTIONS** |
| ELON MUSK, | |
| Defendant. | |

The Court entered judgment today, April 3, 2026.  Dkt. 557.  The parties shall brief their post-judgment motions under Rules 50(b) and 59 based on the following schedule:

- The parties may file their motions on or before May 1, 2026.
- Oppositions shall be due on or before May 15, 2026.
- Replies shall be due on or before May 22, 2026.
- The hearing on the motions, which will be in-person, shall be set for June 11, 2026 at 10 A.M.

The Court will not permit stipulations for continuance.

**IT IS SO ORDERED.**

Dated: April 3, 2026

_____
CHARLES R. BREYER
United States District Judge