COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for the Plaintiffs and the Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEY'S FEES AND NONTAXABLE COSTS AND BILL OF COSTS**<br><br>Courtroom:    6, 17th Floor<br>Judge:    Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and agree to the following:

WHEREAS, pursuant to FRCP 23(h) and 54(d), and Local Rule 54, Lead Plaintiffs intend to file: (i) a bill of costs, (ii) a motion for approval of attorneys' fees, nontaxable costs, and service awards, and (iii) a motion for post judgment interest (collectively, "Fee/Cost Motions");

WHEREAS, pursuant to Rule 54, absent a court order, Lead Plaintiffs' Fee/Cost Motions would be due within fourteen (14) days of entry of judgment, or by April 17, 2026;

WHEREAS, on March 31, 2026, the Court entered its Order Re Post-Trial Schedule (dkt. 554) adopting Lead Plaintiffs' proposed post-trial schedule (dkt. 543), and noting Lead Plaintiffs' intention to seek to extend the deadlines on the Fee/Cost Motions until after the completion of the claim administration process;

WHEREAS, the Parties agree that good cause exists to extend the deadlines for Lead Plaintiffs' Fee/Cost Motions, and Defendant's response to such Fee/Cost Motions, until after the claims administration process is completed;

NOW THEREFORE, the Parties hereby agree and jointly request the Court to adopt the following briefing schedule:

1. Lead Plaintiffs' deadline to file the Fee/Cost Motions shall be extended and reset by the Court after completion of the claims process; and

2. The Parties shall meet and confer and submit a proposed briefing schedule regarding these matters for the Court's consideration following completion of the claims administration process.

DATED: April 13, 2026

| | |
|---|---|
| */s/ Tyson C. Redenbarger* | */s/ Alex Bergjans* |
| COTCHETT, PITRE & MCCARTHY, LLP | Alex Spiro (*pro hac vice*) |
| Joseph W. Cotchett (SBN 36324) | alexspiro@quinnemanuel.com |
| jcotchett@cpmlegal.com | Ellyde R. Thompson (*pro hac vice*) |
| Mark C. Molumphy (SBN 168009) | ellydethompson@quinnemanuel.com |
| mmolumphy@cpmlegal.com | Jesse A. Bernstein (*pro hac vice*) |
| Tyson C. Redenbarger (SBN 294424) | Jessebernstein@quinnemanuel.com |
| tredenbarger@cpmlegal.com | Stephanie Kelemen (*pro hac vice*) |
| Elle D. Lewis (SBN 238329) | stephaniekelemen@quinnemanuel.com |
| elewis@cpmlegal.com | 295 Fifth Ave., New York, NY 10010 |

Case No. 3:22-CV-05937-CRB

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEY'S FEES AND NONTAXABLE EXPENSES AND BILL OF COSTS          1

Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

 */s/ Aaron Arnzen*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April 2026, at Burlingame, California.


By _/s/ Tyson C. Redenbarger_
Tyson C. Redenbarger

Case No. 3:22-CV-05937-CRB

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEY'S FEES AND     3
NONTAXABLE EXPENSES AND BILL OF COSTS

# <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                  By:_____
                                          Hon. Charles R. Breyer
                                          United States District Judge

Case No. 3:22-CV-05937-CRB

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEY'S FEES AND   4
NONTAXABLE EXPENSES AND BILL OF COSTS