COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for the Plaintiffs and the Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Stephanie Kelemen (*pro hac vice*)
stephaniekelemen@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR PREJUDGMENT INTEREST AND MOTION TO APPROVE NOTICE AND CLAIMS PROCESS**<br><br>Courtroom:    6, 17th Floor<br>Judge:    Honorable Charles R. Breyer |

Case No. 3:22-CV-05937-CRB

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR PREJUDGMENT INTEREST AND MOTION TO APPROVE NOTICE AND CLAIMS PROCESS

Pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and agree to the following:

WHEREAS, on March 31, 2026, the Court entered its Order re Post-Trial Schedule (dkt. 554), adopting Lead Plaintiffs' proposed post-trial schedule (dkt. 543), pursuant to which Lead Plaintiffs intend to file a (1) motion to approve class notice, claim form and claims distribution process ("Motion to Approve Notice and Claims Process") and (2) motion for prejudgment interest ("Motion for Prejudgment Interest") by April 17, 2026;

WHEREAS, on April 3, 2026, the Court entered its Order re Post-Judgment Motions (dkt. 558), setting a briefing schedule for post-judgment motions under Rules 50(b) and 59 ("Rule 50 and 59 Motions"), as well as a hearing date on June 11, 2026;

WHEREAS, the Parties agree that good cause exists to set a briefing schedule for the Motion for Prejudgment Interest and Motion to Approve Notice and Claims Process, and to have these motions heard at the same time as any Rule 50 and 59 motions;

NOW THEREFORE, the Parties hereby agree and jointly request the Court to adopt the following briefing schedule:

1. Lead Plaintiffs shall file their Motion for Prejudgment Interest and Motion to Approve Notice and Claims Process on or before April 17, 2026;

2. Defendant shall file any opposition to these motions on or before May 15, 2026;

3. Lead Plaintiffs shall file any reply to Defendant's opposition on or before May 28, 2026; and

4. These motions shall be heard at the same time as the Rule 50 and 59 Motions, currently set for June 11, 2026 at 10 A.M.

DATED:  April 13, 2026

| /s/ Tyson C. Redenbarger | /s/ Alex Bergjans |
|---|---|
| COTCHETT, PITRE & MCCARTHY, LLP | Alex Spiro (*pro hac vice*) |
| Joseph W. Cotchett (SBN 36324) | alexspiro@quinnemanuel.com |
| jcotchett@cpmlegal.com | Ellyde R. Thompson (*pro hac vice*) |
| Mark C. Molumphy (SBN 168009) | ellydethompson@quinnemanuel.com |
| mmolumphy@cpmlegal.com | Jesse A. Bernstein (*pro hac vice*) |
| Tyson C. Redenbarger (SBN 294424) | Jessebernstein@quinnemanuel.com |
| tredenbarger@cpmlegal.com | Stephanie Kelemen (*pro hac vice*) |
| Elle D. Lewis (SBN 238329) | stephaniekelemen@quinnemanuel.com |
| elewis@cpmlegal.com | 295 Fifth Ave., New York, NY 10010 |

Case No. 3:22-CV-05937-CRB

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR PREJUDGMENT INTEREST AND MOTION TO APPROVE NOTICE AND CLAIMS PROCESS                    1

Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

*/s/ Aaron Arnzen*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Elon Musk*

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR PREJUDGMENT    2
INTEREST AND MOTION TO APPROVE NOTICE AND CLAIMS PROCESS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April 2026, at Burlingame, California.


By  */s/ Tyson C. Redenbarger*
Tyson C. Redenbarger

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    April 16, 2026

By: _____

Hon. Charles R. Breyer
United States District Judge