COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Attorneys for Lead Plaintiff*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING PAGE LIMITS FOR DEFENDANT'S RULE 50(B) AND 59 MOTIONS**<br><br>Hon. Judge Charles R. Breyer |

## STIPULATION AND [PROPOSED] ORDER

1.      Pursuant to Local Civil Rules 7-11, the Parties jointly enter into this Stipulation requesting an enlargement of the page limits as to the parties' briefing on Defendant's anticipated combined Rule 50(b) renewed motion for judgment as a matter of law, and Rule 59 motion for new trial.

2.      This Court's Standing Order I.C. provides that a brief in support or in opposition to Rule 50(b) and 59 motions may not exceed fifteen pages in length without leave of the Court and good cause.

3.      The Parties have conferred and agree that, given the number of issues and arguments that the Defendant seeks to raise through these combined motions (including argument regarding each of the five elements of Plaintiffs' 10b-5 claim and corresponding jury instructions), an additional fifteen pages is warranted for the combined motions and opposition briefs.  The Court has previously expanded the page limits for other dispositive motions in this case, including the Motion to Dismiss (Dkt. No. 32), Motion for Class Certification (Dkt. No. 82), and Motion for Summary Judgment (Dkt. No. 232), on similar grounds.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court extend the page limits for Defendant's combined Rule 50(b) and 59 Motions and Plaintiffs' Opposition to Defendant's Motions, each to thirty pages, not including, title pages, indexes of cases, table of contents, exhibits, affidavits and summaries of argument. Defendant's Reply Brief in Support of the Motions for judgment as a matter of law and for new trial shall have a page limit of fifteen pages.

STIPULATION AND [PROPOSED] ORDER ENLARGING PAGE LIMITS

DATED:  April 17, 2026

/s/ Alex Spiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice)
alexspiro@quinnemanuel.com
Jesse A. Bernstein (pro hac vice)
jessebernstein@quinnemanuel.com
Stephanie Keleman (*pro hac vice)*
stephaniekeleman@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

/s/ Joseph W. Cotchett
COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Elle D. Lewis (SBN 238329)
elewis@cpmlegal.com
Gia Jung (SBN 340160)
gjung@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

/s/ Francis A. Bottini
BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Aaron Arnzen (SBN 218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Attorneys for Defendant Elon Musk*

*Attorneys for Lead Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Alex Bergjans, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of April 2026, at Los Angeles, California.

By *\_/s/ Alex Bergjans_____*
     Alex Bergjans

Case No.  3:22-CV-05937-CRB
STIPULATION AND [PROPOSED] ORDER ENLARGING PAGE LIMITS

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2026



R. Breyer
District Judge

Case No.  3:22-CV-05937-CRB

STIPULATION AND [PROPOSED] ORDER ENLARGING PAGE LIMITS