QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse A.  Bernstein (*pro hac vice*)
jessebernstein@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Michael T.  Lifrak (Bar No.  210846)
michaellifrak@quinnemanuel.com
Stephen A.  Broome (Bar No.  314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No.  302830)
alexbergjans@quinnemanuel.com
865 S.  Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | Case No. 3:22-CV-05937-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL**<br><br>Judge:  Hon. Charles R. Breyer |

Case No. 3:22-CV-05937-CRB

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

## [PROPOSED] ORDER

Before the Court is Defendant Elon Musk's Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial.  Having considered the Motion, the record at atrial, all associated pleadings, briefing, and exhibits, and any arguments of counsel, the Court rules as follows:

The Court hereby GRANTS Defendant's Motion.


**IT IS SO ORDERED**


Date: _____          _____

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

Case No. 3:22-CV-05937-CRB
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 1st day of May, 2026.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Alex Bergjans
    Alex Spiro
    Michael T. Lifrak
    Stephen A. Broome
    Jesse A. Bernstein
    Alex Bergjans

*Attorneys for Defendant Elon Musk*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL