**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Elle D. Lewis (SBN 238329)
*elewis@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Caroline A. Yuen (SBN 354388)
*cyuen@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
*fbottini@bottinilaw.com*
Aaron P. Arnzen (SBN 218272)
*aarnzen@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ELON MUSK'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL**<br><br>Date:   June 18, 2026<br>Time:  10:00 am<br>Ctrm:  6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

Case No: 3:22-CV-05937-CRB

DECL. OF MARK C. MOLUMPHY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR
JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

I, Mark C. Molumphy, declare and state as follows:

1.     I am a member of the Bar of the State of California, admitted to this Court, and a partner with Cotchett, Pitre & McCarthy LLP, Co-Lead Counsel for Plaintiffs and the Class in the above-captioned action.

2.     I served as co-lead trial counsel and was personally present throughout the trial in this case.  I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, I would testify competently to those matters.  I submit this declaration in support of Plaintiffs' Opposition to Defendant Elon Musk's Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial.

3.     During the trial, Lead Plaintiffs Nancy Price, John Garrett and Brian Belgrave, and Mr. Belgrave's wife, Maria Belgrave, attended trial every day aside from Ms. Price and Mr. Garrett missing one day due to illness.  Each of the Lead Plaintiffs also traveled from outside California to be present at trial; Ms. Price and Mr. Garrett travelled from Ontario, Canada, and Mr. and Ms. Belgrave travelled from Portland, Oregon.

4.     Defendant Elon Musk was only present at trial on the two days he testified, March 4, and March 5, 2026.  Once Mr. Musk finished testifying on the morning of March 5, 2026, he left the court and did not return.  I am unaware of any ruling that prohibited Mr. Musk from being present after testifying during his own case or in surrebuttal.

5.     At trial, my firm called as witnesses Mr. Musk, the head of his family office, his biographer, Twitter employees, Twitter senior executives, the Chair of Twitter's Board of Directors, Twitter's primary deal attorney, two Lead Plaintiffs, and two experts during Lead Plaintiffs' case in chief and rebuttal.  Mr. Musk called a Twitter director, his personal bankers, his personal attorney, a finance professional who previously vied for a job with Mr. Musk, a Twitter employee involved in Twitter's bot estimation process, and a data scientist hired by Mr. Musk. While Mr. Musk designated many other witnesses for trial, including his deal attorneys, he did not call them as witnesses.  Mr. Musk also retained and designated several experts to testify at trial but did not call them as witnesses.

Case No: 3:22-CV-05937-CRB

DECL. OF MARK C. MOLUMPHY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR     1
JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

6. The jury was exceptionally focused throughout the trial. Several jurors appeared to take notes on almost every answer given and every exhibit admitted. They proactively engaged with the Court and its staff to make sure that exhibits were visible and testimony was audible, asked questions about the evidence during their deliberations, and even identified a typographical error in one of the jury instructions.

7. The Court gave both sides the same amount of time, 25 hours, to present their case. Each day, the Parties met and conferred and reported to the Court the time taken and remaining. Based on these reports, Mr. Musk still had approximately five and one-half hours of trial time remaining when he rested his case.

8. Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from the deposition of Kenneth Lenh, taken on July 7, 2025.

9. Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts from the deposition of Elon Musk, taken on May 19, 2025.

10. Attached as **Exhibit 3** is a true and correct copy of trial exhibit 322, which was shown to the jury for demonstrative purposes only.

11. Attached as **Exhibit 4** is a true and correct copy of trial exhibit 87, which was marked at trial for identification purposes only.

12. Attached hereto as **Exhibit 5** is a true and accurate copy of a retweet by Mr. Musk dated March 5, 2026.

13. Attached hereto as **Exhibit 6** is a true and accurate copy of a tweet by Mr. Musk dated March 26, 2026.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 15th day of May, 2026, in Burlingame, California.

    /s/ Mark C. Molumphy
    Mark C. Molumphy

Case No: 3:22-CV-05937-CRB

DECL. OF MARK C. MOLUMPHY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR
JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

2