QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Jesse A. Bernstein (*pro hac vice*)
Jessebernstein@quinnemanuel.com
Ellyde R. Thompson (*pro hac vice*)
ellydethompson@quinnemanuel.com
295 Fifth Ave., New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Elon Musk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE PAMPENA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK,<br><br>Defendant. | CASE NO. 3:22-CV-05937-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR APPROVAL OF CLASS NOTICE OF VERDICT AND CLAIMS ADMINISTRATION PROCEDURE AND OPPOSITION TO MOTION FOR AWARD OF PREJUDGMENT INTEREST**<br><br>Judge: Hon. Charles R. Breyer |

Case No. 3:22-CV-05937-CRB

[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL

**[~~PROPOSED~~] ORDER**

Having considered Defendant Elon Musk's Administrative Motion to Seal, the Court hereby GRANTS (IN PART) / DENIES (IN PART) the Motion and ORDERS that the following materials shall be sealed:

**Material to Be Filed Under Seal Under 79-5(f)**

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 1** to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Motion for Approval of Notice of Verdict and Claims Administration Procedure | Exhibit 37 to the Deposition of Stefani Silverstein | Non-Party Goldman Sachs |
| **Exhibit 2** to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Motion for Approval of Notice of Verdict and Claims Administration Procedure | Exhibit 42 to the Deposition of Stefani Silverstein | Non-Party Goldman Sachs |
| **Exhibit 3** to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Motion for Approval of Notice of Verdict and Claims Administration Procedure | Excerpts of the Deposition of Stefani Silverstein | Non-Party Goldman Sachs |
| Portions of Defendant's Opposition to Motion for Approval of Notice of Verdict and Claims Administration Procedure | Excerpts of Opposition discussing materials designated confidential by Goldman Sachs. | Non-Party Goldman Sachs |
| **Exhibit 3** to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Motion for Award of Prejudgment Interest | Excerpts of the Deposition of John Garrett | Plaintiffs |
| Portions of Defendant's Opposition to Motion for Award of Prejudgment Interest | Excerpts of Opposition discussing materials designated confidential by Plaintiffs. | Plaintiffs |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL

**IT IS SO ORDERED**

Date:  May 27, 2026

_____

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

Case No. 3:22-CV-05937-CRB

[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO SEAL