**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Northern District of California

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 3:22-cv-05937-CRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 10/10/2022

Date of judgment or order you are appealing: | 07/06/2026, 04/03/2026

Docket entry number of judgment or order you are appealing: | Dkts. 557, 590

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Elon R. Musk

Is this a cross-appeal?  ◯ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes    ◯ No

If yes, what is the prior appeal case number? | No. 24-6249

Your mailing address (if pro se):

†

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Ellyde Thompson    **Date** | July 30, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Elon R. Musk

Name(s) of counsel (if any):

Alex Spiro; Ellyde R. Thompson; Jesse A. Bernstein, Stephen A. Broome; Alex Bergjans; Michael T. Lifrak

Address: 295 5th Avenue, 9th Floor, NY NY 10016;  865 S. Figueroa Street, 10th Fl., Los Angeles, CA 90017

Telephone number(s): (212) 849-7000; (213) 443-3000

Email(s): ellydethompson@quinnemanuel.com;alexspiro@quinnemanuel.com;jessebernstein@quinnemanuel.com; stephenbroome@quinnemanuel.com, alexbergjans@quinnemanuel.com,michaellifrak@quinnemanuel.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Giuseppe Pampena; The Twitter Investor Group; Brian Belgrave; Steve Garrett; John Garrett; Nancy Price

Name(s) of counsel (if any):

Joseph W. Cotchett; Francis A. Bottini, Jr.; Mark C. Molumphy; Tyson C. Redenbarger; Elle D. Lewis; Gia Jung; Carolina A. Yuen; Aaron Paul Arnzen

Address: 840 Malcolm Road, Suite 200 Burlingame, California 94010;  7817 Ivanhoe Avenue Ste 102, La Jolla, CA 92037

Telephone number(s): (650) 697-6000;  (858) 914-2001

Email(s): fbottini@bottinilaw.com;mmolumphy@cpmlegal.com;jcotchett@cpmlegal.com; tredenbarger@cpmlegal.com;cyuen@cpmlegal.com;elewis@cpmlegal.com, aarnzen@bottinilaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Elon R. Musk

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

†

Name(s) of counsel (if any):

†

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

†

Name(s) of counsel (if any):

†

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*