KG
FILED
AUG 14 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

⇒ 11969-041 ⇒
Arthur D Senty-Haugen
Reg No 11969-041
Federal Correction Institutionsheridan
P O Box 5000
Sheridan, OR 97378
United States

FILED
8/14/2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

August 8, 2026

RE: 3:22-cv-05937-CRB
Pampena v. Elon Musk

DEAR clerk of Courts:

I am Requesting a claim form to file a claim in the above-mentioned case. I am unable to download the form due to being currently incarcerated in Federal prison. I did sell shares of TWITTER during the ~~time~~ period of May 18, 2022 and October 4, 2022. Thank you.

Sincerely,

[signature]

Arthur Senty-Haugen
Reg. No. 11969-041
FCI-SHERidan
PO Box 5060
Sheridan, OR 97378

⇒11969-041⇒
Arthur D Senty-Haugen
Reg No 11969-041
Federal Correction Institutionsheridan
P O Box 5000
Sheridan, OR 97378
United States

PORTLAND OR RPDC 972
11 AUG 2026 PM 5 L

Freedom 250

RECEIVED

AUG 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se

Clerk of Court For The
UNITED STATES DISTRICT COURT
FOR The NORTHERN DISTRICT
of California
450 Golden GATE Ave
SAN FRANCISCO CA 94102-3489

94102-348999